Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Kara M. Wolke (SBN 241521)
 *kwolke@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs and the putative Class*

[Parties and Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Intel Corp. Securities Litigation | Lead Case No. 3:24-cv-02683-TLT<br>Consolidated Case No. 3:24-cv-04807-TLT<br><br>**CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>CLASS ACTION<br><br>**DEMAND FOR JURY TRIAL** |

# <u>TABLE OF CONTENTS</u>

I.      NATURE OF THE ACTION AND OVERVIEW ..................................................... 1

II.     JURISDICTION AND VENUE........................................................................... 8

III.    PARTIES .......................................................................................................... 9

IV.     CHRONOLOGY OF FACTS PERTAINING TO THE CREATION OF INTEL'S FOUNDRY ..................................................................................................... 11

        A.      Intel Rose to Prominence as an Integrated Device Manufacturer .......................... 11

        B.      The March 2021 Launch of IDM 2.0: Intel Foundry Services (IFS) Expands the Company's Existing Semiconductor Manufacturing Activities—to Both Attract New Customers and to Bring Advanced Chip-making "Back Home" ....... 12

        C.      Starting in September 2022, Defendants Tell Investors Intel Is Embracing an "Internal Foundry Model" To Drive Efficiency, Transparency, and Accountability in its Foundry Business .................................................................... 19

        D.      In June 2023, Intel Hosts a Webinar on the Foundry Model, Explaining How it Will Provide Transparency and Clarity on the Foundry's Financial Performance .......................................................................................................... 25

        E.      In January 2024, Defendants Announce 2023 Results, Touting the Success of IFS, Including Supposed 103% Annual Growth in Foundry Revenue .................. 32

        F.      In February 2024, Defendants Trumpet Intel's Supposed Foundry Success at its First-Ever "Foundry Day" .................................................................................. 35

        G.      In April 2024, Intel "Recasts" Its Foundry Segment Accounting, Revealing Staggering Foundry Operating Losses of $7 Billion in 2023; Then Reports Q1 2024 Foundry Operating Losses of $2.5 Billion ................................................. 38

        H.      Despite the Poor Q1 2024 Results, Defendants Falsely Reassure Investors and Tout Intel Foundry Throughout Q2 2024; Foundry Chief Pann Resigns......... 45

        I.      In August 2024, Intel Announces Additional Devastating Foundry-Related Fallout in Q2 2024 Earnings, With Foundry Operating Losses Deepening Both Year-over-Year (YoY) and Quarter-over-Quarter (QoQ) ............................. 47

V.      INTEL'S IMPROPER SEGMENT REPORTING VIOLATED GAAP .......................... 53

VI.     DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS........... 60

VII.    LOSS CAUSATION ........................................................................................ 66

VIII.   ADDITIONAL SCIENTER ALLEGATIONS ................................................. 70

A.   The Individual Defendants Had Access To Full Foundry P&L Information Throughout 2023 And Made Operational Decisions Based On That Information; As Such, Defendants Knew How Deeply Unprofitable the Foundry Was Yet Knowingly or Recklessly Concealed the True Nature and Extent of Its Operating Losses From The Market .................................................... 70

B.   Developing Intel Foundry Was a Core Operation Critical to Defendants' Turnaround Plan for Intel; Defendants Knew the Foundry's Path to Profitability (Including Internal and External Activities) Was Essential to the Foundry's—and Intel's—Success .................................................... 72

C.   Foundry Finances Were Jeopardized By Intel's Dwindling Free Cash Flow; Intel Was Highly Motivated to Obtain Fundin from the CHIPS Act on Terms More Favorable than Offered by Private Funding Sources .................................... 74

   1.   SCIP Arrangements are used to defray fab construction costs ................... 79

   2.   Intel Wins The Largest CHIPS Act Grants, Loan, and Tax Incentive Package Awarded, Valued at Up to $44.5 Billion, Less Than Two Weeks Before It Recast Three Years of Financial Results, Beginning to Reveal the Foundry's Dire Circumstances .............................................. 80

IX.   CLASS ACTION ALLEGATIONS ........................................................................ 84

X.   APPLICABILITY OF PRESUMPTION OF RELIANCE ...................................... 86

XI.   NO SAFE HARBOR ............................................................................................... 88

XII.   CAUSES OF ACTION ........................................................................................... 88

XIII.   PRAYER FOR RELIEF .......................................................................................... 92

XIV.   JURY TRIAL DEMANDED .................................................................................. 92

Co-Lead Plaintiffs Intel Investor Group (comprised of Garden Management Inc., AM Equity and Consulting LLC, and Richard Arzillo) and Byoung Wook Jeon, together with additional Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their attorneys, allege the following upon information and belief, except as to those allegations concerning Plaintiffs, which are alleged upon personal knowledge. Plaintiffs' information and belief is based upon, among other things, their counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Intel Corporation ("Intel" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Intel; and (c) review of other publicly available information concerning Intel, including media and analyst reports.

## I.    NATURE OF THE ACTION AND OVERVIEW

1.    This is a class action on behalf of persons and entities that purchased or otherwise acquired the publicly traded common stock of Intel on a U.S. exchange, or purchased call options or sold put options on Intel common stock, between January 25, 2024, and August 1, 2024, inclusive (the "Class Period"). Plaintiffs seek to pursue remedies against Intel and certain of Intel's current senior executives under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), and SEC Rule 10b-5 promulgated thereunder. The crux of this action is that Intel – which, for decades, had been the preeminent integrated device manufacturer ("IDM") of computer chips – had fallen so far behind its competition that, amidst its desperate efforts to catch up, it materially misled investors concerning the true state of the manufacturing side of its business during the Class Period.

2.    Because Intel both designed and fabricated chips for the products it sold, Intel's manufacturing expenses had always been embedded in the accounting profits and losses ("P&Ls") of its various business units ("BUs"). In 2021, Intel embarked on a strategy to convert the manufacturing side of its business from a cost center (producing chips and other semiconductor products for its own internal BUs) to a profit center as a world-class fabricator (producing chips and other semiconductor products for itself and others). This required two forms of transformation:

externally, Intel's technology had to catch up to its manufacturing competitors – known in the industry as "foundries"[1] – and, internally, Intel needed to drive cost and operational efficiency by forcing its BUs to financially deal with Intel's foundry at arms-length.

3.      To execute on the transformation of Intel's manufacturing activities, Defendants committed to debuting five process nodes in four years.[2]  This was an audacious goal in an industry which had operated according to Moore's Law for decades.  (Intel's co-founder, Gordon Moore, predicted that the number of transistors on a chip will double every two years. This became the target for the development of a wide array of technologies.)  Vastly accelerating the pace of process development to catch up with its foundry rivals, Defendants represented that they were establishing the manufacturing side of Intel's business as a technological leader once again.  Intel's foundry success was also critical to Intel's product BUs, because the latter were increasingly having to rely upon third-party foundries to fabricate chips made with more advanced technologies; such outsourcing reduced both their profitability and their ability to be assured that all of their chip demands could be met timely.

4.      In conjunction with its rapid technological advances, and in addition to servicing the product side of the business, Defendants announced that Intel's foundry would begin to offer its products and services to third-party customers.  Because manufacturing plants are substantially built or rebuilt for each new process node, operational success depends upon increasing the volume of production.  Offering various fabrication services to outside customers in addition to Intel's BUs would optimize utilization of Intel's plants and increase profitability by expanding the overall volume of production.  The name given to this initiative was Intel Foundry Services ("IFS").  In addition to announcements of new customer signings and engagement with leading technology companies, in 2022, Intel began publicly reporting the results of IFS as a separate BU.

---

[1] A foundry is a semiconductor fabricator that manufactures semiconductor products, such as wafers and chips.  A wafer is a thin slice of semiconductor material, typically made of pure silicon, that is used to fabricate microchips and integrated circuits.  Wafers are the starting point for the production of central processing units (CPUs) and other electronic devices.

[2] A node is a measure of the size of chip's transistors.  The smaller the node size, the smaller the transistors on a chip. More dense chips with smaller transistors are faster and more energy efficient.

5.      To drive operational efficiency internally, Intel's product BUs were required to treat the foundry, from an accounting perspective, as a third-party business with which it would contract at arms-length.  Defendants claimed, repeatedly, that improved "transparency" and "accountability" between Intel's various product BUs, on the one hand, and the manufacturing side of the business, on the other, would drive increased efficiency and profitability, enabling Intel to reach 60% gross margins.  Previously, the design teams of Intel's product BUs had utilized Intel's foundries without regard to cost, *e.g.*, producing test chips too soon in the design process, fabricating half a dozen test chips rather than the 2-3 test chips a pure-design company normally ordered from a foundry, and frequently demanding expedited production of chips, known as "hot lots" (for which a design company typically would have to pay a premium to a foundry).

6.      The new foundry-based strategy was promoted as a win-win for both the product design and manufacturing sides of the business; among other things, Intel's existing manufacturing capabilities would help draw new external customers, and the additional volume provided by new external customers would help support the necessary investments in technological advances, enabling Intel to scale its foundry business and bring advanced chip making back home. The initiative was dubbed by Defendants as "IDM 2.0."

7.      Starting in 2021, Defendants promoted customer wins for IFS and also announced the five new process nodes Intel would introduce in the next four years – Intel 7, Intel 4, Intel 3, Intel 20A and Intel 18A. Although this was meant to portray growing momentum for Intel's foundry offerings, both internally and externally, Defendants knew there was a massive gap between Intel foundries' profits and losses ("P&Ls") and where they needed to be in order to for Intel's foundry business to succeed. To hide that massive gap, ***Defendants reported misleading foundry financial results for FY 2023***, concealing from the investing public that Intel's foundry activities – which Defendants described as one of the cornerstones to Intel's future success – had generated ***$7 billion in operating losses in 2023***.

8.      In the fall of 2022, Intel announced that it was going to reorganize its financial reporting to disaggregate foundry expenses from its product BUs and that it would combine external foundry sales to third-parties with internal arms-length "sales" from Intel's foundries to its various

product BUs (referred to as "Intel Foundry" or the "Foundry Model").  Defendants stated that this initiative would reduce cost of sales and operating expenses by as much as $10 billion by the end of 2025, and specifically committed to $3 billion in savings in 2023, due to the separation of the product BUs and the foundry activities driving efficiencies within the Company.

9.    Throughout 2023, Defendants reported that they were reviewing the reorganized full Intel Foundry (*i.e.*, external and internal) P&L information and that they were seeing progress towards their cost reduction goals.  In an investor webinar on June 21, 2023, Defendants announced that Intel would formally report the new accounting as of Q1 2024.  In that presentation, they described Intel's foundry BU as the second largest in the world, with internal foundry revenues alone to reach $20 billion in 2024.

10.    Because Intel had already begun reporting IFS as an operating segment of its business in 2022, during 2023, CEO Pat Gelsinger, the Chief Operating Decision Maker ("CODM") for Intel's business segments, "internally receive[d] information and manage[d] and monitor[ed Intel's] operating segment performance."  2023 Form 10-K at 85.  The information provided to Gelsinger as CODM enabled him to make decisions to "allocate[ ] resources to and assesses the performance of each operating segment using information about the operating segment's revenue and operating income (loss)."  *Id.*  Moreover, as alleged herein, on numerous occasions beginning in late 2022 and continuing throughout 2023, both Gelsinger (as Intel's CODM and CEO) and David Zinsner (Intel's CFO), stated that they reviewed discrete financial information pertaining to both internal and external revenues and expenses for Intel Foundry, as well as its operating losses, for the purposes of improving the foundry's operating efficiency. Because IFS was already a reported operating segment, as alleged below, and because throughout 2023 Defendants regularly reviewed the full Intel Foundry P&L and used it to make operational decisions, Intel was required by Generally Accepted Accounting Principles ("GAAP") to report **the full Intel Foundry** standalone revenues and operating losses **no later than in the 2023 Form 10-K**.

11.    Intel's January 25, 2024 Form 8-K and press release announcing Q4 and FY 2023 results did not do so. With respect to its foundry BU, Intel claimed Q4 2023 IFS revenue of $291 million (up 63% over Q4 2022) and FY 2023 revenue of $952 million (up 103% over FY 2022),

with $482 million of operating losses. Although required by GAAP to report both internal and external revenues and expenses, these figures only represented the foundry's external business. As investors would only later learn, when including internal foundry activities, the foundry actually generated *$7 billion* in losses for 2023.

12.     During the January 25, 2024 earnings call, with respect to executing on the internal goal of segregating the finances of Intel's product and foundry BUs (such that the Foundry would include all of Intel's internal and external foundry activities) to drive operational efficiency, defendant Gelsinger stated, *inter alia*: "[W]e had strong EPS upside as a result of our ongoing relentless focus on driving operating leverage and expense management, including comfortably meeting our $3 billion cost savings commitment for fiscal year '23." Defendants presented an accompanying investor presentation that included a slide touting "Operational Efficiencies" of ">$3B in FY'23, Internal Foundry Model" indicating that implementation of the Foundry Model drove $3 billion in cost savings in 2023.

13.     With respect to the goal of driving substantial foundry business (both internally and externally) by rapidly advancing its process technology, Gelsinger stated: "Third-party engagements with IFS continue to validate our progress on this technology. We launched IFS with a long-term view of delivering the world's first system foundry that brings together a secure and sustainable supply chain with the best of Intel and our ecosystem.... We made major strides in building our foundry ecosystem in 2023 with now over 40 strategic agreements across EDA [Electronic Design Automation] design services, IP, cloud and U.S. military aerospace and government." CEO Gelsinger stated that the "lifetime deal value" for IFS contracts was "now over $10 billion."

14.     To further tout the growth and success of Intel Foundry, and further demonstrating its importance to Intel's business, Intel held its "Intel Foundry Direct Connect" event, heralding in a press release "Intel Launches World's First Systems Foundry Designed for the AI Era" on February 21, 2024. With appearances by U.S. Commerce Secretary Gina Raimondo, Microsoft CEO Satya Nadella (to announce a new 18A deal), OpenAI's CEO Sam Altman, and Rene Haas, the CEO of chip architecture rival Arm, Defendants misleadingly led investors to believe that IFS

1  continued to successfully attract significant partners from throughout the industry for its offerings

2  to add to the production revenues of the combined Intel Foundry.

3      15.  On April 2, 2024, after the markets closed, Intel issued a press release with revisions

4  of the Company's financial results under the Intel Foundry Model Defendants had been discussing

5  since October 2022.  The "recast" – not restated – results reported Intel Products and Intel Foundry

6  P&Ls[3] on a standalone basis for FY 2021, 2022 and 2023. As is evident from the chart below, once

7  the manufacturing expenses were removed from the Intel Products segments, *i.e.,* Client Computing

8  Group ("CCG"), Data Center and Artificial Intelligence ("DCAI"), and Networking and Edge

9  ("NEX"), they each saw operating income improvements while the Intel Foundry segment saw a

10  staggering ***operating loss of nearly $7 billion*** on sales of $18.9 billion in 2023.  Intel Foundry's

11  $18.9 billion in 2023 revenue was down $8.6 billion from 2022 (a more than ***31% decline***), and

12  Intel Foundry reported a dismal ***negative 37% operating margin*** in 2023.  Intel Foundry also

13  revealed nearly $5.2 billion in losses in 2022:

| *in millions | as reported in 2023 Form 10-K | | recast in April 2, 2024 Form 8-K | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| **Revenue** | | | | |
| CCG | $ 29,258.00 | $ 31,773.00 | $ 29,258.00 | $ 31,773.00 |
| DCAI | $ 15,521.00 | $ 19,445.00 | $ 12,635.00 | $ 16,856.00 |
| NEX | $ 5,774.00 | $ 8,409.00 | $ 5,774.00 | $ 8,409.00 |
| IFS | $ 952.00 | $ 469.00 | $ 18,910.00 | $ 27,491.00 |
| | | | | |
| **Operating income (loss)** | | | | |
| CCG | $ 6,520.00 | $ 5,569.00 | $ 9,513.00 | $ 8,207.00 |
| DCAI | $ (530.00) | $ 1,300.00 | $ 1,620.00 | $ 4,198.00 |
| NEX | $ (482.00) | $ 1,033.00 | $ 204.00 | $ 1,532.00 |
| IFS | $ (482.00) | $ (281.00) | $ (6,955.00) | $ (5,169.00) |

[3] There is a third operating segment, "All Other" which includes the operating results for: (a) former operating segment Mobileye, a creator of technology for the self-driving and driver-assist automotive market, acquired in 2017, spun off in a 2022 IPO, and still almost 90% owned by Intel; (b) Altera, a manufacturer of programmable logic devices acquired in 2015 to add new classes of products to Intel's data-center and Internet-of-Things offerings, only to be relaunched by Intel as a standalone company in early 2024; and (c) others.

16.    On this news, Intel's stock price fell $3.61/share, or 8.2%, to close at $40.33 per share on April 3, 2024, on unusually heavy trading volume.  However, because Defendants failed to disclose the full truth or extent of the problems facing Intel and its foundry business, the price of Intel stock remained artificially inflated.

17.    Thereafter, on April 25, 2024, after the markets closed, Intel released its Q1 2024 financial results, the first quarter reporting the Company's results with its revised operating segments.  The results revealed an Intel Foundry revenue decline of nearly 10% compared to the same quarter the year before, to a revenue of $4.4 billion, with the segment suffering a $2.474 billion loss for the quarter.  This loss was *higher* than the recast loss of $2.36 billion for Q1 2023, the initial quarter of Intel's "successful" $3 billion cost-reduction initiative for FY 2023.

18.    On this news, Intel's stock price fell $3.23/share, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading volume.   However, because Defendants still failed to disclose the full truth or extent of the problems impacting the Company and its foundry business, the price of Intel stock remained artificially inflated.

19.    Finally, on August 1, 2024, Intel revealed that the problems surrounding its foundry business were far more severe than previously disclosed. In connection with reporting its Q2 2024 results, Defendants revealed that Intel Foundry revenue had fallen to $4.3 billion, even as segment operating losses continued to climb, reaching $2.8 billion for the quarter. Intel also announced a new $10 billion cost reduction plan for fiscal year 2025, which included laying off 15% of the Company's workforce, suspending dividend payments, and a variety of other emergency measures designed to improve the Company's "efficiency and market competitiveness."   Intel further disclosed it was on track to achieve only between $12.5 billion and $13.5 billion in revenue for Q3 2024, well below consensus analyst estimates of $14.4 billion, and which represented an 8% decline from the prior comparable year period at the midpoint.

20.    During the earnings call after the market close on August 1, 2024, Gelsinger finally admitted the financial hole Defendants dug by expanding Intel's foundry capacity and trying to debut five new process nodes in four years.  Instead of the repeated refrain of standalone foundry P&Ls driving continued cost savings from $3 billion in 2023 to $8-10 billion by 2025, Gelsinger

sang a different tune: "Our investments in a global footprint of leading-edge capacity continues to weigh on near-term profitability…. We continue to expect the investments we're driving through this year to put us on a course for meaningful financial traction, with operating profits for Intel Foundry troughing in 2024.…"

21.     Gelsinger claimed a silver lining in the day's news, crediting the separation of Products and Foundry P&Ls for providing a road map for the emergency measures announced: "Taking a clean sheet view of the business is allowing us to take swift and broad-based actions beginning this quarter. As a result, we expect to drive a meaningful reduction in our spending and headcount beginning in the second half of this year." When asked whether all of the spending and headcount cuts announced could hasten Intel Foundry's profitability, Gelsinger responded: "Clearly, that's our objective for Dave and I…. that said, we have a lot of wood to chop until we complete that journey. The steps that we've taken today are significant ones for our operational efficiency that we're putting in place." But investors had already been told that many of those measures had been put in place in 2023 and had already driven cost savings by the time the separate P&Ls Defendants Gelsinger and Zinsner had been reviewing throughout 2023 were finally reported in 2024.

22.     On this news, the price of Intel stock fell $7.57/share, from $29.05 at market close on August 1, 2024 to $21.48 by market close on August 2, 2024, a decline of **26%** on abnormally high volume of over 300 million shares traded. The decline was reportedly the worst daily performance of Intel stock since at least 1985.

23.     As a result of Defendants' misleading statements and omissions, and the precipitous decline in the market value of Intel's securities, Plaintiff and other Class members have suffered significant losses and damages, as detailed further herein.

## II.    JURISDICTION AND VENUE

24.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

25. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

26. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this District.

27. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

28. Divisional Assignment. This action is assigned to the San Francisco Division of the Court pursuant to Civil L.R. 3-2(c) and General Order No. 44 (Assignment Plan) at part D.3, providing that venue for securities class actions "shall be proper in any courthouse in this District."

## III.    PARTIES

29. Plaintiff Garden Management Inc. purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the Certification filed herewith, and suffered damages as a result of the conduct alleged herein.

30. Plaintiff AM Equity and Consulting LLC purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the Certification filed herewith, and suffered damages as a result of the conduct alleged herein.

31. Plaintiff Richard Arzillo purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the Certification filed herewith, and suffered damages as a result of the conduct alleged herein.

32. Plaintiff Byoung Wook Jeon purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the previously filed Certification, and suffered damages as a result of the conduct alleged herein.

33.    Plaintiff Kevin Geist purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the Certification filed herewith, and suffered damages as a result of the conduct alleged herein.

34.    Plaintiff Albert Zhou purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the Certification filed herewith, and suffered damages as a result of the conduct alleged herein.

35.    Plaintiff Construction Laborers Pension Trust of Greater St. Louis purchased or otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth in the previously filed Certification, and suffered damages as a result of the conduct alleged herein.

36.    Defendant Intel is incorporated under the laws of Delaware with its principal executive offices located in Santa Clara, California.  Intel's common stock trades on the NASDAQ exchange under the symbol "INTC."

37.    Defendant Gelsinger ("Gelsinger") was the Company's Chief Executive Officer (CEO) at all relevant times.  Gelsinger first joined Intel in 1979.  He served as Intel's chief technology officer from 2001 to 2009.  He left Intel in 2009 to serve as the CEO of VMware and then the president and chief operating officer at EMC, before returning to Intel as CEO in February 2021.  Chief among Gelsinger's plans upon his return was to develop Intel as a global foundry and, to this end, Gelsinger oversaw the Company's massive manufacturing expansion effort.  During the Class Period, Gelsinger also served as Intel's CODM.  His role as CODM was to assess the performance of Intel's operating segments and allocate resources among them.  GAAP requires public entities such as Intel to make specific CODM-related disclosures, including how, based upon specified information to be reported to the CODM pertaining to the operating segments, the CODM uses measures of segment profit or loss in assessing segment performance and deciding how to allocate resources.

38.    Defendant David Zinsner ("Zinsner") was the Company's Chief Financial Officer (CFO) at all relevant times.  Zinsner has served as Intel's CFO and Executive Vice President since joining the Company in January 2022, and reports directly to Defendant Gelsinger. Zinsner leads Intel's global finance organization, including finance, accounting and reporting, tax, treasury,

internal audit and investor relations.   In these roles Zinsner, along with Gelsinger, was also responsible for driving Intel's IDM 2.0 strategy, including its focus on the Foundry business.  Intel's January 10, 2022 press release regarding Zinsner joining the Company quotes him as stating "I look forward to working with Pat and the rest of the leadership team to help drive the IDM 2.0 strategy forward."  Prior to joining Intel, Zinsner worked in the semiconductor industry for 25 years, serving as CFO of a semiconductor company for 16 years, including his most recent prior role as CFO of Micron Technology, Inc. beginning in February 2018.   Defendants Gelsinger and Zinsner (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.   The Individual Defendants are liable for the false and/or misleading statements pleaded herein.

## IV.     CHRONOLOGY OF FACTS PERTAINING TO THE CREATION OF INTEL'S FOUNDRY

### A.     Intel Rose to Prominence as an Integrated Device Manufacturer

39.     Intel designs, develops, manufactures, markets, and sells computing and related products and services worldwide. Intel's product portfolio is comprised of central processing units (CPUs), chipsets, processors, graphics processing units (GPUs), neural processing units (NPUs), and other semiconductor products.  For much of its history, Intel was known as a fully integrated device manufacturer (IDM), meaning that it both designed and manufactured its own chips – in contrast to a company like Nvidia, which designs its own chips but does not manufacture them, or Taiwan Semiconductor Manufacturing Company (TSMC), which manufactures chips but does not

design them. In the industry, the former type of company is referred to as a "fabless" because it does not fabricate its own products, while the latter is referred to as a "foundry" because it manufactures chips designed by others.

40.     For several decades, Intel dominated the market with both cutting-edge product design and manufacturing processes. In the past 10-15 years, however, specialization within the industry threatened to make Intel obsolete.  In fact, the level of integration within Intel decreased as other companies emerged as leaders in advanced technologies and manufacturing. Intel's BUs began outsourcing their procurement of more technologically advanced chips for their products to external foundries, most notably to TSMC.  The world's leading foundry, TMSC not only surpassed Intel's chip production in the past decade, but by early this decade TSMC had attained 50%+ of the worldwide chip manufacturing market.

**B.     The March 2021 Launch of IDM 2.0: Intel Foundry Services (IFS) Expands the Company's Existing Semiconductor Manufacturing Activities—to Both Attract New Customers and to Bring Advanced Chip-making "Back Home"**

41.     By 2021, it had become clear in the semiconductor industry that Intel was increasingly lagging behind TSMC's technological advances.  Due to a series of problems with the development of its 10 nanometer ("nm") process nodes in the mid-2010s, Intel lost 2-3 years to its competition.  Not only was Intel forced to build more manufacturing capacity using existing (less-advanced) technology to satisfy its BUs' chip demands, but also, in 2019, other foundries became earlier adopters of extreme ultraviolet lithography ("EUV"), technology that was both less expensive and produced smaller, denser and more powerful chips.  Intel opted to retain the prior technology, deep ultraviolet lithography ("DUV") for mass chip production for too long.

42.     By 2021, when CEO Gelsinger returned to Intel (where, as a teenager, he had begun his career) to take the helm as CEO, Intel had a choice to make: it could either outsource more of its advanced chip manufacturing needs, or it could try to catch up to TSMC and work to bring advanced chip manufacturing back in-house.  Intel chose the latter path.

43.     To make the necessary investment in technological advances and make its strategy to bring advanced chip manufacturing back in-house feasible, Intel needed to expand its manufacturing facilities to a larger scale – to build more advanced process nodes at new facilities

which could support volume production. To do so it had to share the costs with, *inter alia*, external chip customers.[4]   Running a semiconductor fabrication plant (or "fab" as they are called in the industry) is an extraordinarily expensive endeavor and requires a large volume of output to scale operations. Intel could not afford to bring advanced chip making back home without the addition of new external customers, and at the same time, Intel's external foundry activities could not even exist without the internal manufacturing infrastructure that was already in place and which would have to be expanded.

44.     Thus, on March 23, 2021—just one month after his return to the Company as CEO—Gelsinger formally announced IDM 2.0, his vision for Intel's future.  To deliver on this vision of re-establishing Intel as a leader in the semiconductor industry, Intel would expand its manufacturing capabilities by establishing IFS.  Going forward, Intel would not only manufacture Intel chips and wafers for internal use by Intel's various BUs, it would manufacture them for external sales to third parties. In addition, IFS would encompass the Company's process and packaging technology (*i.e.*, assembling multiple modular tiles, or chiplets, that control various computing functions, for use in internal and third-party computing offerings) as well as "mask" making (*i.e.*, creating a template for printing circuitry onto a silicon wafer).   Intel's emergence as a global manufacturer of semiconductor products was the backbone of IDM 2.0.  The natural "synergy" between internal and external foundry services was repeatedly touted by Defendants as a reason IFS would be a successful endeavor.  In short, both Intel's internal and external manufacturing activities were essential to its success as a foundry—and as a company.

45.     On March 23, 2021, Intel published a webinar titled "Intel Unleashed" on March 23, 2021, wherein Gelsinger further expanded on IDM 2.0 and the creation of Intel Foundry Services. Gelsinger described IFS, in part, as follows:

> Today, I'm announcing our plans to be a world class foundry business and a major provider of US and European based capacity to serve customers globally.
>
> * * *

---

[4] *See also* ¶¶254-72, *infra*, with respect to other funding sources upon which Intel needed to rely for its foundry operations to succeed.

We are committed to ensuring this capacity will support commercial customers as well as address unique government and security requirements in the US and the EU. To deliver this vision, we are establishing Intel Foundry Services. *A fully vertical standalone foundry business* led by semiconductor industry veteran Dr. Randir Thackur,[5] reporting directly to me. This business unit will be completely dedicated to the success of its customers *with full P&L responsibilities*. This model will ensure that our foundry customers' products will receive our utmost focus in terms of service, technology enablement, and capacity commitments. We will be differentiated from other foundry offerings with a combination of leading edge packaging and process technology, committed capacity in the US and Europe available for customers globally, and a world-class IP portfolio that customers can choose from including x86 cores, graphics, media, display, AI, interconnect, fabric and other critical foundational IP along with Arm and RISC-V ecosystem IPs. Intel foundry services will provide access to silicon design services to help our customers seamlessly turn silicon into solutions using industry standard design packages. *We are ready to engage with customers today, starting with our existing foundry offerings, and we are expanding imminently to include our most advanced technologies* which are optimized for cutting edge performance making them ideal for high performance applications.[6]

46.     During the Intel Unleashed webinar, Gelsinger was asked: "This isn't Intel's first shot at foundry. There was a big push in that direction about seven years ago. What didn't work back then and why is it going to work this time?" He responded, in part, "first I'd say, the market is really different today. You know and as you've seen extraordinary demand for semiconductors. Strong interest on the part of US and European institutions and governments. I'd also say that our first efforts were, you know, somewhat weak and we learned a lot through them but we didn't really throw ourselves behind them. As you've heard today you know with our major capacity investments, *a separate organization, a separate P&L reporting directly to me*. You know we're going after this much more aggressively. Also we're bringing together the leading process and packaging technology. *The best that we have to offer is going to be made available to our foundry customers*." When asked about foundry revenue, Gelsinger responded, in part: "*we're already delivering 22 nanometer foundry capacity and I expect to expand that to existing customers as well*."

---

[5] Thakur resigned in November 2022.

[6] Unless otherwise stated, all emphasis in bold and italics is added.

47.     A key component of IDM 2.0 was that Intel would build five new processing nodes in four years: Intel 7, Intel 4, Intel 3, 20A and 18A.[7]

48.     At its "Intel Accelerated" event on July 26, 2021, Intel announced its process and packaging technology roadmap through 2025. Gelsinger touted the momentum of Intel Foundry Services: "The interest in IFS has been strong and I'm thrilled that today we announced our first two major customers. IFS is off to the races!" Specifically, Intel announced a packaging deal with Amazon Web Services and an agreement with Qualcomm to use Intel's 20A chips ("expected to ramp in 2024").

49. On August 23, 2021, Intel announced:

The U.S. Department of Defense … has awarded Intel an agreement to provide commercial foundry services in the first phase of its multi-phase Rapid Assured Microelectronics Prototypes - Commercial (RAMP-C) program. The RAMP-C program was created to facilitate the use of a U.S.-based commercial semiconductor foundry ecosystem to fabricate the assured leading-edge custom and integrated circuits and commercial products required for critical Department of Defense systems. ***Intel Foundry Services, Intel's dedicated foundry business launched this year, will lead the work.***

Gelsinger added: "One of the most profound lessons of the past year is the strategic importance of semiconductors, and the value to the United States of having a strong domestic semiconductor industry. Intel is the sole American company both designing and manufacturing logic semiconductors at the leading edge of technology. When we launched Intel Foundry Services earlier this year, we were excited to have the opportunity to make our capabilities available to a wider range of partners, including in the U.S. government, and it is great to see that potential being fulfilled through programs like RAMP-C."

50.     Under IDM 2.0, Intel invested heavily in increasing its manufacturing capacity around the world. For example, IDM 2.0 included plans for a $20 billion investment to build two

---

[7] According to Intel's FY 2022 Form 10-K, "Intel 3 is our first advanced node offered to IFS customers and is optimized for the needs of [internal] Data Center products." "Intel 20A will follow Intel 3 and will introduce two breakthrough technologies that we expect will deliver up to 15% performance-per-watt improvement over Intel 3." "Intel 18A, our second IFS advanced node offering, improves on Intel 20A by delivering ribbon innovation for design optimization and line width reduction. Intel 18A is on schedule and expected to deliver an additional 10% improvement in performance per watt over Intel 20A." Finally, "[b]eyond Intel 18A, we have already initiated definition and development of our next two process nodes and continue to define, build, and develop the next-generation High Numerical Aperture EUV lithography into our process technology roadmap."

new foundry factories (fabs) in Arizona, which would support both Intel's internal BUs and its external foundry customers. In addition to Arizona, Intel "broke ground on two new leading-edge chip factories in Ohio, initially announcing plans to invest more than $20.0 billion to establish the first advanced semiconductor campus in the 'Silicon Heartland'." Intel also planned to expand its semiconductor design and manufacturing presence in Europe, with construction of two new fabs in Germany to begin in the first half of 2023, along with other investments to follow in France, Ireland, Italy, Poland, and Spain.

51.    During the Company's Q4 and FY 2021 earnings call held on January 26, 2022, CFO Zinsner announced that Intel was "modifying our segment reporting to align with our revised organizational structure and business strategy. Moving forward, we will report results under the following business units:" the Client Computing Group ("CCG"), which includes desktop and notebook sales; Data Center and Artificial Intelligence ("DCAI"), which includes Intel's data center CPU products and programmable solutions; Networking and Edge ("NEX"), which includes Intel's IOTG (Internet-of-Things group) and networking-focused products; Accelerated Computing and Graphics ("AXG"), which includes graphics products; Mobileye, producing software and hardware for autonomous driving systems; and Intel Foundry Services ("IFS"), which, according to Zinsner, "includes revenue from both our wafer and packaging offerings."

52.    In its 2021 Form 10-K, filed as of January 27, 2022, at 5, Intel underscored that the building of new fabs would support manufacturing of its own cutting-edge products as well as products for external customers. Specifically, Intel announced:

> Our IDM 2.0 strategy combines our ***internal factory network***, strategic use of external foundries, ***and our new IFS*** business to position us to drive technology and product leadership. To accelerate this strategy, we announced plans to invest $20 billion to build two new fabs in Arizona, which we broke ground on in September, and we recently announced plans to invest more than $20 billion in the construction of two new leading-edge fabs in Ohio. We also announced approximately $10.5 billion total investment to equip our Rio Rancho, New Mexico and Malaysia sites for advanced packaging manufacturing. In August, the US Department of Defense announced that IFS will lead the first phase of its multi-phase RAMP-C program to facilitate the use of a domestic commercial foundry infrastructure.

53.    Under the heading "Manufacturing Capital," 2021 Form 10-K at 11, Intel described its growth plans:

> [W]e will continue to build the majority of our products in Intel fabs... [W]e intend to build a world-class foundry business with IFS, which will combine leading-edge process and packaging technology, committed capacity in the US and Europe, and a world-class IP portfolio for customers, including x86 cores.  During the year we began shipping packaging units for our first IFS customer, Amazon Web Services.

54.    At Intel's Investor Meeting on February 17, 2022, CFO Zinsner continued describing the interconnection between internal and external foundry business with respect to building additional fab capacity: "in the foundry business, it's making sure that we expand but expand in a way that is thoughtful and make sure that we maintain good profitability, good discipline around our CapEx intensity and good discipline around our free cash flow aspirations."  Zinsner added that "we will seek customer commitments as we look to expand our fab footprint in the form of prepayments.  And so we've been talking to customers, I'm sure Randhir mentioned this, and I think we have good line of sight to see prepays as we start to build out, in particular, the foundry business."

55.    Also during Intel's February 17, 2022 Investor Meeting, CEO Gelsinger explained the interconnected relationship between Intel's IDM product business and its foundry and fabs:

> some of you have challenged me and said, "So why are you getting into the foundry business?  Help me understand this."  Well, ***IDM makes IFS better, IFS makes IDM better***.  When you think about that, ***my IFS business gets all of those TD investments, those manufacturing networks, the IP blocks that we're creating for free, billions of dollars of R&D is being made immediately available to the Intel Foundry Services***. Wow, that is leverage. But IFS makes IDM better as well.  Our foundry drives us to create more robust PDKs, better EDA tool engagements, richer IP block availability from the industry and the foundry customers are benchmarking us every single day.

56.    Defendants provided the following graphic showing the interconnectedness of Intel's Foundry and its Products BUs:

57.    On March 7, 2022, Gelsinger spoke at the Morgan Stanley Technology, Media, and Telecom Conference.  When asked about his "confidence" in "the path to double-digit [overall revenue] growth over time" that Gelsinger had laid out during the call, Gelsinger responded: "hey, don't believe the aggregate.  Believe the subparts.  We said, hey, here's the 6 businesses that we've laid out. ***We're going to give you transparency in the 6 businesses***." IFS was one of the six businesses that Gelsinger claimed would be transparently reported. He again claimed that "IFS makes IDM better. IDM makes IFS better."  He expanded on that, in part:

> What do I mean when I say that?  The integrated design to manufacturing, it was always fairly proprietary internally.  Well, when I become a foundry, I'm no longer proprietary. Industry PDKs, industry design tools, ***it's forcing us to fully leverage and align with those industry standards.  It also forces a daily benchmarking***, right? . . . .

                                    * * *

> But ***IFS also benefits from IDM, right?  Essentially, they get $10 billion of free R&D, right? [LTD], boom, it's all available to them***.

58.    On April 28, 2022, describing Intel's foundry manufacturing, Gelsinger explained how the production of wafers for both internal and external use benefited Intel:

> I would say that our IDM model just gives us fundamentally an advantaged business model here, where given the majority of our volumes are internal, we are able to balance between what we use externally for wafers and what we use internally for wafers. And thus, we're able to do a much better job satisfying our customers and having a more competitive product line.

I'd also again add, Tim, that our execution of our 5 nodes in 4 years on or ahead of schedule across it. This just reinforces the competitiveness that we've described where we do see ourselves coming back to a position of unquestioned process technology leadership, and we're building out the manufacturing capacity at scale to deliver that to our customers. So IDM 2.0, well leveraging the foundries, but even more importantly, building leadership technologies with that scale manufacturing to deliver the most robust product line in the industry.

**C.  Starting in September 2022, Defendants Tell Investors Intel Is Embracing an "Internal Foundry Model" To Drive Efficiency, Transparency, and Accountability in its Foundry Business**

59.  During a September 7, 2022 Evercore TMT (Technology, Media & Telecom) conference, Gelsinger stated "We're increasingly shifting the internal business model to be more foundry-like internally as well, which I think is going to create more expectation of our foundry customers as our internal business units look. So that's going to drive efficiency in the business."

60.  In an October 11, 2022 statement published to Intel's website, Gelsinger announced the "next phase" of Intel's IDM 2.0 initiative, emphasizing that Intel "must embrace an internal foundry model, not only for our external customer commitments but also for our Intel product lines." Under the heading "Internal Foundry Model Explained," Gelsinger advised that Intel would "create a foundry accounting model that encompasses manufacturing, technology development and Intel Foundry Services."[8]  In short, the Internal Foundry Model would include Intel's semiconductor products manufacturing and advanced packaging activities for both its *internal* BUs and its *external* customers, thus fully encompassing *all* of the Company's manufacturing activities.

61.  Gelsinger stated that the Foundry Model puts Intel's product groups "on a similar footing as external Intel Foundry Services customers and vice versa."  He promised that the Foundry Model would provide "***more transparency*** into our financial execution and will allow us to fully benchmark and drive ourselves to best-in-class foundry performance."  Finally, Gelsinger announced the creation of the "IDM 2.0 Acceleration Office," led by Stuart Pann, SVP of Intel's Corporate Planning Group, to guide the implementation of the Foundry Model. In this role, Mr. Pann joined Intel's executive leadership team and reported directly to CFO Zinsner.

---

[8] Herein after referred to as the "Internal Foundry Model" or "Foundry Model".

62.     During Intel's Q3 2022 earnings call on October 27, 2022, CEO Gelsinger touted the success of its process advances and fabs expansion: "Since Q2, IFS has expanded engagements to 7 out of the 10 largest foundry customers, coupled with consistent pipeline growth to include 35 customer test chips."    Gelsinger further explained that Intel's investments in technology development and at-scale manufacturing capacity "enables us to move forward with our next set of priorities, evolving our systems, business practices and culture to embrace an internal foundry model and establish a leadership cost structure. This means we will create what I like to call a new and clean API for the company by establishing consistent processes, systems and guardrails between our manufacturing teams and our business units. This will place our BUs on the same economic footing as external IFS customers and will allow our manufacturing group and BUs to be more agile, make better decisions and uncover efficiency and cost savings."

63.     CFO Zinsner added that the IDM 2.0 Acceleration Office (created for the implementation of the Foundry Model) would "focus on driving $3 billion of cost reduction in 2023, 1/3 in cost of sales and 2/3 in operating expenses."  He continued, "Longer term, we will execute on continued structural cost savings and efficiency gains, which we expect to drive $8 billion to $10 billion in annual savings by the end of 2025, split roughly 2/3 in cost of sales and 1/3 in operating expense."  During the Q&A, Zinsner assured investors that "we have very good line of sight on the first $3 billion and pretty good line of sight on the full $8 billion to $10 billion."

64.     Gelsinger explained that the "new approach" of the Foundry Model "***will provide transparency*** on ***our financial execution***, allowing us to better benchmark ourselves against other foundries and drive to best-in-class performance. It will also ***provide improved transparency to our owners*** as we expect to share full internal foundry P&L into calendar year '24, ultimately, allowing you to better judge how we are creating value and allocating your capital."  Gelsinger emphasized the supposed "financial transparency" of the Foundry Model and the supposed benefit of improved margins[9] during the Q&A portion of the call, claiming "we're going to start giving more financial

---

[9] Gross margin is the percentage of a company's revenue retained after direct expenses.  Operating margin is the ratio of operating income (or loss) to net revenue.

transparency that way so that you can start to see the benefits in the margin stacking being realized of both being a product company as well as a fab foundry company."

65.    Also during the Q3 2022 earnings call, CFO Zinsner similarly explained that "critical to driving this transformation is the implementation of our internal foundry operating model, ***dramatically increasing financial accountability and transparency***, enabling all organizations to drive to world-class product cost and efficiency benchmarks."

66.    In an interview on November 4, 2022, IFS President Randhir Thakur told *Nikkei Asia*:  "Our ambition is to be the No. 2 foundry in the world by the end of the decade, and [we] expect to generate leading foundry margins."  This aggressive goal signaled to investors that under the Foundry Model, Intel intended to become a leader in advanced process technology and would surpass Samsung, which then commanded the second-largest market share, behind TMSC.

67.    CFO Zinsner spoke at the Credit Suisse Technology Conference on November 30, 2022.  Regarding Intel's targeted cost savings of $3 billion in 2023 with a total of $8 to $10 billion in savings by 2025 (combining reductions in cost of sales and operating expenses), Zinsner again stated "I think we've got a pretty good line of sight actually to half of that through our kind of reorganization of the business towards an internal foundry business."  He continued, "And so that's where I'm spending most of my time on the transformation, is getting that to get in the right place."

68.    CFO Zinsner spoke at the UBS Global TMT conference on December 5, 2022, and suggested the Company had undertaken the exercise of breaking out Intel's foundry activities as a separate reportable segment based upon the then-current financials.  Zinsner explained that Defendants had analyzed the P&L for the Foundry Model, stating that "in the just spreadsheet kind of exercise of this whole thing, I mean this thing has a really rough P&L, does not work.  And so I started – so Pat and I started to realize, hey, we actually need to create more accountability.  They need to be able to measure themselves against other foundry competitors."

69.    During the Company's Q4 and FY 2022 earnings call on January 26, 2023, CEO Gelsinger discussed both internal and external aspects of Intel's IDM 2.0 strategy. Externally, he again touted "active pipeline engagements with 7 out of the 10 largest foundry customers coupled with consistent pipeline growth to include 43 potential customers and ecosystem partner test chips."

Gelsinger also spoke about the internal changes the Foundry Model would bring about, stating that the internal foundry model was a cost saving measure:

> This new approach is already gaining momentum internally.

> As a reminder, the internal foundry model will place our BUs in a similar economic footing as external IFS customers and will allow our manufacturing group and BUs to be more agile, make better decisions and uncover efficiency and cost savings. . . .

> * * *

> We'll also **provide improved transparency to our owners** as we expect to share full internal foundry P&L in calendar year '24. Ultimately, **allowing you to better judge how we are allocating your capital and creating value**.

> We expect additional efficiencies as we implement our internal foundry model, which is a key element to accomplish our $8 billion to $10 billion of cost savings exiting 2025, as we outlined on our last call.

70.     During analyst Q&A about how Intel would improve its gross margins, CFO Zinsner added, regarding the $8 to $10 billion in cost savings by 2025, "we're getting a lot of that from our internal foundry model that Pat [Gelsinger] mentioned."

71.     On February 22, 2023, Intel hosted a Capital Allocation Update conference call. During the call, Gelsinger discussed the Foundry Model, stating "[we] are providing **incremental transparency** to our owners by reporting our manufacturing group as a separate operating segment in 2024[.]"  He announced: "It is against this backdrop that we have decided to reduce and reset the dividend while still maintaining a very competitive and attractive yield, at the same time increasing our operational flexibility to execute on our strategy and drive even higher total returns for our owners."  Intel cut its dividend by roughly two-thirds, from $0.365/share to $0.125/share.

72.     Despite the reduced dividend, Gelsinger assured investors of Intel's progress towards regaining the leading edge on process technology, as these advances were essential to attracting external foundry customers and reducing the product BUs' need to obtain advanced chips from other foundries: "We are at or ahead of schedule on 5 nodes in 4 years with very strong confirmation last quarter as we signed up our first Intel 3 foundry customer."  He also indicated that "we are gaining momentum with foundry customers as well. So I feel good that we've turned the corner on many of the execution challenges."

73.    During the March 8, 2023 Morgan Stanley Technology, Media & Telecom Conference, Zinsner again described the total of $8 to $10 billion in cost savings (by the end of 2025) that Defendants identified from the Foundry Model: "So, this is going to have to be really where we break the company reporting into two pieces, one that really reports a P&L based on kind of a foundry model; and the rest that reports all the business units by product because we're going to really drive efficiency in this foundry that *is both supporting our internal needs and supporting our external customers in foundry*."

74.    A March 21, 2023 Intel press release announced the appointment of Stuart Pann as the SVP and General Manager of IFS,[10] replacing Dr. Thakur who announced his resignation in November 2022. The press release stated, "Pann will report to Intel CEO Pat Gelsinger and drive continued growth for IFS and its differentiated systems foundry offering, which goes beyond traditional wafer fabrication to include packaging, chiplet standards and software, as well as U.S.- and Europe-based capacity."

75.    The release continued to quote Pann as stating:

"Intel Foundry Services is a critical pillar of our IDM 2.0 strategy*, and it's been exciting to watch it grow from an idea to an operating business with a world-class IP portfolio and significant customers in less than two years*," Pann said. "I am committed to championing the interests of our foundry customers and to helping them take advantage of Intel's leading edge process technology and full stack of open systems foundry offerings so they can succeed in a world that demands ever more computing."

76.    On March 29, 2023, Intel hosted a Data Center and AI investor webinar, during which Intel's VP of Corporate Planning and Investor Relations, John Pitzer, stated of the Internal Foundry Model accounting, "we have committed to kind of giving you *visibility into that profitability* for both the manufacturing and the BUs by Q1 of '24."

77.    During the Company's Q1 2023 earnings call held on April 27, 2023, CFO Zinsner explained: "our shift to *an internal foundry model is already demonstrating a path to the structural*

---

[10] According to the March 21, 2023 press release, "Pann started his career at Intel and returned to the company in 2021, having previously served as chief supply chain officer and chief information officer at HP for six years. Prior to that, Pann served as corporate vice president and general manager of Intel's Business Management Group, responsible for pricing, revenue and forecasting functions for the company's microprocessor and chipset operations."

*cost improvements* necessary to achieve our long-term profit goals" and "We look forward to unpacking the financial and operational benefits of our internal foundry model in much more detail in our investor webinar later in the quarter." Zinsner also repeated the claim that the Internal Foundry Model was going to drive "a lot of that $8 billion to $10 billion of savings exiting 2025."

78.     At the Company's Annual General Meeting on May 11, 2023, Intel's Chairman of the Board, Frank Yeary stated "Last year, we also announced the establishment of an internal foundry model, which is fundamentally shifting the way the company operates by placing Intel's business units on a similar economic footing as external IFS customers. In this way, the internal foundry model will highlight and drive the elimination of legacy costs and *provide more transparency on the Company's financial execution*."

79.     On May 31, 2023, Stuart Pann, Intel's recently appointed SVP and General Manager of IFS, issued a statement about Intel Foundry Services.  He noted that Intel's recent agreement with European computing company, Arm, was "a great sign of the momentum building around IFS," and reiterated his predecessor's statement that "IFS has an ambitious goal to become the second-largest foundry by 2030."

80.     On May 31, 2023, Intel participated in a TW Cowen Technology, Media, and Telecom conference.  When asked about how Intel would improve its gross margins, CEO Gelsinger pointed to "driving efficiencies" with the Foundry Model, which would allow Intel to see its Foundry manufacturing P&L on a standalone basis.  He explained "*we've already started to do this*," referring to analyzing all internal and external foundry activities together under the Foundry Model, saying "We're playing around with it this year and then hopefully, we get it to a point where we can actually segment or report next year in this way."

81.     Intel made clear during the June 7, 2023 Bank of America Global Technology Conference that the new foundry nodes being developed, Intel 3 and Intel 18A, would be used by both internal and external foundry customers: "Both Intel 3 and 18A are the foundry nodes, so we, of course, are going to drive a lot of volume on both 3 and 18A with our own products, but the Intel foundry goal is to ensure that we have a volume customer on Intel 3. We are working hard to close a volume customer on 18A, and so that's crucial."

**D.    In June 2023, Intel Hosts a Webinar on the Foundry Model, Explaining How it Will Provide Transparency and Clarity on the Foundry's Financial Performance**

82.    On June 21, 2023, Defendants hosted a webinar on the Foundry Model ("Foundry Webinar"). During prepared remarks, Pitzer explained "*[t]o drive transparency for our owners*, as of our Q1'24 earnings, our manufacturing groups, including internal manufacturing, technology development and Intel Foundry Services will be combined into a single reportable segment on par with CCG, DCAI, NEX and Mobileye."  Under this accounting model, the Foundry is responsible for its own reportable P&L.  Defendants again emphasized the supposed cost saving and margin improving benefits the Foundry Model would provide and the supposed "tailwind" it would be to Intel's IFS strategy.

83.    CFO Zinsner opened the Foundry Webinar by explaining: "Based on conversations that we've had with shareholders over the last several quarters, *we concluded there was an opportunity to provide more clarity around our internal foundry model that underpins our ongoing transformation from IDM 1.0 to IDM 2.0*."  Zinsner provided further detail on the changes to Intel's financial reporting as follows:

> In our current model, we have P&Ls for Internal Foundry Services, or IFS; and the product BUs of CCG, DCAI and NEX. The manufacturing and technology development groups allocate 100% of their costs out to these P&Ls. As we transition to the internal foundry model, the manufacturing group will be accountable to a stand-alone P&L for the first time. The reportable P&Ls will now be the manufacturing group, inclusive of IFS, manufacturing and technology development; our product groups of CCG, DCAI and NEX; and "All Other". Under this new structure, [we] will move from a cost allocation to a market-based wafer test and packaging price, from our manufacturing groups to our external and internal customers, for both front-end fab manufacturing and back-end test and packaging services. This is a shift from today's practice where cost is allocated from the manufacturing group to the business units.

> Pricing will be based on comparable industry benchmarks from foundries and OSATs based on performance, power, area and cost …. It's important to note that this is not only a significant change for our manufacturing groups, but it will also unencumber the business units from a large portion of their allocated costs, allowing them to predictably optimize their own OpEx and investment decisions.[11]

---

[11] Later in the webinar, Intel's VP and General Manager of Corporate Planning, Jason Grebe, clarified that under the previous "cost-based model, the business unit P&Ls would absorb changes (footnote continued)

To put a finer point on this. Today, our manufacturing, technology development and IFS groups comprise roughly 40% of our headcount, 25% of our OpEx and more than 90% of our CapEx. Yet our ability to benchmark and track the effectiveness of these investments has historically been obscured by the lack of transparency inherent in an allocated cost model.

\* \* \*

**We're already seeing benefits of this newfound transparency and accountability** and expect to see many more as teams are incentivized to drive better financial performance.

84.    CFO Zinsner described the Foundry Model as having a beneficial effect on Intel's financial results, claiming that "the manufacturing business will begin to generate a margin" under the Foundry Model, and that the Foundry Model would drive major cost savings: "We first discussed our internal foundry model in Q3 of 2022 as part of our multiyear cost efficiency effort, which includes reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025 .... The internal foundry model is a key enabler of the incremental savings to achieve our $8 billion to $10 billion we previously committed exiting 2025 and is critical to our longer-term ambition of 60% gross margins and 40% operating margins."

85.    In connection with his discussion of Intel's Foundry operating margin, CFO Zinsner presented investors with the following slide, purporting to show Intel's manufacturing (*i.e.*, Foundry) margins improving steadily over time:



in cost, ramp impacts and allocated expenses that can vary over time" from manufacturing.  In other words, Intel's other business units had been absorbing—and masking—the extent of the costs (and losses) for Intel's manufacturing, which manufacturing was essential to the launch and success of IFS.

86.     Zinsner also stated, "This new model will add transparency and comparability that exposes the true economics of the business by more directly measuring the financial performance of our teams with peers."

87.     Zinsner cited the "key advantages" of the Foundry Model, including that it "gives [Intel] a substantial tailwind as an external foundry by ramping our process nodes on internal volume and derisking the process for external customers."  Intel's VP and General Manager of Corporate Planning, Jason Grebe echoed the "tailwind" claim, stating "we provide a tailwind to our external foundry business by effectively creating the industry's second largest foundry, letting external customers build off our internal scale.  For example, we will have more than five internal products being developed on our latest process technology, Intel 18A.  Our internal products and the early learnings around them essentially derisk the process for our external customers." He continued, "the internal foundry model will be a strong tailwind to our IFS strategy."

88.     CFO Zinsner continued touting the benefits of the Foundry Model, stating that "In the new model, based off of internal volume, we expect to be the second-largest foundry next year [*i.e.*, in 2024] with manufacturing revenue of greater than $20 billion."

89.     Following Zinsner's prepared remarks, analysts sought clarity on the purported margin improvements from the Foundry Model.  Analyst Ross Seymore of Deutsche Bank asked:

> Q: "I guess for my first question, **on the manufacturing side, you have the slide, didn't have a scale on it,** but you talked about the operating margin being negative initially and then climbing over time. Can you just give us an idea of is that mainly cost-dependent, the $4 billion to $5 billion that Jason highlighted? Or is there a significant revenue dependency within that? And if it is revenue-dependent, is that more internal or foundry IFS-based?"

> Zinsner responded, in part: "**obviously** also, **we look at our OpEx as a percent of revenue in the foundry business**. And **it's relatively high** given our need to accelerate our node transitions and the investments necessary to do that. And obviously, we'll get back on to a normalized cadence. And so my expectation is that OpEx starts to improve as a percent of revenue as we progress, and that should provide a good tailwind to improving operating margins as well."

90.     Analyst Vijay Rakesh of Mizuho Securities sought clarification from Zinsner about Foundry Model revenues:

Q: "are you looking at foundry revenues going to $20 billion next year? And when do you expect to start breaking out the internal versus the foundry business?"

Zinsner responded, in part: "Yes. We already provide right now the foundry revenue. The external foundry revenue is not in our current construct of segment reporting."

John Pitzer, Intel's VP of Corporate Planning & Investor Relations, added: "Vijay -- sorry, Dave. I was going to add, *Vijay, the idea of talking about $20 billion of foundry revenue in Q1 of next year is to show you that we are an at-scale manufacturer or foundry*. That would make us the second-largest foundry in the world. Now all of that business is coming from internal fabless customers, not external. But as we add those external customers, it just increases that scale."

91.     Although Defendants promised investors that the Foundry Webinar would provide "more clarity" and "transparency," Defendants only provided mock figures to explain Intel's planned change in accounting as of January 1, 2024. Despite CEO Gelsinger earlier saying Defendants were merely "playing with" the standalone P&Ls during 2023, this was no game. Because Defendants were already in the process of attempting to drive efficiency and lower costs, they regularly reviewed the full Foundry's standalone P&Ls and knew the actual operating expense figures Intel could currently plug into those line items – and those operating expenses were well beyond merely "relatively high."   As a result, Defendants provided anything *but* clarity or transparency on the true performance of the Foundry business on June 21, 2023 – and for many months to come.

92.     Intel's discussion of the size of standalone foundry revenues featured prominently in a same-day analyst report about the webinar.  A June 21, 2023 Mizuho Securities report titled "Foundry Update: Ramping in 2024E, Margin Expansion to Follow - No Changes to Ests/PT" stated:

INTC hosted its Internal Foundry Model webinar with Dave Zinsner, EVP and CFO, and Jason Grebe, VP and GM of Corporate Planning.

INTC noted: **1)** *internal* foundry revenue expected to reach ~$20B as early as 2024E, **2)** it is on track for $3B of cost savings in 2023E, with $2B of opex and $1B of COGS [Cost of Goods Sold], and **3)** its 60% GM and 40% OM targets are intact, despite high costs associated with foundry ramp.

[bold and bold/italic emphasis in original]

93.    The June 21, 2023 Mizuho report parroted Defendants' claims of $20 billion in internal revenue for its foundry business, stating "INTC expects to see ~$20B of revenue in its foundry business, which we note in Ex-1 would make it the world's second largest foundry, trailing only TSMC . . . though only due to its internal foundry demand."

94.    On August 31, 2023, Intel participated in a Deutsche Bank Technology Conference. There, CEO Gelsinger referred to the Foundry Model as "seminal" to IDM 2.0.  When asked about Intel separating out all manufacturing into its own Foundry Model P&L in 2024, Gelsinger commented "That's getting huge discussion internally."  Deutsche Bank Analyst Ross Seymore noted how important the Foundry Model was to analysts, quipping that analysts "ask you 15 questions every time we see you on it" to which Gelsinger responded "Only 15?  Is that all?"

95.    During a September 5, 2023 Goldman Sachs conference, IFS President Stuart Pann commented that "the foundry business is essential for Intel."  Pann repeated Intel's goal to "become the #2 external foundry supplier by 2030."  Pann assured that Intel was being "really judicious" about forecasting "the size of the IDM business and the size of the foundry business," explaining "we created a fairly elaborate set of models where we look at what gets a corridor and what gets constrained to our internal business."  He added that the modeling provided "a fairly narrow band."

96.    The Goldman Sachs analyst pressed Pann to provide details of the Foundry's financial performance:

> Q: We talked about the internal foundry model extensively. I think starting in Q1 of next year, you guys will report the manufacturing arm of the company, if you will, and the product group arm P&L margins, et cetera. ***I guess my blunt question is, well, what is that going to look like?*** . . . .
>
> A: . . . we will sell wafers to the internal business units. They will have a wafer price, and we will recognize that price along with our costs in that P&L. And we'll also sell wafers externally. So the [Foundry Model] P&L will be a combination of both internal and external.
>
> As to subscale, we're driving -- still driving a lot of volume. It's not like -- it's a small operation, but we will make sure those wafer prices that we're charging the business units are competitive with what they can see from an external supplier. ***So you'll see that all play out***. And we're going to take some aggressive goals in terms of margin targets. I'm not ready to disclose what all those look like today. I'll leave that to Dave Zinsner and Pat.

But we have a pretty well-thought-out plan right now.

97.     On September 6, 2023, Intel participated in the Citi Global Technology Conference. During the conference, CFO Zinsner explained that compared to its foundry peers – *e.g.,* TSMC and Samsung, among others – the P&Ls of the Foundry Model fall short.  Without revealing the true nature and extent of the Foundry's operating losses, Zinsner made clear that *Defendants* knew exactly what the Foundry P&L looked like, stating:

> And so we've talked about this thing where we're kind of separating out kind of the manufacturing, which is going to look like a foundry business that provides wafers and packaging services to not only external customers but also our own internal customers. And so **by doing that, we kind of isolate that business's P&L now and be able to measure that relative to peers. And you're not going to be surprised to hear that it's woefully inadequate. It's not in a good place**.

98.     On September 19-20, 2023, Intel hosted "Intel Innovation 2023."  When asked about Intel's gross margins "as we go into '24," Zinsner responded by stating, in part "what Pat has said, which I subscribe to, as the finance guy is our goal is to get to 60% gross margins.  And we think we have good line of sight to do that, and in particular, given this internal foundry model, what we can drive in terms of efficiencies makes us even more confident in our ability to get to the 60% margin."

99.     During Intel's Q3 2023 earnings call held on October 26, 2023, Gelsinger stated "We remain on track to reducing costs by $3 billion in 2023, and we continue to see significant incremental opportunities for operational improvement **as we execute on our internal foundry model**."  Regarding Intel Foundry, Gelsinger stated

> I'd also emphasize that as we build our foundry capacity, we build more capacity in our factory network for our internal and external customers. That's a tide that lifts all boats for us because it improves the profitability not just the foundry but the competitiveness and the profitability of our product businesses as well. So overall, we feel like this is a really important milestone for us this quarter, seeing not just great financial results but the operational results were even better than that, which is what led me to say, hey, this was an outstanding quarter for us overall.

100.     CFO Zinsner said the following about the Foundry Model in response to a question about Intel's gross margins:

> . . . more importantly, maybe the thing that's near and dear to my heart is this internal foundry model that we've built, where **we're now measuring the**

*manufacturing and TD organization as a separate P&L.* We'll officially do that next year and we'll segment report it that way. But *we're already this year starting to look at it that way in operations reviews*. . . .

And all the things that we thought we would see in the dialogue between those functions, we're already starting to see now. *We see the product organizations already starting to optimize around test times, around stepping, around how many samples and hot lots they do in the fab.* Suddenly, things they didn't spend a lot of time thinking about before, they care a lot about now. *And we're already starting to see improvements in the P&L because of that.*

101.     Gelsinger also referred to Intel's advanced packaging technology as "the fast on-ramp to the Intel Foundry Services."  He concluded by stating "This was a great quarter for foundry at Intel."  Gelsinger later closed out the call by emphasizing that "As I said, the financial results were great. The operational results were truly outstanding this quarter. And it's a confirmation of our foundry strategy, of our 5 nodes everywhere…."

102.     At a December 14, 2023 event in New York City, "AI Everywhere," Defendants introduced Intel's new line of products for the AI market.  In conjunction with the event, Gelsinger gave an interview to *Reuters*.  In a December 14, 2023 article entitled "Intel Chief Ready to Go it Alone on Chip Manufacturing," Gelsinger was reported as saying that Intel would not spin out chip manufacturing in an IPO as it did with its Mobileye a year earlier.  Instead, "IFS will break out financials beginning in the second quarter of next year, Gelsinger said."  As the article explained: "For the moment, there are distinct advantages by operating together, in part because *most of the factory capacity is used by Intel at the moment*, the CEO said." "'The idea of the internal foundry model, we think, is the right path for us in the current environment,' Gelsinger said in an interview with Reuters.  In some ways, Intel already operates two separate companies - a chip design business and a factory unit - in part to give its IFS customers confidence that Intel is a 'clean supplier' of manufacturing capacity, Gelsinger said."

103.     Consistent with this sentiment, in its 2023 Form 10-K, filed January 26, 2024, at 35, Intel discusses its IDM 2.0 strategy, with IFS described as a single foundry providing chip fabrication and related services for Intel product BUs and external customers alike:

Our IDM 2.0 strategy includes our pursuit of these complex manufacturing and market growth opportunities by making significant capital investments in leading-edge semiconductor technologies in order to create foundry capacity *and establish*

***IFS** as a major provider of foundry services that provides semiconductor manufacturing solutions **for others and for ourselves**. We have made and expect to continue to make significant capital investments in furtherance of this strategy.*

**E.    In January 2024, Defendants Announce 2023 Results, Touting the Success of IFS, Including Supposed 103% Annual Growth in Foundry Revenue**

104.    On January 25, 2024, Intel filed Form 8-K and press release announcing its Q4 and FY 2023 results.  Among other things, the press release reported Q4 2023 IFS revenue of $291 million (***up 63% over Q4 2022***) and FY 2023 revenue of $952 million (***up 103% over FY 2022***).  Defendants also reported that IFS operating losses for FY 2023 were $482 million.

105.    The same day, Intel hosted its Q4 and FY 2023 earnings call.  Gelsinger touted Intel's Foundry activities, claiming "We made major strides in building our foundry ecosystem in 2023…." He continued, "Supporting our growing momentum in IFS is our global manufacturing footprint. We are the only semiconductor company with that scale and sustainable manufacturing in every major region of the world providing ourselves and our foundry customers resilient access to the right capacity in the right regions at the right time."  Regarding external customer wins, Gelsinger stated: "With leadership technology and available capacity, our opportunity set continues to grow. In total, across wafer and advanced packaging, our lifetime deal value for IFS is now over $10 billion, more than doubling from the $4 billion we provided in our last update."

106.    Gelsinger further announced, "we are thrilled to be hosting our first Foundry Day, IFS Direct Connect on February 21st in San Jose, where we will have the opportunity to showcase the breadth of our ecosystem as well as begin to talk about our process road map beyond Intel 18A, next generation packaging and our full foundries."

107.    During the January 25, 2024 call, Gelsinger stated the following about the Foundry Model:

> underpinning our across-the-board progress in 2023 is our operational and financial discipline. As our new internal foundry model, which is designed to drive greater transparency, accountability and focus on cost begins to take root, we expect to unlock further cost savings and efficiencies in 2024 and beyond. We have officially transitioned to this new operating model on January 1, and we'll report the new segmentation format as part of our Q1 earnings. We see incremental efficiencies as we drive to our long-term model of 60% gross and 40% operating margins.

108.    During the call, Zinsner discussed the accounting impact of the Foundry Model:

We're excited to mark the first month fully operating under our new internal foundry reporting structure with improved accountability, transparency around cost and value drivers and increased focus on driving higher rates of return for our owner's capital. We intend to provide you with the recast historical financials this quarter in the form of an 8-K. We will unpack the details at that time, but you will see not only the first view of our manufacturing P&L, but a view of our products group more in line with external peers.

While [it will] come as no surprise, our manufacturing P&L is under significant pressure as we get back to process leadership and build the infrastructure to meet both internal and external demand, we see abundant opportunity to drive improvement. Finally, standing up a separate legal entity for manufacturing, technology development and IFS is important to our foundry customers. We expect to have that structure in place in the second half of 2024.[12]

109.    While Zinsner claimed "excite[ment]" that the "recast" accounting would provide more accountability and transparency into where shareholders' capital was going, and "a view of our products group more in line with external peers," he concealed that this newfound "transparency" would in fact reveal $7 billion in foundry-driven losses for 2023.

110.    Also during the call, CEO Gelsinger explained "We're seeing healthy growth in lifetime deal value. We'll be giving you periodic updates on it as a good metric of seeing how rapidly that business is growing for us. And I'd emphasize that number is just external foundry, right? *Our internal business is what's going to be driving the factory build-out*. And that really gives us the scale to then start adding these additional external customers to it."

111.    Zinsner also was asked about whether Intel's margins were suffering from "headwinds in terms of capacity utilization," to which Zinsner responded, in part:

we've got this internal foundry model that Pat mentioned and I mentioned in the prepared remarks that we think is going to deliver tons of savings for the company. *I think every week that Pat and I spend on this, somebody brings up another big rock that they found of savings they can identify,* because they are looking at the business in an entirely different way than they're used to looking at it. The product groups are now hyper-focused on test times and how many -- what sort of like hot lots they do and how much sample activity they use.

The factories now, as you point out, very, very hyper-focused on loadings and making sure they're properly thinking about their capital investment associated with the loadings. We're way more focused in terms of stepping and so forth. *So I*

---

[12] In a September 16, 2024, message to employees published as an Intel press release the same day, Gelsinger stated: "To build on our progress, we plan to establish Intel Foundry as an independent subsidiary inside of Intel."

1    ***think we'll get, like I said in a call a couple of quarters ago, $4 billion to $5 billion
2    of savings from this internal foundry model ultimately.*** And so that's another big
     step function that I think gets us to the 60% gross margins.

3    112.    CEO Gelsinger further discussed how internal manufacturing on the foundry nodes
4    was essential to build the IFS business.  He explained how the Company "derisked" the foundry
5    prospects for external customers by running nodes internally.  He stated, in part, "we ran many,
6    many wafers using Intel 3 with backside power to go derisk backside power before you put it into
7    Intel 20A and Intel 18A."

8    113.    Regarding the products side of the business, Intel's forecast for Q1 2024 was worse
9    than expected: Gelsinger summarized, "[a]s we look into Q1, our core business, including client
10   server and edge products continues to perform well and is tracking to the lower end of seasonal.
11   However, discrete headwinds, including Mobileye, PSG and business exits, among others, are
12   impacting overall revenue, leading to a lower Q1 guide."  Gelsinger provided additional color: "PSG
13   is in the midst of an industry-wide cyclical correction," and "Mobileye is experiencing a sharp
14   inventory correction in Q1."

15   114.    CFO Zinsner told investors: "We expect Q1 revenue of $12.2 billion to $13.2 billion.
16   At the Q1 revenue midpoint of $12.7 billion, we expect gross margin of approximately 44.5% with
17   a tax rate of 13% and EPS of $0.13." Zinsner noted that "[w]e expect Q1 Data Center revenue to
18   decline double-digit percent sequentially before improving through the year."

19   115.    Analysts reacted negatively to the unexpectedly low guidance due to weakness in the
20   core products business, PSG, and Mobileye. For example, in a note published by Wells Fargo on
21   January 25, 2024, analyst Aaron Rakers wrote that "[w]e think Intel shares are justifiably selling off
22   following soft 1Q24 guidance that leaves us to question when the company will find its footing as
23   competitors capitalize on an ongoing AI server capex cycle," and lowered his price target for Intel
24   stock from $52 to $48.

25   116.    In a note published by J.P. Morgan on January 26, 2024, analyst Harlan Sur wrote:

26   For the Mar-Qtr, the team guided revenues to decline by 18% Q/Q, well-below
     consensus and ours/market expectations which the team attributed to two factors:
27   1) core business products tracking toward low-end of seasonality (across PC,

28

Datacenter, and Networking & Edge) and :2) business exits combined with a severe inventory correction in its non-core products (e.g. Mobileye and PSG business).

J.P. Morgan lowered its estimates for Intel's future results, and reiterated its "Underweight" rating on Intel stock.

**F.    In February 2024, Defendants Trumpet Intel's Supposed Foundry Success at its First-Ever "Foundry Day"**

117.    On February 14, 2024, Intel announced it would "provide updates on its foundry business and process roadmap at IFS Direct Connect, Intel's flagship foundry customer event on Feb. 21 in San Jose, California." Defendants also referred to IFS Direct Connect as Intel's "Foundry Day."

118.    Defendants hosted Foundry Day on February 21, 2024. Gelsinger cited back to the "Intel Unleashed" event held three years earlier, when IFS was first announced and said "here we are today, 3 years later, and today, this vision of Unleashed becomes real. Today, the best of foundry, the silicon ecosystem, what could be today is what is. And with that, I'm thrilled today to announce simply put, Intel Foundry." In other words, Intel Foundry Services would now be called Intel Foundry.

119.    For example, at Foundry Day, Gelsinger claimed "We're not fixing one company. We're establishing two vibrant new organizations. [1] Intel Foundry to serve internal and external customers at scale to manage supply chains, to assure capacity corridors; and [2] Intel Products, our client, data center and networking products, two distinct and separate organizations. And as I think about that, they're dependent, the wafers, the factories, that leadership technology thrust. I need the product group and the foundry group working intimately together. Who's going to drive the wafers to run those fabs? Intel Products. But they're also independent because you, the foundry ecosystem, need to have an independent, your designs, your fab, your intellectual property, your capacity corridors in a word, independent; in a word, dependent; or simply put, interdependent Intel Products, Intel Foundry, all under the Intel banner. That begins today."

120.    In addition to the industry leaders in attendance, Intel invited Commerce Secretary Gina Raimondo to speak on the importance of the U.S. CHIPS and Science Act of 2022 in supporting domestic semiconductor production—including Intel's. After her remarks, Gelsinger

said "And maybe just as we finish up here, obviously, we haven't announced our CHIPS grant yet, very soon, right? We're making that happen."

121.    CEO Gelsinger also announced a "lifetime deal value of over $15 billion of customer in our foundry customer business…."

122.    On March 6, 2024, CFO Zinsner spoke at the Morgan Stanley Technology, Media & Telecom Conference.  He stated, among other things, that "on the core side of business, things are going extremely well."  He referenced "standing up the foundry," and cited the "$15 billion of lifetime deal value" that Gelsinger announced at Foundry Day to support the claim that "we're in a good place."  Zinsner concluded, "So I think I give myself or give ourselves, I guess, kind of a B in terms of the transformation. Not everything has gone well. But **most of it is going largely according to plan**."

123.    Zinsner also explained how the foundry business was a "necessity" for Intel to stay competitive.  When asked why Intel entered the foundry business when a previous attempt to do so was not "particularly competitive," and whether the external foundry business could jeopardize Intel's core microprocessor business, Zinsner replied, in part:

> Well, I think there's a confluence of things that I think drive us to want to be in the foundry business. Number one is it's a lot more expensive to build a fab, an EUV fab, than it was to do a pre-EUV fab. And it requires a fair amount of wafer volume to get your return on one of those fabs. And I think it's unlikely that we would have enough volume ourselves to be able to fill the fabs to the level that drives enough of an ROI. So part of it is just necessity. We need more volume, and that's going to come -- have to come from other customers. I think that's number one.
>
> * * *
>
> ….the other factor that kind of kept -- inhibited you from being able to do it was it was fairly expensive to do one of these fabs in the U.S. or in Europe.  Now with the help and the assistance of governments, that can happen.

124.    Continuing his explanation of why Intel's foray into foundry would be successful this time around, Zinsner also commented on the profitability of Intel's foundry activities, stating:

> we get this question a lot is, okay, well, the profitability and the cost structure of the leading competitor in this space is significant. How do you get there? And I think it's probably the wrong way to think about it because I don't think we are looking to try to get to that level.  **We can be profitable, meaningfully profitable in the foundry space, be well underneath what the leading player in the space is,**

*and still drive significant profitability for the overall Intel company because we get the margin stacking benefit in at least the part of the business that we sell into our own fabless portion of our business.*

125.    And, finally, Zinsner cited Intel's new Foundry Model accounting approach to "look at the entire manufacturing and TD [technology development] footprint as a separate P&L and kind of manage the company accordingly to that. And I think *we'll start to see a lot of the efficiencies that we think we can yield and get ourselves more competitive from a cost structure from managing the business in that way*."

126.    The exchange with Executive Director of Morgan Stanley's Research Division, Joseph Moore, continued:

> JOSEPH LAWRENCE MOORE: And we're I guess a month away from seeing what those numbers look like once you start to break out the profitability of the foundry organization separately. But it seems like *the expectation is that you're sort of a little subscale in that part of the business*. And so the earnings almost kind of shift to the product groups a little bit because you'll have foundry struggling a little bit profitability-wise, and you'll have the -- is that kind of the right way to...

> DAVID A. ZINSNER: Yes. So one thing, on April 2nd, we're going to do a webinar. Pat and I are going to do a webinar. We're going to issue an 8-K that gives historical perspective on how these businesses look in the new way we'll segment the business. And there's a lot there to take, I think. So for investors, we thought it would be a good idea to kind of walk everyone through it and *show what the opportunity is*. So we'll do that on April 2nd. And it will be me and Pat. And we'll do some sort of webinar and then do some Q&A. And you probably have an opportunity to ask questions. I'm sure you'll have it.

> *It's the right way to look at it. I would tell you, the foundry -- if our margins are in the kind of mid-40s space, call it roughly, and product, call it the fabless part of our business, the products are kind of north of 50, and we get margin stacking. Then it kind of tells you that the foundry part of the business is in a pretty challenged state in terms of profitability.*

> And partly, that's scale. Partly, that's -- we have a big, relatively decent-sized footprint that's more than we were set up to need. So we're kind of underloaded in a sense, and that's hurting us a bit. . . . But the one other point, which I think kind of you're making, the product business actually has good profitability.

> * * *

> we take a whole bunch of costs from the factories and we just -- right now, the way we're allocating it is just spreading it through those [facilities]. So they're kind of artificially lower than they really are. Once you kind of say, okay, look at them as a fabless company that's buying wafers from a factory, in this case, the Intel factory,

then you notice that, hey, this is the problem, it's more closely aligned to what you see in a fabless company.

JOSEPH LAWRENCE MOORE: So in a way, the worse IFS is, the better [the product BUs are], except that it says there's a lot of movement here...

DAVID A. ZINSNER: Exactly.

127.    CFO Zinsner also claimed the new approach to foundry accounting was "a significant tailwind to the earnings of the company."

128.    On March 28, 2024, Intel published its Annual Report to Security Holders. A prefatory letter from CEO Gelsinger touted Foundry's early success, stating in relevant part:

> While still early in our foundry journey, we are seeing significant traction. We began 2023 with a commitment from one Intel 18A foundry customer and ended the year with four. We also achieved five advanced packaging wins, a testament to the advantages of Intel Foundry.
>
> **To support the growing demand for our foundry offering, we continued to expand our manufacturing capacity and capabilities.**

**G.    In April 2024, Intel "Recasts" Its Foundry Segment Accounting, Revealing Staggering Foundry Operating Losses of $7 Billion in 2023; Then Reports Q1 2024 Foundry Operating Losses of $2.5 Billion**

129.    On April 2, 2024—approximately 18 months after Defendants first said they would provide the "transparency" and "accountability" of a P&L for Intel's full internal and external foundry manufacturing activities—Defendants published a Form 8-K containing full-year recast financials for FY 2021, 2022, and 2023.

130.    The April 2, 2024 Form 8-K, filed just after market close, explained "Revenue was $18.9 billion down $8.6 billion from 2022. Internal revenue was $18.0 billion, down $9.1 billion driven by lower intersegment volume. External revenue was $953 million, up $479 million from 2022, driven by higher packaging revenue." At $18.9 billion, 2023 Foundry revenue was down over 31%, from $27.5 billion in 2022. The recast financials also revealed Foundry had suffered nearly $7 billion in operating losses in 2023, an increase from $5.2 billion in 2022, with the increase largely driven by "[l]ower product profit driven by lower internal revenue." The recast net revenue and operating losses (in millions) for Foundry are set forth in the table below:

|  | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net revenue | $18,910 | $27,491 | $22,849 |
| Operating income (loss) | ($6,955) | ($5,169) | ($5,067) |

131.    In a conference call held the same day, Gelsinger explained:

Today, an important next step on our journey, where we're separating the financial reporting of Intel Foundry and Intel Products. ***And we're providing a P&L view to our manufacturing engine for the first time ever in our history. And we believe this transparency and accountability is needed to drive best-in-class cost structure across both groups*** to complement this return to technological leadership.

132.    Gelsinger for the first time admitted Intel's foundry activities were nowhere near breakeven, and they hoped to get there "over the next few years."  A "self-sustaining model with solid returns for Intel Foundry and the consolidated company" was even further away—in 2030.  He claimed however that "Intel Foundry is going to drive considerable earnings growth for Intel over time. 2024 is the trough for foundry operating losses. We've committed to being the #2 foundry by the end of the decade. And between now and then, we'll hit breakeven operating margin about midway through that and then driving operating margin improvement through the period."

133.    Gelsinger again referred to Foundry "derisking" new processes for external customers by virtue of producing wafers for internal use, stating: "We've already derisked the technology, the ramp, the defect curves by the volumes, the significant volumes of Intel product wafers going in."  He also stated:

clearly, this idea of our product teams derisking and driving our factory networks, enormous value to our external foundry customers. And then our external foundry customers are making our foundry teams better, driving their technology creation, which also helps our product teams. Clearly, this creates this powerful virtuous cycle on this AI-driven continuum that is a value driver for Intel Corporation.

134.    CEO Gelsinger lauded the Commerce Department's recent announcement of the largest awards to date under the CHIPS and Science Act of 2022 to Intel as "absolutely huge, $8.5 billion of grants, $11 billion in loans and greater than $25 billion in tax incentives." Similarly touted was "Our EU grants, well over $10 billion committed …."  The announcement of the $44.5 billion CHIPS Act package had been made on March 20, 2024, just two weeks *before* Defendants admitted the truth about Intel's dismal Foundry performance in 2023.

135.    Zinsner provided further detail on the accounting model change and claimed it was already driving improved performance.

> Let me click in on some of our focus areas for efficiencies. Number one is expedites. Expedites negatively impact the efficiency of a wafer fab. Semiconductor manufacturing is an extremely precise process that requires wafers to move through the fab at very specific intervals. Expedites interrupt this process, which is why pure-play foundries charge a very steep premium and why fabless companies use them sparingly. Our IDM 1.0 segmentation hid the true cost of expedites from the product teams. So they requested them as a common course of business, and our manufacturing teams put capital in place to accommodate that inherent inefficiency. Since **introducing market-based pricing last year**, we've already seen a 95% reduction in expedites, with fair market pricing driving better decision-making. We're also already seeing 5% to 10% improvement in capital per wafer start on new capacity, driving improved cost structure for the business.

136.    When asked what the gross margins were for Intel Products and Intel Foundry under the new accounting treatment, Zinsner responded that it is "about a 50%, plus or minus, business on the Products side" and "**on the Foundry side, it's a negative gross margin**."

137.    On the new of the recast Foundry financials, Intel's stock price fell $3.61, or 8.2%, to close at $40.33 per share on April 3, 2024, on unusually heavy trading.

138.    Reaction to Defendants' revelation of breathtaking foundry losses in 2023 was swift. Minutes after the Form 8-K's filing, at 4:11 p.m. on April 2, 2024, *US News & World Report* published a *Reuters* article entitled "Intel Discloses $7 Billion Operating Loss for Chip-Making Unit." Authors Stephen Nellis and Max A. Cherney reported: "Intel on Tuesday disclosed deepening operating losses for its foundry business, a blow to the chipmaker as it tries to regain a technology lead it lost in recent years to Taiwan Semiconductor Manufacturing." As a result, "Intel shares were down 4.3% after the documents were filed with the U.S. Securities and Exchange Commission." Noting that foundry losses worsened between 2022 and 2023, from $5.2 billion to $7 billion, the article added that "Chief Executive Pat Gelsinger said 2024 would be the year of worst operating losses for the company's chipmaking business."

139.    Kif Leswing of *CNBC* reported, at 5:32 p.m. that afternoon: "Intel shares fall after company reveals $7 billion operating loss in foundry." Leswing pointed out that Intel's "first time" disclosure of "revenue totals for its foundry business alone" was "long-awaited."

140.    Yahoo! Finance published a report by Julie Hyman and Josh Lipton on April 2, 2024, "Intel's foundry unit posted $7 billion operating loss in 2023." The lead paragraph read: "Intel (INTC) revealed a new financial reporting structure that takes into account the company's burgeoning foundry business. It's part of Intel's plans to start making other company's chips, in addition to their own. As part of the announcement, the company revealed Intel Foundry posted a nearly $7 billion operating loss in 2023. The loss had been $5.2 billion in 2022." The authors also discussed Intel's disclosure on Yahoo! Finance Live with Dan Howley. While recognizing that the CEO Gelsinger "seems to be righting the ship" by introducing five nodes in four years – including 18A, with which Intel hopes to take the technological lead, after Intel "lost a step" to AMD and to TSMC with respect to the ability to build chips – Howley concluded "obviously looking at these numbers, they're not exactly what Wall Street wants to see at the moment."

141.    That evening, at 10:31 p.m. (2:31 GMT) Morgan Stanley published a report entitled "Intel foundry breakout highlights both risks and opportunities." At the outset of the report, analyst Joseph Moore stated: "Foundry losses were even larger than we had anticipated…. **We had previewed Intel's disclosure of IFS historical segmentation directionally correctly - but the losses in foundry (and the profits in the chip businesses) were much higher than expectations."** (Emphasis in original.) He provided the following details: "**What we learned about IFS**: The foundry losses were about $7 bn in CY23 on $18.9 bn of revenue - negative 37% operating margins. We were prepared for weaker numbers but that is certainly higher than our initial expectations. (Emphasis in original.)

142.    An article published at 5:15 a.m., April 5, 2024, on Investing.com discusses a report issued by Bernstein Research analyst Stacy Rasgon that day. In "Bernstein on Intel stock: 'No reason to be here until 2030,'" Vahid Karaahmetovic noted that Intel's shares were down 8% since Intel's disclosure and that Bernstein's "primary takeaway" from Intel's foundry segmentation event was "'No real reason to be here until 2030.'" The Bernstein analyst observed:

> "After all, the fact that foundry economics have been awful is not (or should not have been) a huge surprise; in fact the company directly suggested this back in June," analysts said.

"That being said, the idea that things are still getting worse in 2024 might have been taken somewhat poorly; *if anything, the idea that a -37% operating margin and $7B loss do not yet represent a trough is somewhat breathtaking especially given all the cost cuts the company was supposedly implementing last year*."

143.    One week after the foundry's standalone P&Ls were revealed, Gelsinger sought to focus on the upside of the extremely expensive fab expansion – Intel was not footing the entire bill.[13] Gelsinger provided the "Intel Vision 2024 Keynote" address on April 9, 2024.  During his speech, Gelsinger again cited the importance of Intel's CHIPS Act funds:

It was a proud moment in Arizona on March 20th when we had the first major releases of the CHIPS Act coming to Intel for our Ocotillo facility, *the largest investment in the semiconductor industry in history*. So thank you, all, for participating in that.

And as I think about the CHIPS Act, I call it the most important industrial policy since World War II.

144.    Gelsinger was excited about the new partnerships on new technologies and products with partners throughout the industry that will flow from the Foundry's cutting-edge capabilities:

…let's spend just a moment on manufacturing, this newly-created Intel foundry business, the world's first and only systems foundry for the AI era. And we're committed by the end of the decade to be the world's number two foundry on a fast growth trajectory for the future.

And manufacturing, of course Intel products, customer zero, as I like to call it, but also opening the doors of our manufacturing for the first time ever to be the manufacturing partner for companies across the industry.

145.    Intel announced its Q1 2024 financial results in a Form 8-K filed with the SEC on April 25, 2024, marking the first time Intel would separately report financial results for Intel Foundry (including internal and external manufacturing) and Intel Products.  Among other things, Intel reported Foundry operating losses of $2.474 billion, up 5% from Q1 2023.

146.    On the earnings call held the same day, Gelsinger claimed the accounting change "provided the added benefit of giving more transparency to our outside owners," but he also

---

[13] Allegations specifically pertaining to Intel's reliance upon "Smart Capital" investments by a variety of third parties for Intel's extensive world-wide fab construction, and the reasons therefor, are set forth in Section VIII.C, *infra*, at ¶¶244-72.

admitted that "we knew that the day 1 P&L for Intel foundry was going to spark debate, but we also knew it was important to establish a baseline and provide a target model based on reasonable to conservative revenue and cost assumptions that we have a high degree of confidence we will achieve."

147.    During Q1 2024 the earnings call, despite the 5% year-over-year *increase* in Foundry's quarterly operating losses for Q1 2024 – even after operational efficiencies driven by arms-length dealings between foundry and products BUs cut costs and expenses by $3 billion in 2023 – Gelsinger said the following about the current state of the Intel Foundry's financials:

> Let me turn to Intel Foundry. We are executing on our strategy to drive meaningful improvement in profitability over time. We are obviously not there yet, given the large upfront investment we needed to build out this business. But we always said this was going to be a multiyear plan, and ***we are right on track with where we expect it to be right now***.

148.    Defendants were asked about Foundry manufacturing volume and why Intel 3 may not hit "an inflection" on volume until next year, and "[w]hat's kind of keeping you from getting those products ramping in the second half [of 2024]?"  Gelsinger responded, in part:

> the numbers that I'm holding my team accountable for are some of the most aggressive volume ramps that we've ever achieved on server products. So we're driving them very hard. That said, in terms of the total wafer volume this year, right, it's dominated by Intel 7. And the Intel 4 and 3 wafer volumes become much more prominent next year, and that's what I was communicating on the webinar.
>
> But as we go through the year, you're going to start to see the wafer ASPs pick up as a result of Intel 4, 3 ramping at much better ASP points, better margins associated with those, and they will become much more prominent in the foundry P&L next year. But these are production ramps that are already underway on Intel 3. The Intel 4 ramp already underway. We began that second half of last year. So these wafer ramps are underway with volume productions, volume products that we're bringing to the marketplace, very confident in our ability.

149.    The reason that CEO Gelsinger was so confident was that Intel had finally hit its stride was that in addition to claiming it was nearing completion of its five nodes in four year journey, Gelsinger said Intel was now employing state-of-the-art technology, manufacturing with EUV and High-NA EUV tools:

> As we discussed during our webinar at the beginning of the month, the transition from ***pre-EUV wafers to post-EUV wafers is a powerful tailwind for us***. We expect

our blended average wafer pricing to grow 3x faster than cost over the decade, driving significant margin expansion.

***In addition, more competitive wafers will allow us to bring home many of the tiles that today are being manufactured at external foundries.*** Both dynamics are in our control and not dependent on revenue growth and are key elements to drive the business to breakeven, more than doubling our current earnings power at the Intel consolidated level. Of course, more competitive wafers combined with our position as the only company manufacturing with leading-edge wafers outside of Asia, is drawing strong interest from potential external customers.

150.    When asked about Intel's ability to sign external Foundry customers, Gelsinger responded, in part: "Every foundry customer that we speak to, right, understanding where we are in our product and process cycle and the ability for them to essentially benefit from Intel as customer 0 in the foundry network."

151.    Despite Defendants' attempts to convince the market the Foundry strategy was working, investors reacted negatively to the Q1 2024 results.  On this news, Intel's stock price fell $3.23, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading.

152.    Analysts immediately lowered their price targets for Intel stock, commenting on Foundry's poor performance. For example, in an April 26, 2024 note J.P. Morgan analyst Harlan Sur lowered his price target from $37 to $35, reiterated his underweight rating on Intel stock, and wrote "One of the surprising takeaways is that we believe external customer foundry revenue was less than $50M for 1Q (after roll-off of traditional packaging revenues) and quite low given the large lifetime deal value and customer commitment announcements over the past 18 months (e.g. secured six large customer commitments for 18A)." Sur also noted "disappointing" gross margin guidance for Q2 2024 believed to be impacted by factors including "higher out-sourcing costs to TSMC for compute tiles (e.g. Lunar Lake and Arrow Lake)."

153.    In an April 25, 2024 note titled "The Ditch Gets Deeper," Barclays analyst Tom O'Malley lowered his price target from $44 to $40, and wrote that "we learned that Lunar Lake will be almost entirely fabbed at TSMC, and none of the tiles will feature an INTC process, and certain SKUs of Arrow Lake will contain external compute tiles as well." He further wrote that "IFS missed as well by our calculations, ($16M vs. St. $170M) due to lower back-end services and IMS tool sales."

154. Also on April 25, 2024, a Wall Street Journal article titled "Intel Reports Q1 Loss Despite Revenue Boost From PC Recovery" reported "Earlier this month, the company disclosed about $7 billion in operating losses for its chip manufacturing division last year, sending its stock price lower. Intel has said that 2024 is the low point for the Foundry's operating losses, and the company on Thursday revealed that they had nearly $2.5 billion of losses in the first quarter."

155. An April 25, 2024 *Bloomberg* article titled "Intel Tumbles Most in Three Months After Tepid Forecast," noted "The foundry business had an operating loss of about $2.5 billion in the first quarter, wider than the losses posted in the preceding quarter and the one a year earlier."

**H.    Despite the Poor Q1 2024 Results, Defendants Falsely Reassure Investors and Tout Intel Foundry Throughout Q2 2024; Foundry Chief Pann Resigns**

156. At Intel's May 7, 2024 annual meeting of shareholders, Gelsinger reiterated that "The increased scale that enables, and we see that Intel Products helps Intel Foundry and vice versa. The products group derisks the factory and with that we drive the early defect densities, the earliest phase of new process, technology and factory enablement and this makes it more attractive or reduces the risk for external foundry customers."

157. On May 13, 2024—not two quarters into the new segment reporting—Intel Foundry's head, Stuart Pann, resigned. He was replaced by Kevin O'Buckley.

158. At the May 30, 2024, Goldman Sachs Global Semiconductor Conference, Pitzer stated, "We've given you the P&L for Intel foundries, at least on the operating margin line. ***The biggest incremental driver of improvements there is really at Intel Foundry. And I did talk about already the path to breakeven being something that we have relatively high certainty to, because a lot of those things are in our control, and we can see them***."

159. After praising the Intel Foundry organization, despite recognizing the recent changeover in leadership to O'Buckley, Pitzer continued to tout Intel Foundry, explaining, "We now have six Intel 18A external foundry customers. We've got a lifetime deal value of greater than $15 billion. ***And I think we're well on our way to our aspirations of being the second largest external foundry by 2030***."

160.    Pitzer also linked the CHIPS Act and Semiconductor Co-Investment Program (SCIP) funding as critical "especially during a period of time where the economics of the business are still playing catch up."[14]

161.    Similarly, at the June 4, 2024 Bank of America Technology Conference, Pitzer continued to tout to investors "the opportunity to capitalize on that with Intel Foundry, both on the advanced packaging side and on the wafer side."

162.    However, given the disappointing news that had come out about Intel Foundry, Pitzer was asked the following question:

> Question: …And then the last topic was on Intel Foundry Services, right, so now the name of the combined kind of manufacturing, right, plus, external foundry. ***What came as a surprise was just the period at which Intel would breaking even in that business***. So what went into that thinking? Is it just the TAMs are different than when the original decision was made? Like, talk us through what that implies for…

163.    Pitzer responded by mitigating the questioners' concerns, and despite having previously expounded on the importance of external customers, claiming that Intel did not need more demand to meet its publicly stated margin targets and in fact, set the impression for investors that the Company may reach its targets even sooner than previously indicated:

> Answer: Yeah. I'm glad you asked the question because it's a really important point of clarification. When we presented the webinar in early, what we tried to present to the investment community was a target model, not a forecast, but really a target model that was based on what we thought was reasonable to conservative revenue expectations. And so, at the endpoint, the 2030 model, we kind of gave at the Intel consolidated level a 60/40 breakdown between gross margin and operating margin. That's really based on about $100 billion of revenue in that time period. Where if you look at Street numbers today, we're roughly at $55 billion is what the Street's estimating for 2024. ***If you kind of break down how we get from $55 billion to $100 billion, we told you that $15 billion of that would be external foundry customer by 2030***. It's effectively zero today in Q1. So that take that $100 billion down to $85 billion. So, what we're really talking about is $55 billion today going to $85 billion.
>
> ***
>
> Now, listen again, it's a target. It's not a forecast. ***If revenue comes faster in a fixed cost business, we should be able to get to those margin targets more quickly. More importantly, when you think about the breakeven point midway between***

---

[14] *See infra* VIII.C, for discussion of Intel's use of external funding for its foundry ambitions.

*now and 2030 for Intel Foundry, which is effectively 2027, a lot of what we need to see for that to happen is somewhat independent of end demand*.

**I.     In August 2024, Intel Announces Additional Devastating Foundry-Related Fallout in Q2 2024 Earnings, With Foundry Operating Losses Deepening Both Year-over-Year (YoY) and Quarter-over-Quarter (QoQ)**

164.    Intel released dismal Q2 2024 financial results on August 1, 2024, in a press release filed on Form 8-K. Even though revenues were up slightly up from $12.7 billion in Q1 2024 to $12.8 billion in Q2 2024, Intel's operating margin precipitously dropped both YoY and QoQ, from (7.8)% in Q2 2023 and (8.4)% in Q1 2024 to an abysmal (15.3)% in Q2 2024. Although Foundry revenue of $4.3 billion was up 4% from Q2 2023, it was down 1% QoQ ($49 million). Foundry operating losses, however, ballooned from $1.87 billion in Q2 2023 to $2.83 billion in Q2 2024, and increased 14.3% from Q1 2024 losses of $2.474 million.  Adjusted (non-GAAP) EPS of $0.02 per share fell woefully short of analyst's expectations of $0.10 per share. Intel also provided weak Q3 2023 guidance, $12.5 - $13.5 billion, also below analysts' consensus, with a non-GAAP projected *loss* of (0.03)% per share.

165.    In reaction to the hemorrhaging, Intel immediately suspended its dividend, and announced plans to lay off 15% of its workforce (15,000 employees) while immediately undertaking a $10 billion cost reduction plan to increase efficiency and market competitiveness—a significant acceleration of the more measured plan, first announced in 2022, repeated throughout 2023, and reiterated as recently as March 6, 2024, to cut a total of $8 billion to $10 billion by the end of 2025.

166.    In his discussion of the new $10 billion cost reduction plan, CEO Gelsinger spoke about the separation of Intel Foundry and Intel Products as if the Company's journey towards greater internal operational efficiency through internal accountability started in 2024 *after* the segment reorganization occurred, rather than in the fall of 2022 when the Internal Foundry Model was first announced.  While Intel had always described the drive towards operational efficiency as a multi-year endeavor to cut $8-10 billion, as recently as the Q1 2024 earnings call Defendants described that process, which had resulted in $3 billion of cost savings in 2023, as ongoing and on track. *See* ¶147, *supra*. Gelsinger now described many of the same efficiencies identified in 2022 and 2023,

as product BUs began to deal with the manufacturing side of the business at arms-length, as if they had just been uncovered in 2024:

> We started this forensics, this clean sheet analysis concurrent with the rolling out of our new operational model. We said we have to be a world-class foundry. We are going to benchmark ourselves against world-class foundries, and that's what Intel Foundry is going to become. And that's uncovered a lot of things, a lot of inefficiencies, a lot of ways that we can drive our capital footprint more effectively. And every aspect of that business is being analyzed, how we do maintenance, how we procure chemicals, how we run and price wafers and shuttle lots and everything like that. So clean sheet analysis.

> Similarly, on the product side, we've done exactly that same analysis, what does a world-class fabulous company look like. And we uncover quite a lot of areas where we don't leverage industry IPs. We're not using our EDA vendors as effectively. We've done too many steppings. We validate versus build-in design quality. So many of these things are steps that we're taking to be a world-class Fabless company, and these are significant structural steps. We also realized that as an IDM 1.0, *we were never built for efficiency*. We were built for leadership. And *now as we add this focus on efficiency, we see a lot of opportunities*.

167.    Similarly, even though Intel engaged in a year-long process of carefully studying the numbers – and rectifying inefficiencies uncovered along the way – before it publicly reported its separate Products and Foundry P&Ls, CEO Gelsinger described the separate reporting of Intel Products and Intel Foundry as a *means* Intel could use to drive operational efficiency rather than an *end* of such a process:

> Having separate financial reporting for Intel Products and Intel Foundry clarifies and focuses roles and responsibilities across the company. It also enables us to eliminate complexity and maximize the impact of our resources. Taking a clean sheet view of the business is allowing us to take swift and broad-based actions beginning this quarter. As a result, we expect to drive a meaningful reduction in our spending and headcount beginning in the second half of this year.

> We are targeting a headcount reduction of greater than 15% by the end of 2025, with the majority of this action completed by the end of this year.  We do not do this lightly, and we have carefully considered the impact this will have on the Intel family. These are hard but necessary decisions. Our actions will reduce OpEx to approximately $20 billion in 2024. . . .

168.    Gelsinger did give a positive update on Intel's technology catch-up process:

> A key part of our strategy is returning to process leadership with our aggressive five-nodes-in-four-years march, and the finish line is officially within sight. We are

well into the ramp of Intel 4, Intel 3; and Intel 20A is being readied for production next quarter.[15]

On Intel 18A, we released the 1.0 PDK last month and are on track to be manufacturing-ready by the end of this year with production wafer start volumes in the first half of 2025.

\* \* \*

Importantly, the launch of 18A will be our fifth node in four years, completing a historic pace of design and process innovation, and returning Intel to process leadership.

169.    CFO Zinsner provided a more sober view of the Foundry's performance, predicated on the Foundry's overall manufacturing footprint:

> **Intel Foundry delivered revenue of $4.3 billion, down 1 point sequentially** and up 4% year over year, driven by increased wafer volume on Intel 7 and our first EUV nodes, Intel 4 and 3.

> Foundry Services revenue more than doubled sequentially off a small base, including the start of advanced packaging revenue. Foundry operating loss of $2.8 billion was worse sequentially. **We expect operating losses to continue at approximately the same rate in Q3, with more than 85% of wafer volume still coming from pre-EUV nodes with an uncompetitive cost structure and power, performance and area deficits reflected in market-based pricing.** The continued ramp of our Intel 4 and 3 Ireland facility and elevated R&D and startup cost to support the rapid progression of our leading-edge technology development will also weigh on profitability.

170.    During analyst Q&A, Vivek Arya asked about the impact of the restructuring measures announced on Intel's R&D roadmap, its long-term foundry opportunities, and CHIPS Act funding. CEO Gelsinger assured investors that CHIPS Act funds "are milestone-based investments. We still believe that we're comfortably able to execute against those milestones across the projects that we've announced.  So we believe very comfortably that the CHIPS model that we've put in

---

[15] Earlier, on January 25, 2024, CEO Gelsinger had referred to Arrow Lake as "our lead Intel 20A vehicle." One month after the end of the Class Period, in September 2024, Defendants did an about face. Rather than build its Arrow Lake line of processors with Intel's 20A chips – thereby derisking the chips for potential external customers, as repeatedly touted – Intel decided to outsource these chips from another foundry and to terminate the 20A process entirely.

place, we've worked closely with the CHIPS program office in the US government, we're very comfortable on those plans." [16]

171.    Regarding the impact of the significant cuts on Intel's long-term external foundry opportunity, CEO Gelsinger provided little new information to validate the proposition that there will be sufficient advanced *wafer* production volume for Intel's new fabs to become profitable. First, Gelsinger responded "we are seeing a lot of momentum in areas like the advanced packaging areas where we're actually seeing quite a lot of uptake and expansion of those opportunities." However, advanced packaging is a service provided for chips not (necessarily) made by Intel. Second, Gelsinger referenced "the $15 billion of LDV [lifetime deal value] that we've talked about and the $15 billion revenue by the end of the decade, we're very confident that those are still very solid guidelines for us to be building to." What is most notable about this statement is that the "lifetime deal value" of the external foundry deals remained unchanged for more than five months, from Foundry Day on February 21, 2024, until August 1, 2024. In contrast, in the second half of 2023 and in January and February 2024, Gelsinger announced agreements with "lifetime deal value" of $4 million, then $10 million, and then $15 million.

172.    On this news, the price of Intel stock fell from $29.05 per share at market close on August 1, 2024 to $21.48 per share by market close on August 2, 2024, a decline of 26% on abnormally high volume of over 300 million shares traded. The decline was reportedly the worst daily performance of Intel stock since at least 1985.

173.    Investors were disappointed. On August 1, 2024, J.P. Morgan published a report titled "Intel: Hitting the Reset Button." While retaining a "Neutral" rating, analyst Christian Crosby expressed surprise at the Company's announcement given management's positive assurances given just months earlier, and questioned the likelihood of Foundry's success:

> **Intel announced an incredibly disappointing result this afternoon,** with a sizable miss on headline financials and 3Q guidance. ***Management had been hopeful for a 2H turnaround, but this is not happening in 3Q at least, and the***

---

[16] On September 4, 2024, it was reported by *Bloomberg* that Intel's CHIPS Act funding was being held up. Although negotiations were ongoing, "the company has resisted sharing certain information requested by US officials who are seeking to vet the viability of Intel's manufacturing road map" in the wake of the spending cuts and 15,000 layoffs announced on August 1, 2024.

***Intel team has accordingly elected to take a series of actions to improve its margin and liquidity profile***. They today noted plans to cut opex, COGS, gross capex, and the dividend (in full) as part of an initiative that it sees saving $10bn + next year. While these cushion the blow of today's result in part, ***these efforts will likely fail to provide investors much comfort*** for a credit that has regularly disappointed on earnings days over the last few years. The actions being taken are necessarily bold, and we positively see these as helping insulate the balance sheet and liquidity profile (especially the dividend), ***but at the end of the day, growth is the only thing that can improve sentiment here***.

*** * * ***

***Risks to our Intel rating include*** potential for results to turn around sustainably such that investors regain confidence in the firm, or conversely for ***a lack of traction on foundry initiatives to leave Intel in a worse strategic position than before IDM 2.0.***

*** * * ***

Despite the significant cut to capital spending, Intel said it remains committed to the longer-term foundry plan and said that these efforts should put the firm on track for "meaningful financial traction.

*** * * ***

Having generated just $2.3bn in CFO in 2Q, reported FCF of $8.16bn was only positive thanks to the receipt of $11.0bn in proceeds from the firm's completed Irish foundry stake sale to Apollo.[17]

174.    Wedbush published a report titled "Another Reset to Expectations" and highlighted the high costs of Intel outsourcing production of its new chips to its rival TSMC:

- A gross margin rest, ***which impacted Q2 and will continue to weigh on forward results***
    - Intel attributed ~400bps dip to a combination of ***underutilization, more competitive pricing***, and a faster transition to Lunar Lake
    - ***The latter point had the largest impact on margins*** as a faster ramp of new capacity nodes in Ireland to support AI PCs ***and a greater proportion of the part content shifting to TSMC moving forward impacts both reported margins and Intel's forward outlook for profitability***

175.    As indicated in that commentary, the major revelation from the Q2 results was not so much the results themselves, but more fundamental and long-term concerns:

---

[17] Bold only in original; bold and italics supplied.

- Having said this, such significant changes necessarily beg some seminal questions:
  - *If Intel struggles to project the current quarter/year, how much faith should investors have in the accuracy of the longer term model?*
  - Will cuts in capital and operating investment impinge upon Intel's ability to execute on its ambitious plans to restore manufacturing and IC [integrated circuit] design parity?

*** 

And, *with Intel in the midst of massive technological transitions that necessarily investors have little insight into, we believe these questions will weigh on sentiment until Intel can offer some more promising concrete signs of progress, bolstering confident that Intel is indeed executing to plan on its manufacturing and product initiatives.*

***

**Intel Foundry**: While the Foundry P&L was expected to be challenged throughout the year, *these challenges appear to now be greater and also extend into 2025* as a more significant ramp of Lunar lake weighs on forward utilization rates.

176.    On August 8, 2024, Alan Patterson published an article in *EETimes.com* entitled "Intel Years From Success in Foundry Business, Analysts Say." In the article, Stacy Rasgon of Bernstein Research is quoted, along with Dylan Patel, chief analyst at SemiAnalysis and Zobair Yaqubi of Antipodes. "The main problem will be making Intel Foundry Services (IFS)[18] cost competitive with larger rival TSMC, [the analysts] said." "'The yields are just really bad,' Bernstein Research senior analyst Stacy Rasgon told EE Times. He questioned whether Intel would see meaningful shipments of 18A chips by July 2027."

177.    According to Patterson, the analysts debunked the positive statements CEO Gelsinger made on the Q2 2024 call when asked about external customers:

IFS sales to customers outside of parent company Intel remain insignificant, according to Rasgon.

"The initial ramp up is probably mostly packaging," Rasgon said. "They gave some targets for external revenue. They're aggressive. We've seen effectively

---

[18] The continued reference to Intel Foundry in 2024 as IFS indicates that industry analysts and commentators did not accept Defendants' attempt to distinguish IFS – which they claim only had external customers – with the newly merged entity "Intel Foundry," which purportedly came into existence on January 1, 2024, to serve, both internal and external foundry customers. As set forth in Sec. V below, once sufficient information was provided for CEO Gelsinger to make resource allocation decisions for the foundry BU in FY 2023, Intel was required by GAAP to include both internal and external sales in their reporting for IFS.

> nothing yet. They don't have the processes yet. Especially if the bulk of the interest is going to be on 18A, they haven't launched it yet."
>
> IFS cannot compete with larger rivals like TSMC and Samsung on a cost basis, Dylan Patel, chief analyst at SemiAnalysis, told EE Times.
>
> "Eventually Intel can compete if they get more competitive in process technology, but that isn't until 2026 at minimum in our view," Patel said.
>
> Intel will continue to rely on TSMC for advanced node silicon, Patel added.

178.    Patterson added: "'The IDM 2.0 truck has now driven right into a wall, so to speak, and the company's grandiose visions increasingly appear at odds with a much more muted reality,' Rasgon said in a report he provided to EE Times."

## V.    INTEL'S IMPROPER SEGMENT REPORTING VIOLATED GAAP

179.    Following the announcement of "Intel Foundry Services" as a "stand alone business unit" in March 2021, Intel began reporting the operating results for IFS as an operating business segment in Intel's periodic financial statements filed with the SEC beginning in Q1 2022.[19]

180.    As alleged herein, in September 2022, defendants informed investors that Intel was transitioning to a new Internal Foundry Model (also referred to as the "Foundry Model" or "Intel Foundry").  Unlike Intel Foundry Services (IFS), which included only sales to external third-party customers, the Foundry Model included the entirety of Intel's internal and external foundry operations.  This included revenue and the related development and manufacturing expenses on internal transactions that occurred between the Foundry and the Company's product BUs.  Following this announcement, throughout 2023, Defendants emphasized that they were analyzing Intel's operating results in light of the of the new Foundry Model (*see, e.g.* ¶¶63, 67, 68, 77, 78, 80, 83, 84, 88-90, 94-103, 135, *supra*).  Despite these representations as to how Defendants viewed, analyzed, and operated the business internally, the Company did not disclose the financial results of

---

[19] Despite  stating in its 2022 Form 10-K, at 88, that IFS does "not meet the quantitative thresholds to qualify as [a] reportable operating segment[]," to lead investors to believe that Intel's foundry would grow into eventual profitability, defendants "elected to disclose" IFS's results in Intel's periodic SEC reporting.  The 2023 Form 10-K similarly stated "IFS do[es] not qualify as reportable operating segment[]; however, we have elected to disclose the results of th[is] non-reportable operating segment[]."

the full Intel Foundry until April 2024, 18 months after the Foundry was first announced.  As set forth below, Intel's failure to disclose the financial results for the Internal Foundry Model for the year ended December 31, 2023 violated GAAP with respect to proper segment reporting and allowed Intel to conceal the wild unprofitability of its internal foundry segment.

181.    Intel's public statements repeatedly stressed the interconnected nature of IFS and its internal foundry network. *See, e.g.*, ¶¶55, 105, 112, 119. Indeed, there could be no IFS without Intel's internal manufacturing as IFS did not have its own dedicated manufacturing assets. By nonetheless publicly reporting only *external* foundry revenues and losses prior to April 2, 2024, while at the same time claiming to drive $3 billion in savings by implementing the Foundry Model during 2023, Intel's financial reporting was not only materially misleading but it failed to comply with applicable accounting standards.

182.    Generally Accepted Accounting Principles ("GAAP") constitute those standards recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practices at a particular time, and are the common set of accounting principles, standards, and procedures that companies in the United States use to prepare their financial statements.

183.    SEC Rules and interpretive releases, as well as the FASB's Accounting Standards Codification ("ASC") and Accounting Standards Updates ("ASU") together represent sources of authoritative GAAP for SEC registrants. *See* ASC 105-10-05-1.

184.    SEC Regulation S-X (17 C.F.R. § 210.4-01(a)(1)) ("Reg. S-X") unambiguously provides that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate. With certain exceptions laid out in 17 C.F.R. § 210.10-01(a), Regulation S-X also requires that interim financial statements must also comply with GAAP. Publicly-traded companies such as Intel must include financial statements that comply with GAAP in their annual and quarterly reports filed with the SEC.  15 U.S.C. §78*l* and 78m.

185.    Accounting Standards Codification No. 280, *Segment Reporting* ("ASC 280") contains the standards applicable to business segment reporting. As ASC 280-10-05-03 explains, a "public entity could provide complete sets of financial statements that are disaggregated in several

different ways, for example, by products and services, by geography, by legal entity, or by type of customer." This is particularly true of Intel, which provides a vast array of products and services world-wide. Rather than break down the same information into multiple confusing subgroupings, ASC 280's guidance: "requires that general-purpose financial statements include selected information reported on a single basis of segmentation. The method for determining what information to report is referred to as the management approach. The management approach is based on the way that management organizes the segments within the public entity for making operating decisions and assessing performance." ASC 280-10-05-3.

186.    As PricewaterhouseCoopers ("PwC") explained in §25.3 of its 2024 guide *Financial Statement Presentation*, "ASC 280 utilizes the 'management approach,' whereby external segment reporting is aligned with management's internal reporting. This approach is intended to provide financial statement users with an ability to see a reporting entity 'through the eyes of management.'"

187.    As explained above at ¶180, Defendants Gelsinger and Zinsner stated on numerous occasions throughout 2023 that they were reviewing the profits and losses of the Internal Foundry Model (*i.e.*, the full Foundry) on a regular basis.  There can be no doubt that by the end of FY 2023, Intel's management was acutely aware of the financial results of the Company's Internal Foundry Model, which included viewing the Intel Foundry and the individual product BUs as separate business segments.

188.    Under GAAP, Intel was required to disclose the standalone results of the Foundry segment, encompassing the entirety of Intel's foundry operations, as of December 31, 2023. However, in its FY 2023 Form 10-K,  Defendants continued to disclose as the results of IFS only sales to external third parties and associated operating expenses – knowing that the latter figure represented a mere fraction Intel's total foundry development and manufacturing expenses.  As a result, Intel violated GAAP, failing to comply with a number of segment reporting requirements set forth in ASC-280, and failed to provide a realistic picture of the financial performance of Intel's foundry business.

189.    ASC 280-10-10-1 sets forth the purposes for segment reporting: "The objective of requiring disclosures about segments of a public entity and related information is to provide

information about the different types of business activities in which a public entity engages … to help users of financial statements do all of the following: (a) Better understand the public entity's performance; (b) Better assess its prospects for future net cash flows; and (c) Make more informed judgments about the public entity as a whole. In addition, ASC 280-10-50-2 states that "information about the components engaged in each stage of production is particularly important for understanding vertically integrated public entities in certain businesses … . This information is also important because different activities within the entity may have significantly different prospects for future cash flows."

190.    Here, by reporting only on external revenue and expenses, and not reporting the financial results of the full Foundry business, Intel was able to bury massive losses within the product units' segment results.  As a result, Intel did not provide a better understanding of the performance of its foundry business that would enable investors to make informed judgments about Intel's business and prospects.  Regarding future cash flows, as set forth in ¶252, in 2022, Intel was free-cash-flow negative for the first time in more than two decades and this metric worsened in 2023.  Investors were entitled to information which would enable them to better understand the reason for that.

191.    ASC 280-10-50-1 provides: "An operating segment is a component of a public entity that has all of the following characteristics: (a) It engages in business activities from which it may recognize revenues and incur expenses (*including revenues and expenses relating to transactions with other components of the same public entity*); (b) Its operating results are regularly reviewed by the public entity's chief operating decision maker to make decisions about resources to be allocated to the segment and assess its performance; and (c) Its discrete financial information is available."

192.    By the end of FY 2023, all three of the above conditions were clearly met, demonstrating that Intel Foundry was a reportable segment such that its full (internal and external) operating results should have been reported in Intel's 2023 year-end financial results.  For example:

a. Intel announced on October 11, 2022, that it would embrace "an internal foundry model, not only for our external customer commitments but also for our Intel product

lines," and thus "create a foundry accounting model that encompasses manufacturing, technology development and Intel Foundry Services."

b. On October 27, 2022, CFO Zinsner stated that use of an arms-length transaction model, as between products and the internal foundry, would deliver $3 billion in savings in 2023 – one third of which would be in cost of sales and the other two thirds in operating expenses.

c. During 2023, defendants Gelsinger and Zinsner regularly obtained and reviewed discrete financial information that would allow them to track revenues and expenses attributed to the products BUs and the internal Foundry, respectively, as further evidenced by their statements during 2023 (*see* ¶¶63, 67, 84, 88, 90, 99) estimating $20 billion of combined internal and external Foundry revenue in 2024 and affirming progress towards the $3 billion savings goal.

d. On January 25, 2024, CEO Gelsinger reported that due to a "relentless focus on driving operating leverage and expense management," the $3 billion cost savings goal for 2023 was "comfortably" achieved.

e. On April 2, 2024, Zinsner admitted that "market-based pricing" between Intel Products and Intel Foundry was implemented "last year" and the use of fair market pricing had already driven "better decision-making" to cut operational costs during 2023 (*see* ¶135).

193. ASC 280-10-50-22 provides: "A public entity shall report a measure of profit or loss and total assets for each reportable segment. A public entity also shall disclose all of the following about each reportable segment *if the specified amounts are included in the measure of segment profit or loss reviewed by the chief operating decision maker or are otherwise regularly provided to the chief operating decision maker, even if not included in that measure of segment profit or loss*: (a) Revenues from external customers; (b) Revenues from transactions with other operating segments of the same public entity …" (Emphasis supplied.)

194. Once Intel moved to the Internal Foundry Model in 2023, chief operating decision maker ("CODM") Gelsinger and CFO Zinsner admitted they were regularly provided and reviewed

data that allowed them to assess the standalone profitability of Intel's Product and Foundry divisions. *See, e.g.,* ¶¶83, 84, 88-90, 94-103. In fact, on Investor Day on June 21, 2023, based upon this information, Zinsner stated that Intel would become the second largest foundry in 2024 when, including its internal volume, manufacturing revenue would reach a combined total of $20 billion. What Zinsner failed to state was that the nearly $20 billion in internal revenue projected was associated with an even greater amount of expenses. Because Defendants misleadingly reported only *external* IFS operating revenues and expenses, investors were unaware that the full Foundry was in the red by nearly $7 billion in 2023 until Defendants belatedly revealed that information on April 2, 2024.[20]

195.    By the end of FY 2023, Intel's Foundry business, clearly met the quantitative threshold for *required* segment reporting under applicable GAAP. ASC-280-10-50-10 provides: "A public entity shall report separately information about each operating segment that meets both of the following criteria: (a) Has been identified in accordance with paragraphs 280-10-50-1 and 280-10-50-3 through 50-9 or results from aggregating two or more of those segments in accordance with the following paragraph; and (b) Exceeds the quantitative thresholds in paragraph 280-10-50-12."

196.    Under ASC 280-10-50-12, "[a] public entity shall report separately information about an operating segment that meets any of the following quantitative thresholds [ ]:

    a.  Its reported revenue, including both sales to external customers and intersegment sales or transfers, is 10 percent or more of the combined revenue, internal and external, of all operating segments;

    b.  The absolute amount of its reported profit or loss is 10 percent or more of the greater, in absolute amount, of either:

        i.   The combined reported profit of all operating segments that did not report a loss;

        ii.  The combined reported loss of all operating segments that did report a loss.

---

[20] Based upon a chart presented by Intel on August 1, 2024, and YoY comparisons made in the Q1 and Q2 2024 Form 10-Qs, the Foundry's quarterly losses in 2023 were approximately: $2.3B (Q1); $1.9B (Q2); $1.4B (Q3) and $1.3B (Q4).

197.    As the table set forth below demonstrates, once the Intel Foundry figures were "recast" on April 2, 2024, to include both internal and external revenues and expenses, both the quantitative revenues and losses 10% measures were readily met:

| | Recast 2023 Results (in millions) |
|---|---|
| Intel Foundry Net Revenue including intersegment sales or transfers | $18,910 |
| Combined Net Revenue of All Operating Segments including intersegment sales or transfers | $72,185 |
| Net Revenue Percent Attributable to Foundry | 26.2% |
| Intel Foundry Operating Income (Losses) | ($6,955) |
| Combined Reported Operating Income of All Operating Segments Not Reporting Loss | $12,904 |
| Combined Reported Operating Loss of All Operating Segments Reporting Loss | ($7,443)[21] |
| Foundry Operating Loss Percentage of Combined Reported Operating Income of All Operating Segments Not Reporting Loss | 53.9% |

198.    Finally, having elected to disclose the financial results of IFS, Defendants were obligated to do so in a way that faithfully included all relevant information and was not misleadingly incomplete.    The full Foundry P&L was not only available to and reviewed by Defendants throughout 2023, it was the most relevant and useful information regarding Intel's foundry activities for investors and, as such, it should have been reported.    Reporting only external IFS financial results was incomplete and misleading.    FASB's Statement of Financial Accounting Concepts No. 8 (August 2018), Chapter 3, *Qualitative Characteristics of Useful Financial Information*, states, in relevant part, that "[i]t is self-evident that financial information is only useful for making a decision if it is capable of making a difference in that decision.    *Relevance* is the term used in the Conceptual Framework to describe that capability.    It is a fundamental qualitative characteristic of useful financial information."    BC3.11 (emphasis in original).    "If financial information is to be useful, it

---

[21] This figure is provided for reference as its absolute value is less than $12,904, which is thereby used for the 10% test pursuant to ASC 280-10-50-12 (as set forth in ¶196).

1  must be relevant and faithfully represent what it purports to represent." QC4. Financial information

2  is relevant if it "is capable of making a difference in the decisions made by users." QC6. Moreover,

3  "[r]elevance is a general notion about what type of information is useful to investors…. The

4  omission or misstatement of an item in a financial report is material if, in light of surrounding

5  circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable

6  person relying upon the report would have been changed or influenced by the inclusion or correction

7  of the item." QC11. To be a faithful representation, a financial disclosure must "have three

8  characteristics. It would be *complete, neutral,* and *free from error*." QC12 (emphasis in original).

9  "A complete depiction includes all information necessary for a user to understand the phenomenon

10 being depicted, including all necessary descriptions and explanations." QC12. "A neutral depiction

11 is without bias in the selection or presentation of financial information" and "is not slanted,

12 weighted, emphasized, deemphasized, or otherwise manipulated to increase the probability that

13 financial information will be received favorably or unfavorably by users." QC14.

14 **VI.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS**

15     199.    The Class Period begins on January 25, 2024. On that day, Intel announced fourth

16 quarter and full year 2023 financial results in a press release (the "FY2023 Press Release"). The

17 FY2023 Press Release reported the success of the Company's business unit revenue, including Intel

18 Foundry Services, which was reported as follows:

| Business Unit Revenue and Trends | Q4 2023 | vs. Q4 2022 | 2023 | vs. 2022 |
|---|---|---|---|---|
| Client Computing Group (CCG) | $8.8 billion | up33% | $29.3 billion | down  8% |
| Data Center and AI (DCAI) | $4.0 billion | down10% | $15.5 billion | down 20% |
| Network and Edge (NEX) | $1.5 billion | down24% | $5.8 billion | down 31% |
| Mobileye | $637 million | up13% | $2.1 billion | up  11% |
| Intel Foundry Services (IFS) | $291 million | up63% | $952 million | up103% |

24     200.    The FY2023 Press Release also included the following chart reflecting operating

25 income (loss) for Intel's segments, including Intel Foundry Services:

| (In Millions) | Dec 30, 2023 | Dec 31, 2022 | Dec 30, 2023 | Dec 31, 2022 |
|---|---|---|---|---|
| | | * * * | | |
| **Operating income (loss):** | | | | |
| Client Computing | $    2,888 | $       524 | $    6,520 | $    5,569 |
| Data Center and AI | 78 | 126 | (530) | 1,300 |
| Network and Edge | (12) | 126 | (482) | 1,033 |
| Mobileye | 242 | 210 | 664 | 690 |
| Intel Foundry Services | (113) | (34) | (482) | (281) |
| All other | (498) | (2,084) | (5,597) | (5,977) |
| **Total operating income (loss)** | $    2,585 | $   (1,132) | $       93 | $    2,334 |

201.    The FY2023 Press Release included the following comment from CFO Zinsner:

We continued to drive operational efficiencies in the fourth quarter, and ***comfortably achieved our commitment to deliver $3 billion in cost savings in 2023.*** We expect to unlock further efficiencies in 2024 and beyond as we implement our new internal foundry model, which is designed to drive greater transparency and accountability and higher returns on our owners' capital."

202.    On January 25, 2024, Defendants hosted an earnings call to discuss Intel's full year 2023 financial results. During the call, Defendants provided an investor presentation which touted the Company's Foundry model, including stating operational efficiencies included ">$3B in FY'23, Internal Foundry Model," as shown excerpted:



203.    At the outset of his remarks during the January 25, 2024 earnings call, Gelsinger proudly echoed Zinsner's sentiment from the press release at: "[W]e had strong EPS upside as a result of our ongoing relentless focus on driving operating leverage and expense management, including *comfortably meeting our $3 billion cost savings commitment for fiscal year '23.*"

204.    During the January 25, 2024 earnings call, Gelsinger also stated, in relevant part:

we expect sequential and year-on-year growth in both revenue and EPS for each quarter of fiscal year '24.

*        *        *

*Third-party engagements with IFS continue to validate our progress on this technology.* We launched IFS with a long-term view of delivering the world's first system foundry that brings together a secure and sustainable supply chain with the best of Intel and our ecosystem.

While our ambitions will not materialize overnight, we made tremendous progress in both Q4 and fiscal year '23 towards our goal of becoming the second largest external foundry by 2030. *The rapid adoption of AI by all industries is proving to be a significant tailwind for IFS* as high-performance compute, an area where we have considerable wafer and packaging know-how and IP is now one of the largest and fastest-growing segments of the semiconductor market.

*        *        *

As our new internal foundry model, which is designed to drive greater transparency, accountability and focus on cost begins to take root, *we expect to unlock further cost savings and efficiencies in 2024 and beyond. We have officially transitioned to this new operating model on January 1*, and we'll report the new segmentation format as part of our Q1 earnings. *We see incremental efficiencies* as we drive to our long-term model of 60% gross and 40% operating margins.

205.    On January 26, 2024, Intel filed its annual report on Form 10-K for the period ended December 31, 2023.  Therein, Defendants repeated the false and materially misleading business unit revenues and operating losses figures Defendants announced on January 25, 2024, as set forth in ¶¶199-200, above.

206.    In Intel's 2023 Form 10-K, Defendants touted the benefits of the Foundry model accompanied by a report of IFS segment's financial performance going back to 2021 – in light of the fact that IFS was first reported as an operating segment in 2022 – as follows (excerpted in relevant part):

We believe the Open System Foundry model delivers differentiated capabilities to help our customers lead in their industries while bringing stability to the global semiconductor supply chain. *The momentum and customer commitments we are*

1   *seeing demonstrate that our strategy and offerings are resonating, and we look to
2   build on this success in 2024 and in future periods.*

               \*       \*       \*

Financial Performance



207.    The statements in ¶¶199-206, *supra*, regarding Intel's FY 2023 financial results touting IFS were materially false or misleading, and failed to disclose material adverse facts necessary to render the statements not misleading, because: (i) the portrayed revenue growth of IFS was not indicative of revenue growth reportable under the Internal Foundry segment, as the Foundry in fact experienced a material *decline* in revenue of more than 31% in 2023 compared to 2022, driven by significantly lower internal revenue; (ii) the Foundry experienced significant operating losses of approximately $7 billion in 2023, more than 14 times the $0.5 billion operating loss reported, and a negative operating margin of (37%), and those losses were increasing, with 2024 as the "trough"; (iii) Defendants had access to and reviewed the full (internal and external sales) P&L of the Foundry Model throughout 2023, and made operating decisions based on that information, including making operational changes to drive $3 billion in cost savings; (iv) even while the full internal and external activities of the Foundry were integral to the IFS results, Defendants omitted internal results from financial reporting, presenting investors with a materially misleading picture of the Foundry's financial condition, also in violation of GAAP; and (v) by the time FY 2023 financial results were published, Defendants had already moved to an internal foundry model, as indicated by the fact that the Company had introduced, internally, market-based pricing between the foundry and product BUs during 2023 and claimed $3 billion in cost savings.

208.    On March 6, 2024, Zinsner spoke at the Morgan Stanley Technology, Media & Telecom Conference.  Discussing the Foundry Model, Zinsner stated, in relevant part, that "*it's a significant tailwind to the earnings of the company*." Defendant Zinsner continued, stating:

> We can be profitable, meaningfully profitable in the foundry space, be well underneath what the leading player in the space is, and ***still drive significant profitability for the overall Intel company because we get the margin stacking benefit in at least the part of the business that we sell into our own fabless portion of our business.*** So that's really the way I kind of think about it.
>
> And I think the last piece of this is kind of restructuring how we manage the business. So we look at the entire manufacturing and TD footprint as a separate P&L and kind of manage the company accordingly to that. ***And I think we'll start to see a lot of the efficiencies that we think we can yield and get ourselves more competitive*** from a cost structure from managing the business in that way.

209.    Also on March 6, 2024, Defendant Zinsner said the following about Intel's cost-cutting measures:

> Anything we can do in terms of being more efficient, obviously, helps as well. I think we cut $3 billion of spending out last year. We're going to chip away at trying to drive efficiencies this year. Ultimately, we want to be pulling out another $5 billion to $7 billion of spending efficiencies to help improve the cash flow as well. So I think investors should just kind of take away from this, it's a huge focus for us. We know it influences the value of the company, the valuation. But also, it's important for us in terms of our funding objectives. So we're – I've got everybody in the company super focused on this as a metric to drive.

210.    The statements in ¶¶208-09, *supra*, that the Foundry Model "[is] a significant tailwind to the earnings of the company," and that Intel was pursuing limited cost-cutting were materially false or misleading, and failed to disclose material adverse facts necessary to render the statements not misleading, because: (i) the Foundry had experienced a significant *increase* in operating losses during 2023, a significant *decline* in revenue of more than 31% as compared to 2022 and a QoQ decline of 10% in quarterly foundry revenues in Q1 2024 compared to Q1 2023; (ii) the reference "margin stacking" as driving "significant profitability" was misleading where Defendants still had not disclosed that in 2023, application of the Foundry Model resulted in net operating losses of nearly $7 billion primarily because internal revenues (i.e., sales to Intel product BUs) had declined and Intel Product BUs were increasingly relying on external fabs rather than Intel Foundry; and (iii) the seemingly benign references to "efficiencies" and the "more competitive . . . cost structure" of the Foundry Model were misleading in that they suggested Defendants were still

on the measured path of pursing a total of $8 billion to $10 billion in Foundry Model cost savings by the end of 2025 when, in fact, Foundry incurred a nearly $7 billion operational loss in 2023 and those losses were increasing, not decreasing in 2024, such that 2024 would be described as the trough.

211.    On March 28, 2024, Intel published its Annual Report to Security Holders, which contained a prefatory letter from Defendant Gelsinger which stated in relevant part:

> ***While still early in our foundry journey, we are seeing significant traction.*** We began 2023 with a commitment from one Intel 18A foundry customer and ended the year with four. We also achieved five advanced packaging wins, a testament to the advantages of Intel Foundry.
>
> ***To support the growing demand for our foundry offering, we continued to expand our manufacturing capacity and capabilities***.

212.    The statements identified in the preceding paragraph were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (i) demand was not growing for Intel Foundry—in Q1 2024 (which was two days from completion at the time of these statements) Intel Foundry experienced substantial decreases in revenue both QoQ (as compared to Q4 2023) and YoY (as compared to Q1 2023), from both external customers and Intel's own business units; and (2) Intel was not expanding its manufacturing capacity to support growing demand for its wafers, but rather expanding its manufacturing capacity in the hopes that demand for them would materialize in the future.

213.    On April 25, 2024, Defendants announced Intel's first quarter 2024 financial results and held an earnings call with investors and analysts.  During the earnings call, Gelsinger said the following about Intel Foundry's financials: "We are executing on our strategy to drive meaningful improvement in profitability over time. We are obviously not there yet, given the large upfront investment we needed to build out this business. But we always said this was going to be a multiyear plan, and ***we are right on track with where we expect it to be right now***."

214.    The statement identified in ¶213, *supra*, that "we are right on track with where we expect it to be right now," referring to the Foundry's profitability, was materially false and/or misleading and failed to disclose material adverse facts necessary to render the statement not

misleading because per Defendants' previous statements, Intel's cost cutting measures between 2023 and 2025 were only supposed to account for $8 billion to $10 billion by the end of 2025, but by April 25, 2024, Defendants knew required cost cutting measures would need to be much more extreme (as later revealed on August 1, 2024, Intel would seek to cut $10 billion in 2025 alone).

## VII.    LOSS CAUSATION

215.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Lead Plaintiffs and the Class.

216.    At all relevant times, the material misrepresentations and omissions alleged in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Lead Plaintiffs and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Intel's financial well-being and prospects, artificially inflating the price of Intel's securities.   As a result, during the Class Period, Lead Plaintiffs and the Class purchased Intel's securities at artificially inflated prices.  The price of the Company's securities significantly declined when the misrepresentations made to the market were corrected, and/or the information alleged herein to have been concealed from the market was revealed and/or the risks thereof materialized, causing investors' losses.

217.    On April 2, 2024, after market close, Intel issued a press release on Form 8-K which "recasts certain historical operating segment financial information"' under the new Foundry Model reporting structure, revealing that the Foundry segment experienced an operating loss of $6.955 billion on segment revenues in 2023 of $18.91 billion. Foundry segment revenues dropped  $8.581 billion in 2023, from $27.491 billion in revenue in 2022; the Foundry segment's recast 2022 operating losses were $5.169 billion.

218.    Specifically, the Company provided a retrospective revision to Item 7 of Intel Corporation's Annual Report on Form 10-K "Management's Discussion and Analysis of Financial Condition and Results of Operations" for the year ended December 30, 2023, as originally filed with the SEC on January 26, 2024, which stated in relevant part:

We previously announced the implementation of our internal foundry operating model, which took effect in the first quarter of 2024, and creates a foundry relationship between our Intel Products business (collectively CCG, DCAI, and NEX) and our Intel Foundry business.

\*     \*     \*

Our internal foundry model is a key component of our strategy and is designed to reshape our operational dynamics and drive greater transparency, accountability, and focus on costs and efficiency.

### Financial Performance



**Intel Foundry Operating Segment Revenue $B**

| 2023 | 2022 | 2021 |
|------|------|------|
| $18.9 | $27.5 | $22.8 |

**Intel Foundry Segment Operating Loss $B**

| 2023 | 2022 | 2021 |
|------|------|------|
| $(7.0) | $(5.2) | $(5.1) |

#### Operating Segment Revenue Summary

**2023 vs. 2022**

Revenue was $18.9 billion down $8.6 billion from 2022. Internal revenue was $18.0 billion, down $9.1 billion driven by lower intersegment volume. External revenue was $953 million, up $479 million from 2022, driven by higher packaging revenue.

#### Segment Operating Loss Summary

We had an operating loss of $7.0 billion, compared to an operating loss of $5.2 billion in 2022.

| (In Millions) | | |
|---|---|---|
| $ | (6,955) | **2023 Operating Loss** |
| | (2,100) | Lower product profit driven by lower internal revenue |
| | (411) | Higher period charges related to excess capacity |
| | (284) | Higher period charges driven by higher inventory reserves taken in 2023 |
| | 481 | Lower period charges primarily driven by a decrease in product ramp costs |
| | 315 | Higher product profit driven by external packaging revenue |
| | 213 | Lower operating expenses driven by various cost-cutting measures |
| $ | (5,169) | **2022 Operating Loss** |

219.    On this news, Intel's stock price fell $3.61, or 8.2%, to close at $40.33 per share on April 3, 2024, on unusually heavy trading.

220.    As set forth in greater detail in ¶¶137-42, *supra*, news reports confirmed the stock price drop was caused by the revelation of the negative news about the state of Intel's Foundry.  For example: Ian King for *Bloomberg News* reported "Intel Suffers Worst Decline in Two Months on Downbeat Outlook."  Specifically, shares were trading down 7.3% intraday on Wednesday morning. After discussing that Intel's "record-setting expansion of its factories in the U.S. and Europe … [is]

an expensive undertaking that has put investors on edge," the author noted that Intel "telegraphed earlier this year that its manufacturing finances are 'under significant pressure' as the chipmaker tries to restore its technological capabilities and builds its infrastructure." Despite the "telegraph," the market was indeed surprised by the news of the deep Foundry losses. This sentiment was echoed by Morgan Stanley's Joseph Moore: "The foundry losses were about $7 bn in CY23 on $18.9 bn of revenue - negative 37% operating margins. We were prepared for weaker numbers but that is certainly higher than our initial expectations."[22] An April 5, 2024 Bernstein analyst report added "the idea that a -37% operating margin and $7B loss do not yet represent a trough is somewhat breathtaking especially given all the cost cuts the company was supposedly implementing last year."

221.    On April 25, 2024, after market close, Intel released its first quarter 2024 financial results, the first quarter reporting the Company's results under the Foundry Model. The results revealed that Intel's Foundry segment revenues' declined 9.56% compared to the same quarter in 2023, from $4.831 billion to revenues of $4.369 billion, and declined by 15.6% compared to the prior quarter (Q4 2023) revenues of $5.175 billion. These results were driven by declines in revenue both from external customers (external Foundry revenues were $118 million, $291 million, and $27 million, respectively, in Q1 2023, Q4 2023, and Q1 2024) and, even more so, from Intel's own business units (internal Foundry revenues were $4.7 billion, $4.9 billion, and $4.3 billion, respectively, in the same three quarters). Despite a year of belt-tightening to cut costs and drive operational efficiency as between Intel's product segments and the Foundry segment, the latter's operating losses rose YoY, from $2.36 billion in Q1 2023 to $2.474 billion in Q1 2024.

222.    On this news, Intel's stock price fell $3.23, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading.

223.    As set forth in greater detail in ¶¶151-55, *supra*, market reaction confirmed the stock price drop was caused by the revelation of the new negative news about the state of Intel's Foundry. For example, J.P. Morgan analyst Harlan Sur lowered his price target from $37 to $35, citing the

---

[22] In fact, in his March 6, 2024, exchange with CFO Zinsner (¶126, *supra*), Moore understood that with respect to the upcoming Foundry segment announcement, based upon Defendants' comments: "the expectation is that you're sort of *a little subscale* in that part of the business." (Emphasis supplied.)

disappointing Foundry results, and writing "One of the surprising takeaways is that we believe external customer foundry revenue was less than $50M for 1Q (after roll-off of traditional packaging revenues) and quite low given the large lifetime deal value and customer commitment announcements over the past 18 months . . ."

224.    Finally, on August 1, 2024, Intel revealed that the problems surrounding its Foundry business were far more severe than previously disclosed. In connection with reporting its Q2 2024 results, Intel revealed that its Foundry segment revenues had decreased slightly QoQ, to $4.32 billion. Although Q2 2024 Foundry segment revenues rose YoY, from $4.172 billion in Q2 2023, segment operating losses continued to climb, to $2.83 billion – a YoY increase of nearly $1 billion from Q2 2023 operating losses of $1.869 billion and a QoQ increase of 14.3% over Q1 2024 operating losses.

225.    Intel also announced a $10 billion cost reduction plan, which included laying off 15% of the Company's workforce and suspending dividend payments, and a variety of other emergency measures designed to improve the Company's "efficiency and market competitiveness." Intel further disclosed it was on track to achieve only between $12.5 billion and $13.5 billion in revenue for Q3 2024, well below consensus analyst estimates of $14.4 billion, and which represented an 8% decline from the prior comparable year period at the midpoint.

226.    On this news, the price of Intel stock fell $7.57/share, from $29.05 at market close on August 1, 2024 to $21.48 by market close on August 2, 2024, a decline of *26%* on abnormally high volume of over 300 million shares traded.

227.    In addition to the sources cited in ¶¶172-75, *supra*, news reports confirmed the stock price drop was caused by the revelation of new negative news about the state of Intel's Foundry. For example, an August 1, 2024, Reuters report titled "Intel to cut 15% jobs, suspend dividend in turnaround push; shares plummet" stated, in part:

> Aug 1 (Reuters) - Intel (INTC.O) said on Thursday it would cut more than 15% of its workforce, some 17,500 people, and suspend its dividend starting in the fourth quarter *as the chipmaker pursues a turnaround focused on its money-losing manufacturing business.*
>
> Shares of Santa Clara, California-based Intel slumped 20% in extended trade, setting the chipmaker up to lose more than $24 billion in market value.

228.    At the August 29, 2024 Deutsche Bank Technology Conference, CEO Gelsinger commented that "it's been a difficult few weeks" since the August 1, 2024 earnings announcement. He admitted "at earnings, we were determined to lay out a clear view, right, of where we were, but also some of the next steps that we needed to address for the next phase of our strategy. And obviously, the market didn't respond positively."  Gelsinger explained "we've now begun Phase 2" of Intel's turnaround strategy, and that "Phase 1 of the transformation was this rebuilding of the company and being able to get back to process and product leadership and laying out our IDM 2.0 strategy. And I think about that as the most significant rebuilding of the company since the memory to microprocessor transition."   Referring to Intel's additional cost-cutting initiatives under the Foundry Model announced on August 1, 2024, Gelsinger admitted that "as we rolled out the new operating model as a result of the Q2 earnings, we just accelerated what we already had underway." In other words, despite the cost cutting measures already taken – and heralded as successful on January 25, 2023 (<$3 billion cost savings in 2023) and "on track" as of April 25, 2024 ( *i.e.*, for an additional $5-7 billion in cost cutting by the end of 2025) – the mounting operating losses in the Foundry were still so dire as of Q2 2024 that Defendants had to accelerate their cost cutting plans.

## VIII.   ADDITIONAL SCIENTER ALLEGATIONS

### A.    The Individual Defendants Had Access To Full Foundry P&L Information Throughout 2023 And Made Operational Decisions Based On That Information; As Such, Defendants Knew How Deeply Unprofitable the Foundry Was Yet Knowingly or Recklessly Concealed the True Nature and Extent of Its Operating Losses From The Market

229.    As alleged herein, Defendants acted with scienter since Defendants knew or were reckless in not knowing that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly or recklessly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Intel Foundry, their control over Intel's allegedly materially misleading misstatements

and/or their associations with the Company which made them privy to confidential proprietary information concerning Intel, participated in the fraudulent scheme alleged herein.

230.    Intel's 2022 and 2023 Forms 10-K stated, in relevant part: "The CODM, who is our CEO, allocates resources to and assesses the performance of each operating segment using information about the operating segment's revenue and operating income (loss)."  Indeed, both Gelsinger (as CEO and CODM) and Zinsner (as CFO) assessed performance and allocated resources based on information they were provided about Intel Foundry's full (external and internal) P&L at all times relevant hereto.

231.    Defendants' own public statements confirm that as early as the fall of 2022, Defendants began carefully reviewing the P&L of the full Intel Foundry, and began using that information to make operational decisions.  On October 27, 2022, Zinsner heralded the cost-cutting measures Intel could adopt by embracing the Foundry Model, stating "we have a very good line of sight on the first $3 billion and pretty good line of sight on the full $8 billion to $10 billion."   On November 30, 2022, Zinsner similarly stated "we've got a pretty good line of sight actually to half of that through our kind of reorganization of the business towards an internal foundry business." Defendants repeated this claimed path to cost cutting via the Foundry Model numerous times throughout 2023, including during the June 21, 2023 Foundry Webinar (*see, e.g.*, ¶¶ 63, 67, 69, 70, 73, 77, 84, 99, *supra*).

232.    Zinsner made clear that he and Gelsinger were reviewing the full Foundry P&Ls together, and using that information to make operational decisions.  For example, on December 5, 2022, speaking of the Internal Foundry Model, Zinsner stated "in the just spreadsheet kind of exercise of this whole thing, I mean this thing has a really rough P&L, does not work.  And so I started – so Pat and I started to realize, hey, we actually need to create more accountability."

233.    Defendants' public statements show that they implemented the Foundry Model in 2023 (although they did not publicly report the full Foundry results).  For example, on April 27, 2023, Zinsner stated that "our shift to an internal foundry model ***is already demonstrating*** a path to the structural cost improvements necessary to achieve our long-term profit goals…"   On October 26, 2023, Gelsinger stated "We remain on track to reducing costs by $3 billion in 2023, and we

continue to see significant incremental opportunities for operational improvement *as we execute on* our internal foundry model." During the same call, in reference to the Foundry Model, Zinsner echoed "*we're now measuring the manufacturing and TD organization as a separate P&L*" and "*we're already starting to see improvements* in the P&L because of that." During the April 2, 2024, segment reporting call, Zinsner confirmed that "market based pricing" as between Foundry and the products BUs was introduced "last year."

234.    As a result of the foregoing, Defendants knew exactly how deeply unprofitable the Foundry was in 2023 when they reported misleading 2023 financial results for IFS external revenues and operating losses only on January 25, 2024. As Gelsinger himself admitted in April 2024, "we knew that the day 1 P&L for Intel foundry was going to spark debate"—in short, Gelsinger admitted that Defendants understood the Foundry's true performance would not align with market expectations—still he assured "we also knew it was important to establish a baseline and provide a target model based on reasonable to conservative revenue and cost assumptions that we have a high degree of confidence we will achieve." In sum, Defendants knowingly misled investors, or were *at least* deliberately reckless, in reporting IFS financial results that materially misrepresented the true state and financial condition of the Foundry.

**B.    Developing Intel Foundry Was a Core Operation Critical to Defendants' Turnaround Plan for Intel; Defendants Knew the Foundry's Path to Profitability (Including Internal and External Activities) Was Essential to the Foundry's—and Intel's—Success**

235.    Developing the Foundry was integral to Intel's success and Gelsinger proclaimed the Foundry was key to his turnaround plan for Intel. As Foundry chief Stuart Pann said at the September 5, 2023 Goldman Sachs conference, "the foundry business is essential for Intel."

236.    To that end, both Gelsinger and Zinsner explained that creating the Foundry was a top—if not *the* top—priority. Speaking of the Foundry Model on November 30, 2022, Zinsner stated "that's where I'm spending most of my time on the transformation, is getting that to get in the right place." On August 31, 2023, Gelsinger noted that the Foundry Model was the subject of "huge discussion internally."

237.     During the Company's Q1 2023 earnings call held on April 27, 2023, Gelsinger stated: "Establishing an internal foundry model is *one of the most consequential steps we are taking to deliver IDM 2.0* and fundamentally shifts the way the company operates and the incentive mechanisms that drive day-to-day behaviors."  And during the Foundry Webinar on June 21, 2023, Zinsner noted that the Internal Foundry Model "underpins our ongoing transformation from IDM 1.0 to IDM 2.0." Similarly, during the Goldman Sachs Semiconductor Conference on May 30, 2024, Pitzer described three key accomplishments over the past two years he had been at the Company and all three related to foundry: 1) five nodes in four years; 2) "how much work the organization has done to stand up the Intel Foundry Services business"; and 3) the use of CHIPS and SCIP funds to build manufacturing capacity.

238.     Also at the May 30, 2024, Goldman Sachs Global Semiconductor Conference, Pitzer stated, "We've given you the P&L for Intel foundries, at least on the operating margin line.  *The biggest incremental driver of improvements there is really at Intel Foundry.  And I did talk about already the path to breakeven being something that we have relatively high certainty to, because a lot of those things are in our control, and we can see them*."

239.     Zinsner suggested that he and Gelsinger regularly spent time, at least on a weekly basis, analyzing the Foundry Model P&Ls.  For example, during Intel's January 25, 2024 earnings call, Zinsner stated "we think [it] is going to deliver tons of savings for the company. *I think every week that Pat and I spend on this* [referring to the Foundry Model], somebody brings up another big rock that they found of savings they can identify…."

240.     Defendants knew well that the internal and external activities of the Foundry were inextricably linked.  No external activities could have even existed during the Class Period without the internal infrastructure and investment already in place.  Indeed, at all relevant times prior to and during the Class Period, the Foundry served both internal and external demands (although, as alleged elsewhere herein, the Foundry's legacy fabs did not successfully fulfill wafer demands, whether internal or external).  On March 8, 2023, Zinsner referred to the Foundry as a singular entity in the present tense as then-currently serving both internal and external customers: "because we're going

to really drive efficiency *in this foundry* that *is* both supporting our internal needs and supporting our external customers in foundry."

241.    Defendants repeatedly referred to the interconnectedness of Intel's internal and external Foundry activities, such that it was knowingly or recklessly misleading to report only external figures, thereby presenting a materially misleading picture of Intel Foundry, which was critical to the success of the Company.

242.    In sum, Defendants were not entitled—under either applicable law on disclosures required to make statements made not misleading and/or applicable accounting rules—to report external revenue only, thereby concealing *massive and mounting losses*.

243.    Even after the recast financials were reported on April 2, 2024, the foregoing facts support Defendants' scienter with respect to misleadingly downplaying the mounting losses of the Foundry and the increasingly steep cost cutting measures the Company needed to take.

**C.    Foundry Finances Were Jeopardized By Intel's Dwindling Free Cash Flow; Intel Was Highly Motivated to Obtain Fundin from the CHIPS Act on Terms More Favorable than Offered by Private Funding Sources**

244.    Because of lengthy delays plaguing the development of its 10 nm process node, Intel's technology fell years behind TSMC, the world's dominant foundry.  Once its mature processes were not the most-advanced in the industry, Intel's foundries became underutilized and thus unprofitable – even the company's own product BUs outsourced the fabrication of 30% of their chips. Instead of the "virtuous cycle" CEO Gelsinger desired, where high volume leads to chip refinement, Intel was caught up in its opposite – a vicious cycle whereby existing fabs do not generate sufficient profits to either refine chips or help fund the next technologically-advanced node.

245.    Leading up to and during the Class Period, Intel spent enormous sums of money attempting to create a competitive foundry business, and to catch up to TSMC.  At the same time as Intel was dramatically increasing expenditures, its revenue substantially decreased due to factors including weakening demand for its key desktop, notebook, and data center products.  Although Intel had previously generated large, consistent profits, as a leader in both the technology and design sides of its business, the Company now needed to enlist outside financing partners and government assistance to fund the massive investments needed to try to create a competitive foundry.

246. On March 23, 2021, Gelsinger announced Intel's plans to build two new fabs at its Ocotillo campus in Chandler, Arizona.  Intel stated that "[t]hese fabs will support the increasing requirements of Intel's current products and customers, as well as provide committed capacity for foundry customers. This build-out represents an investment of approximately $20 billion."

247. On May 3, 2021, Intel announced plans to "invest $3.5 billion to equip its New Mexico operations for the manufacturing of advanced semiconductor packaging technologies," stating that "[i]nvesting in the company's manufacturing operations is a key component of its recently announced IDM 2.0 strategy."

248. On January 21, 2022, Intel announced "plans for an initial investment of more than $20 billion in the construction of two new leading-edge chip factories in Ohio," which it stated would "serv[e] the needs of foundry customers as part of the company's IDM 2.0 strategy."  Intel's press release quoted Keyvan Esfarjani, Intel senior vice president of Manufacturing, Supply Chain and Operations as stating "[t]he scope and pace of Intel's expansion in Ohio, however, will depend heavily on funding from the CHIPS Act."

249. On March 15, 2022, Intel announced plans to invest over €33 billion in Europe, including: "an initial 17 billion euros into a leading-edge semiconductor fab mega-site in Germany"; at its Leixlip, Ireland location "spending an additional 12 billion euros and doubling the manufacturing space to bring Intel 4 process technology to Europe and expand foundry services"; and "a potential investment of up to 4.5 billion euros" in "a state-of-the-art back-end manufacturing facility" in Italy.

250. Through these announcements alone, Intel committed to investing over $70 billion in expanding its manufacturing capacity.

251. The following table and chart depict Intel's net revenue and operating income as reported in its Form 10-K annual reports for the years 2018-2023 (table amounts in millions of dollars, as reported in the 10-K for the relevant year):

| | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|
| **Net revenue** | $54,228 | $63,054 | $79,024 | $77,867 | $71,965 | $70,848 |
| **Operating income** | $93 | $2,334 | $19,456 | $23,678 | $22,035 | $23,316 |



252.    The following table and chart depict Intel's net cash provided by operating activities, cash used for additions to property, plant, and equipment, and adjusted free cash flow[23] as reported in its Form 10-K annual reports for the years 2018-2023 (table amounts in millions of dollars, as reported in the 10-K for the relevant year):

|  | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|
| **Net cash provided by operating activities** | 11,471 | 15,433 | 29,991 | 35,384 | 33,145 | 29,432 |
| **Cash used for additions to property, plant, and equipment** | 25,750 | 24,844 | 18,733 | 14,259 | 16,213 | 15,181 |
| **Adjusted free cash flow** | -11,853 | -4,075 | 11,258 | 21,125 | 16,932 | 14,251 |

---

[23] Adjusted free cash flow is a non-GAAP financial measure.  Intel's 2023 Form 10-K states that adjusted free cash flow "is used by management when assessing our sources of liquidity, capital resources, and quality of earnings," and defines this metric as "operating cash flow adjusted for (1) additions to property, plant, and equipment, net of proceeds from capital-related government incentives and partner contributions, (2) payments on finance leases, and (3) proceeds from the McAfee equity sale in 2022." Intel revised this description at times during 2018-2023, and for years 2021 and earlier, Intel referred to this non-GAAP metric simply as "free cash flow".



253.    The following table and chart depict the components of Intel's gross (before depreciation) property, plant and equipment as reported on its balance sheet in its Form 10-K annual reports for the years 2018-2023 (table dollar amounts in millions, as reported in the 10-K for the relevant year):

|  | **2023** | **2022** | **2021** | **2020** | **2019** | **2018** |
|---|---|---|---|---|---|---|
| **Land and buildings** | 51,182 | 44,808 | 40,039 | 37,536 | 37,743 | 30,954 |
| **Machinery and equipment** | 100,033 | 92,711 | 86,955 | 79,384 | 74,901 | 66,721 |
| **Construction in progress** | 43,442 | 36,727 | 21,545 | 17,309 | 16,063 | 16,643 |
| **Total property, plant, and equipment, gross** | 194,657 | 174,246 | 148,539 | 134,229 | 128,707 | 114,318 |



254.    Leading up to and during the Class Period, Intel was in the precarious position of needing to invest tens of billions of dollars in its foundry business, while the income it needed to fund those investments was rapidly disappearing.  With a price tag of at least $10 billion for construction of a new fab, to fill its funding deficit, Intel turned to outside sources for help, including financing partners and government assistance, under what the Company referred to as its "Smart Capital" approach.

255.    According to Intel, the five pillars of Smart Capital are: (i) smart capacity investments, or building fab "shells" before equipping them with expensive chipmaking machinery; (ii) government incentives, including under the U.S. CHIPS and Science Act of 2022 and its E.U. counterpart; (iii) customer commitments including potential prepayments to secure manufacturing capacity; (iv) use of external foundries to manufacture chips for Intel products at lower cost than Intel's internal manufacturing; and (v) Intel's "Semiconductor Co-Investment Program" or "SCIP", under which the Company would partner with financial backers to obtain funding for manufacturing investments.

1

### 1.    SCIP Arrangements are used to defray fab construction costs

2        256.    On August 23, 2022, Intel announced an agreement under its Semiconductor Co-

3    Investment Program with Brookfield Asset Management, a large alternative asset manager.  Intel

4    announced that "the companies will jointly invest up to $30 billion in Intel's previously announced

5    manufacturing expansion at its Ocotillo campus in Chandler, Arizona, with Intel funding 51% and

6    Brookfield funding 49% of the total project cost."  According to its August 23, 2022 press release,

7    this arrangement is allows Intel "to tap into a new pool of capital below its cost of equity while

8    protecting its cash and debt capacity for future investments and continuing to fund a healthy and

9    growing dividend.  ***Over the next several years, the structure is expected to provide a $15 billion***

10   ***cumulative benefit to Intel's adjusted free cash flow*** and is expected to be accretive to Intel's

11   earnings per share during the construction and ramp phase."

12       257.    On June 4, 2024, Intel announced another agreement under its Semiconductor Co-

13   Investment Program, this time with alternative asset manager Apollo.  According to Intel's press

14   release "Apollo-managed funds and affiliates will lead an investment of $11 billion to acquire from

15   Intel a 49% equity interest in a joint venture entity related to Intel's Fab 34," located in Leixlip,

16   Ireland.  In the Apollo deal, Intel continues to own and operate Fab 34, which it spent $18.4 billion

17   to construct, and which commenced mass production of EUV chips in September 2023. However,

18   Intel sold the rights to manufacture wafers at Fab 34 to a joint venture it formed with Apollo for $11

19   billion.  Under the terms of the deal, the joint venture (of which Intel owns 51%) "will manufacture

20   wafers for sale to Intel on a cost-plus-margin basis.  Under the agreement, Intel is required to finish

21   the build-out of Fab 34 and purchase wafers from the joint venture for itself and external customers,

22   with minimum volume commitments for its wafer demand following the substantial completion of

23   the facility."  Intel entered into the deal to "allow[ ] Intel to unlock and redeploy to other parts of its

24   business a portion of this [$18.4 billion] investment" at a cost "below Intel's cost of equity." More

25   pointedly, J.P. Morgan noted in its August 1, 2024 report (¶173, *supra*), Intel's free cash flow  of

26   $8.16 billion was only positive due to the receipt of $11 billion in proceeds from this deal.

27

28

---

**2.    Intel Wins The Largest CHIPS Act Grants, Loan, and Tax Incentive Package Awarded, Valued at Up to $44.5 Billion, Less Than Two Weeks Before It Recast Three Years of Financial Results, Beginning to Reveal the Foundry's Dire Circumstances**

258.    The only American-owned maker of advanced chips, no company has more to gain from the U.S. government's effort to rebuild chip manufacturing on American shores than Intel.   In fact, Intel lobbied extensively for the passage of the CHIPS and Science Act of 2022.

259.    When President Biden called on Congress to pass the CHIPS Act during his State of the Union Address on March 1, 2022, he connected the money explicitly to Intel's plan to build a new fab just east of Columbus, Ohio, calling the then-vacant 1,000 acres of land a "Field of Dreams" on which "America's future will be built."   CEO Gelsinger waved down at the crowd from his seat one row in front of First Lady Dr. Jill Biden.

260.    Passage of the CHIPS Act was motivated in substantial part by a desire to improve supply chain resiliency following the semiconductor supply chain disruptions experienced during the COVID pandemic,[24] and by increasing economic competition and geopolitical tension with China.[25]   The CHIPS Act appropriated a total of $52.7 billion for domestic semiconductor manufacturing, research and development, and workforce training.   The largest component, $39 billion, was for domestic manufacturing incentives.   The CHIPS Act also provided a 25 percent investment tax credit for capital expenses for semiconductor manufacturing and related equipment. The CHIPS Act was intended to catalyze private investment in domestic semiconductor

---

[24] Similar to the U.S. Chips Act, the European Union enacted the European Chips Act, which was first announced in 2022 and became effective in 2023, which sought to bolster European semiconductor manufacturing by providing over €43 billion in incentives. Intel was expected to be a key beneficiary of the European Chips Act, with reporting indicating that in 2023 the German government committed to provide approximately €10 billion in funding. The EU approved €1.9 billion in funding for a project in Poland in mid-September 2024. Days later, after an atrocious Q2 2024, Intel announced it was delaying construction of the planned projects in Germany and Poland.

[25] The U.S. share of global semiconductor fabrication capacity fell from about 36% in 1990 to about 10% in 2020, with all of the most advanced chips then being produced outside of the U.S. In 2020, over 70% of global wafer fab capacity was located in Asia, with 40% in China and Taiwan alone. In 2022 Taiwan-based TSMC controlled approximately 59% of global foundry market share, with its nearest competitor, South Korea-based Samsung, controlling approximately 13%.

manufacturing, with potential recipients required to apply for funding through the Department of Commerce, demonstrate significant domestic investments, and meet other criteria.

261. After the bill's passage in October 2022, Intel directly tied its extraordinarily-costly fab expansion in the U.S. to awards it sought to receive under the CHIPS Act. This external source of financing was of critical importance to Intel's foundry plans.

262. During a November 30, 2022 Q&A session at the Credit Suisse Technology Conference, analyst Christopher Caso asked for information about "the project financing that you're doing through Brookfield as well as some of the investment credits and CHIPS Act and such that helped to carry a large burden of the capital cost that you have." CFO Zinsner responded in part:

> when you look at the cost differential just in terms of differences in labor costs, construction costs and so forth, there's a meaningful, obviously, premium in the U.S. to build a fab relative to what you see in Asia. And Asia also provides incentives. So in order to get that to an equilibrium state, their ***incentives are going to be necessary***. I think Pat did an amazing job getting the CHIPS Act or helping to get the CHIPS Act across the finish line with the U.S. government. He also did probably underappreciated an amazing job at getting the CHIPS Act in Europe over the finish line.

263. Similarly, at the December 5, 2022 UBS Global TMT [Technology, Media, and Telecommunications] Conference, analyst Timothy Arcuri asked CFO Zinsner to respond to "the argument from a lot of investors that say, well, if they're that dependent on government money to be competitive, that I'm not going to pay a multiple for that," and that "what if there's regime change. And there's not the type of commitment to subsidizing manufacturing onshore." Zinsner responded in part:

> So everyone is already getting grant money outside of the U.S. and Europe. As I look at the -- how long we can kind of count on this, the investment tax credit is basically 4 years. The CHIPS money is projects, it's a project base things that will extend beyond 4-5 years, but there's a limit to the time frame of the project.

> And ***as we are looking at the cost structure of those fabs and whether we can make it work from a cost competitive perspective, we're assuming this***, but we're not assuming anything beyond this. So our assumptions are built around what's been -- what we know for sure.

> I'm hopeful that actually they use because I think ***in order to be competitive with Asia, it will need to continue***.

264.    Once again, at the March 6, 2024 Morgan Stanley Technology, Media & Telecom Conference, CFO Zinsner confirmed that building fabs in the U.S. without government subsidies did not make financial sense.  Analyst Joseph Moore asked about Intel's ability to "compete with the best foundries in the world."  Zinsner responded in part:

> governments are now looking for opportunities to see production done outside of Southeast Asia. And so that also helps because now the other factor that kind of kept -- inhibited you from being able to do it was it was fairly expensive to do one of these fabs in the U.S. or in Europe.
>
> Now **with the help and the assistance of governments, that can happen. We have the ability to drive a cost structure that would make sense.**

265.    Because CEO Gelsinger had been working closely with the Biden Administration and, in particular, Secretary of Commerce Gina Raimondo, on passage of the CHIPS Act since 2021, Intel was intimately familiar with the details of the CHIPS Act.  Intel was well aware of the timeline for when the CHIPS Act grants would be announced, starting in late 2023, as well as the conditions that would accompany those grants.

266.    But while Intel had been engaging with the U.S. government on the preliminary memorandum of terms in the months leading up to the announcement of the CHIPS Act money on March 20, 2024, Intel knew something that the government – and the public – did not: the extent to which Intel's foundry was hemorrhaging cash.

267.    On March 20, 2024, Intel issued a press release titled "Intel and Biden Admin Announce up to $8.5 Billion in Direct Funding Under the CHIPS Act."  Per the announcement, Intel would be eligible for up to a total of $44.5 billion in federal funding incentives under the CHIPS Act, consisting of: (i) $8.5 billion in direct funding for Intel's manufacturing fabs in Arizona, New Mexico, Ohio, and Oregon; (ii) an investment tax credit of up to 25% on more than $100 billion in qualified investments; and (iii) eligibility for federal loans up to $11 billion.  The direct funding award and federal loans were subject to due diligence and negotiation of a long-form term sheet and award documents, and were conditional on Intel's achievement of certain milestones.  Intel's press release stated that the "[p]roposed funding supports Intel's previously announced plans to invest more than $100 billion in the U.S. over five years."

268.    When Intel finally broke out the foundry segment's P&Ls, two weeks *after* Intel received the $44.5 billion package, investors did not take well to the revelation of $5.0+ billion in Foundry operating losses in 2021 and 2022, and nearly $7 billion in 2023.   One commentator wondered aloud if the timing was more than coincidental. In an April 4, 2024, article entitled "Intel's Chips No Longer Pay More Than Their Fair Share of Foundry Costs," Timothy Prickett Morgan covered Intel's operating segment event for The Next Platform.com.   The article provides an analysis of which figures can be backed out of the three years of recast figures (and which cannot) as well as an evaluation of the points made in CEO Gelsinger's presentation.   On a lighter note, Morgan wrote: "Intel Foundry is – to use a technical business term – a real stinker. And ***it is no wonder that Intel didn't separate out its financials until after the US government doled out the funds for the CHIPS Act***, whereby Intel has received $8.5 billion in direct funding and income tax credits of 25 percent on more than $100 billion in investments, and another $11 billion in federal loans for a combined $44.5 billion."

269.    In the ensuing months, as additional disclosures about the dire financial state of Intel's foundry were made on April 25th and August 1st, news emerged that the government and Intel have actually been wrangling over whether Intel's foundry was in a strong enough position to receive the money after all.   On September 4, 2024, Bloomberg published a story entitled *Intel's Money Woes Throw Biden Team's Chip Strategy Into Turmoil*, which stated:

> The Biden-Harris administration's big bet on Intel Corp. to lead a US chipmaking renaissance is in grave trouble as a result of the company's mounting financial struggles, creating a potentially damaging setback for the country's most ambitious industrial policy in decades. Five months after the president traveled to Arizona to unveil a potential $20 billion package of incentives alongside Chief Executive Officer Pat Gelsinger, there are growing questions around when — or if — Intel will get its hands on that money.
>
> ***
>
> Intel is mired in a sales slump worse than anticipated and hemorrhaging cash, forcing its board to consider increasingly drastic actions — including possibly splitting off its manufacturing division or paring back global factory plans, Bloomberg reported last week. That threatens to further complicate its quest for government funding, at a time when Intel desperately needs the help.

270.    While Intel continues to insist that it will hit the milestones required to receive the government funds, *see e.g.,* ¶170, more recent reporting reveals that Biden Administration officials

had harbored fears of phantom, half-built plants, even before Intel announced the foundry's dismal P&L in April.  An October 24, 2024, in an article in *The New York Times*, "The Government Bet Big on Intel. Will it Backfire?," Ana Swanson and Tripp Mickle reported: "As they designed the chips program, Ms. Raimondo and Biden officials weighed how to support Intel while safeguarding taxpayer money. They were already questioning whether Intel could follow through on its promises, several officials said."  The article continues: "Caitlin Legacki, a former Commerce Department official, said there also was a fear that 'Intel is going to take chips money, build an empty shell of a factory and then never actually open it, because they don't have customers.'" The authors note that this very thing happened in 2012 after the Obama administration gave Intel $5 billion to build a fab in Arizona.

271.    Another article, published by Alan Patterson on September 18, 2024, in *EETimes*, entitled "Cracks Emerge in U.S. CHIPS Act," indicates that Intel has only built a shell facility in Ohio. Despite CEO Gelsinger's September 16, 2024 commitment that the project was on track and not being put on hold, there has been a delay in installing the equipment. Failure to meet milestones is a basis for both cancellation and recoupment. Both this article and the article in *The New York Times* reported that Commerce Secretary Raimondo is begging major industry players to buy Intel chips. "They're [Intel] looking for all sorts of cash because they're burning tons of cash," Bernstein Research senior analyst Stacy Rasgon told EE Times. "He [Pat Gelsinger] needed to get the [CHIPS Act] subsidies."

272.    By contrast, Intel competitor, TSMC, which was allocated $11.6 billion in CHIPS Act funds (including $6.6 billion in grants and an additional $5 billion in loans), has already begun building its new fab in Arizona, with pilot production beginning back in April and the fab is supposed to be fully operational by the end of 2024.

## IX.    CLASS ACTION ALLEGATIONS

273.    Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired the publicly traded common stock of Intel on a U.S. exchange, or purchased call options or sold put options on Intel common stock, between January 25, 2024, and August 1,

2024, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

274.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Intel's shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least hundreds or thousands of members in the proposed Class.  Millions of Intel shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Intel or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

275.    Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

276.    Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

277.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Intel; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

278.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## X.    APPLICABILITY OF PRESUMPTION OF RELIANCE

279.    The market for Intel's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Intel's securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Intel's securities relying upon the integrity of the market price of Intel's securities and market information relating to Intel, and have been damaged thereby.

280.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Intel's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Intel's business, operations, and prospects as alleged herein.

281.    The market for Intel's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose alleged herein, Intel's securities traded at artificially inflated prices during the Class Period.  On January 25, 2024, the Company's share price closed at a Class Period high of $49.55 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Intel's securities and market information relating to Intel, and have been damaged thereby.

282.    During the Class Period, the artificial inflation of Intel's shares was caused by the material misrepresentations and/or omissions alleged in this Complaint causing the damages sustained by Lead Plaintiffs and other members of the Class.  As described herein, during the Class

Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Intel's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Intel and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Lead Plaintiffs and other members of the Class purchasing the Intel's securities at such artificially inflated prices, and each of them has been damaged as a result.

283. At all relevant times, the market for Intel's securities was an efficient market for the following reasons, among others:

(a) Intel shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, Intel filed periodic public reports with the SEC and/or the NASDAQ;

(c) Intel regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) Intel was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

284. As a result of the foregoing, the market for Intel's securities promptly digested current information regarding Intel from all publicly available sources and reflected such information in Intel's share price. Under these circumstances, all purchasers of Intel's securities during the Class Period suffered similar injury through their purchase of Intel's securities at artificially inflated prices and a presumption of reliance applies.

285.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972). Because the Class's claims are, in large part, grounded on Defendants' omissions of adverse information, which Defendants had a duty to disclose, regarding Intel's business operations and financial prospects which rendered their affirmative statements thereof materially misleading, positive proof of reliance is not a prerequisite to recovery.'' All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period materially misleading statements and omissions set forth above, that requirement is satisfied here.

## XI.    NO SAFE HARBOR

286.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Intel who knew that the statement was false when made.

## XII.   CAUSES OF ACTION

### FIRST CLAIM

**Violation of Section 10(b) of The Exchange Act and SEC Rule 10b-5 Against All Defendants**

287.     Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

288.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Intel's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

289.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Intel's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

290.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Intel's financial well-being and prospects, as specified herein.

291.    Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Intel's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Intel and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

292.    Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or

directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, and CEO Gelsinger as the Chief Operating Decision Maker who allocated resources and assessed the performance of Intel's operating segments, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

293.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Intel's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

294.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Intel's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or

1  recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during

2  the Class Period, Lead Plaintiffs and the other members of the Class acquired Intel's securities

3  during the Class Period at artificially high prices and were damaged thereby.

4         295.    At the time of said misrepresentations and/or omissions, Plaintiffs and other

5  members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiffs

6  and the other members of the Class and the marketplace known the truth regarding the problems

7  that Intel was experiencing, which were not disclosed by Defendants, Plaintiffs and other members

8  of the Class would not have purchased or otherwise acquired their Intel securities, or, if they had

9  acquired such securities during the Class Period, they would not have done so at the artificially

10 inflated prices which they paid.

11        296.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act

12 and Rule 10b-5 promulgated thereunder.

13        297.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the

14 other members of the Class suffered damages in connection with their respective purchases and

15 sales of the Company's securities during the Class Period.

16                            **SECOND CLAIM**

17     **Violation of Section 20(a) of The Exchange Act Against the Individual Defendants**

18        298.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully

19 set forth herein.

20        299.    Individual Defendants acted as controlling persons of Intel within the meaning of

21 Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their

22 ownership and contractual rights, participation in, and/or awareness of the Company's operations

23 and intimate knowledge of the false financial statements filed by the Company with the SEC and

24 disseminated to the investing public, Individual Defendants had the power to influence and control

25 and did influence and control, directly or indirectly, the decision-making of the Company, including

26 the content and dissemination of the various statements which Plaintiffs contend are false and

27 misleading. Individual Defendants were provided with or had unlimited access to copies of the

28 Company's reports, press releases, public filings, and other statements alleged by Plaintiffs to be

misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

300.    In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

301.    As set forth above, Intel and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## XIV.    JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

DATED:  October 30, 2024

**GLANCY PRONGAY & MURRAY LLP**

By:  _/s/ Kara M. Wolke_
Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Garth Spencer (SBN 335424)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
kwolke@glancylaw.com
gspencer@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Robin B. Howald (SBN 110280)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com
rhowald@rosenlegal.com

*Co-Lead Counsel for Co-Lead Plaintiffs Intel Investor Group and Byoung Wook Jeon and additional Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis and the putative Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
SHAWN A. WILLIAMS (213113)
JACOB G. GELMAN (344819)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgelman@rgrdlaw.com
hdeshmukh@rgrdlaw.com

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
fcruz@frankcruzlaw.com

*Additional Counsel for Co-Lead Plaintiffs Intel Investor Group and Byoung Wook Jeon and additional Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis and the putative Class*

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

2
I, the undersigned say:

3
I am not a party to the above case, and am over eighteen years old.  On October 30, 2024, I

4
served true and correct copies of the foregoing document, by posting the document electronically to

5
the ECF website of the United States District Court for the Northern District of California, for receipt

6
electronically by the parties listed on the Court's Service List.

7
I affirm under penalty of perjury under the laws of the United States of America that the

8
foregoing is true and correct.  Executed on October 30, 2024.

9

10
*s/ Kara M. Wolke*
Kara M. Wolke

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28