1   Robert V. Prongay (SBN 270796)
      *rprongay@glancylaw.com*
2   Kara M. Wolke (SBN 241521)
      *kwolke@glancylaw.com*
3   Garth Spencer (SBN 335424)
      *gspencer@glancylaw.com*
4   GLANCY PRONGAY & MURRAY LLP
5   1925 Century Park East, Suite 2100
    Los Angeles, California 90067
6   Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
7

8   *Co-Lead Counsel for Plaintiffs and the putative*
    *Class*
9
    [Parties and Additional Counsel on Signature Page]
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13              **SAN FRANCISCO DIVISION**

14

15  In re Intel Corp. Securities Litigation    | Lead Case No. 3:24-cv-02683-TLT
                                                 | Consolidated Case No. 3:24-cv-04807-TLT
16
                                                 **SECOND AMENDED CLASS ACTION
17                                               COMPLAINT FOR VIOLATIONS OF
                                                 THE FEDERAL SECURITIES LAWS**
18
                                                 CLASS ACTION
19
                                                 **DEMAND FOR JURY TRIAL**
20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

I.  NATURE OF THE ACTION AND OVERVIEW .................................................................. 1

II.  JURISDICTION AND VENUE .......................................................................................... 6

III.  PARTIES ........................................................................................................................... 7

IV.  CHRONOLOGY OF FACTS PERTAINING TO INTEL'S FOUNDRY ........................... 9

   A.  Intel Rose to Prominence as an Integrated Device Manufacturer ........................... 9

   B.  The March 2021 Launch of IDM 2.0: Intel Expands its Existing Semiconductor Manufacturing Activities—to Both Attract New Customers and to Bring Advanced Chip-making Back Home ....................................................................................... 10

   C.  In Q3 2022, Intel Embraces the "Internal Foundry Model" to Drive Efficiency, Transparency, and Accountability in its Foundry Operations ................................. 15

   D.  During the First Half of 2023, Defendants Claimed the Internal Foundry Model Approach Was "Well Underway" and "Already Gaining Momentum" ................ 20

   E.  In June 2023, Intel Hosts a Webinar on the Foundry Model, Explaining How it Drives Efficiency and Transparency of the Foundry's Financial Performance ................. 26

   F.  Throughout the Second Half of 2023, Defendants Discuss Their Ongoing Work Under the "Essential" and "Seminal" Foundry Model ........................................... 32

   G.  In January 2024, Defendants Announce 2023 Results, Touting the Success of IFS, Including 103% Annual Growth in IFS Revenue—But Fail to Disclose Massive Foundry Losses ..................................................................................................... 39

   H.  In February 2024, Defendants Trumpet Intel's Supposed Foundry Success at its First-Ever "Foundry Day" ................................................................................................ 42

   I.  In April 2024, Intel "Recasts" Its Foundry Segment Accounting, Revealing Staggering Foundry Operating Losses of $7 Billion in 2023; Then Reports Q1 2024 Foundry Operating Losses of $2.5 Billion ............................................................ 44

   J.  Despite the Poor Q1 2024 Results, Defendants Falsely Reassure Investors and Tout Intel Foundry Throughout Q2 2024; IFS Chief Pann Resigns ............................... 52

   K.  In August 2024, Intel Announces Additional Devastating Foundry-Related Fallout in Q2 2024 Earnings, With Foundry Operating Losses Deepening Both Year-over-Year (YoY) and Quarter-over-Quarter (QoQ) ........................................................ 54

   L.  After the Class Period, Intel Abandons 20A, Is Removed from the Dow, and Gelsinger Suddenly "Retires" Without a Permanent Replacement ....................... 58

V.      DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS........... 60

    A.      Intel's 2023 Financial Results ............................................................................ 60

    B.      Defendants' Cost Savings/Efficiency Statements .................................................... 63

    C.      Gelsinger's "Significant Traction" and "Growing Demand" Statements .............. 65

VI.     EXPERT ANALYSIS CONFIRMS THAT INTEL'S IMPROPER SEGMENT
        REPORTING VIOLATED GAAP ......................................................................... 68

    A.      The Fundamental Qualitative Characteristics of GAAP-Compliant Financial
                Statements .......................................................................................................... 70

    B.      Segment Reporting Prescribed Under GAAP ......................................................... 72

        1.      *History and Purpose of Segment Reporting Under GAAP*......................... 72

        2.      *Application of Segment Reporting as Prescribed in ASC 280* ................... 74

    C.      Background of Intel's Foundry Operating Segment ............................................... 76

    D.      Intel's Disclosures Regarding its IFS and Internal Foundry Model Operating
                Segments .......................................................................................................... 78

    E.      Application of ASC 280 to Intel's Foundry Operations in 2023 ........................... 80

        1.      *Intel's Foundry Engaged in Business Activities in 2023 From Which it
                        Recognized Revenues and Incurred Expenses* ........................................... 81

        2.      *The CODM Reviewed Financial Results of the Complete Operations of Intel's
                        Foundry in 2023* ..................................................................................... 82

        3.      *Statements Made by Mr. Gelsinger Regarding His Role in Reviewing the
                        Financial Results and Operating Effectiveness of Intel's Foundry Operating
                        Prior to 2024* ......................................................................................... 84

        4.      *Observations Regarding Whether Mr. Zinsner Reviewed the Financial
                        Results of Intel's Complete Foundry Operations in 2023 but Mr. Gelsinger
                        Did Not.* ................................................................................................. 86

        5.      *Observations Regarding Whether Discrete Financial Information for the
                        Complete Operations of Intel's Foundry Were Available During 2023* ..... 90

    F.      Conclusion of Expert Analysis............................................................................ 91

VII.    LOSS CAUSATION ............................................................................................ 92

VIII.   ADDITIONAL SCIENTER ALLEGATIONS .................................................. 97

A.   The Individual Defendants Knew How Deeply Unprofitable the Foundry Was Yet Knowingly or Recklessly Concealed the True Nature and Extent of Its Operating Losses From The Market ........................................................................... 97

B.   Developing Intel Foundry Was a Core Operation Critical to Defendants' Turnaround Plan for Intel; Defendants Knew the Foundry's Path to Profitability (Including Internal and External Operations) Was Essential to the Foundry's—and Intel's—Success ......................................................................................... 99

C.   Foundry Finances Were Jeopardized By Intel's Dwindling Free Cash Flow; Intel Was Highly Motivated to Obtain Funding from the CHIPS Act on Terms More Favorable than Offered by Private Funding Sources ........................................... 100

1.   *SCIP Arrangements are used to defray fab construction costs* ................ 105

2.   *Intel Wins The Largest CHIPS Act Grants, Loan, and Tax Incentive Package Awarded, Valued at Up to $44.5 Billion, Less Than Two Weeks Before It Recast Three Years of Financial Results, Beginning to Reveal the Foundry's Dire Circumstances* ................................................................. 106

IX.   CLASS ACTION ALLEGATIONS .................................................................. 111

X.   APPLICABILITY OF PRESUMPTION OF RELIANCE .............................. 113

XI.   NO SAFE HARBOR ......................................................................................... 114

XII.   CAUSES OF ACTION ...................................................................................... 115

XIII.   PRAYER FOR RELIEF ..................................................................................... 118

XIV.   JURY TRIAL DEMANDED ............................................................................. 119

1    Co-Lead Plaintiffs Intel Investor Group (comprised of Garden Management Inc., AM Equity

2    and Consulting LLC, and Richard Arzillo) and Byoung Wook Jeon, together with additional

3    Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis

4    (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through

5    their attorneys, allege the following upon information and belief, except as to those allegations

6    concerning Plaintiffs, which are alleged upon personal knowledge.  Plaintiffs' information and

7    belief is based upon, among other things, their counsel's investigation, which includes without

8    limitation: (a) review and analysis of regulatory filings made by Intel Corporation ("Intel" or the

9    "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b)

10   review and analysis of press releases and media reports issued and disseminated by Intel; (c) analysis

11   conducted by consultants and relevant experts; and (d) review of other publicly available

12   information concerning Intel, including media and analyst reports.

13   **I.      NATURE OF THE ACTION AND OVERVIEW**

14          1.      This is a class action on behalf of persons and entities that purchased or otherwise

15   acquired the publicly traded common stock of Intel on a U.S. exchange, or purchased call options

16   or sold put options on Intel common stock, between January 25, 2024, and August 1, 2024, inclusive

17   (the "Class Period").  Plaintiffs allege claims against Intel, its Class Period CEO Pat Gelsinger

18   ("Gelsinger"), and its Class Period CFO, David Zinsner ("Zinsner"), under §§10(b) and 20(a) of the

19   Securities Exchange Act of 1934 ("Exchange Act"), and SEC Rule 10b-5 promulgated thereunder.

20          2.      The crux of this action is that Intel—which, for decades, had been the preeminent

21   integrated device manufacturer ("IDM") both designing and manufacturing computer chips—had

22   fallen so far behind its competition that, amidst its desperate efforts to catch up, it materially misled

23   investors concerning the true state of the manufacturing side of its business.

24          3.      This action centers on the supposed turnaround plan, dubbed "IDM 2.0," that

25   Defendants claimed would bring Intel back to dominance by bringing technologically advanced

26   chip-making back home, and Defendants' concealment of the massive losses and declining revenue

27

28

1    associated with a central tenet of that plan, the launch of the Intel "foundry."[1]  Had Defendants

2    disclosed the true financial condition of foundry operations, it would have exposed the deep

3    vulnerabilities in Intel's business and the deep cracks in Defendants' ambitious turn-around plan.

4         4.    The key component of IDM 2.0 at issue is Defendants' efforts to operate Intel as a

5    foundry, manufacturing advanced chips and silicon wafers not only for itself, but also for others.  In

6    March of 2021, Gelsinger trumpeted the creation of Intel Foundry Services ("IFS"), claiming "[w]e

7    are ready to engage with customers today, starting with our existing foundry offerings, and we are

8    expanding imminently to include our most advanced technologies…."   In September 2022,

9    Gelsinger announced that Intel was "increasingly shifting the internal business model to be more

10   foundry-like internally as well," which would "drive efficiency in the business."[2]  An October 2022

11   announcement declared "Intel Embraces an Internal Foundry Model."  In remarks made throughout

12   2023, Defendants repeatedly cited the foundry model as a significant way Intel would identify

13   inefficiencies and attain cost savings.  For example, in June 2023, Zinsner stated "[w]e first

14   discussed our internal foundry model in Q3 of 2022 as part of our multiyear cost efficiency effort,

15   which includes reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025."

16        5.    Intel's 2023 Form 10-K explained that IDM 2.0 required "making significant capital

17   investments in leading-edge semiconductor technologies in order to create foundry capacity and

18   establish IFS as a major provider of foundry services that provides semiconductor manufacturing

19   solutions for others and for ourselves."  In furtherance of the new foundry strategy, Defendants

20   proclaimed that Intel was pursing an aggressive—and expensive—goal of developing 5 new

21   semiconductor nodes in 4 years, which would benefit internal products divisions and help IFS attract

22   external customers.[3]   In addition to this technology development, Intel would expand its

23

24   _____

25   [1] A foundry is a semiconductor fabricator that manufactures and packages semiconductor products,
     such as silicon wafers and chips.  A wafer is a thin slice of semiconductor material, typically made
26   of pure silicon, that is used to fabricate microchips and integrated circuits.  Wafers are the starting
     point for the production of central processing units (CPUs) and other electronic devices.

27   [2] This initiative is referred to as the "foundry model" or the "internal foundry model."

28   [3] A node is a measure of the size of chip's transistors.  The smaller the node size, the smaller the
     transistors on a chip.  More dense chips with smaller transistors are faster and more energy efficient.

1    manufacturing capacity and build new fabs,[4]  to support internal divisions and attract external

2    customers, which would create additional volume enabling Intel to scale its manufacturing activities.

3    Gelsinger claimed the manufacturing capacity expansion was a "tide that lifts all boats" as it would

4    benefit internal and external customers alike.  At the same time, Intel also would leverage its existing

5    technology and infrastructure to gain new external customers for IFS.  It was a lofty plan, but one

6    Defendants repeatedly assured was on track.

7         6.    Indeed, as detailed herein, Defendants worked hard to convince investors that their

8    foundry plan was working.  They repeatedly claimed that the Company was on track to deliver 5

9    nodes in 4 years.  In a June 2023 foundry webinar, Defendants described Intel's foundry as the

10   second largest in the world, with *internal* foundry revenues *alone* to reach $20 billion in 2024.

11        7.    While Defendants told the market the new foundry strategy would take some time to

12   generate positive margins, they failed disclose the magnitude of the FY2023 losses associated with

13   the foundry expansion because doing so would have immediately exposed the deep vulnerabilities

14   in Intel's business—and current risks to Defendants' turnaround plan.  Instead they reported what

15   was only a tiny (but superficially positive) slice of the foundry picture—external sales by IFS.

16        8.    On the first day of the Class Period, Intel reported Q4 2023 IFS revenue of $291

17   million (up 63% over Q4 2022) and touted impressive FY 2023 IFS revenue of $952 million, up

18   103% over FY 2022, with $482 million of operating losses.

19        9.    In reporting results of only external transactions and omitting results of the foundry's

20   larger internal operations, Defendants touted efficiencies gained from implementing the internal

21   foundry model in 2023, but concealed that Intel's full foundry operation—*i.e.*, including both

22   internal ***and*** external foundry operations had generated ***$7 billion in operating losses in 2023***.

23   Moreover, unbeknownst to investors, those $7 billion in foundry losses in 2023 were ***nearly $1.8***

24   ***billion (~35%) higher than foundry-related losses in 2022***.

25        10.   By concealing these material expenses and massive, mounting losses associated with

26   the foundry and its expansion, Defendants created an impression of a state of affairs at Intel that

27   

28   _____
     [4] In the semiconductor industry, "fabs" refers to a fabrication plant or factory, or also a foundry.  It
     is where the chips are manufactured.

1   differed in a material way from the one that actually existed.

2       11.    In addition to Defendants' failure to disclose the full foundry operations financial

3   results (which were necessary in order to make Intel's year-end financial reports not misleading),

4   Defendants independently violated GAAP rule ASC 280 on segment reporting, which required Intel

5   to report the results of its full foundry operations (*i.e.*, internal and external) in its FY 2023 financial

6   results.  As discussed herein at Sec. V.I, including analysis by Plaintiffs' accounting expert, because

7   in 2023 the full foundry met the characteristics of an operating segment under ASC 280, and because

8   it met (and vastly exceeded) the quantitative requirements for segment reporting in 2023, ASC 280

9   required Defendants to report the full foundry results in Intel's FY 2023 financial results.

10      12.    As alleged herein, both Zinsner and Gelsinger were admittedly aware of and

11  reviewed financial information reflecting the full foundry operations throughout 2023.  They also

12  assured investors that Intel was seeing progress towards improved efficiency and reduced costs

13  based on operational changes they were making with regard to the internal foundry business during

14  2023.  The facts herein alleged support a strong inference that Gelsinger and Zinsner **knew** the

15  financial results of the full foundry—including how deeply unprofitable it was—in FY 2023; they

16  just **chose** not to disclose the results in Intel's FY 2023 financial reporting.

17      13.    Then, on April 2, 2024, after the markets closed, Intel issued a Form 8-K revising

18  the earlier-reported FY 2023 financial results.  The recast results reported Intel Products and Intel

19  Foundry P&Ls on a standalone basis for FY 2021, 2022 and 2023.  As the revised results revealed

20  for the first time, the individual Products segments each saw operating income improvements while

21  the Intel Foundry segment saw a staggering **operating loss of nearly $7 billion** on sales of $18.9

22  billion in 2023.  Moreover, the Foundry's $18.9 billion in 2023 revenue was down $8.6 billion from

23  2022 (a **31% decline**), and the Foundry reported a dismal **negative 37% operating margin** in 2023.

24      14.    On this news, Intel's stock price declined $3.61/share, or 8.2%, to close at $40.33

25  per share on April 3, 2024, on unusually heavy trading volume.  However, because Defendants

26  failed to disclose the full truth or extent of the operational problems facing Intel and its foundry

27  business, the price of Intel stock remained artificially inflated.

28

15.     Then, on April 25, 2024, after the markets closed, Intel released its Q1 2024 financial results, the first quarter reporting the Company's results with its revised segment reporting.  The results revealed an Intel Foundry revenue decline of nearly 10% compared to the same quarter the year before, to a revenue of $4.4 billion.  Meanwhile Intel Foundry losses were growing, with the segment suffering a $2.474 billion loss for the quarter (versus a loss of $2.36 billion for Q1 2023).

16.     On this news, Intel's stock price declined $3.23/share, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading volume.   However, because Defendants still failed to disclose the full truth or extent of the operational problems impacting the Company and its foundry business, the price of Intel stock remained artificially inflated.

17.     Finally, after market close on August 1, 2024, Defendants revealed that Intel's financial condition and specifically its foundry business was far worse than previously disclosed. In connection with reporting Intel's Q2 2024 results, Defendants revealed that Foundry revenue had fallen to $4.3 billion, even as the Foundry's operating losses continued to climb, reaching $2.8 billion in Q2 2024.  Defendants also announced a new $10 billion cost reduction plan for fiscal year 2025, which included laying off 15% of Intel's workforce, suspending dividend payments, and a variety of other emergency measures designed to improve Intel's "efficiency and market competitiveness."  Intel further estimated that its Q3 2024 revenue would be $12.5 billion to $13.5 billion, falling as much as ~$2 billion short of analysts' consensus of $14.4 billion—an 8% decline from the prior comparable year period at the midpoint.

18.     During the Q2 2024 earnings call, Gelsinger explained: "Our investments in a global footprint of leading-edge capacity continues to weigh on near-term profitability….  We continue to expect the investments we're driving through this year to put us on a course for meaningful financial traction, with operating profits for Intel Foundry troughing in 2024.…"

19.     Gelsinger claimed a silver lining, however, crediting the separation of the full foundry P&L as providing a road map for the emergency measures announced: "Taking a clean sheet view of the business is allowing us to take swift and broad-based actions beginning this quarter.  As a result, we expect to drive a meaningful reduction in our spending and headcount beginning in the second half of this year."  When asked whether all the spending and headcount cuts

could hasten the Foundry's profitability, Gelsinger stated: "Clearly, that's our objective for Dave and I.… [T]hat said, we have a lot of wood to chop until we complete that journey.  The steps that we've taken today are significant ones for our operational efficiency that we're putting in place."

20.     On this news, the price of Intel stock declined $7.57/share, from $29.05 at market close on August 1, 2024 to $21.48 by market close on August 2, 2024, a decline of **26%** on abnormally high volume of over 300 million shares traded. The decline wiped out over $32.2 billion in shareholder equity and was reportedly the worst daily performance of Intel stock since 1985.

## II.     JURISDICTION AND VENUE

21.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

22.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

23.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this District.

24.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

25.     Divisional Assignment. This action is assigned to the San Francisco Division of the Court pursuant to Civil L.R. 3-2(c) and General Order No. 44 (Assignment Plan) at part D.3, providing that venue for securities class actions "shall be proper in any courthouse in this District."

1    **III.    PARTIES**

2        26.    Plaintiff Garden Management Inc. purchased or otherwise acquired Intel securities

3    at artificially inflated prices during the Class Period, as set forth in the previously filed Certification

4    (ECF No. 63-1), and suffered damages as a result of the conduct alleged herein.

5        27.    Plaintiff AM Equity and Consulting LLC purchased or otherwise acquired Intel

6    securities at artificially inflated prices during the Class Period, as set forth in the previously filed

7    Certification (ECF No. 63-2), and suffered damages as a result of the conduct alleged herein.

8        28.    Plaintiff Richard Arzillo purchased or otherwise acquired Intel securities at

9    artificially inflated prices during the Class Period, as set forth in the previously filed Certification

10   (ECF No. 63-3), and suffered damages as a result of the conduct alleged herein.

11       29.    Plaintiff Byoung Wook Jeon purchased or otherwise acquired Intel securities at

12   artificially inflated prices during the Class Period, as set forth in the previously filed Certification

13   (ECF No. 30-2), and suffered damages as a result of the conduct alleged herein.

14       30.    Plaintiff Kevin Geist purchased or otherwise acquired Intel securities at artificially

15   inflated prices during the Class Period, as set forth in the previously filed Certification (ECF No.

16   63-4), and suffered damages as a result of the conduct alleged herein.

17       31.    Plaintiff Albert Zhou purchased or otherwise acquired Intel securities at artificially

18   inflated prices during the Class Period, as set forth in the previously filed Certification (ECF No.

19   63-5), and suffered damages as a result of the conduct alleged herein.

20       32.    Plaintiff Construction Laborers Pension Trust of Greater St. Louis purchased or

21   otherwise acquired Intel securities at artificially inflated prices during the Class Period, as set forth

22   in the previously filed Certification (ECF No. 1 in consolidated Case No. 3:24-cv-04807), and

23   suffered damages as a result of the conduct alleged herein.

24       33.    Defendant Intel is incorporated under the laws of Delaware with its principal

25   executive offices located in Santa Clara, California.  Intel's common stock trades on the NASDAQ

26   exchange under the symbol "INTC."

27       34.    Defendant Gelsinger was the Company's Chief Executive Officer (CEO) at all

28   relevant times.  Gelsinger first joined Intel in 1979.  He served as Intel's chief technology officer

---

1   from 2001 to 2009.  He left Intel in 2009 to serve as the CEO of VMware and then the president and

2   chief operating officer at EMC, before returning to Intel as CEO in February 2021.  Chief among

3   Gelsinger's plans upon his return was to develop Intel as a global foundry and, to this end, Gelsinger

4   oversaw the Company's massive manufacturing expansion effort.  During the Class Period,

5   Gelsinger also served as Intel's Chief Operating Decision Maker ("CODM").  His role as CODM

6   was to assess the performance of Intel's operating segments and allocate resources among them.

7   During 2023, Gelsinger, as Intel's CODM, "internally receive[d] information and manage[d] and

8   monitor[ed Intel's] operating segment performance." 2023 Form 10-K at 85. The information

9   provided to Gelsinger as CODM enabled him to make decisions to "allocate[ ] resources to and

10  assesses the performance of each operating segment using information about the operating

11  segment's revenue and operating income (loss)." *Id.*  GAAP requires public entities such as Intel

12  to make specific CODM-related disclosures, including how, based upon specified information to be

13  reported to the CODM pertaining to the operating segments, the CODM uses measures of segment

14  profit or loss in assessing segment performance and deciding how to allocate resources.   On

15  December 1, 2024, Gelsinger suddenly retired from Intel and stepped down from the Board.

16          35.     Defendant Zinsner was the Company's Chief Financial Officer (CFO) at all relevant

17  times.  Zinsner has served as Intel's CFO and Executive Vice President since joining the Company

18  in January 2022, and reported directly to Defendant Gelsinger. Zinsner leads Intel's global finance

19  organization, including finance, accounting and reporting, tax, treasury, internal audit and investor

20  relations.  In these roles Zinsner, along with Gelsinger, was also responsible for driving Intel's IDM

21  2.0 strategy, including its focus on the foundry business.  Intel's January 10, 2022 press release

22  regarding Zinsner joining the Company quotes him as stating "I look forward to working with Pat

23  and the rest of the leadership team to help drive the IDM 2.0 strategy forward."  Prior to joining

24  Intel, Zinsner worked in the semiconductor industry for 25 years, serving as CFO of a semiconductor

25  company for 16 years, including his most recent prior role as CFO of Micron Technology, Inc.

26  beginning in February 2018.  Zinsner was named co-CEO of Intel on Dec 1, 2024, and—despite the

27  fact that Gelsinger served in the role of CODM for 11 of 12 months in 2024—Zinsner was reported

28

1    as Intel's co-CODM (along with his new co-CEO) in the Company's 2024 10-K.  Zinsner and his

2    co-CEO were replaced by Lip-Bu Tan, who became Intel's CEO on March 18, 2025.

3          36.    Defendants Gelsinger and Zinsner (collectively the "Individual Defendants"),

4    because of their positions with the Company, possessed the power and authority to control the

5    contents of the Company's reports to the SEC, press releases and presentations to securities analysts,

6    money and portfolio managers and institutional investors, i.e., the market.  The Individual

7    Defendants were provided with copies of the Company's reports and press releases alleged herein

8    to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to

9    prevent their issuance or cause them to be corrected.  Because of their positions and access to

10   material non-public information available to them, the Individual Defendants knew that the adverse

11   facts specified herein had not been disclosed to, and were being concealed from, the public, and that

12   the positive representations which were being made were then materially false and/or misleading.

13   The Individual Defendants are liable for the false and/or misleading statements pleaded herein.

14   **IV.    CHRONOLOGY OF FACTS PERTAINING TO INTEL'S FOUNDRY**

15         **A.    Intel Rose to Prominence as an Integrated Device Manufacturer**

16         37.    Founded in 1968, Intel designs, develops, manufactures, markets, and sells

17   computing and related semiconductor products and services worldwide.  Intel's product portfolio is

18   comprised of central processing units (CPUs), chipsets, processors, graphics processing units

19   (GPUs), neural processing units (NPUs), and other semiconductor products.  For much of its history,

20   Intel was known as a fully integrated device manufacturer (IDM), meaning that it both designed and

21   manufactured its own chips – in contrast to a company like Nvidia, which designs its own chips but

22   does not manufacture them, or Taiwan Semiconductor Manufacturing Company (TSMC), which

23   manufactures chips but does not design them.  In the industry, the former type of company is referred

24   to as a "fabless" because it does not fabricate its own products, while the latter is referred to as a

25   "foundry" because it manufactures chips designed by others.

26         38.    For several decades, Intel dominated the market with both cutting-edge product

27   design and manufacturing processes.  In the past 10-15 years, however, specialization within the

28   industry, and the development of new technologies that Intel was slow to adopt, threatened to make

Intel obsolete.  In fact, the level of integration within Intel decreased as other companies emerged as leaders in advanced technologies and manufacturing.  Intel's Products segments began outsourcing their procurement of more technologically advanced chips for their products to external foundries, most notably to TSMC.  The world's leading foundry, TSMC not only surpassed Intel's chip production in the past decade, but by early this decade TSMC had attained 50%+ of the worldwide chip manufacturing market.

> **B.**    **The March 2021 Launch of IDM 2.0: Intel Expands its Existing Semiconductor Manufacturing Activities—to Both Attract New Customers and to Bring Advanced Chip-making Back Home**

39.    By 2021, it had become clear in the semiconductor industry that Intel was increasingly lagging behind TSMC's technological advances.  Due to a series of problems with the development of its 10 nanometer ("nm") process nodes in the mid-2010s, Intel lost 2-3 years to its competition.  Not only was Intel forced to build more manufacturing capacity using existing (less-advanced) technology to satisfy its Products units' chip demands, but also, in 2019, other foundries became earlier adopters of extreme ultraviolet lithography ("EUV"), technology that was both less expensive and produced smaller, denser and more powerful chips.  Intel opted to retain the prior technology, deep ultraviolet lithography ("DUV") for mass chip production for too long.

40.    By 2021, when Gelsinger returned to Intel (where, as a teenager, he had begun his career) to take the helm as CEO, Intel had a choice to make: it could either outsource more of its advanced chip manufacturing needs, or it could try to catch up to TSMC and work to bring advanced chip manufacturing back in-house.  Intel chose the latter path.

41.    Because Intel both designed and fabricated chips for the products it sold, Intel's manufacturing expenses had historically been embedded in the accounting profits and losses ("P&Ls") of its various Products business units.  But, under Gelsinger's leadership, Intel embarked on a strategy beginning in 2021 to convert the manufacturing side of its business from a cost center (producing chips and other semiconductor products for its own internal Products segments) to a profit center as a world-class fabricator (producing chips and other semiconductor products for itself and others).  This required two forms of transformation: externally, Intel's technology had to catch

1   up to its manufacturing competitors; and, internally, Intel needed to drive cost and operational

2   efficiency by forcing its Products units to financially deal with Intel's foundry at arms-length.

3       42.    To make the necessary investment in technological advances and make its strategy

4   to bring advanced chip manufacturing back in-house feasible, Intel needed to expand its

5   manufacturing facilities to a larger scale – to build more advanced process nodes at new facilities

6   which could support volume production.  To scale the expansion, Intel had to share the costs with,

7   *inter alia*, external chip customers.[5]  Running a semiconductor fabrication plant (or "fab") is an

8   extraordinarily expensive endeavor and requires a large volume of output to scale operations.  Intel

9   could not afford to bring advanced chip making back home without the addition of new external

10  customers, and at the same time, Intel's new external foundry activities could not even exist without

11  the internal manufacturing infrastructure that was already in place and which would be expanded.

12      43.    Thus, on March 23, 2021—just one month after his return to Intel as CEO—

13  Gelsinger formally announced IDM 2.0, his vision for Intel's future.  To deliver on this vision of re-

14  establishing Intel as a leader in the semiconductor industry, Intel would expand its manufacturing

15  capabilities by establishing IFS.  Going forward, Intel would not only manufacture Intel chips and

16  wafers for internal use by Intel's various Products groups, it would manufacture them for external

17  sales to third parties.  In addition, IFS would offer Intel's process and packaging technology (*i.e.*,

18  assembling multiple modular tiles, or chiplets, that control various computing functions, for use in

19  internal and third-party computing offerings) as well as mask making (*i.e.*, creating a template for

20  printing circuitry onto a silicon wafer) to external customers.  Intel's emergence as a global

21  manufacturer of semiconductor products was the backbone of IDM 2.0.  Defendants repeatedly

22  touted the natural synergy between internal and external foundry services as a reason Intel's foundry

23  expansion would succeed.  In short, both Intel's internal and external manufacturing activities were

24  essential to its success as a foundry—and as a company.

25      44.    On March 23, 2021, Intel published a webinar titled "Intel Unleashed," wherein

26  Gelsinger expanded on IDM 2.0 and the creation of Intel Foundry Services.  Gelsinger described

27

28  ─────────
[5] *See also* Sec. VIII.C.1-2, *infra*, with respect to other funding sources upon which Intel needed to rely for its foundry operations to succeed.

IFS, in part, as follows:

> Today, I'm announcing our plans to be a world class foundry business and a major provider of US and European based capacity to serve customers globally.
>
> * * *
>
> We are committed to ensuring this capacity will support commercial customers as well as address unique government and security requirements in the US and the EU. To deliver this vision, we are establishing Intel Foundry Services. **A fully vertical standalone foundry business** led by semiconductor industry veteran Dr. Randhir Thakur,[6] **reporting directly to me**. This business unit will be completely dedicated to the success of its customers **with full P&L responsibilities**. This model will ensure that our foundry customers' products will receive our utmost focus in terms of service, technology enablement, and capacity commitments. We will be differentiated from other foundry offerings with a combination of leading edge packaging and process technology, committed capacity in the US and Europe available for customers globally, and a world-class IP portfolio that customers can choose from including x86 cores, graphics, media, display, AI, interconnect, fabric and other critical foundational IP along with Arm and RISC-V ecosystem IPs. Intel foundry services will provide access to silicon design services to help our customers seamlessly turn silicon into solutions using industry standard design packages. **We are ready to engage with customers today, starting with our existing foundry offerings, and we are expanding imminently to include our most advanced technologies** which are optimized for cutting edge performance making them ideal for high performance applications.[7]

45.    During the webinar, Gelsinger was asked: "This isn't Intel's first shot at foundry. There was a big push in that direction about seven years ago. What didn't work back then and why is it going to work this time?" He responded, in part, "our first efforts were, you know, somewhat weak and we learned a lot through them but we didn't really throw ourselves behind them. As you've heard today you know with our major capacity investments, **a separate organization, a separate P&L reporting directly to me**. You know we're going after this much more aggressively. Also we're bringing together the leading process and packaging technology. **The best that we have to offer is going to be made available to our foundry customers**." Gelsinger explained the Intel's foundry strategy was "focused on leading edge capacity, but **we're already delivering 22 nanometer foundry capacity and I expect to expand that to existing customers as well**."

46.    A key component of IDM 2.0 was that Intel would offer five processing nodes in

---

[6] Thakur resigned in November 2022.

[7] Unless otherwise stated, all emphasis in bold and italics is added.

1   four years: Intel 7, Intel 4, Intel 3, 20A and 18A.[8]  This was an audacious goal in an industry which

2   had operated according to Moore's Law for decades.  (Intel's co-founder, Gordon Moore, predicted

3   that the number of transistors on a chip will double every two years.  This became the target for the

4   development of a wide array of technologies.)

5        47.     At its "Intel Accelerated" event on July 26, 2021, Intel previewed its turn-around

6   roadmap through 2025.  An Intel press release issued the same day titled "Intel Accelerates Process

7   and Packaging Innovations," touted the momentum of Intel Foundry Services, quoting Gelsinger as

8   stating: "The interest in IFS has been strong and I'm thrilled that today we announced our first two

9   major customers. IFS is off to the races!"  Intel announced a packaging deal with Amazon Web

10  Services and an agreement with Qualcomm to use Intel's 20A chips (the press release stated that

11  "Intel 20A is expected to ramp in 2024").

12       48.     IDM 2.0 included plans for Intel to invest heavily in increasing its manufacturing

13  capacity around the world.  Intel would spend $20 billion building two new foundry factories (fabs)

14  in Arizona, which would support both Intel's internal Products groups and its external foundry

15  customers.  In addition to Arizona, Intel "broke ground on two new leading-edge chip factories in

16  Ohio, initially announcing plans to invest more than $20.0 billion to establish the first advanced

17  semiconductor campus in the 'Silicon Heartland'."  Intel also planned to expand its semiconductor

18  design and manufacturing presence in Europe, with construction of two new fabs in Germany to

19  begin in the first half of 2023.

20       49.     During the Company's Q4 and FY 2021 earnings call on January 26, 2022, Zinsner

21  announced that Intel was "modifying our segment reporting to align with our revised organizational

22  structure and business strategy.  Moving forward, we will report results under the following business

23  units:" the Client Computing Group ("CCG"), which includes desktop and notebook sales; Data

24

---

25  [8] According to Intel's FY 2022 and 2023 Form 10-Ks, at 12, "Intel 3 is our first advanced node
    offered to IFS customers and is optimized for the needs of Data Center products."  "Intel 20A will
26  follow Intel 3 and will introduce two breakthrough technologies that we expect will deliver up to
    15% performance-per-watt improvement over Intel 3."  "Intel 18A, our second IFS advanced node
27  offering, improves on Intel 20A by delivering ribbon innovation for design optimization and line
    width reduction. Intel 18A is on schedule and expected to deliver an additional 10% improvement
28  in performance per watt over Intel 20A."

---

Center and Artificial Intelligence ("DCAI"), which includes Intel's data center CPU products and programmable solutions; Networking and Edge ("NEX"), which includes Intel's IOTG (Internet-of-Things group) and networking-focused products; Accelerated Computing and Graphics ("AXG"), which includes graphics products; Mobileye, producing software and hardware for autonomous driving systems; and Intel Foundry Services ("IFS"), which, according to Zinsner, "includes revenue from both our wafer and packaging offerings."

50.    During Intel's February 17, 2022 Investor Meeting, CEO Gelsinger explained the interconnected relationship between Intel's IDM product business and its external foundry business:

> [S]ome of you have challenged me and said, "So why are you getting into the foundry business?  Help me understand this."  Well, ***IDM makes IFS better, IFS makes IDM better***.  When you think about that, ***my IFS business gets all of those TD*** [technology development] ***investments, those manufacturing networks, the IP blocks that we're creating for free, billions of dollars of R&D is being made immediately available to the Intel Foundry Services***.  Wow, that is leverage.  But IFS makes IDM better as well.  Our foundry drives us to create more robust PDKs, better EDA tool engagements, richer IP block availability from the industry and the foundry customers are benchmarking us every single day.

51.    Gelsinger claimed Intel's new foundry strategy "makes the Intel business model better, more resilient" and his February 17, 2022 Investor Meeting presentation provided the following graphic showing the interconnectedness of Intel's "Foundry" and its Products units:



52.    On March 7, 2022, Gelsinger spoke at the Morgan Stanley Technology, Media, and Telecom Conference.  When asked about his "confidence" in "the path to double-digit [overall revenue] growth over time" that Gelsinger had outlined, Gelsinger responded: "***hey, don't believe***

*the aggregate.  **Believe the subparts***.  We said, hey, here's the 6 businesses that we've laid out.  ***We're going to give you transparency in the 6 businesses*.**"  IFS was one of the six businesses that Gelsinger claimed would be transparently reported.  Earlier on the same call, Gelsinger also claimed that "IFS makes IDM better. IDM makes IFS better."  He expanded on that, in part:

> What do I mean when I say that?  The integrated design to manufacturing, it was always fairly proprietary internally.  Well, when I become a foundry, I'm no longer proprietary. Industry PDKs, industry design tools, ***it's forcing us to fully leverage and align with those industry standards.  It also forces a daily benchmarking***, right? . . . .

<div align="center">* * *</div>

> But ***IFS also benefits from IDM, right?  Essentially, they get $10 billion of free R&D, right? [LTD], boom, it's all available to them***.

53.    On Intel's Q1 2022 earnings call on April 28, 2022, Gelsinger emphasized that "***our execution of our 5 nodes in 4 years***" was "***on or ahead of schedule***" which "***just reinforces the competitiveness that we've described where we do see ourselves coming back to a position of unquestioned process technology leadership, and we're building out the manufacturing capacity at scale to deliver that to our customers***."  He emphasized the importance of scaling up Intel's manufacturing, stating, "[s]o IDM 2.0, well leveraging the foundries, but even more importantly, ***building leadership technologies with that scale manufacturing*** to deliver the most robust product line in the industry."

**C.    In Q3 2022, Intel Embraces the "Internal Foundry Model" to Drive Efficiency, Transparency, and Accountability in its Foundry Operations**

54.    During a September 7, 2022 Evercore TMT (Technology, Media & Telecom) conference, Gelsinger stated "We're increasingly shifting the internal business model to be more foundry-like internally as well, which I think is going to create more expectation of our foundry customers as our internal business units look.  So that's going to drive efficiency in the business."

55.    On October 11, 2022, Intel published an announcement to its website titled "Intel Embraces an Internal Foundry Model," stating "CEO Pat Gelsinger introduces an internal foundry model for both external customers and Intel product lines."  The statement credits Gelsinger as "announcing creation of an internal foundry model for external customers and Intel product lines and the creation of the IDM 2.0 Acceleration Office[.]"

56.     Gelsinger's October 11, 2022 statement demonstrates his key role in Intel's IDM 2.0 strategy, including Intel's foundry strategy and the development and implementation of the internal foundry model, stating, in part:

> When I returned to Intel in 2021, I introduced our IDM 2.0 strategy: a multiyear journey to regain unquestioned technology leadership, manufacturing scale and long-term growth.  Today, we begin the next phase of our IDM 2.0 journey.
>
> * * *
>
> The next phase of our IDM 2.0 journey requires a fundamental shift in mindset. We must embrace an internal foundry model, not only for our external customer commitments but also for our Intel product lines.  This is a significant evolution in how we think and operate as a company, but the systems and infrastructure that served us well in the IDM 1.0 world will not enable us to achieve the full potential of IDM 2.0.

57.     Under the heading "Internal Foundry Model Explained," Gelsinger stated:

> Implementing an internal foundry model means establishing consistent processes, systems and guardrails between our business unit, design and manufacturing teams. ***This will allow us to identify and address structural inefficiencies that exist in our current model by driving accountability and costs back to decision-makers in real time.*** It will also put Intel's product groups on a similar footing as external Intel Foundry Services customers and vice versa.
>
> For example, our business unit and design teams will be able to consider the potential impact on their margins if they want to run an additional product stepping,[9] while the manufacturing team will be able to assess requests based on actual costs and impact on factory output. This will give teams the tools and transparency they need to find the most effective and cost-efficient solutions before implementation in silicon, ultimately helping us maximize factory output, reduce costs and shorten design cycles.
>
> We will also create a foundry accounting model that encompasses manufacturing, technology development and Intel Foundry Services. This will give us more transparency into our financial execution and will allow us to fully benchmark and drive ourselves to best-in-class foundry performance.

58.     In short, accounting under the new internal foundry model included Intel's manufacturing and packaging activities not just for its *external* customers, but also for its *internal* Products units, as well as the costs of technology development (*e.g.,* 5 nodes in 4 years, advanced packaging) and manufacturing expansion pursued in furtherance of Defendants' foundry strategy—

---

[9] In the semiconductor industry, a "stepping" refers to a specific version of or revision to an integrated circuit.

1  thus fully encompassing *all* of the Company's foundry activities.

2      59.     In his October 11, 2022 announcement of the internal foundry model, Gelsinger also

3  explained that "*[t]o facilitate this effort, I have established an IDM 2.0 Acceleration Office*, which

4  will be led by Stuart Pann, Senior Vice President of our Corporate Planning Group (CPG)."

5  Gelsinger continued: "In addition to his responsibility leading CPG, Stu will take on the role of

6  Chief Business Transformation Officer, reporting to Chief Financial Officer Dave Zinsner and

7  *joining the executive leadership team. The IDM 2.0 Acceleration Office will work in close*

8  *collaboration with all business units and functional teams to bring this new internal foundry*

9  *model to life*."

10     60.     Gelsinger concluded his October 11, 2022 statement by emphasizing that "embracing

11  an internal foundry model will enable us to deliver the competitive cost structure and predictable

12  cadence of leadership products essential to our success. We will continue to provide regular updates

13  on these initiatives and our progress in restoring our culture of execution excellence."

14     61.     During Intel's Q3 2022 earnings call on October 27, 2022, CEO Gelsinger touted the

15  success of its foundry expansion: "Since Q2, IFS has expanded engagements to 7 out of the 10

16  largest foundry customers, coupled with consistent pipeline growth to include 35 customer test

17  chips." Gelsinger further explained that Intel's investments in its "TD [technology development]

18  roadmap" (*e.g.*, 5 nodes in 4 years) and expanding facilities "to ensure we have at-scale

19  manufacturing capacity" enables Intel to:

> move forward with our next set of priorities, evolving our systems, business
> practices and culture to *embrace an internal foundry model* and establish a
> leadership cost structure. This means *we will create what I like to call a new and
> clean API* [application programming interface] *for the company* by establishing
> consistent processes, systems and guardrails between our manufacturing teams and
> our business units ["BUs"]. This will place our BUs on the same economic footing
> as external IFS customers and will allow our manufacturing group and BUs to be
> more agile, make better decisions and uncover efficiency and cost savings.
>
> *We have already identified 9 different subcategories for operational improvement
> that our teams will aggressively pursue*. For example, product teams will be
> heavily incented to drive the high-quality A0 steppings, as they see the full cost of
> steppings, validation cycles, hot lots and capacity changes. Factories will move to
> rigorous capacity loading cycles, transparency of cost for loading changes and
> efficiency of capital utilization, structural and variable wafer costs.

62.     During his prepared remarks in the Q3 2022 earnings call, CFO Zinsner discussed how the IDM 2.0 Acceleration Office—which, as referenced in ¶59, *supra*, was created to "facilitate" and "bring this new internal foundry model to life"—would create operational efficiencies and drive significant cost savings **starting in 2023**:

> as I discussed in Q2 earnings, it's imperative that we drive for world-class product cost and operational efficiency to achieve our long-term financial model.  As Pat detailed earlier, to accelerate this transformation, **we're forming the IDM 2.0 Acceleration Office and doubling down on our efforts to reduce costs and find efficiencies across the organization**.

> **We'll start with a focus on driving $3 billion of cost reduction in 2023**, 1/3 in cost of sales and 2/3 in operating expenses.

63.     Zinsner continued, "Longer term, we will execute on **continued** structural cost savings and efficiency gains, which we expect to drive $8 billion to $10 billion in annual savings by the end of 2025, split roughly 2/3 in cost of sales and 1/3 in operating expense."  During the Q&A, Zinsner assured investors that "we have very good line of sight on the first $3 billion and pretty good line of sight on the full $8 billion to $10 billion."

64.     During Q&A in the Q3 2022 earnings call, Gelsinger was asked how the internal foundry model creates value for Intel.  His response demonstrates not only his intimate familiarity with and involvement in the implementation of the foundry model, but by stating "we're already starting to see the roots of that permeate through our teams" he suggests early implementation of the foundry model was already creating improvements in Intel's operations.  He explained:

> Yes.  When we definitely view that **there are efficiencies for us to gain as we go through this internal foundry model**, where we see numerous areas in the company that were not as rigorous as we need to be.  In factory loadings, where we make lots of change in factory loadings and we would run the factories more efficiently or steppings aren't accountable, right, through cost modeling back to the business units, and thus, driving the high-quality A0 steppings.  And stepping changes being fully reflected internally and the cost of those will make us more efficient.  Leveraging third-party IP more aggressively will make us more efficient.

> And the combination of that is a big piece of why we're stepping to this internal foundry model, and **we expect that we're going to start giving more financial transparency that way so that you can start to see the benefits in the margin stacking** _being realized_ of both being a product company as well as a fab foundry company. And that's what we're out to get with the structure that we're laying out.

> That said, we think that this tight coupling of the IDM 2.0 model is a powerful value generator for us, at least the 3 areas.  One, the technology benefits that we get to

have a rapid pace of technology innovation and co-optimization between product and process.  The second is the cash flows and balance sheet benefits that we get by having these internal to be able to drive the large investments required in the manufacturing networks.  And third is in the supply chain efficiency and flexibility being able to balance across the foundry and business unit structure.

So these 3 areas for us are ones that we see that tight coupling bringing long-term meaningful value generation to the company and to our shareholders.  But we're going to do it against the backdrop that we are going to be benchmarking ourselves against the best-in-class in each area and that transparency, right?  We'll provide more visibility to you, our shareholders, but also drive our teams internally.  And an engineering, manufacturing team when they see benchmark that you're holding up against them, it just unleashes energy into the future.  ***And that's the excitement that we are working to create with this internal foundry model.  And as we've launched it this quarter, we're already starting to see the roots of that permeate through our teams***.

65.     Zinsner spoke at the Credit Suisse Technology Conference on November 30, 2022, discussing his goal to improve Intel's "cost structure" to achieve better operating margins and cash flow.  Zinsner stated, "this move to kind of create a bit of separation between the foundry business and the product business, I think is going to unlock a ton of value in terms of a better cost structure that ***we're already starting to see some really meaningful opportunities in that space***."  Regarding Intel's targeted cost savings of $3 billion in 2023, with an ultimate total of $8 to $10 billion in savings (combining reductions in cost of sales and operating expenses), Zinsner reiterated "I think ***we've got a pretty good line of sight actually to half of that through our kind of reorganization of the business towards an internal foundry business***."  He continued, "And so ***that's where I'm spending most of my time on the transformation***, is getting that to get in the right place."

66.     Zinsner spoke at the UBS Global TMT conference on December 5, 2022.  When asked why Intel was separating the P&L for the full foundry business, Zinsner responded, in part:

I realized that we needed more transparency between the fab organization or call the foundry organization, which ***is both supporting internal customers and supporting external customers*** versus the product company business because of these inefficiencies that I saw, but more importantly, because -- when you look at our margins and when you look at the margins of somebody that uses a foundry and then sells the product, the margin stacking just does not mathematically make sense.

67.     Zinsner also indicated that he and Gelsinger had already undertaken the exercise of breaking out Intel's foundry activities as a separate segment based upon the then-current financials, stating that "***in the just spreadsheet kind of exercise of this whole thing, I mean this thing has a***

1   *really rough P&L, does not work.  And so I started – so Pat and I started to realize, hey, we*

2   *actually need to create more accountability.*  They need to be able to measure themselves against

3   other foundry competitors."

4          68.     Also during the December 5, 2022 UBS conference, Zinsner was asked, regarding

5   the planned $3 billion in cost savings in 2023, with a total of $8-$10 billion in savings by 2025,

6   "[h]ow does that impact the process road map? . . . How do we then get convinced that, that doesn't

7   impact your process aspiration."   Zinsner responded by citing, in part, operational efficiencies

8   obtained by implementing the internal foundry model:

9          ***On the cost side, I look at it as really efficiency***.  When you look at how we're
          structured now, the product area can with the manufacturing organization around
10         quite a bit.  They could do as many hot lots as they want, they can do as many
          samples as they want.  They can do as many stepping as they want.  They can
11         change their forecast pretty much every week if they wanted to do that.

12         And so there is a ton of inefficiency in the fab just by the way it's been structured
          and what we've optimized to.  But by the way, made a ton of sense when
13         (inaudible), it just doesn't make sense anymore.  ***And so one of I think the things
          that perhaps isn't quite well understood about this creating 2 P&Ls and*** <u>***really***</u>
14         <u>***managing the P&Ls in a different way is to drive this behavior and make it way***</u>
          <u>***more efficient***</u>.
15

16         **D.      During the First Half of 2023, Defendants Claimed the Internal Foundry Model
                   Approach Was "Well Underway" and "Already Gaining Momentum"**
17

18         69.     During the Company's Q4 and FY 2022 earnings call on January 26, 2023, Gelsinger

19  discussed both internal and external aspects of Intel's IDM 2.0 strategy.  He again touted "active

20  pipeline engagements with 7 out of the 10 largest foundry customers coupled with consistent

21  pipeline growth to include 43 potential customers and ecosystem partner test chips."  Gelsinger also

22  spoke about Intel's implementation of the internal foundry model, repeating the claim that "[w]e

23  have identified 9 different subcategories for operational improvement" and claiming the "new

24  approach is already gaining momentum internally," stating, in part:

25         More importantly, ***we continue to push forward with the next phase of IDM 2.0,
          creating an internal foundry*** evolving our systems business practices and culture
26         to establish a leadership cost structure.  ***This new approach is already gaining
          momentum internally***.
27

28         70.     During analyst Q&A about how Intel would improve its gross margins, Zinsner

    added, regarding the total $8 to $10 billion in cost savings by 2025 "we're getting a lot of that from

1   our internal foundry model that Pat [Gelsinger] mentioned.  **We're already seeing significant**
2   **opportunities to be efficient, more efficient between our business units and our factories**."

3   71.   On February 22, 2023, Intel hosted a Capital Allocation Update conference call
4   announcing that Intel would cut its quarterly dividend by roughly two-thirds, from $0.365/share to
5   $0.125/share.   Trying to reassure investors, Gelsinger stated "[w]e have always described our
6   turnaround as a multiyear journey" and explained "we have already committed to $3 billion in cost
7   savings in 2023, which we look to exceed as a down payment on the $8 billion to $10 billion of
8   structural savings we expect exiting 2025."  Gelsinger continued, "**in Q3 [2022], we announced**
9   **that we established an internal foundry model** and are providing incremental transparency to our
10  owners by reporting our manufacturing group as a separate operating segment in 2024, giving them
11  a P&L for the first time in the company's history, and by so doing, creating what we believe will be
12  a superior incentive structure and clarity of benchmarking to external peers."

13  72.   Despite the reduced dividend, Gelsinger assured investors of Intel's foundry
14  progress: "**We are at or ahead of schedule on 5 nodes in 4 years** with very strong confirmation last
15  quarter as we signed up our first Intel 3 foundry customer."  During Q&A, he provided an update
16  on the foundry's lifetime deal value, stating: "when we gave the **$4 billion** is we're now going to be
17  speaking very specifically, of not about the total value of the pipeline but about the **firm lifetime**
18  **contract value** that we've been able to secure.  So the $4 billion, I'll say, is a better number than the
19  prior number.  And that's how we'll be speaking to our foundry business will be lifetime value of
20  the revenue.  So we won't be speaking about pipeline numbers.  We think the **lifetime value of**
21  **revenue is a better indicator of the real merits of the business**."

22  73.   During Q&A, an analyst asked "is it better to independently focus on manufacturing
23  and design like most of your peers, is there any discussion at the Board level to consider this kind
24  of breakup?"  In response to that question and whether Intel should consider "a different structure"
25  that separated Intel products from the foundry business, Gelsinger explained, in part, that for the last
26  two quarters with the internal foundry model, Intel was already considering such an operational
27  separation and it was already "well underway":

28

Yes. Thanks, Vivek. And to some degree, we're already considering a different structure, and *that is the nature of the internal foundry strategy that we spoke about over the last 2 quarters*, where we said we have to treat the internal foundry business as we treat our external foundry customers as well. *And this idea of the 2 different operational models of the company is something that we're well underway with. We've called it the IDM 2.0 acceleration office*.

*This is a regular process now* that we are essentially teasing apart the company into internal foundry….

So to some degree, my answer to your question is -- Vivek, is absolutely right, and *we're well on that pathway already, and that's exactly what we mean when we talk about the internal foundry model*. Now against that, of course, that's a lot of work, right? And you can't make such a shift overnight.

74.    Zinsner added "I would say one other thing, Vivek, is just on your notion that things are perhaps not working as planned. I would say our transformation is underway and we're making good progress on it…. And as Pat has said in the prepared remarks and his answers to other questions, we are feeling like *we're now really seeing that transformation unfold in front of us*. So we feel, if anything, more confident about our position. But we do recognize, as Pat said, that an internal foundry model makes more sense for us in terms of how to manage the manufacturing and technology part of our business versus the product part business."

75.    Following Zinsner's comment, Gelsinger also emphasized that the implementation of the internal foundry model was discussed in detail at Intel's recent Board meeting:

We just finished the Board of Directors meeting this last week. And *the 2 topics of greatest discussion* were the dividend and our capital allocation policy, which we cover. We had multiple sessions, deep conversations at the Board on that topic. But *the second was exactly this*, right?

*Our alignment on the IDM 2.0 strategy, the progression of our process technology development and the migration to our internal foundry model. And those were substantially discussed, reviewed and concluding the Board meeting* with very strong affirmation of that strategic direction by the Board and the support for it. As seen by the policy changes that we're announcing today on the dividend, but the strong *affirmation of the path that we're on with the internal foundry model*.

76.    A March 21, 2023 Intel press release announced the appointment of Stuart Pann as

SVP and the new General Manager of IFS.[10]  The press release stated, "Pann will report to Intel CEO Pat Gelsinger and drive continued growth for IFS and its differentiated systems foundry offering, which goes beyond traditional wafer fabrication to include packaging, chiplet standards and software, as well as U.S.- and Europe-based capacity."  The release quoted Pann as stating "Intel Foundry Services is a critical pillar of our IDM 2.0 strategy[.]"

77.    During the Company's Q1 2023 earnings call held on April 27, 2023, CEO Gelsinger provided "an update on our strategic priorities with a focus on our move to an internal foundry model."  Regarding the internal foundry model, Gelsinger stated:

> As we stated on our Q3 earnings call, we believe this structure should allow us to access and execute on multiple pools of profit that are unique to an IDM, which none of our peers have. ***Establishing an internal foundry model is one of the most consequential steps we are taking to deliver IDM 2.0*** and fundamentally shifts the way the company operates and the incentive mechanisms that drive day-to-day behaviors. We look forward to discussing this in more detail during our internal foundry webinar in Q2.
>
> I am proud of our team's progress this quarter.

78.    Following Gelsinger's comments, CFO Zinsner stated: "As Pat highlighted, ***our shift to an internal foundry model is already demonstrating a path to the structural cost improvements*** necessary to achieve our long-term profit goals.  ***We've seen early wins with a reduction in disruptive factory expedites and increased focus on sort and test times***.  We look forward to unpacking the financial and operational benefits of our internal foundry model in much more detail in our investor webinar later in the quarter."

79.    At the Company's Annual General Meeting on May 11, 2023, Intel's Chairman of the Board, Frank Yeary spoke of Intel's turnaround efforts, including the "the establishment" of the internal foundry model "last year" (*i.e.*, in 2022) and of the *current* impacts of the internal foundry model, including that it "***is*** fundamentally shifting the way the company operates":

---

[10] According to the March 21, 2023 press release, "Pann started his career at Intel and returned to the company in 2021, having previously served as chief supply chain officer and chief information officer at HP for six years. Prior to that, Pann served as corporate vice president and general manager of Intel's Business Management Group, responsible for pricing, revenue and forecasting functions for the company's microprocessor and chipset operations."

While we know that our transformation will not happen immediately, we are confident in our strategy and are keenly aware that we must make the right investments for the future of our company.

\*\*\*

*Last year*, we also announced *the establishment of an internal foundry model*, which *is fundamentally shifting the way the company operates* by placing Intel's business units on a similar economic footing as external IFS customers. In this way, the internal foundry model will highlight and drive the elimination of legacy costs and provide more transparency on the Company's financial execution."

80.    A May 30, 2023 article in *The Wall Street Journal* titled "Once Mighty Intel Struggles to Escape 'Mud Hole'," described the critical importance of the foundry strategy to Intel's success—and to Gelsinger in particular.  The article reported that "[i]n meetings *last year*, *Gelsinger told the chip-production staff that he had staked his career on the foundry succeeding and would stop at nothing to make it work*, according to some of those in attendance."[11]

81.    On May 31, 2023, Stuart Pann, Intel's recently appointed SVP and General Manager of IFS, issued a statement touting "the momentum building around IFS" and reiterating his predecessor's statement that "IFS has an ambitious goal to become the second-largest foundry by 2030."  Pann commented on his own background that "I first joined Intel in 1981 at the dawn of the PC era and returned in 2021 when our CEO Pat Gelsinger introduced Intel's IDM 2.0 strategy. In hearing his vision, I was motivated by the opportunity to help restore Intel's global leadership in the growing semiconductor industry."  Regarding Intel's foundry expansion, Pann wrote:

Over the past two years, Intel has developed key new skill sets and operating models to drive a cultural shift to a customer-first approach in support of foundry customers.

\* \* \*

As part of this shift within Intel, *we treat external foundry customers and our internal business units equally*, while providing confidentiality and protection for intellectual property (IP) and establishing dedicated customer capacity corridors. To do this, we're implementing an internal foundry model that establishes consistent processes, systems and guardrails between our business units and our design and manufacturing teams. This puts external foundry customers on the same footing as our internal product groups.

---

[11] https://www.wsj.com/articles/intel-gelsinger-nvidia-turnaround-30febac6

82.     Also on May 31, 2023, Intel participated in a TD Cowen Technology, Media, and Telecom conference.   Among other things, CFO Zinsner assured that "the 5 nodes in 4 years is going extremely well.  Intel 7 is done Intel 4 for all intents and purposes, we can call a victory on Meteor Lake will be in that node. It's an EUV node.  So I think we've proven that we can deliver on EUV performance."

83.     When asked about how Intel would improve its gross margins, Zinsner stated, in part:

> a lot of it, quite honestly, I think, **is going to come from just driving efficiencies**.  And one of the things that, and we're going to have a webinar about this, I think, later in June.  But what we're going to do is, we're going to separate the business in terms of how it's run into one that is kind of largely -- you could think of as the foundry.  But the foundry more than just our external foundry customers.  But the overall foundry, including what gets applied to the product parts of our business and separately kind of manage and hold that team accountable versus the product company, which will be almost like a fabless company in the way we kind of view it from a P&L perspective and manage that.

> And it's -- **we've already started to do this**.  We're playing around with it this year and then hopefully, we get it to a point where we can actually segment or report next year in this way.  **But the whole kind of mindset of the people in either of those organizations has changed profoundly based on this.  Suddenly the manufacturing part of the organization is super worried about loadings.**  This was not a big concern.

84.     Zinsner continued that, operating under the foundry model, "I think there's going to be a massive opportunity for us to improve our gross margins.  And Pat, I think, has alluded in a couple of different earnings calls to the notion that, hey, we think we're more like a 60-40 business, 60% gross margin, 40% operating margin business over the long term."[12]

85.     Intel executive Sandra Rivera made clear during the June 7, 2023 Bank of America Global Technology Conference that the new foundry nodes being developed, Intel 3 and Intel 18A, would be used by both internal and external foundry customers: "Both Intel 3 and 18A are the

---

[12]  Gross margin is the type of information the CODM would have reviewed in assessing performance and allocating resources.   As Intel's 2024 Form 10-K, at 69, indicates: "While operating income (loss) is the primary measure used by our CODMs to allocate resources, they often review materials that present operating segment gross margin.  Accordingly, we have included gross margin as a secondary measure within the accompanying reconciliation of our operating segment and consolidated results."  Indeed, Gelsinger, while he was CODM, discussed Intel's margin targets; to do so, he would have had reviewed then-current margin information.

foundry nodes, so we, of course, are going to drive a lot of volume on both 3 and 18A with our own products, but the Intel foundry goal is to ensure that [] we have a volume [] customer on Intel 3. We are working hard to close a volume customer on 18A, and so that's crucial."

E.    **In June 2023, Intel Hosts a Webinar on the Foundry Model, Explaining How it Drives Efficiency and Transparency of the Foundry's Financial Performance**

86.    On June 21, 2023, Defendants hosted an investor webinar on the internal foundry model ("Foundry Model Webinar"). Intel's Corporate VP of Corporate Planning and Investor Relations, John Pitzer, opened the Foundry Model Webinar by explaining "today's webinar will focus on the operational transformation we are undertaking with our internal foundry model."

87.    In his introductory remarks, CFO Zinsner stated: "Based on conversations that we've had with shareholders over the last several quarters, *we concluded there was an opportunity to provide more clarity around our internal foundry model that underpins our ongoing transformation from IDM 1.0 to IDM 2.0.*"

88.    Zinsner further explained how the internal foundry model benefitted Intel and its financial results:

> *We first discussed our internal foundry model in Q3 of 2022 as part of our multiyear cost efficiency effort, which includes reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025.* As discussed in Q1 earnings, we're on our way to achieving $3 billion in savings this year, including a $2 billion reduction in OpEx and $1 billion reduction in cost of sales. We'll provide another update when we report Q2 earnings.
>
> The internal foundry model is a key enabler of the incremental savings to achieve our $8 billion to $10 billion we previously committed exiting 2025 and is critical to our longer-term ambition of 60% gross margins and 40% operating margins.

89.    According to Pitzer, "today's webinar will focus on the operational transformation we are undertaking with our internal foundry model." Slides presented during the Foundry Model Webinar highlight $3 billion in cost savings, thereby further linking the estimated $3 billion in cost savings to the foundry model:



90.     Zinsner explained that under the internal foundry model:

Pricing will be based on comparable industry benchmarks from foundries and
OSATs based on performance, power, area and cost. This will provide an economic
relationship akin to a fabless and foundry partner and shift the association from
today's support model to a customer-supplier relationship. It's important to note
that this is not only a significant change for our manufacturing groups, but it will
also unencumber the business units from a large portion of their allocated costs,
allowing them to predictably optimize their own OpEx and investment decisions.[13]

To put a finer point on this. Today, our manufacturing, technology development
and IFS groups comprise roughly 40% of our headcount, 25% of our OpEx and
more than 90% of our CapEx. Yet our ability to benchmark and track the
effectiveness of these investments has historically been obscured by the lack of
transparency inherent in an allocated cost model.

\* \* \*

***We're already seeing benefits of this newfound transparency and accountability
and expect to see many more*** as teams are incentivized to drive better financial
performance.

91.     Regarding revenue under the internal foundry model, Zinsner reiterated that "our
ambitions are to be the second-largest external foundry by 2030. That remains our goal. In the new

---

[13] Later in the webinar, Intel's VP and General Manager of Corporate Planning, Jason Grebe,
clarified that under the IDM 1.0 "cost-based model, the business unit P&Ls would absorb changes
in cost, ramp impacts and allocated expenses that can vary over time" from manufacturing. In other
words, Intel's other business units had been absorbing, and masking, the extent of the costs (and
losses) for Intel's manufacturing, which manufacturing was essential to the launch and success of
IFS.

model, based off of internal volume, we expect to be the second-largest foundry next year with manufacturing revenue of greater than $20 billion."

92.    Zinsner's comments made clear (and confirmed prior statements indicating) that Intel was already making operational changes under the internal foundry model to reduce spending. He stated, in part:

> We took a big step forward this year as part of our efforts to reduce spending. ***As we worked to implement the strategic changes required for internal foundry model over the last several months, we've already identified multiple cost savings opportunities***. While I'm very optimistic about our future and long-term model, it will take time before our manufacturing group P&L is world-class. As you can see, we initially expect a negative operating margin percentage. But the significant opportunity stemming from our internal foundry model will begin to drive accretion to Intel.

93.    In connection with those comments, Zinsner presented investors with the following slide, purporting to show Intel's manufacturing (*i.e.*, the full Foundry) margins improving steadily over time:



94.    Intel's VP and General Manager of Corporate Planning, Jason Grebe, also indicated that the foundry model was *already working*:

> As a team, we've already done a lot of internal analysis and benchmarking to identify areas of opportunity. Let me talk through a few examples we've uncovered and ***where we've already started to see the benefits of our internal foundry model***.

95.    Grebe identified reduced expedites and lower test costs as among the efficiency gains of the internal foundry model. Regarding the latter, he stated, in part:

By switching to the internal foundry model, *we are uncovering* design choices and trade-offs that have impacted test times. And as we sharpen our focus, *we are addressing* test strategies within design, and in partnership with our quality network, to reduce overall costs while still preserving the quality that Intel prides itself on. We anticipate this focus to save around $500 million annually over time.

96.     When asked during Q&A how expedites (a/k/a hot lots) have "already evolved," Grebe responded, in relevant part:

*We've already started that work immediately*. And at the same time, *what we're doing is now, being able to track those requests and push back the bill for those back to the business units*, so that they understand not only that there's an impact on manufacturing, but if they were doing that in an external foundry per se, there would be a significant P&L impact to them for the choices that they make around expediting material.

*So in '23*, before we stand up the P&Ls, *we're actually starting to surface those expenses to the business units to say like*, "Hey, if we continue to operate the same way that we typically would, this would be the type of impact that you would see on your P&L as we go forward." So *we're starting to minimize those things on manufacturing*.

97.     Grebe concluded his remarks by stating that "the internal foundry model will be a strong tailwind to our IFS strategy" and again emphasizing the critical importance of the internal foundry model to Intel's success:

Evolving from IDM 1.0 to IDM 2.0 has been a critical step for Intel to win. On top of that, *establishing an internal foundry model is one of the most significant steps we are taking to deliver IDM 2.0. Our internal foundry model is the mechanism that makes IDM 2.0 a success* by fundamentally changing the way the company operates and establishing the structure and incentives needed to change our culture and drive new behaviors.

98.     Following the prepared remarks, analysts sought clarity on the purported margin improvements from the internal foundry model. Analyst Ross Seymore of Deutsche Bank asked:

Q: "I guess for my first question, *on the manufacturing side, you have the slide, didn't have a scale on it,* but you talked about the operating margin being negative initially and then climbing over time. Can you just give us an idea of is that mainly cost-dependent, the $4 billion to $5 billion that Jason highlighted? Or is there a significant revenue dependency within that? And if it is revenue-dependent, is that more internal or foundry IFS-based?"

Zinsner responded, in part: "as we look out over the next few years, most of our revenue is going to come from internal foundry customers. So that's really where we're expecting most of the lift from. But *there's a significant amount of improvement that we think we can make and most of the remaining $8 billion to*

*$10 billion after we get through the '23 portion, which is $3 billion, will be in cost of sales, and it will be directly benefiting the foundry P&L.*  So those will be key aspects.

And ***obviously*** also, ***we look at our OpEx as a percent of revenue in the foundry business***.  And ***it's relatively high*** given our need to accelerate our node transitions and the investments necessary to do that.  And obviously, we'll get back on to a normalized cadence.  And so my expectation is that OpEx starts to improve as a percent of revenue as we progress, and that should provide a good tailwind to improving operating margins as well."

99.     Analyst Vijay Rakesh of Mizuho Securities sought clarification from Zinsner about foundry revenues:

Q: "are you looking at foundry revenues going to $20 billion next year?  And when do you expect to start breaking out the internal versus the foundry business?"

Zinsner responded, in part: "Yes. We already provide right now the foundry revenue. The external foundry revenue is not in our current construct of segment reporting."

John Pitzer, Intel's VP of Corporate Planning & Investor Relations, later added: "Vijay -- sorry, Dave. I was going to add, ***Vijay, the idea of talking about $20 billion of foundry revenue in Q1 of next year is to show you that we are an at-scale manufacturer or foundry***. That would make us the second-largest foundry in the world. Now all of that business is coming from internal fabless customers, not external. But as we add those external customers, it just increases that scale."

100.     Following the Foundry Model Webinar, also on June 21, 2023, Intel published a press release titled  "Intel Provides Update on Internal Foundry Model."  Among other things, the press release emphasized the connection between implementation of the internal foundry model and operational changes under the foundry model enabling Intel to achieve significant efficiencies and cost savings: "The internal foundry model is also integral to Intel's multiyear cost efficiency effort, which includes reducing costs by $3 billion in 2023, and $8 billion to $10 billion in cost savings exiting 2025 – which is where the new model plays a significant role."

101.     The June 21, 2023 press release emphasized the critical importance of the foundry model to Intel's turnaround and success, including, in particular, achieving favorable margins and becoming the second largest foundry based on internal revenue alone of $20 billion, stating, in part:

The new model also provides a tailwind to IFS by effectively creating the industry's second-largest foundry (by volume from internal customers), allowing external customers to build off Intel's internal scale and de-risking the process.

* * *

Intel's long-term ambitions are to achieve non-GAAP gross margins of 60% and operating margins of 40%. The internal foundry model will highlight new opportunities and lead to an optimized cost structure in furtherance of these goals.

Intel has highlighted before its ambitions to be the second largest external foundry by 2030, which continues to be its goal. In its new model, based off internal volume, the company expects to be the second largest foundry next year – with manufacturing revenue greater than $20 billion.

"*We've already done a lot of internal analysis and benchmarking* to identify areas of opportunity," said Grebe.

102.    The June 21, 2023 press release also highlighted the benefits "already" uncovered by the internal foundry model. Under the heading, "**Already Uncovered: Specific Examples of Internal Foundry Model Benefits**" the release cited Jason Grebe as stating, in part, that "'[w]e have identified many opportunities for optimization across both our manufacturing organizations and our business units that will lead to significant saving'" (emphasis in original).

103.    The release concluded by stating, in part, that "[e]stablishing an internal foundry model is one of the most significant steps Intel is taking to deliver IDM 2.0 as it fundamentally changes the way the company operates and establishes the structure and incentives needed to drive a change in culture and new behaviors."

104.    Intel's discussion of the size of standalone foundry revenues featured prominently in an analyst report about the webinar. A June 21, 2023 Mizuho Securities report titled "Foundry Update: Ramping in 2024E, Margin Expansion to Follow - No Changes to Ests/PT" stated:

INTC hosted its Internal Foundry Model webinar with Dave Zinsner, EVP and CFO, and Jason Grebe, VP and GM of Corporate Planning.

INTC noted: **1)** *internal* foundry revenue expected to reach ~$20B as early as 2024E, **2)** it is on track for $3B of cost savings in 2023E, with $2B of opex and $1B of COGS [Cost of Goods Sold], and **3)** its 60% GM and 40% OM targets are intact, despite high costs associated with foundry ramp.

[bold and bold/italic emphasis in original].

105.    The June 21, 2023 Mizuho report parroted Defendants' claims of $20 billion in internal revenue for its foundry business, stating "[w]e believe INTC expects to see ~$20B of revenue in its foundry business, which we note in Ex-1 would make it the world's second largest

foundry, trailing only TSMC . . . though only due to its internal foundry demand." Mizuho further noted that "INTC sees ~20-25% of its internal business units using external foundry partners to produce its chips" but "[t]he foundry roadmap of '5 nodes in 4 years' remains on track with Intel 7 (10nm) currently in production and Intel 4 (7nm) in 2H23E, while Intel 3, 20A and 18A all remaining on track."

106.    A June 21, 2023 J.P. Morgan report cited the importance of the internal foundry model, stating, in part that "**Internal foundry model drives higher cost efficiencies and better economic decisions; key enabler to driving $8-10B cost saving and support long-term target margins of 60% GM and 40% OPM**." (emphasis in original).

> **F.      Throughout the Second Half of 2023, Defendants Discuss Their Ongoing Work Under the "Essential" and "Seminal" Foundry Model**

107.    On July 27, 2023, Intel held its Q2 2023 earnings call. During the call, Gelsinger stated "[w]e have already identified numerous gains in efficiency" from the internal foundry model:

> In addition to executing on our process and product road maps during the quarter, we remain on track to achieve our goal of reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025. ***As mentioned during our internal foundry webinar, our new operating model establishes a separate P&L for our manufacturing group, inclusive of IFS and TD, which enables us to facilitate and accelerate our efforts to drive best-in-class cost structure, derisk our technology for external foundry customers*** and fundamentally changes incentives to drive incremental efficiencies.
>
> ***We have already identified numerous gains in efficiency***, including factory loading, test and sort time reduction, packaging cost improvements, litho field utilization improvements, reductions in staffing, expedites and many more. It is important to underscore the inherent sustained value creation due to the tight connection between our business units and TD, manufacturing and IFS.

108.    Zinsner echoed Gelsinger's remarks, stating:

> "[A]s Pat mentioned, he went through a laundry list in the prepared remarks of areas of benefit that the internal foundry model will give us. We expect a pretty meaningful amount of that to come out in -- by the time we hit 2026. But we won't be done there. I mean, I think there will be multiple opportunities over the course of multiple years to improve the gross margin. So, Pat has talked about a pretty significant improvement in gross margins over time. And I think ***what we're seeing today is the beginnings of seeing that improvement show up in the P&L***.

109.    On August 31, 2023, Intel participated in a Deutsche Bank Technology Conference. There, CEO Gelsinger referred to the internal foundry model as "seminal" to IDM 2.0. Gelsinger spoke of Intel's ability to be more competitive under the internal foundry model, stating:

> How many heads do I have per wafer start per month, right? Okay. If I'm not competitive with TSMC, what does it take to get competitive? How do I put more AI, machine learning, telemetry to get my headcount cost equal to theirs over time?
>
> So **these are all things that we are well underway**.

110.    When asked about Intel separating out the costs of manufacturing under the internal foundry model, Gelsinger commented "That's getting huge discussion internally." Deutsche Bank Analyst Ross Seymore noted how important the foundry model was to analysts, quipping that analysts "ask you 15 questions every time we see you on it" to which Gelsinger responded "Only 15? Is that all?"

111.    Additional comments by Gelsinger demonstrate that Intel was already operating pursuant to the internal foundry model in 2023:

> ROSS CLARK SEYMORE: But to me, the cultural importance in the company is changing. How have people embraced that? Because **I know you're doing it now, even though you won't start reporting it until later**.
>
> PATRICK P. GELSINGER: **Yes**. And with this, let's just take like a little example. My design teams now -- or my product teams are now being -- **they are looking at their product decisions through the lens of a wafer price that's comparable to the TSMC price as they make their product decisions**.
>
> **They are making different design decisions**, not -- because they're making them based on a wafer price, not on the wafer cost. That was deluding them into using too expensive technologies for different market price points. So we were creating inherent inefficiencies by the bad economic model that we have of presenting cost as opposed to a price that's a market price.
>
> A second example has been, and **we now are charging our internal teams for wafer expedites and new product introductions, just like TSMC does**. And all of a sudden, they're saying, "Well, why are we doing another stepping? Why are we doing another expedite on this?"
>
> And you sort of say, well, hey, Pat, that's sort of false economics. It's not false economics, because if you're expediting wafers in a factory, you are making the factory less efficient. It has a real cost associated with it to say, "Oh, I did another stepping because I had a crazy design idea. Let's run it fast." That hurts the factory's economics, and as we start bringing a real internal economic model to all

of these questions, ***it's causing us to get efficient, more disciplined on every dimension of how we operate internally***.

And that's a major cultural shift that's going to take us multiple years to fully realize all the benefits. ***That's part of what we said, $3 billion this year in cost savings, $8 billion to $10 billion over time. That's a key aspect of how we achieve that*** because we're going to drive, in all of my business units, well, what margins is AMD able to get, right? On that economic model, why can't you be as good as AMD, right?

And so my foundry team, "Here's what the margins that TSMC is able to get. Why aren't you that good?" And it starts driving, I'll say, the appropriate disciplines and accountabilities to how we operate the company internally. And ***it's really fun to watch, right? And I get to sit somewhat as judge and jury on some of these trade-offs that are occurring between them***, and, "That's too high of a wafer price". ["]No, it's not. This is the TSMC price." It just unleashes good, productive energy to make the company great.

112.     Gelsinger also spoke of the importance of the foundry's success and receiving CHIPS Act funding:

[G]etting a significant customer prepay is a pretty profound statement of affirmation of their confidence if they're putting prepays on our balance sheet for us to not only commit capacity to them for 18A, but to accelerate our buildout as well.

And ***it's just a great timing for that, particularly as we're in front of the CHIPS Program Office, because they're asking the question, "Will you be able to fill this capacity?"*** Well, I've customers lining up and giving me prepays for it. So it's sort of like, okay, that's a pretty profoundly positive statement, not just for Arizona, not just for 18A and foundry, but also in Washington, D.C. for the CHIPS office.

113.     During a September 5, 2023 Goldman Sachs conference, IFS President Stuart Pann commented that "the foundry business is essential for Intel." Pann repeated Intel's goal to "become the #2 external foundry supplier by 2030." Pann assured that Intel had to be "really judicious" about forecasting "the size of the IDM business and the size of the foundry business," explaining "we created a fairly elaborate set of models where we look at what gets a corridor and what gets constrained to our internal business." He added that the modeling provided "a fairly narrow band."

114.     The Goldman Sachs analyst asked Pann about Intel's potential conflict of interest between product design and manufacturing, to which Pann responded:

Q: Conflict of interest is something that comes up in conversations with investors as it pertains to the foundry business. TSMC, pure foundry, nothing more, nothing

less right? You guys obviously have a strong product group.  Samsung has suffered from this issue as well. How do you address that?  ***You talked about separating manufacturing with the product group but still under Intel***.

A: Well, I think the way I look at it is you imagine that I'm in front of Lisa Su or Cristiano Amon or Jensen Huang, any of the people that you all know, right?  How can I convince them that we're serious?  And the only way to convince them is you have to take concrete actions.  For example, our sales forces are separate.  We have two separate instances of SAP.  We have firewalls, we have personal NDAs that are salespeople signed that there are consequences if they violate those NDAs. So we're super religious about protecting their IP.

***Pat runs two separate staff meetings***.  I do not attend the business unit staff meetings anymore or do the manufacturing people.  There are a few that we do combine like overall HR issues, ***but we run the business separate***. ***We're creating two separate SAP instances to create this arm's length transactions.  So nobody gets access to anybody else's data***.

115.    Pann concluded by reiterating the critical importance of the foundry's success:

I think it's critical that we remain successful because losing Intel would be, I think, losing the crown jewels of American manufacturing.  And that's the thing that – people ask what drives Pat and myself, the leadership team to want to come in day in and day out and drive this.

116.    On September 6, 2023, Intel participated in the Citi Global Technology Conference. During the conference, Zinsner explained that compared to its foundry peers – *e.g.,* TSMC and Samsung, among others – the P&Ls of the foundry model fall short.  Without revealing the true nature and extent of the full foundry's operating losses, Zinsner made clear that *Defendants* knew well what the foundry business's P&L looked like, stating:

And so we've talked about this thing where we're kind of separating out kind of the manufacturing, which is going to look like a foundry business that provides wafers and packaging services to not only external customers but also our own internal customers.  And so ***by doing that, we kind of isolate that business's P&L now and be able to measure that relative to peers.  And you're not going to be surprised to hear that it's woefully inadequate.  It's not in a good place***.

117.    Zinsner was asked, "Just to make sure we reiterate, so manufacturing is on track as far as the 4 nodes in five years, everything is fine?"  He responded:

Yes, ***completely on track, things are going well***.  Like I said, I would expect a 0.9 PDK here pretty soon on 18A.  I already said Intel 7 done.  Intel 4's pretty much there.  We're ramping Meteor Lake in the factories as we speak.  We pulled in the time lines for both Sierra and Granite.  I know we're on Intel 3 so they look good. So I have to say ***this has been one of the most significant transformations we've***

***made. And I think in large part, the credit goes to Pat and the engineering teams that literally are meeting on this thing***, I attend time.  Some of them are just completely over my head, but on a weekly, sometimes daily basis to get this right, to get products out on time to meet customers' requirements ***and to do it as cost effectively as possible***.

118.    On September 19-20, 2023, Intel hosted "Intel Innovation 2023."  When asked about Intel's gross margins "as we go into '24," Zinsner responded by stating, in part "what Pat has said, which I subscribe to, as the finance guy is our goal is to get to 60% gross margins.  And we think we have good line of sight to do that, and in particular, given this internal foundry model, what we can drive in terms of efficiencies makes us even more confident in our ability to get to the 60% margin."

119.    On October 12, 2023, Bloomberg published an article titled "Intel CEO Needs to Land a Big Customer, and the Clock Is Ticking," which reported, in relevant part:

Gelsinger, an Intel veteran who left to run VMware Inc., returned to the company in 2021 to get it back on track.  His plan is to reclaim technological leadership by 2025.  As part of the comeback plan, Intel is building factories in Arizona, Ireland, Israel and Germany.  Its biggest bet of all is a new facility in Ohio that it said will become the industry's largest.

***It's been a costly undertaking.  Upgrading and expanding factories have wiped out profit and eaten into cash reserves, which once led the industry***.  The Santa Clara, California-based company has to catch and pass TSMC, whose factories produce the majority of the advanced components designed by Apple Inc., Amazon and Nvidia.  It also has to somehow convince longtime competitors that it can be trusted to make their chips.

***Gelsinger knows this is a huge challenge.  He runs the data to see how Intel compares with TSMC and Samsung multiple times in a week.***  He knows his products aren't yet "world class."  And he knows companies will only use Intel's foundry services when the company can prove it has the goods.

"We fully realize that we have to earn our way into this business," Gelsinger said.  "Samsung, but particularly TSMC, is really good at ***this***.  They've been at it for 30 years.  I've been at it for two years, right?  Well, that's a lot of learnings that we still have to go through."

120.    During Intel's Q3 2023 earnings call held on October 26, 2023, Gelsinger stated "***We remain on track to reducing costs by $3 billion in 2023***, and ***we continue*** to see significant incremental opportunities for operational improvement ***as we execute on our internal foundry model***."  Regarding Defendants' foundry strategy, Gelsinger stated

I'd also emphasize that as we build our foundry capacity, we build more capacity in our factory network for our internal and external customers. That's a tide that lifts all boats for us because it improves the profitability not just the foundry but the competitiveness and the profitability of our product businesses as well. So overall, we feel like this is a really important milestone for us this quarter, seeing not just great financial results but the operational results were even better than that, which is what led me to say, hey, this was an outstanding quarter for us overall.

121.    CFO Zinsner said the following about the internal foundry model in response to a question about Intel's gross margins:

> [M]ore importantly, maybe **the thing that's near and dear to my heart is this internal foundry model that we've built**, where **we're now measuring the manufacturing and TD organization as a separate P&L**. We'll officially do that next year and we'll segment report it that way. But **we're already this year starting to look at it that way in operations reviews**. We're starting to do the planning for next year in that -- with that lens. **We're doing the long-term plan in that lens**.
>
> And all the things that we thought we would see in the dialogue between those functions, **we're already starting to see now. We see the product organizations already starting to optimize around test times, around stepping, around how many samples and hot lots they do in the fab.** Suddenly, things they didn't spend a lot of time thinking about before, they care a lot about now. **And we're already starting to see improvements in the P&L because of that.**

122.    In a November 9, 2023, interview with Pat Gelsinger published on Stratechery.com,[14] the interviewer asked Gelsinger about Intel's efforts to separate its product design and manufacturing functions, referring to a previous interview in 2022 where the two "talked about the importance of the Foundry business being separate from the product business."[15] The interviewer asked, "you are not actually unveiling a separate P&L for it until early next year. What took so long?" Gelsinger responded, in part, that "internally we'll be, **by the time we publish the financials in Q1 of next year, we'll have gone through multiple quarters of trial running those**

---

[14]    https://stratechery.com/2023/an-interview-with-intel-ceo-pat-gelsinger-about-intels-progress-towards-process-leadership/

[15] The following exchange occurred in the February 24, 2022 interview: Gelsinger was asked, "Just to dive into the IDM 2.0 strategy, even if Intel is keeping manufacturing, and I wrote about this a few weeks ago, **it does seem apparent to me that a kind of de facto split has happened internally**." Gelsinger responded, "**Yeah**." Later Gelsinger continued, "'Hey, IDM makes IFS better. Hey, it gets to inherit $10 billion of R&D for essentially free at that level'. Huge capital outlays, et cetera, are enabling IFS, but IFS makes IDM better as well for exactly the reasons you're describing."

1   ***internally***, and now that'll be the first time that we present it to the Street that way."[16]

2   123.    At a December 14, 2023 event in New York City, "AI Everywhere," Defendants

3   introduced Intel's new line of products for the AI market.  In conjunction with the event, Gelsinger

4   gave an interview to *Reuters*.  In a December 14, 2023 article entitled "Intel Chief Ready to Go it

5   Alone on Chip Manufacturing," Gelsinger was reported as saying that Intel would not spin out chip

6   manufacturing in an IPO as it did with its Mobileye a year earlier.  Instead, "IFS will break out

7   financials beginning in the second quarter of next year, Gelsinger said."  As the article explained:

8   "For the moment, there are distinct advantages by operating together, in part because ***most of the***

9   ***factory capacity is used by Intel at the moment***, the CEO said."  The article continued: "'The idea

10  of the internal foundry model, we think, is the right path for us in the current environment,' Gelsinger

11  said in an interview with Reuters.  In some ways, Intel already operates two separate companies - a

12  chip design business and a factory unit - in part to give its IFS customers confidence that Intel is a

13  'clean supplier' of manufacturing capacity, Gelsinger said."

14  124.    Also on December 14, 2023, speaking on the *Big Technology Podcast* in an episode

15  titled "Intel's CEO Shares His Plan To Win The AI Chip War — With Pat Gelsinger," Gelsinger

16  was asked "Intel has tried a couple times to build Foundry capabilities for others, I think twice

17  before, and it hasn't worked out. . . . So what gives you confidence that this time is going to be

18  different for Intel?"  Gelsinger responded, in part, "Well, several, several things that we're doing

19  differently this time.  And the first, you know I'll say on the first attempts they were hobbies.  Right,

20  it was sort of like '"ah let's go try it,"' you know we really weren't taking it seriously as a company.

21  ***This time I have bet the future of the company.***"

22  125.    Intel's 2023 Form 10-K, filed January 26, 2024, at 35, discusses Defendants' IDM

23  2.0 strategy, and describes IFS as a single foundry providing chip fabrication and related services

24

___

25  [16] In a July 18, 2024 report entitled "Technical Line – A closer look at the FASB's new segment
reporting disclosure requirements," Intel's auditor since 1968, Ernst & Young, noted: "The SEC
26  staff has said it generally considers segment information that is provided to the CODM on a
quarterly basis to meet the regularly provided threshold in ASC 280."
27  https://www.ey.com/content/dam/ey-unified-site/ey-com/en-
us/technical/accountinglink/documents /ey-tl23954-241us-07-18-2024.pdf (last accessed Mar. 22,
28  2025).

for Intel Products units and external customers alike:

> Our IDM 2.0 strategy includes our pursuit of these complex manufacturing and market growth opportunities by making significant capital investments in leading-edge semiconductor technologies in order to create foundry capacity **_and establish IFS as a major provider of foundry services that provides semiconductor manufacturing solutions for others and for ourselves. We have made and expect to continue to make significant capital investments in furtherance of this strategy._**

**G.     In January 2024, Defendants Announce 2023 Results, Touting the Success of IFS, Including 103% Annual Growth in IFS Revenue—But Fail to Disclose Massive Foundry Losses**

126.     On January 25, 2024, Intel filed a Form 8-K and press release announcing its Q4 and FY 2023 results.  Among other things, the press release reported Q4 2023 IFS revenue of $291 million (***up 63% over Q4 2022***) and FY 2023 revenue of $952 million (***up 103% over FY 2022***).  Defendants also reported that IFS operating losses for FY 2023 were $482 million.  The press release quoted CFO Zinsner as stating "'We continued to drive operational efficiencies in the fourth quarter, and comfortably achieved our commitment to deliver $3 billion in cost savings in 2023.'"

127.     Intel hosted its Q4 and FY 2023 earnings call the same day.  During the call, Gelsinger touted Intel's "execution across our process technology road map in 2023," including that "Intel 3 achieved manufacturing readiness in Q4 as committed with solid performance in year progression"  Gelsinger also proclaimed that IFS "won a key design win with a significant high-performance computing customer.  This customer was particularly motivated by our unique leading-edge manufacturing capabilities and U.S. capacity."  He further stated that "Supporting our growing momentum in IFS is our global manufacturing footprint. We are the only semiconductor company with that scale and sustainable manufacturing in every major region of the world providing ourselves and our foundry customers resilient access to the right capacity in the right regions at the right time."

128.     Zinsner addressed the "headwinds" associated with developing 5 nodes in 4 years, and further discussed accounting impact of the internal foundry model:

> We're confident we can grow earnings faster than revenue this year and maintain roughly breakeven adjusted free cash flow, though I'll remind you that ***the rapid pace of delivering 5 nodes in 4 years and capacity expansion in support of external foundry commitments remain headwinds on the pace of our margin expansion***.

* * *

We're excited to mark the first month fully operating under our new internal foundry reporting structure with improved accountability, transparency around cost and value drivers and increased focus on driving higher rates of return for our owner's capital.  We intend to provide you with the recast historical financials this quarter in the form of an 8-K.  We will unpack the details at that time, but you will see not only the first view of our manufacturing P&L, but a view of our products group more in line with external peers.

While [it will] come as no surprise, our manufacturing P&L is under significant pressure as we get back to process leadership and build the infrastructure to meet both internal and external demand, we see abundant opportunity to drive improvement.  Finally, standing up a separate legal entity for manufacturing, technology development and IFS is important to our foundry customers.  We expect to have that structure in place in the second half of 2024.[17]

129.    While Zinsner claimed "excite[ment]" that the "recast" accounting would provide more accountability and transparency into where shareholders' capital was going, and "a view of our products group more in line with external peers," he concealed that this newfound "transparency" would in fact reveal $7 billion in foundry-driven losses for 2023.

130.    Zinsner also was asked about whether Intel's margins were suffering from "headwinds in terms of capacity utilization," to which Zinsner responded, in part:

we've got this internal foundry model that Pat mentioned and I mentioned in the prepared remarks that we think is going to deliver tons of savings for the company. *I think every week that Pat and I spend on this, somebody brings up another big rock that they found of savings they can identify,* because they are looking at the business in an entirely different way than they're used to looking at it. The product groups are now hyper-focused on test times and how many -- what sort of like hot lots they do and how much sample activity they use.

The factories now, as you point out, very, very hyper-focused on loadings and making sure they're properly thinking about their capital investment associated with the loadings. We're way more focused in terms of stepping and so forth. *So I think we'll get, like I said in a call a couple of quarters ago, $4 billion to $5 billion of savings from this internal foundry model ultimately. And so that's another big step function that I think gets us to the 60% gross margins.*

131.    CEO Gelsinger further discussed how existing internal manufacturing on the foundry nodes was essential to build the external IFS business.  He explained how the Company "derisked" the foundry prospects for external customers by running nodes internally.  He stated, in part, "we

---

[17] In a September 16, 2024, message to employees published as an Intel press release, the same day, Gelsinger stated: "To build on our progress, we plan to establish Intel Foundry as an independent subsidiary inside of Intel."

ran many, many wafers using Intel 3 with backside power to go derisk backside power before you put it into Intel 20A and Intel 18A."

132.    Regarding the products side of the business, Intel's forecast for Q1 2024 was worse than expected: Gelsinger summarized, "[a]s we look into Q1, our core business, including client server and edge products continues to perform well and is tracking to the lower end of seasonal. However, discrete headwinds, including Mobileye, PSG and business exits, among others, are impacting overall revenue, leading to a lower Q1 guide." Gelsinger provided additional color: "PSG is in the midst of an industry-wide cyclical correction," and "Mobileye is experiencing a sharp inventory correction in Q1."

133.    CFO Zinsner told investors: "We expect Q1 revenue of $12.2 billion to $13.2 billion. At the Q1 revenue midpoint of $12.7 billion, we expect gross margin of approximately 44.5% with a tax rate of 13% and EPS of $0.13." Zinsner noted that "[w]e expect Q1 Data Center revenue to decline double-digit percent sequentially before improving through the year."

134.    Analysts reacted negatively to the unexpectedly low guidance due to weakness in the core products business, PSG, and Mobileye. For example, in a note published by Wells Fargo on January 25, 2024, analyst Aaron Rakers wrote that "[w]e think Intel shares are justifiably selling off following soft 1Q24 guidance that leaves us to question when the company will find its footing as competitors capitalize on an ongoing AI server capex cycle," and lowered his price target for Intel stock from $52 to $48.

135.    In a note published by J.P. Morgan on January 26, 2024, analyst Harlan Sur wrote:

For the Mar-Qtr, the team guided revenues to decline by 18% Q/Q, well-below consensus and ours/market expectations which the team attributed to two factors: 1) core business products tracking toward low-end of seasonality (across PC, Datacenter, and Networking & Edge) and :2) business exits combined with a severe inventory correction in its non-core products (e.g. Mobileye and PSG business).

J.P. Morgan lowered its estimates for Intel's future results, and reiterated its "Underweight" rating on Intel stock.

**H.    In February 2024, Defendants Trumpet Intel's Supposed Foundry Success at its First-Ever "Foundry Day"**

136.    Intel hosted its "Direct Connect 2024" event (a/k/a Foundry Day) on February 21, 2024.  Gelsinger cited back to the "Intel Unleashed" event held three years earlier, when IFS was first announced and said "here we are today, 3 years later, and today, this vision of Unleashed becomes real.  Today, the best of foundry, the silicon ecosystem, what could be today is what is. And with that, I'm thrilled today to announce simply put, Intel Foundry."

137.    Gelsinger further explained, "We're not fixing one company. We're establishing two vibrant new organizations.  [1] Intel Foundry to serve internal and external customers at scale to manage supply chains, to assure capacity corridors; and [2] Intel Products, our client, data center and networking products, two distinct and separate organizations. And as I think about that, they're dependent, the wafers, the factories, that leadership technology thrust. I need the product group and the foundry group working intimately together.  Who's going to drive the wafers to run those fabs? Intel Products. But they're also independent because you, the foundry ecosystem, need to have an independent, your designs, your fab, your intellectual property, your capacity corridors in a word, independent; in a word, dependent; or simply put, interdependent Intel Products, Intel Foundry, all under the Intel banner."

138.    CEO Gelsinger also claimed "we see the light at the end of the tunnel and finishing 5 nodes in 4 years" and announced that Intel had now attained an expected "lifetime deal value of over $15 billion of customer in our foundry customer business…."

139.    In addition to the industry leaders in attendance, Intel invited Commerce Secretary Gina Raimondo to speak on the importance of the U.S. CHIPS and Science Act of 2022 in supporting domestic semiconductor production—including Intel's.  After her remarks, Gelsinger said "And maybe just as we finish up here, obviously, we haven't announced our CHIPS grant yet, very soon, right? We're making that happen."

140.    On March 6, 2024, CFO Zinsner spoke at the Morgan Stanley Technology, Media & Telecom Conference.  He stated, among other things, that "on the core side of business, things are going extremely well."  He also referenced "standing up the foundry," that "the process, 5 nodes in

4 years aspect of this, like I said, is largely on track," and cited the "$15 billion of lifetime deal value" that Gelsinger announced at Foundry Day to support the claim that "we're in a good place." Zinsner concluded, "So I think I give myself or give ourselves, I guess, kind of a B in terms of the transformation.  Not everything has gone well.  But ***most of it is going largely according to plan***."

141.    Zinsner also explained how the foundry business was a "necessity" for Intel to stay competitive.  When asked why Intel entered the foundry business when a previous attempt to do so was not "particularly competitive," and whether the new foundry focus could jeopardize Intel's core microprocessor business, Zinsner replied, in part:

> Well, I think there's a confluence of things that I think drive us to want to be in the foundry business. Number one is it's a lot more expensive to build a fab, an EUV fab, than it was to do a pre-EUV fab. And it requires a fair amount of wafer volume to get your return on one of those fabs. And I think it's unlikely that we would have enough volume ourselves to be able to fill the fabs to the level that drives enough of an ROI. So part of it is just necessity. We need more volume, and that's going to come -- have to come from other customers. I think that's number one.
>
> * * *
>
> ….the other factor that kind of kept -- inhibited you from being able to do it was it was fairly expensive to do one of these fabs in the U.S. or in Europe.  Now with the help and the assistance of governments, that can happen.

142.    Continuing his explanation of why Intel's foray into foundry would be successful this time around, Zinsner also commented on the profitability of Intel's foundry activities, stating:

> we get this question a lot is, okay, well, the profitability and the cost structure of the leading competitor in this space is significant. How do you get there? And I think it's probably the wrong way to think about it because I don't think we are looking to try to get to that level.  ***We can be profitable, meaningfully profitable in the foundry space, be well underneath what the leading player in the space is, and still drive significant profitability for the overall Intel company because we get the margin stacking benefit in at least the part of the business that we sell into our own fabless portion of our business***.

143.    Zinsner also claimed the new approach to foundry accounting was "a significant tailwind to the earnings of the company."

144.    On March 28, 2024, Intel published its Annual Report to Security Holders. A prefatory letter from CEO Gelsinger touted Foundry's early success, stating in relevant part:

While still early in our foundry journey, we are seeing significant traction. We began 2023 with a commitment from one Intel 18A foundry customer and ended the year with four. We also achieved five advanced packaging wins, a testament to the advantages of Intel Foundry.

***To support the growing demand for our foundry offering, we continued to expand our manufacturing capacity and capabilities.***

I.    **In April 2024, Intel "Recasts" Its Foundry Segment Accounting, Revealing Staggering Foundry Operating Losses of $7 Billion in 2023; Then Reports Q1 2024 Foundry Operating Losses of $2.5 Billion**

145.    On April 2, 2024—approximately 18 months after Defendants first said they would provide the "transparency" and "accountability" of a P&L for Intel's full internal and external foundry manufacturing activities—Defendants published a Form 8-K containing full-year recast financials for FY 2021, 2022, and 2023 under the internal foundry model.

146.    The April 2, 2024 Form 8-K, filed just after market close, explained Foundry revenue "was $18.9 billion down $8.6 billion from 2022. Internal revenue was $18.0 billion, down $9.1 billion driven by lower intersegment volume. External revenue was $953 million, up $479 million from 2022, driven by higher packaging revenue." At $18.9 billion, 2023 Foundry revenue was down over 31%, from $27.5 billion in 2022. The recast financials also revealed Foundry had suffered nearly $7 billion in operating losses in 2023, an increase from $5.2 billion in 2022, with the increase largely driven by "[l]ower product profit driven by lower internal revenue." The recast net revenue and operating losses (in millions) for Foundry are set forth in the table below:

|  | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net revenue | $18,910 | $27,491 | $22,849 |
| Operating income (loss) | ($6,955) | ($5,169) | ($5,067) |

147.    The recast accounting defined Intel Foundry's "Segment expenses: consists of direct expenses for technology development, product manufacturing and services provided by Intel Foundry to internal and external customers, allocated expenses as described below, and direct operating expenses. Direct expenses for product manufacturing includes excess capacity charges that were previously allocated primarily to CCG, DCAI, and NEX." To be clear, "technology development" and "product manufacturing" are not separate business units which, along with IFS, were combined to form a larger segment denominated "Intel Foundry". Rather, these are the

expenses that were associated with Defendants' foundry plans *all along*, including the development of 5 nodes in 4 years, expanding manufacturing capacity, and (relatedly) excess carrying capacity, *i.e.*, the cost associated with manufacturing capacity sitting idle or underused.  Previously, as Intel explained, the Company had allocated these "direct expenses" to its products units.  Only after the true expenses associated with Defendants' foundry plans—which expenses related to *both* IFS and internal manufacturing—were revealed, did investors learn the true financial condition of Intel's foundry: it was generating **billions** in annual losses, and those losses were growing.

148.    The chart below more fully sets forth the comparison of Intel's financial results as originally reported and as revised in the April 2, 2024 Form 8-K:

| *in millions | as reported in 2023 Form 10-K | | | | recast in April 2, 2024 Form 8-K | | |
|---|---|---|---|---|---|---|---|
| | | 2023 | 2022 | | | 2023 | 2022 |
| **Net revenue** | | | | **Revenue** | | | |
| CCG | | $29,258.00 | $31,773.00 | CCG | | $29,258.00 | $31,773.00 |
| DCAI | | $15,521.00 | $19,445.00 | DCAI | | $12,635.00 | $16,856.00 |
| NEX | | $5,774.00 | $8,409.00 | NEX | | $5,774.00 | $8,409.00 |
| Mobileye | | $2,079.00 | $1,869.00 | Mobileye | | $2,079.00 | $1,869.00 |
| Intel Foundry Services | | $952.00 | $469.00 | Intel Foundry | | $18,910.00 | $27,491.00 |
| All other | | $644.00 | $1,089.00 | Altera and other | | $3,529.00 | $3,661.00 |
| | | | | Intersegment eliminations | | ($17,957.00) | ($27,005.00) |
| Total net revenue | | $54,228.00 | $63,054.00 | Total net revenue | | $54,228.00 | $63,054.00 |
| | | | | | | | |
| **Operating income (loss)** | | | | **Operating income (loss)** | | | |
| CCG | | $6,520.00 | $5,569.00 | CCG | | $9,513.00 | $8,207.00 |
| DCAI | | ($530.00) | $1,300.00 | DCAI | | $1,620.00 | $4,198.00 |
| NEX | | ($482.00) | $1,033.00 | NEX | | $204.00 | $1,532.00 |
| Mobileye | | $664.00 | $690.00 | Mobileye | | $664.00 | $690.00 |
| Intel Foundry Services | | ($482.00) | ($281.00) | Intel Foundry | | ($6,955.00) | ($5,169.00) |
| All other | | ($5,597.00) | ($5,977.00) | Altera and other | | 415 | 484 |
| | | | | Intersegment eliminations | | ($203.00) | ($1,975.00) |
| | | | | Corporate unallocated expenses | | ($5,165.00) | ($5,633.00) |
| Total operating income | | $93.00 | $2,334.00 | Total operating income | | $93.00 | $2,334.00 |

*(IFS and Intel Foundry are printed in blue text to highlight the relevant comparison for the reader.)

149.    In a conference call held the same day that the revised results were published, Gelsinger explained:

> Today, an important next step on our journey, where we're separating the financial reporting of Intel Foundry and Intel Products. ***And we're providing a P&L view to our manufacturing engine for the first time ever in our history. And we believe this transparency and accountability is needed to drive best-in-class cost structure across both groups*** to complement this return to technological leadership.

150.    Gelsinger admitted Intel's foundry activities were nowhere near breakeven, and they hoped to get there "over the next few years."  A "self-sustaining model with solid returns for Intel Foundry and the consolidated company" was even further away—in 2030.  He claimed however that "Intel Foundry is going to drive considerable earnings growth for Intel over time. 2024 is the trough for foundry operating losses. We've committed to being the #2 foundry by the end of the decade. And between now and then, we'll hit breakeven operating margin about midway through that and then driving operating margin improvement through the period."

151.    Gelsinger again referred to the internal operations "derisking" new processes for external customers by virtue of producing wafers for internal use, stating: "We've already derisked the technology, the ramp, the defect curves by the volumes, the significant volumes of Intel product wafers going in."  He also stated:

> clearly, this idea of our product teams derisking and driving our factory networks, enormous value to our external foundry customers. And then our external foundry customers are making our foundry teams better, driving their technology creation, which also helps our product teams. Clearly, this creates this powerful virtuous cycle on this AI-driven continuum that is a value driver for Intel Corporation.

152.    Gelsinger lauded the U.S. Commerce Department's recent announcement of the largest awards to date under the CHIPS and Science Act of 2022 to Intel as "absolutely huge, $8.5 billion of grants, $11 billion in loans and greater than $25 billion in tax incentives." Similarly touted was "Our EU grants, well over $10 billion committed …."  The announcement of the $44.5 billion CHIPS Act package had been made on March 20, 2024, just two weeks *before* Defendants admitted the truth about Intel's dismal foundry performance in 2023.

153.    Zinsner provided further detail on the accounting model change and claimed it had already been driving improved performance since being introduced "last year," stating, in part:

Let me click in on some of our focus areas for efficiencies. Number one is expedites. Expedites negatively impact the efficiency of a wafer fab. Semiconductor manufacturing is an extremely precise process that requires wafers to move through the fab at very specific intervals. Expedites interrupt this process, which is why pure-play foundries charge a very steep premium and why fabless companies use them sparingly. Our IDM 1.0 segmentation hid the true cost of expedites from the product teams. So they requested them as a common course of business, and our manufacturing teams put capital in place to accommodate that inherent inefficiency. Since ***introducing market-based pricing last year***, ***we've already seen a 95% reduction in expedites, with fair market pricing driving better decision-making. We're also already seeing 5% to 10% improvement in capital per wafer start on new capacity, driving improved cost structure for the business***.

I talked about product design decisions changing under the new segmentation, and ***we're seeing this change manifested in a 75% reduction of test times for a next generation client product, again driven by the introduction of market-based pricing***.

154.    On the news of the recast Foundry financials, Intel's stock price fell $3.61, or 8.2%, to close at $40.33 per share on April 3, 2024, on unusually heavy trading.

155.    Reaction to Defendants' revelation of breathtaking foundry losses in 2023 was swift. Minutes after the Form 8-K's filing, at 4:11 p.m. on April 2, 2024, *US News & World Report* published a *Reuters* article entitled "Intel Discloses $7 Billion Operating Loss for Chip-Making Unit."  Authors Stephen Nellis and Max A. Cherney reported: "Intel on Tuesday disclosed deepening operating losses for its foundry business, a blow to the chipmaker as it tries to regain a technology lead it lost in recent years to Taiwan Semiconductor Manufacturing."  As a result, "Intel shares were down 4.3% after the documents were filed with the U.S. Securities and Exchange Commission."  Noting that foundry losses worsened between 2022 and 2023, from $5.2 billion to $7 billion, the article added that "Chief Executive Pat Gelsinger said 2024 would be the year of worst operating losses for the company's chipmaking business."

156.    Kif Leswing of *CNBC* reported, at 5:32 p.m. that afternoon: "Intel shares fall after company reveals $7 billion operating loss in foundry." Leswing pointed out that Intel's "first time" disclosure of "revenue totals for its foundry business alone" was "long-awaited."

157.    Yahoo! Finance published a report by Julie Hyman and Josh Lipton on April 2, 2024, "Intel's foundry unit posted $7 billion operating loss in 2023."  The lead paragraph read: "Intel (INTC) revealed a new financial reporting structure that takes into account the company's

burgeoning foundry business. It's part of Intel's plans to start making other company's chips, in addition to their own. As part of the announcement, the company revealed Intel Foundry posted a nearly $7 billion operating loss in 2023. The loss had been $5.2 billion in 2022." The authors also discussed Intel's disclosure on Yahoo! Finance Live with Dan Howley. While recognizing that the CEO Gelsinger "seems to be righting the ship" by introducing five nodes in four years – including 18A, with which Intel hopes to take the technological lead, after Intel "lost a step" to AMD and to TSMC with respect to the ability to build chips – Howley concluded "obviously looking at these numbers, they're not exactly what Wall Street wants to see at the moment."

158.    That evening, at 10:31 p.m. (2:31 GMT) Morgan Stanley published a report entitled "Intel foundry breakout highlights both risks and opportunities." At the outset of the report, analyst Joseph Moore stated: "Foundry losses were even larger than we had anticipated…. **We had previewed Intel's disclosure of IFS historical segmentation directionally correctly - but the losses in foundry (and the profits in the chip businesses) were much higher than expectations.**" (Emphasis in original.)  He provided the following details: "**What we learned about IFS**: The foundry losses were about $7 bn in CY23 on $18.9 bn of revenue - negative 37% operating margins. We were prepared for weaker numbers but that is certainly higher than our initial expectations. (Emphasis in original.)

159.    An article published at 5:15 a.m. on April 5, 2024, on Investing.com discusses a report issued by Bernstein Research analyst Stacy Rasgon that day. In "Bernstein on Intel stock: 'No reason to be here until 2030,'" Vahid Karaahmetovic noted that Intel's shares were down 8% since Intel's disclosure and that Bernstein's "primary takeaway" from Intel's foundry segmentation event was "'No real reason to be here until 2030.'"  The Bernstein analyst observed:

> "After all, the fact that foundry economics have been awful is not (or should not have been) a huge surprise; in fact the company directly suggested this back in June," analysts said.

> "That being said, the idea that things are still getting worse in 2024 might have been taken somewhat poorly; *if anything, the idea that a -37% operating margin and $7B loss do not yet represent a trough is somewhat breathtaking especially given all the cost cuts the company was supposedly implementing last year*."

160.    In addition, an April 3, 2024 J.P. Morgan report expressed surprise at Intel's increased levels of chip outsourcing, stating "We were a bit surprised that Intel's current internal business unit consumption of outsourced wafers is currently about 30% (versus 20-25% mid-last year) and suggests that even with its aggressive node transitions (Intel 7, Intel 20A, Intel 3), they are still falling short of performance/power/cost requirements of its PC and datacenter compute specification targets."

161.    On April 4, 2024, the Council on Foreign Relations published an interview with Gelsinger titled "Series on Emerging Technology, U.S. Foreign Policy, and World Order: A Conversation With Patrick P. Gelsinger of Intel."[18]    During the interview, Gelsinger acknowledges that Intel is required to report the full foundry's results if he (as the CODM) is managing Intel in two segments—products and foundry:

> [W]e need to create separation so that Lisa can look at me, or Jensen, or any of these other fabless companies, and say: You're securing my supply chain. You're protecting my IP. And that's why we went through the steps that we just announced this week, right? Clean separation. You know, being able to present the financials of the foundry business separately to the industry.
>
> ***You know, by the way, it's a reporting requirement. If I'm managing the company that way, SEC requires me to be public on it. You know, so we're required to do it***.

162.    In the Council on Foreign Relations interview, Gelsinger also indicated his deep interest and involvement in Intel's technology development, stating in relevant part:

> [W]hen I became a technician at Intel, it was because I loved technology, right? And to me, a great day is spending time with engineers asking technology questions***. I do technology CEO review with the team every week for a couple of hours***, right? And to me, that's some of my most fun hours of the week. I mean, meeting with Jon, that's a fun hour of the week, right? And my government affairs team, and so on like that. But what do I really enjoy? You know, it's the technology and customers using the technology.

163.    One week after the foundry's standalone P&Ls were revealed, Gelsinger sought to focus on the upside of the extremely expensive fab expansion – Intel was not footing the entire bill.[19]

---

[18] https://www.cfr.org/event/series-emerging-technology-us-foreign-policy-and-world-order-conversation-patrick-p-gelsinger

[19] Allegations specifically pertaining to Intel's reliance upon "Smart Capital" investments by a
(footnote continued)

Gelsinger provided the "Intel Vision 2024 Keynote" address on April 9, 2024. During his speech, Gelsinger again cited the importance of Intel's CHIPS Act funds:

> It was a proud moment in Arizona **on March 20th when we had the first major releases of the CHIPS Act coming to Intel** for our Ocotillo facility, **the largest investment in the semiconductor industry in history**. So thank you, all, for participating in that.

> And as I think about the CHIPS Act, I call it the most important industrial policy since World War II.

164.    Gelsinger reiterated previously expressed sentiment that internal foundry activities enabled Intel to expand to external sales:

> And manufacturing, of course Intel products, customer zero, as I like to call it, but also opening the doors of our manufacturing for the first time ever to be the manufacturing partner for companies across the industry.

165.    Intel announced its Q1 2024 financial results in a Form 8-K filed with the SEC on April 25, 2024. Among other things, Intel reported Intel Foundry operating losses of $2.474 billion, up 5% from Q1 2023.

166.    On the earnings call held the same day, Gelsinger claimed the accounting change "provided the added benefit of giving more transparency to our outside owners," but he also admitted that "**we knew that the day 1 P&L for Intel foundry was going to spark debate**, but we also knew it was important to establish a baseline and provide a target model based on reasonable to conservative revenue and cost assumptions that we have a high degree of confidence we will achieve."

167.    During Q1 2024 the earnings call, despite the 5% year-over-year *increase* in Foundry's quarterly operating losses for Q1 2024, Gelsinger said the following about the current state of the Intel Foundry's financials:

> Let me turn to Intel Foundry. We are executing on our strategy to drive meaningful improvement in profitability over time. We are obviously not there yet, given the large upfront investment we needed to build out this business. But we always said this was going to be a multiyear plan, and **we are right on track with where we expect it to be right now**.

---

variety of third parties for Intel's extensive world-wide fab construction, and the reasons therefor, are set forth in Section VIII.C, *infra*.

168.     One reason Gelsinger claimed he was so confident was that Intel had finally hit its stride was  it was nearing completion of its five nodes in four year journey:

> We have rebuilt our Grovian culture and execution engine and are **on track to completing our five nodes four year goal**, which many of our stakeholders thought impossible at inception.  In so doing, we are in a unique position with at-scale EUV technology, Western-based capacity and at the very least, a level playing field with the market leader.  **Intel 20A**, which helps pave the way for Intel 18A, **begins production ramp in the second-half of this year with Arrow Lake**.  We expect to release the 1.0 PDK for Intel 18A this quarter.  Furthermore, our lead products, Clearwater Forest and Panther Lake are already in fab and we expect to begin production ramp of the Intel 18A in these products in the first-half of '25 for product release in the middle of next year.

169.     Another reason Gelsinger expressed confidence was that Intel was now employing state-of-the-art technology, manufacturing with EUV and High-NA EUV tools:

> As we discussed during our webinar at the beginning of the month, the transition from **pre-EUV wafers to post-EUV wafers is a powerful tailwind for us.** We expect our blended average wafer pricing to grow 3x faster than cost over the decade, driving significant margin expansion.
>
> **In addition, more competitive wafers will allow us to bring home many of the tiles that today are being manufactured at external foundries.** Both dynamics are in our control and not dependent on revenue growth and are key elements to drive the business to breakeven, more than doubling our current earnings power at the Intel consolidated level. Of course, more competitive wafers combined with our position as the only company manufacturing with leading-edge wafers outside of Asia, is drawing strong interest from potential external customers.

170.     When asked about Intel's ability to sign external Foundry customers, Gelsinger responded, in part: "Every foundry customer that we speak to, right, understanding where we are in our product and process cycle and the ability for them to essentially benefit from Intel as customer 0 in the foundry network."

171.     Despite Defendants' attempts to convince the market that the Intel foundry strategy was working, analysts and investors reacted negatively to the Q1 2024 results.  Intel's stock price fell $3.23, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading.

172.     Analysts immediately lowered their price targets for Intel stock, commenting on Foundry's poor performance.  For example, in an April 26, 2024 note J.P. Morgan analyst Harlan Sur lowered his price target from $37 to $35, reiterated his underweight rating on Intel stock, and wrote "One of the surprising takeaways is that we believe external customer foundry revenue was

1  less than $50M for 1Q (after roll-off of traditional packaging revenues) and quite low given the large

2  lifetime deal value and customer commitment announcements over the past 18 months (e.g. secured

3  six large customer commitments for 18A)."  Sur also noted "disappointing" gross margin guidance

4  for Q2 2024 believed to be impacted by factors including "higher out-sourcing costs to TSMC for

5  compute tiles (e.g. Lunar Lake and Arrow Lake)."

6          173.    In an April 25, 2024 note titled "The Ditch Gets Deeper," Barclays analyst Tom

7  O'Malley lowered his price target from $44 to $40, and wrote that "we learned that Lunar Lake will

8  be almost entirely fabbed at TSMC, and none of the tiles will feature an INTC process, and certain

9  SKUs of Arrow Lake will contain external compute tiles as well."  He further wrote that "IFS missed

10  as well by our calculations, ($16M vs. St. $170M) due to lower back-end services and IMS tool

11  sales."

12          174.    Also on April 25, 2024, a Wall Street Journal article titled "Intel Reports Q1 Loss

13  Despite Revenue Boost From PC Recovery" reported "Earlier this month, the company disclosed

14  about $7 billion in operating losses for its chip manufacturing division last year, sending its stock

15  price lower.  Intel has said that 2024 is the low point for the Foundry's operating losses, and the

16  company on Thursday revealed that they had nearly $2.5 billion of losses in the first quarter."

17          175.    An April 25, 2024 *Bloomberg* article titled "Intel Tumbles Most in Three Months

18  After Tepid Forecast," noted "The foundry business had an operating loss of about $2.5 billion in

19  the first quarter, wider than the losses posted in the preceding quarter and the one a year earlier."

20      **J.      Despite the Poor Q1 2024 Results, Defendants Falsely Reassure Investors and**
            **Tout Intel Foundry Throughout Q2 2024; IFS Chief Pann Resigns**
21

22          176.    At Intel's May 7, 2024 annual meeting of shareholders, Gelsinger reiterated that "The

23  increased scale that enables, and we see that Intel Products helps Intel Foundry and vice versa. The

    products group derisks the factory and with that we drive the early defect densities, the earliest phase
24
    of new process, technology and factory enablement and this makes it more attractive or reduces the
25
    risk for external foundry customers."
26
            177.    On May 13, 2024—not two quarters into the new segment reporting—Stuart Pann
27
    resigned.  He was replaced by Kevin O'Buckley.
28

---

178.     At the May 30, 2024, Goldman Sachs Global Semiconductor Conference, Pitzer stated, "We've given you the P&L for Intel foundries, at least on the operating margin line. *The biggest incremental driver of improvements there is really at Intel Foundry. And I did talk about already the path to breakeven being something that we have relatively high certainty to, because a lot of those things are in our control, and we can see them*."

179.     Pitzer continued to tout the Foundry, stating: "[w]e now have six Intel 18A external foundry customers. We've got a lifetime deal value of greater than $15 billion. *And I think we're well on our way to our aspirations of being the second largest external foundry by 2030*."

180.     Pitzer also linked the CHIPS Act and Semiconductor Co-Investment Program (SCIP) funding as critical "especially during a period of time where the economics of the business are still playing catch up."[20]

181.     Similarly, at the June 4, 2024 Bank of America Technology Conference, Pitzer continued to tout to investors "the "opportunity to capitalize on that with Intel Foundry, both on the advanced packaging side and on the wafer side."

182.     However, given the disappointing news that had come out about Intel Foundry, Pitzer was asked the following question:

> Question: …And then the last topic was on Intel Foundry Services, right, so now the name of the combined kind of manufacturing, right, plus, external foundry. *What came as a surprise was just the period at which Intel would breaking even in that business*. So what went into that thinking? Is it just the TAMs are different than when the original decision was made? Like, talk us through what that implies for…

Pitzer responded by mitigating the questioners' concerns, and despite having previously expounded on the importance of external customers, claiming that Intel did not need more demand to meet its publicly stated margin targets and in fact, he set the impression for investors that the Company may reach its targets even sooner than previously indicated:

> Answer: Yeah. I'm glad you asked the question because it's a really important point of clarification. When we presented the webinar in early, what we tried to present to the investment community was a target model, not a forecast, but really a target model that was based on what we thought was reasonable to conservative revenue

---

[20] *See infra* VIII.C, for discussion of Intel's use of external funding for its foundry ambitions.

expectations.  And so, at the endpoint, the 2030 model, we kind of gave at the Intel consolidated level a 60/40 breakdown between gross margin and operating margin.  That's really based on about $100 billion of revenue in that time period.  Where if you look at Street numbers today, we're roughly at $55 billion is what the Street's estimating for 2024.  *If you kind of break down how we get from $55 billion to $100 billion, we told you that $15 billion of that would be external foundry customer by 2030*.  *It's effectively zero today in Q1.  So that take that $100 billion down to $85 billion.  So, what we're really talking about is $55 billion today going to $85 billion.*

\*\*\*

Now, listen again, it's a target.  It's not a forecast.  *If revenue comes faster in a fixed cost business, we should be able to get to those margin targets more quickly.  More importantly, when you think about the breakeven point midway between now and 2030 for Intel Foundry, which is effectively 2027, a lot of what we need to see for that to happen is somewhat independent of end demand*.

**K.    In August 2024, Intel Announces Additional Devastating Foundry-Related Fallout in Q2 2024 Earnings, With Foundry Operating Losses Deepening Both Year-over-Year (YoY) and Quarter-over-Quarter (QoQ)**

183.    Intel released dismal Q2 2024 financial results on August 1, 2024, in a press release filed on Form 8-K. Even though revenues were up slightly up from $12.7 billion in Q1 2024 to $12.8 billion in Q2 2024, Intel's operating margin precipitously dropped both YoY and QoQ, from (7.8)% in Q2 2023 and (8.4)% in Q1 2024 to an abysmal (15.3)% in Q2 2024.  Although Foundry revenue of $4.3 billion was up 4% from Q2 2023, it was down 1% QoQ ($49 million).  Foundry operating losses, however, ballooned from $1.87 billion in Q2 2023 to $2.83 billion in Q2 2024, and increased 14.3% from Q1 2024 losses of $2.474 million.  Adjusted (non-GAAP) EPS of $0.02 per share fell woefully short of analyst's expectations of $0.10 per share.  Intel also provided weak Q3 2023 guidance, $12.5 - $13.5 billion, also below analysts' consensus, with a non-GAAP projected *loss* of (0.03)% per share.

184.    To slow the hemorrhaging, Intel immediately suspended its dividend, and announced plans to lay off 15% of its workforce (15,000 employees) while immediately undertaking a $10 billion cost reduction plan to increase efficiency and market competitiveness—a significant acceleration of the more measured plan, first announced in 2022, repeated throughout 2023, and reiterated as recently as March 6, 2024, to cut a total of $8 billion to $10 billion by the end of 2025.

185.　During an earnings call held the same day, Zinsner provided a sober view of the Foundry's performance:

> **Intel Foundry delivered revenue of $4.3 billion, down 1 point sequentially** and up 4% year over year, driven by increased wafer volume on Intel 7 and our first EUV nodes, Intel 4 and 3.
>
> Foundry Services revenue more than doubled sequentially off a small base, including the start of advanced packaging revenue. Foundry operating loss of $2.8 billion was worse sequentially. **We expect operating losses to continue at approximately the same rate in Q3, with more than 85% of wafer volume still coming from pre-EUV nodes with an uncompetitive cost structure and power, performance and area deficits reflected in market-based pricing.** The continued ramp of our Intel 4 and 3 Ireland facility and elevated R&D and startup cost to support the rapid progression of our leading-edge technology development will also weigh on profitability.

186.　During analyst Q&A, Vivek Arya asked about the impact of the restructuring measures announced on Intel's R&D roadmap, its long-term foundry opportunities, and CHIPS Act funding. CEO Gelsinger assured investors that CHIPS Act funds "are milestone-based investments. We still believe that we're comfortably able to execute against those milestones across the projects that we've announced.　So we believe very comfortably that the CHIPS model that we've put in place, we've worked closely with the CHIPS program office in the US government, we're very comfortable on those plans."[21]

187.　Regarding the impact of the significant cuts on the success of Intel Foundry, Gelsinger provided little new information to validate the proposition that there will be sufficient advanced *wafer* production volume for Intel's new fabs to become profitable.　First, Gelsinger responded "we are seeing a lot of momentum in areas like the advanced packaging areas where we're actually seeing quite a lot of uptake and expansion of those opportunities."　However, advanced packaging is a service provided for chips not (necessarily) made by Intel.　Second,

---

[21] On September 4, 2024, it was reported by *Bloomberg* that Intel's CHIPS Act funding was being held up. Although negotiations were ongoing, "the company has resisted sharing certain information requested by US officials who are seeking to vet the viability of Intel's manufacturing road map" in the wake of the spending cuts and 15,000 layoffs announced on August 1, 2024. By October 24, 2024, *The New York Times* reported a continued lack of progress: "There's been renegotiations on both sides," Mr. Gelsinger said. "My simple message is, 'Let's get it finished.'"

1  Gelsinger referenced "the $15 billion of LDV [lifetime deal value] that we've talked about and the

2  $15 billion revenue by the end of the decade, we're very confident that those are still very solid

3  guidelines for us to be building to."  What is most notable about this statement is that the "lifetime

4  deal value" of the external foundry deals remained unchanged for more than five months, from

5  Foundry Day on February 21, 2024, until August 1, 2024.  In contrast, in the second half of 2023

6  and in January and February 2024, Gelsinger announced agreements with "lifetime deal value" of

7  $4 million, then $10 million, and then $15 million.

8          188.    On this news, the price of Intel stock fell from $29.05 per share at market close on

9  August 1, 2024 to $21.48 per share by market close on August 2, 2024, a decline of 26% on

10  abnormally high volume of over 300 million shares traded.  The decline was reportedly the worst

11  daily performance of Intel stock since at least 1985.

12          189.    Investors were disappointed.  On August 1, 2024, J.P. Morgan published a credit

13  research report titled "Intel: Hitting the Reset Button."  While retaining a "Neutral" rating, credit

14  analyst Christian Crosby expressed surprise at the Company's announcement given management's

15  positive assurances given just months earlier, and questioned the likelihood of the Foundry's

16  success:

> **Intel announced an incredibly disappointing result this afternoon,** with a sizable miss on headline financials and 3Q guidance. ***Management had been hopeful for a 2H turnaround, but this is not happening in 3Q at least, and the Intel team has accordingly elected to take a series of actions to improve its margin and liquidity profile***. They today noted plans to cut opex, COGS, gross capex, and the dividend (in full) as part of an initiative that it sees saving $10bn + next year. While these cushion the blow of today's result in part, ***these efforts will likely fail to provide investors much comfort*** for a credit that has regularly disappointed on earnings days over the last few years. The actions being taken are necessarily bold, and we positively see these as helping insulate the balance sheet and liquidity profile (especially the dividend), ***but at the end of the day, growth is the only thing that can improve sentiment here***.
>
> ***
>
> ***Risks to our Intel rating include*** potential for results to turn around sustainably such that investors regain confidence in the firm, or conversely for ***a lack of traction on foundry initiatives to leave Intel in a worse strategic position than before IDM 2.0.***
>
> ***

Despite the significant cut to capital spending, Intel said it remains committed to the longer-term foundry plan and said that these efforts should put the firm on track for "meaningful financial traction."

***

Having generated just $2.3bn in CFO in 2Q, reported FCF of $8.16bn was only positive thanks to the receipt of $11.0bn in proceeds from the firm's completed Irish foundry stake sale to Apollo.[22]

190.    Wedbush published a report titled "Another Reset to Expectations" and highlighted the high costs of Intel outsourcing production of its new chips to its rival TSMC:

- A gross margin reset, *which impacted Q2 and will continue to weigh on forward results.*
  - Intel attributed the ~400bps dip to a combination of *underutilization, more competitive pricing* and a faster transition to Lunar Lake.
  - *The latter point had the largest impact on margins* as a faster ramp of new capacity nodes in Ireland to support AI PCs *and a greater proportion of the part content shifting to TSMC moving forward impacts both reported margins and Intel's forward outlook for profitability.*

191.    As indicated in that commentary, the major revelation from the Q2 results was not so much the results themselves, but the revelation of more fundamental and long-term concerns:

Having said this, such significant changes necessarily beg some seminal questions:
- *If Intel struggles to project the current quarter/year, how much faith should investors have in the accuracy of the longer term model?*
- Will cuts in capital and operating investment impinge upon Intel's ability to execute on its ambitious plans to restore manufacturing and IC [integrated circuit] design parity?

And, *with Intel in the midst of massive technological transitions that necessarily investors have little insight into, we believe these questions will weigh on sentiment until Intel can offer some more promising concrete signs of progress, bolstering confidence that Intel is indeed executing to plan on its manufacturing and product initiatives.*

***

- **Intel Foundry**: While the Foundry P&L was expected to be challenged throughout the year, *these challenges appear to now be greater and also extend into 2025* as a more significant ramp of Lunar lake weighs on forward utilization rates.

---

[22] Bold only in original; bold and italics supplied.

192.     On August 8, 2024, Alan Patterson published an article in *EETimes.com* entitled "Intel Years From Success in Foundry Business, Analysts Say." In the article, Stacy Rasgon of Bernstein Research is quoted, along with Dylan Patel, chief analyst at SemiAnalysis and Zobair Yaqubi of Antipodes. "The main problem will be making Intel Foundry Services (IFS) cost competitive with larger rival TSMC, [the analysts] said." "'The yields are just really bad,' Bernstein Research senior analyst Stacy Rasgon told EE Times. He questioned whether Intel would see meaningful shipments of 18A chips by July 2027."

193.     According to Patterson, the analysts debunked the positive statements CEO Gelsinger made on the Q2 2024 call when asked about external customers:

> IFS sales to customers outside of parent company Intel remain insignificant, according to Rasgon.

> "The initial ramp up is probably mostly packaging," Rasgon said. "They gave some targets for external revenue. They're aggressive. We've seen effectively nothing yet. They don't have the processes yet. Especially if the bulk of the interest is going to be on 18A, they haven't launched it yet."

> IFS cannot compete with larger rivals like TSMC and Samsung on a cost basis, Dylan Patel, chief analyst at SemiAnalysis, told EE Times.

> "Eventually Intel can compete if they get more competitive in process technology, but that isn't until 2026 at minimum in our view," Patel said.

> Intel will continue to rely on TSMC for advanced node silicon, Patel added.

194.     Patterson added: "'The IDM 2.0 truck has now driven right into a wall, so to speak, and the company's grandiose visions increasingly appear at odds with a much more muted reality,' Rasgon said in a report he provided to EE Times."

**L.     After the Class Period, Intel Abandons 20A, Is Removed from the Dow, and Gelsinger Suddenly "Retires" Without a Permanent Replacement**

195.     As reported by the website Tom's Hardware on September 4, 2024, "In a surprise move, Intel announced today that it no longer plans to use its own 'Intel 20A' process node with its upcoming Arrow Lake processors for the consumer market.  Instead, it will use external nodes, likely from partner TSMC, for all of Arrow Lake's chip components."  Tom's Hardware further reported that "Intel CFO Dave Zinsser also commented on the matter during the company's

discussion at the Citi Global TMT Conference today, indicating the company would 'skip over productizing' the 20A node to reduce capital expenditures and spending.  Intel projects it will save half a billion dollars by skipping the 20A node."  A September 5, 2024, article published on Yahoo! Tech similarly reported that "Intel has rather quietly announced that its upcoming Arrow Lake line of processors will not be the poster child of its 20A node after all, and will instead be entirely based on external foundry nodes.  That effectively concludes work on the node and presumably cedes all Intel's next-gen chips to TSMC."

196.    Then, in early November 2024, S&P Global announced that it was dropping Intel from the Dow Jones Industrial Average, to be replaced by Nvidia.

197.    On December 2, 2024, Intel suddenly announced Gelsinger's retirement and resignation from the Board of Directors, effective immediately, without a permanent CEO replacement.  An Intel press release stated, "[e]ffective Dec. 1, 2024, Intel Corporation CEO Pat Gelsinger has retired from the company and stepped down from the board of directors."  Intel "named two senior leaders, David Zinsner and Michelle (MJ) Johnston Holthaus, as interim co-chief executive officers while the board of directors conducts a search for a new CEO."

198.    A December 13, 2024 article titled "8 Big Comments By Intel's CEOs On Its AI, PC, Data Center And Foundry Efforts," with the byline "Interim Co-CEOs Were Chosen By Board For Their Transparency" reported:

> Zinsner (pictured) said one reason the board of directors chose him and Holthaus to lead the company is because of their emphasis on transparency when communicating progress on the comeback plan devised by Gelsinger.
>
> "We are a little bit more on a say-do basis for we're more likely to tell you things as we've accomplished big milestones that are meaningful, as opposed to early indications of success. So that's our philosophy," he said.
>
> "I think that's why the board actually chose us to run the interim role, because we are so transparent and operate in that way. And I think the investors can expect us to do that as we go through earnings calls and so forth," Zinsner added.
>
> Zinsner was responding to a question about whether he had any new manufacturing milestones to announce for Intel Foundry's 18A process, which is the last advanced chip-making node in the company's node acceleration plan

that is meant to put Intel ahead of Asian foundry giants TSMC and Samsung for leading-edge capabilities.

## V.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS

### A.    Intel's 2023 Financial Results

199.    The Class Period begins on January 25, 2024. On that day, Intel announced fourth quarter and full year 2023 financial results in a press release (the "FY2023 Press Release"). The FY2023 Press Release reported the results of Intel's business unit revenue, including Intel Foundry Services, as follows:

| Business Unit Revenue and Trends | Q4 2023 | vs. Q4 2022 | 2023 | vs. 2022 |
|---|---|---|---|---|
| Client Computing Group (CCG) | $8.8 billion | up 33% | $29.3 billion | down 8% |
| Data Center and AI (DCAI) | $4.0 billion | down 10% | $15.5 billion | down 20% |
| Network and Edge (NEX) | $1.5 billion | down 24% | $5.8 billion | down 31% |
| Mobileye | $637 million | up 13% | $2.1 billion | up 11% |
| Intel Foundry Services (IFS) | $291 million | up 63% | $952 million | up 103% |

200.    The FY2023 Press Release also included the following chart reflecting operating income (loss) for Intel's segments, including Intel Foundry Services:

| (In Millions) | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | Dec 30, 2023 | Dec 31, 2022 | Dec 30, 2023 | Dec 31, 2022 |
| | * * * | | | |
| **Operating income (loss):** | | | | |
| Client Computing | $ 2,888 | $ 524 | $ 6,520 | $ 5,569 |
| Data Center and AI | 78 | 126 | (530) | 1,300 |
| Network and Edge | (12) | 126 | (482) | 1,033 |
| Mobileye | 242 | 210 | 664 | 690 |
| Intel Foundry Services | (113) | (34) | (482) | (281) |
| All other | (498) | (2,084) | (5,597) | (5,977) |
| Total operating income (loss) | $ 2,585 | $ (1,132) | $ 93 | $ 2,334 |

201.    On January 26, 2024, Intel filed its annual report on Form 10-K for the period ended December 31, 2023.  Therein, Defendants repeated the false and materially misleading business unit revenues and operating losses figures Defendants announced on January 25, 2024, as set forth in ¶¶199-200, above.  Intel's 2023 Form 10-K also presented the following chart reflecting IFS's revenue and operating losses from 2021 through 2023:



Financial Performance

202. The statements in ¶¶199-201, *supra*, regarding Intel's FY 2023 financial results were materially false and/or misleading, and failed to disclose material adverse facts necessary to render the statements not misleading, because:

(a) Reporting only external foundry financial results—a *tiny* piece of the overall foundry picture in 2023—was materially misleading in context as it concealed Intel's billions in full foundry losses and deeply negative foundry operating margin in FY 2023;

(b) Reporting only external foundry financial results, including 103% revenue growth, was materially misleading in context as the full foundry experienced a material *decline* in revenue (later revealed to be a decline of more than 31% in 2023 compared to 2022), driven by significantly lower internal revenue;

(c) Reporting only external foundry financial results, and failing to disclose costs of manufacturing and technology development that were instead allocated internally, was materially misleading in context as it is clear that IFS could not even have existed without Intel's existing internal manufacturing and technology development infrastructure, let alone generated the impressive growth percentages touted. For example:

(i) IFS was built upon the internal manufacturing infrastructure already in place (Gelsinger stated of IFS, "[w]e are ready to engage with customers today, starting with our existing foundry offerings");

(ii) IFS benefitted from research and development *paid for* by the products divisions and provided for free to IFS (Gelsinger stated, "IFS also benefits from

SECOND AMENDED CLASS ACTION COMPLAINT, Case No. 3:24-cv-02683-TLT
61

1    IDM, right?  Essentially, they get $10 billion of free R&D" and "my IFS

2    business gets all of those TD investments, those manufacturing networks, the

3    IP blocks that we're creating for free, billions of dollars of R&D is being made

4    immediately available to the Intel Foundry Services");

5    (iii)    IFS benefitted from "derisking" of manufacturing and technology development

6    done internally, but bore none of those costs (as Gelsinger explained, "[w]e've

7    already derisked the technology, the ramp, the defect curves by the volumes,

8    the significant volumes of Intel product wafers going in" and "clearly, this idea

9    of our product teams derisking and driving our factory networks, enormous

10    value to our external foundry customers.").

11    (d)    The reported financial results must be read in context with statements in Intel's Q4

12    2023 earnings call, wherein Defendants made additional statements about the success

13    of IDM 2.0, IFS manufacturing capacity, IFS node development, and 5 nodes in 4

14    years—all of which directly implicate, and give rise to a duty to disclose, the true extent

15    of losses being generated in support of those activities (for example, Zinser stated: "the

16    rapid pace of delivering 5 nodes in 4 years and capacity expansion ***in support of***

17    ***external foundry*** commitments remain headwinds on the pace of our margin

18    expansion," underscoring that these expenses benefitted IFS and external sales, but the

19    associated costs were buried in the P&Ls of the products units, thus concealing the true

20    *extent* of those "headwinds" at the time);

21    (e)    As an independent basis for falsity, the reported financial results violated GAAP rule

22    ASC 280, as set forth in Sec. VI, *infra*;

23    (f)    Prior to announcing Q4 and FY 2023 financial results, all Defendants, including

24    specifically Gelsinger and Zinsner, were well aware of, and had access to information

25    reflecting, the massive extent of undisclosed full-foundry losses and materially

26    declining revenue for FY 2023; and

27    (g)    Finally, Defendants knew or recklessly disregarded that a failure to report the full

28    foundry financial results risked materially misleading investors.

1    **B.    Defendants' Cost Savings/Efficiency Statements**

2    203.    The FY2023 Press Release included the following comment from CFO Zinsner:

3    "We continued to drive operational efficiencies in the fourth quarter, and
***comfortably achieved our commitment to deliver $3 billion in cost savings in 2023.***
4    We expect to unlock further efficiencies in 2024 and beyond as we implement our
new internal foundry model, which is designed to drive greater transparency and
5    accountability and higher returns on our owners' capital."

6    204.    During the Q4 and FY 2023 earnings call on January 25, 2024, Defendants provided

7    an investor presentation which touted Intel's internal foundry model, including stating operational

8    efficiencies included ">$3B in FY'23, Internal Foundry Model," as shown excerpted:



205.    At the outset of his remarks during the January 25, 2024 earnings call, Gelsinger

proudly echoed Zinsner's sentiment from the press release that: "[W]e had strong EPS upside as a

result of our ongoing relentless focus on driving operating leverage and expense management,

including ***comfortably meeting our $3 billion cost savings commitment for fiscal year '23.***"

206.    Defendants' discussion of the "operational efficiencies" and achievement of "$3

billion cost savings" for FY 2023, while omitting any mention of the billions in operating *losses*

incurred by the foundry in 2023 (*notwithstanding* the highlighted savings), was materially misleading because:

(a) It was materially misleading, in context, to tout such "operational efficiencies" and cost savings when, even despite these savings, the key to Intel's transformation—launching the Foundry—generated $7 billion in losses in 2023. As the April 5, 2024 Bernstein analyst report stated, "the idea that a -37% operating margin and $7B loss do not yet represent a trough is somewhat breathtaking especially given all the cost cuts the company was supposedly implementing last year"; and

(b) In addition, Defendants had a duty to disclose the massive losses incurred by the full foundry (*i.e.*, under application of the foundry model) in 2023 because Defendants linked Intel's ability to drive "operational efficiencies" and achieve "$3 billion cost savings" to the internal foundry model in 2023, including, for example:

- The IDM 2.0 Acceleration Office was formed "to bring this new internal foundry model to life" and Zinsner stated "we're forming the IDM 2.0 Acceleration Office and doubling down on our efforts to reduce costs and find efficiencies across the organization. We'll start with a focus on driving $3 billion of cost reduction in 2023";

- When Zinsner was asked on December 5, 2022, if "you take out $3 billion this year, you take that 8 to 10 by 2025. How does that impact the process road map?" He responded, in part, by pointing to efficiencies from the new foundry model, stating: "creating 2 P&Ls and really managing the P&Ls in a different way is to drive this behavior and make it way more efficient";

- On February 22, 2023, Gelsinger stated that Intel "committed to $3 billion in cost savings in 2023, which we look to exceed as a down payment on the $8 billion to $10 billion of structural savings we expect exiting 2025." Defendants repeatedly said around half of the total $8 to $10 billion savings—of which $3 billion was a "down payment"—derived from implementing the internal foundry model;

- During the June 21, 2023 foundry model webinar, Zinsner stated: "We first discussed our internal foundry model in Q3 of 2022 as part of our multiyear cost efficiency effort, which includes reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025."

- The June 21, 2023 Foundry Model Webinar presented slides that listed "$3b in 2023" under the graphic heading "COST REDUCTION" (¶89);

- On August 31, 2023, Gelsinger said, regarding the internal foundry model, that "it's causing us to get efficient, more disciplined on every dimension of how we operate internally. And that's a major cultural shift that's going to take us multiple years to fully realize all the benefits. That's part of what we

said, $3 billion this year in cost savings, $8 billion to $10 billion over time. That's a key aspect of how we achieve that…."

• The slide in ¶204, *supra*, links the $3 billion in cost savings and the internal foundry model under the heading "Operational Efficiencies";

• Zinsner's comment on April 2, 2024 that "[s]ince introducing market-based pricing last year, we've already seen a 95% reduction in expedites, with fair market pricing driving better decision-making. We're also already seeing 5% to 10% improvement in capital per wafer start on new capacity, driving improved cost structure for the business" confirms that the foundry model helped to achieve efficiencies and drive cost savings in 2023.

Thus, having discussed the benefits of the internal foundry model in terms of its efficiency improvements and cost savings in 2023, including but not limited to its contributions to $3 billion in cost savings, Defendants were duty bound to disclose the costs incurred under the foundry model in 2023.

### C. Gelsinger's "Significant Traction" and "Growing Demand" Statements

207. On March 28, 2024, Intel published its Annual Report to Security Holders, which contained a prefatory letter from Defendant Gelsinger which stated in relevant part:

*While still early in our foundry journey, we are seeing significant traction.* We began 2023 with a commitment from one Intel 18A foundry customer and ended the year with four. We also achieved five advanced packaging wins, a testament to the advantages of Intel Foundry.

*To support the growing demand for our foundry offering, we continued to expand our manufacturing capacity and capabilities*.

208. Gelsinger's statements that foundry was "seeing significant traction," and that "To support the growing demand for our foundry offering, we continued to expand our manufacturing capacity" were materially misleading because:

(a) Foundry was not experiencing significant traction or growing demand. Foundry revenue (both internal and external) fell precipitously in Q1 2024 (which was only two days from completion at the time of Gelsinger's statement) as compared to the prior quarter (Q4 2023) and the same quarter in the prior year (Q1 2023):[23]

---

[23] All dollar numbers in millions. Data obtained or derived from Intel's SEC filings as indicated in the following footnotes.

|  | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024 | Q2 2024 |
|---|---|---|---|---|---|---|
| **IFS** | $118[24] | $232[25] | $311[26] | $291[27] | N/A | N/A |
| **subsequently reported as "external" Foundry** | $118[28] | $231[29] | $312[30] | $292[31] | $27[32] | $77[33] |
| **"internal" Foundry**[34] | $4,713 | $3,941 | $4,420 | $4,883 | $4,342 | $4,243 |
| **total Foundry** | $4,831[35] | $4,172[36] | $4,732[37] | $5,175[38] | $4,369[39] | $4,320[40] |

(b)    The declining internal demand for Foundry is further shown by the decisions of Intel's product business units to increase their outsourcing of chips to rely on third parties such as TSMC rather than Intel's Foundry.   On April 2, 2024, in response to the question "Could you remind us what percent of your revenue is outsourced to external foundries today?"   Gelsinger stated "Yes. So it's on the order of 30-ish percent of our

---

[24] Intel Q1 2023 Form 10-Q at page 27.

[25] Intel Q2 2023 Form 10-Q at page 29.

[26] Intel Q3 2023 Form 10-Q at page 30.

[27] Calculated from full year 2023 results from Intel 2023 Form 10-K at page 36, less the 2023 quarterly results reflected in nn.24-26, *supra*, and accompanying text.

[28] Intel Q1 2024 Form 10-Q at page 10.

[29] Intel Q2 2024 Form 10-Q at page 10.

[30] Intel Q3 2024 Form 10-Q at page 10.

[31] Calculated from full year 2023 results from Intel Form 8-K dated April 2, 2024 at Exhibit 99.1 at page 9, less the 2023 quarterly results reflected in nn.28-30, *supra*, and accompanying text.

[32] Intel Q1 2024 Form 10-Q at page 10.

[33] Intel Q2 2024 Form 10-Q at page 10.

[34] Internal foundry revenues are calculated as total foundry revenues less external foundry revenues.

[35] Intel Form 8-K dated April 25, 2024 at Exhibit 99.2.

[36] *Id.*

[37] *Id.*

[38] *Id.*

[39] Intel Q1 2024 Form 10-Q at page 11.

[40] Intel Q2 2024 Form 10-Q at page 11.

wafers today that we bring in externally." This was a substantial increase in outsourcing from the 20-25% levels of mid-2023;

(c)    Gelsinger's references to "significant traction" and "growing demand" were not limited to describing the mere handful of 18A customer commitments and packaging wins that he highlighted as examples, but referred more broadly to the Foundry's success with customers. On February 21, 2024, Gelsinger touted an "expected lifetime deal value of over $15 billion of customer in our foundry customer business," stating that "we've seen extraordinary interest from customers." Zinsner repeated the "$15 billion of lifetime deal value" claim on March 6, 2024, stating "I think we have most of the top 20 customers on the foundry side running test chips with us. And so we look like we're in a good place as it relates to getting the pipeline";

(d)    Analysts had been led to expect higher external Foundry revenue for Q1 2024 based on Defendants' statements regarding customer agreements and lifetime deal value. The April 26, 2024 J.P. Morgan note stated "One of the surprising takeaways is that we believe external customer foundry revenue was less than $50M for 1Q (after roll-off of traditional packaging revenues) and quite low given the large lifetime deal value and customer commitment announcements over the past 18 months (e.g. secured six large customer commitments for 18A). Similarly, on April 25, 2024 Barclays noted that "IFS missed as well by our calculations, ($16M vs. St. $170M)…";

(e)    To the extent that Gelsinger's statements related to the Foundry customer commitments for 18A that he mentioned, those contracts, if not modified or canceled, would only produce revenue years in the future. As Gelsinger stated on October 26, 2023, "a wafer customer is a multiple billion dollar customer . . . And that billions of dollars takes 2 to 3 years to materialize";

(f)    Given the length of time between an initial agreement and the successful design and fabrication of the chip at issue, customers may choose other foundries to meet their needs. For example, while Intel had announced on July 26, 2021, an agreement with Qualcomm to use Intel's 20A chips (with 20A production ramping in 2024), by August

2023 it was reported that Qualcomm appeared to have halted chip development on the Intel 20A node, instead considering offerings from TSMC or Samsung; and

(g)     After Gelsinger indicated during the Q1 2024 earnings call that Intel 20A "begins production ramp in the second half of this year with Arrow Lake," Intel abruptly terminated 20A in early September.  As reported by the website Tom's Hardware on September 4, 2024, "In a surprise move, Intel announced today that it no longer plans to use its own 'Intel 20A' process node with its upcoming Arrow Lake processors for the consumer market. Instead, it will use external nodes, likely from partner TSMC, for all of Arrow Lake's chip components."  Tom's Hardware further reported that "Intel CFO Dave Zinsser also commented on the matter during the company's discussion at the Citi Global TMT Conference today, indicating the company would 'skip over productizing' the 20A node to reduce capital expenditures and spending. Intel projects it will save half a billion dollars by skipping the 20A node."

In light of declining internal demand and increased outsourcing, that customer commitments on nodes in development would not generate revenue for multiple years, that customers could abandon Intel before a node is ready for production, and/or that an entire node could simply be cancelled, Gelsinger's citation of such "commitments" as evidence of "growing demand" or "significant traction," was materially misleading.

## VI.     EXPERT ANALYSIS CONFIRMS THAT INTEL'S IMPROPER SEGMENT REPORTING VIOLATED GAAP

209.     To aid in the analysis of Intel's segment reporting for FY 2023 and the application of ASC 280 in this case, Plaintiffs retained an accounting consultant with specific relevant expertise, Harris L. Devor, CPA.  The analysis conducted by Mr. Devor confirms that Intel, by reporting only the results of external foundry transactions and excluding revenue and expenses allocated to internal transactions, issued materially false and incomplete FY 2023 financial results.  Paragraphs ¶¶210-263 below are the statements and conclusions of Mr. Devor based on his review of publicly-available information as described herein:

1    210.    I am a Managing Director in the firm of CBIZ Forensic Consulting Group, LLC, in

2    CBIZ's Philadelphia office. CBIZ Forensic Consulting Group, LLC is associated with CBIZ, Inc.,

3    which is headquartered in Cleveland, OH with numerous offices in both the United States and

4    abroad. I am nationally recognized as both an audit practitioner and forensic/litigation support

5    specialist who has provided expert testimony around the country as well as internationally. My

6    professional experience of over 50 years since graduating from Temple University in 1973 has

7    primarily and extensively been in applying generally accepted accounting principles ("GAAP"),

8    generally accepted auditing standards ("GAAS") and Securities and Exchange Commission

9    ("SEC") requirements, and I have provided accounting and auditing services to both large public

10    companies as well as small, privately owned businesses. I have been both an audit partner for the

11    bulk of my 50-year career as well as a Forensic/Litigation Support partner for the last 35+ years of

12    my career.

13    211.    I have served as the sole accounting and auditing expert in some of the largest, most

14    high-profile securities fraud cases of the last several decades, most involving the compliance with

15    GAAP, or lack thereof by companies reporting in financial statements, and the compliance or lack

16    thereof with GAAS/PCAOB[41] Standards, by some of the largest accounting firms in the world, in

17    the conduct of audits they performed. I have taught and lectured on many topics ranging from

18    securities law violations to accounting and auditing related subjects.[42]

19    212.    In forming my opinions, I or those under my supervision reviewed the following

20    materials:

21    •    The Consolidated Class Action Complaint for Violations of the Federal
          Securities Laws filed in the above-captioned litigation dated October 30, 2024;
22    •    The Order Granting Motion to Dismiss in the above-captioned litigation signed
          March 3, 2025, and filed March 4, 2025;
23
      •    Intel's 2023 Form 10-K;
24    •    Intel's Form 8-K dated April 2, 2024;

25    _____

      [41] The Public Company Accounting Oversight Board, or "PCAOB", which is under the authority of
26    the SEC, is a private-sector, nonprofit corporation created by the Sarbanes-Oxley Act of 2002 to
      oversee accounting professionals who provide independent audit reports for publicly traded
27    companies.

28    [42] A copy of Mr. Devor's resume is attached as Exhibit 1 hereto. Expert testimony provided by Mr.
      Devor at trial or by deposition in the past four years is summarized in Exhibit 2 hereto.

- Statement of Financial Accounting Concepts No. 8, Chapter 3, *Qualitative Characteristics of Useful Financial Information*;
- Accounting Standards Codification Topic No. 280, *Segment Reporting* and predecessors thereto as referenced herein;
- Section 25.3 of PricewaterhouseCoopers ("PwC") 2024 guide titled *Financial Statement Presentation*;
- Chapter 3 of KPMG's 2024 handbook titled *Segment Reporting (post-ASU 2023-07)*; and
- Various publicly available articles and call transcripts regarding Intel's foundry operations as referenced herein.

### A.    The Fundamental Qualitative Characteristics of GAAP-Compliant Financial Statements

213.    Financial statements (including notes thereto) are a central feature of financial reporting and are a principal means of communicating financial information to parties external to a company, such as, relative to this matter, investors. Intel reported that the financial statements contained in its publicly-filed periodic financial reports (i.e., its Forms 10-Q and 10-K) during the Class Period were prepared in accordance with GAAP. GAAP is the official standard for accounting accepted by the Securities and Exchange Commission ("SEC") of the United States and is primarily promulgated by the Financial Accounting Standards Board ("FASB"). GAAP is recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practices at a particular time. The Accounting Standards Codification ("ASC") is the current source of this authoritative GAAP recognized by the FASB to be applied by nongovernmental entities.

214.    Financial statements contain the representation(s) of economic phenomena in words and numbers.[43] To comply with GAAP, financial information representing economic phenomena must be useful.[44] In the foundational concepts underlying GAAP, the FASB indicates that to be useful and comply with GAAP, financial statements must contain information about relevant phenomena and also requires that such phenomena be depicted in a manner that "faithfully represent

---

[43] Statement of Financial Accounting Concepts ("FASCON") No. 8, Chapter 3, *Qualitative Characteristics of Useful Financial Information* ("FASCON 8, Chapter 3"), para. QC12.

[44] FASCON 8, Chapter 3, para. QC17.

the phenomena that it purports to represent."[45] As such, the FASB identifies *relevance* and *faithful representation* as the two fundamental qualitative characteristics of useful financial information.

215.    In explaining the term *relevance*, the FASB states that "[r]elevant financial information is capable of making a difference in the decisions made by users. Information may be capable of making a difference in a decision even if some users choose not to take advantage of it or already are aware of it from other sources."[46] The FASB further states that "[i]t is self-evident that financial information is only useful for making a decision if it is capable of making a difference in that decision" and uses the term *relevance* to describe this capacity.[47]

216.    With respect to the other fundamental qualitative characteristics of useful financial information (i.e., faithful representation), for the depiction of economic phenomena contained within financial statements to provide a perfectly faithful representation of such phenomena, the FASB requires that financial information describing relevant economic phenomena must be depicted in a manner that is "complete, neutral, and free from error."[48] To be complete, financial information must include everything "necessary for a user to understand the phenomenon being depicted, including all necessary descriptions and explanations."[49] To be neutral, financial information must not be "slanted, weighted, emphasized, deemphasized, or otherwise manipulated to increase the probability that financial information will be received favorably or unfavorably by users."[50] For financial information to be free from error, it must not have material "errors or omissions in the description of the phenomenon, and the process used to produce the reported information has been selected and applied with no errors in the process."[51]

---

[45] FASCON 8, Chapter 3, para. QC12.
[46] FASCON 8, Chapter 3, para. QC6.
[47] FASCON 8, Chapter 3, para. BC3.11.
[48] FASCON 8, Chapter 3, para. QC 12.
[49] FASCON 8, Chapter 3, para. QC 13.
[50] FASCON 8, Chapter 3, para. QC 14.
[51] FASCON 8, Chapter 3, para. QC 15.

1

B.      Segment Reporting Prescribed Under GAAP

2

1.      *History and Purpose of Segment Reporting Under GAAP*

3      217.    The requirement for public companies to provide specific information about

4    operating segments in financial reports in order to comply with GAAP formally began in 1976,

5    almost 50 years ago, with the FASB's issuance of Statement of Financial Accounting Standards No.

6    14, *Financial Reporting for Segments of a Business Enterprise*. ("FAS 14"). In this statement, the

7    FASB stated that information about a business enterprise's segments that is reported in its financial

8    statements "assist[s] financial statement users in analyzing and understanding the enterprise's

9    financial statements by permitting better assessment of the enterprise's past performance and future

10   prospects."[52] In providing the basis for issuing FAS 14 and with respect to specifically discussing

11   the relevance of reportable information about operating segments, the FASB stated the following:

12

13      The financial statements of an enterprise are usually prepared on a consolidated or
       total-enterprise basis, aggregating the financial data of the various activities of the

14      enterprise…. Investors and lenders who acquire equity interests in or extend credit
       to an enterprise as a whole recognize the importance of consolidated financial

15      statements for reporting the overall performance of the enterprise. At the same time,
       however, investors, credit grantors, and other financial statement users have

16      indicated that disaggregation of total-enterprise financial data to provide information
       about the various segments of an enterprise, in addition to aggregate data for the

17      enterprise, is useful to them.

18
       …

19

20      Consequently, many financial statement users have said that consolidated financial
       information, while important, would be more useful if supplemented with

21      disaggregated information to assist them in analyzing the uncertainties surrounding
       the timing and amount of expected cash flows—and, therefore, the risks—related to

22      an investment in or a loan to an enterprise that operates in different industries or
       areas of the world [i.e., operating segments]. **Since the progress and prospects of**

23      **a diversified enterprise are composites of the progress and prospects of its**
       **several parts, financial statement users regard financial information on a less-**

24      **than-total-enterprise basis as also important.**[53] Emphasis added.

25

26

27   _____
     [52] FAS 14, para. 5.

28   [53] FAS 14 (Appendix B: Basis for Conclusions), paras. 55-56, 60.

218.    In 1997, the FASB issued Statement of Financial Accounting Standards No. 131, *Disclosures about Segments of an Enterprise and Related Information*. ("FAS 131"), which superseded FAS 14. In providing the basis for issuing FAS 131 and with respect to specifically discussing the relevance of reportable information about operating segments, the FASB included the following statements:

> In its 1993 position paper, *Financial Reporting in the 1990s and Beyond*, the Association for Investment Management and Research (AIMR) said:
>
>> [Segment data] is vital, essential, fundamental, indispensable, and integral to the investment analysis process. Analysts need to know and understand how the various components of a multifaceted enterprise behave economically. One weak member of the group is analogous to a section of blight on a piece of fruit; it has the potential to spread rot over the entirety. Even in the absence of weakness, different segments will generate dissimilar streams of cash flows to which are attached disparate risks and which bring about unique values. Thus, **without disaggregation, there is no sensible way to predict the overall amounts, timing, or risks of a complete enterprise's future cash flows. There is little dispute over the analytic usefulness of disaggregated financial data.** [pages 59 and 60] Emphasis added.
>
> Over the years, financial analysts consistently requested that financial statement data be disaggregated to a much greater degree than it is in current practice. Many analysts said that they found [FAS 14] helpful but inadequate. In its 1993 position paper, the AIMR emphasized that:
>
>> There is no disagreement among AIMR members that segment information is totally vital to their work. There also is general agreement among them that the current segment reporting standard, **Financial Accounting Standard No. 14**, is inadequate. Recent work by a subcommittee of the [Financial Accounting Policy Committee] has confirmed that a substantial majority of analysts seek and, when it is available, use quarterly segment data. [page 5]
>
> In 1991, the AICPA formed the Special Committee on Financial Reporting (the Special Committee) to make recommendations to improve the relevance and usefulness of business reporting. The Special Committee, which comprised financial statement auditors and preparers, established focus groups of credit analysts and equity analysts to assist in formulating its recommendations. The Special Committee issued its report, *Improving Business Reporting—A Customer Focus*, in 1994. That

report listed improvements in disclosures of business segment information as its first recommendation and included the following commentary:

> … for users analyzing a company involved in diverse businesses, financial information about business segments often is as important as information about the company as a whole. Users suggest that standard setters assign the highest priority to improving segment reporting because of its importance to their work and the perceived problems with current reporting of segment information. [page 68][54]

219.    Thus, since at least 1976, the FASB has recognized the importance investors and other users of GAAP-compliant financial statements place on accurate reported information about operating segments. Therefore, the FASB requires that, in order to be useful to users of financial statements, reported information about operating segments must depict the *relevant* economic phenomena and that such relevant economic phenomena must be *faithfully represented*.

## 2.    *Application of Segment Reporting as Prescribed in ASC 280*

220.    During the Class Period, the operative section of GAAP that prescribed the principles Intel was required to comply with when reporting financial information about its operating segments was ASC Topic No. 280 – *Segment Reporting* ("ASC 280").[55] The objective of segment reporting, according to ASC 280, is "to provide information about the different types of business activities in which a public entity engages and the different economic environments in which it operates to help users of financial statements … (a) [b]etter understand the public entity's performance; (b) [b]etter assess its prospects for future net cash flows; [and] (c) [m]ake more informed judgments about the public entity as a whole."[56] ASC 280 also states "information about the components engaged in each stage of production is particularly important for understanding vertically integrated public entities

---

[54] FAS 131 (Appendix A: Background Information and Basis for Conclusions), paras. 44-45, 49, emphasis added.

[55] ASC 280 superseded FAS 131 as part of the FASB's codification of all of the previously-issued authoritative accounting pronouncements in 2009 (i.e., the "Codification"). The FASB Codification reorganized the thousands of GAAP pronouncements into roughly 90 accounting topics and displays all topics using a consistent structure.

[56] ASC 280-10-10-1.

in certain businesses…. This information is also important because different activities within the entity may have significantly different prospects for future cash flows."[57]

221.    In determining the information an enterprise such as Intel was required to report with respect to operating segments, ASC 280 utilizes the "management approach," whereby external segment reporting is aligned with management's internal reporting.[58] The management approach is based on the way in which management reviews and uses information "for making operating decisions and assessing performance."[59]  Under the management approach, reportable segment information is intended to provide financial statement users with an ability to see a reporting entity "through the eyes of management."

222.    ASC 280 defines an operating segment of a public entity as having all of the following characteristics: "(a) It engages in business activities from which it may recognize revenues and incur expenses (including revenues and expenses relating to transactions with other components of the same public entity); (b) Its operating results are regularly reviewed by the public entity's chief operating decision maker to make decisions about resources to be allocated to the segment and assess its performance; [and] (c) Its discrete financial information is available."[60] The FASB requires an entity such as Intel to report "information about [each] operating segment" (1) that represents "10 percent or more of the combined revenue, internal and external, of all operating segments," (2) if the operating segment's "assets are 10 percent or more of the combined assets of all operating segments," or (3) if the segment's "absolute amount of its reported profit or loss is 10 percent or more of the greater, in absolute amount, of either: (a) the combined reported profit of all operating segments that did not report a loss[, or] (b) the combined reported loss of all operating segments that did report a loss."[61]

---

[57] ASC 280-10-50-2.

[58] See Section 25.3 of PwC's 2024 guide titled *Financial Statement Presentation*.

[59] ASC 280-10-05-3.

[60] ASC 280-10-50-1.

[61] ASC 280-10-50-12.

223.    The FASB further states that "if management believes that information about [an operating] segment would be useful to readers of the financial statements," it must report information about such operating segment even if the segment does not meet any of the quantitative thresholds described above.[62]    Moreover, the FASB encourages public entities "to report information about segments that do not meet the quantitative thresholds if management believes that it is material."[63]

224.    In addition to disclosing "general information" about a reportable operating segment, the FASB requires a public entity such as Intel to report "a measure of profit or loss and total assets for each reportable segment" as well as the segment's "[r]evenues from external customers" and "[r]evenues from transactions with other operating segments of the same public entity."[64]

225.    If financial statements are to be prepared in accordance with GAAP, such financial statements must comply with ASC 280. Thus, if the characteristics describing an operating segment in ASC 280 are present at the time an entity issues its financial statements, and the quantitative thresholds associated with an operating segment with respect to disclosure requirements are met (or if considered material for other reasons), the entity must report separate information about each of its reportable operating segments in its financial statements in compliance with ASC 280.

**C.    Background of Intel's Foundry Operating Segment**

226.    In 2021, Intel established a new business unit, Intel Foundry Services ("IFS").[65] Through IFS, Intel would use its foundry business to supply its chips and related services to third-party customers, while continuing to supply its internal divisions as it had prior to the establishment

---

[62] *Ibid.*

[63] ASC 280-10-50-19.

[64] ASC 280-10-50-21, -22. According to ASC 280-10-50-21, general information with respect to reportable operating segments includes "(a) [f]actors used to identify the public entity's reportable segments, including the basis of organization (for example, whether management has chosen to organize the public entity around differences in products and services, geographic areas, regulatory environments, or a combination of factors and whether operating segments have been aggregated)" and "(b) [t]ypes of products and services from which each reportable segment derives its revenues."

[65] https://techwireasia.com/2022/07/intel-is-finally-cracking-the-foundry-business-in-its-deal-with-taiwans-mediatek/.

of IFS.[66] The decision to use its foundry to sell its chips to third-party customers "marked a major strategy shift for the [C]ompany."[67] According to Pat Gelsinger, Intel's Chief Executive Officer ("CEO"), IFS was part of Intel's "multiyear journey to regain unquestioned technology leadership, manufacturing scale and long-term growth."[68]

227.    In 2022, Mr. Gelsinger publicly announced that Intel would implement an internal foundry model to establish "consistent processes, systems and guardrails between our business unit, design and manufacturing teams."[69] According to Mr. Gelsinger, this internal foundry model would allow Intel "to identify and address structural inefficiencies that exist in our current model by driving accountability and costs back to decision-makers in real time. It will also put Intel's product groups on a similar footing as external Intel Foundry Services customers and vice versa."[70] In connection with implementing this internal foundry model, Mr. Gelsinger announced that Intel would "create a foundry accounting model that encompasses manufacturing, technology development and Intel Foundry Services."[71] Such accounting model would provide Intel "more transparency into our financial execution and will allow us to fully benchmark and drive ourselves to best-in-class foundry performance."[72]

228.    According to an Intel press release dated June 21, 2023, "[i]n this new 'internal foundry' model, Intel's product business units will engage with the company's manufacturing group in a similar arm's-length fashion that fabless semiconductor companies engage with external foundries."[73] In this press release, Intel stated that its internal foundry model would have "a

---

[66] *Ibid.*

[67] *Ibid.*

[68] https://download.intel.com/newsroom/archive/2025/en-us-2022-10-11-intel-embraces-an-internal-foundry-model.pdf.

[69] *Ibid.*

[70] *Ibid.*

[71] https://download.intel.com/newsroom/archive/2025/en-us-2022-10-11-intel-embraces-an-internal-foundry-model.pdf

[72] *Ibid.*

[73] https://newsroom.intel.com/corporate/intel-provides-update-on-internal-foundry-model

1   significant role" in the Company's projection to reduce "costs by $3 billion in 2023, and $8 billion

2   to $10 billion in cost savings exiting 2025."[74]

3          229.    Intel announced that the accounting under its internal foundry model would be

4   publicly reported in the first quarter of 2024, and this new operating model would contain "a

5   standalone profit and loss (P&L) for the first time" which would "include a new manufacturing

6   group segment – inclusive of manufacturing, technology development and Intel Foundry Services

7   (IFS) – along with the company's product groups – Client Computing, Data Center and AI, Network

8   and Edge, and All Other."[75]

9          **D.     Intel's Disclosures Regarding its IFS and Internal Foundry Model Operating
               Segments**

10
11         230.    Prior to issuing its Q1 2024 financial statements, Intel did not report financial results

    with respect to its internal foundry model, a/k/a Intel Foundry, as an operating segment. Instead, in
12
    a note to its quarterly and annual financial statements regarding its operating segments, Intel
13
    reported certain financial information regarding its IFS segment (among others), such as the net
14
    revenue and operating income (loss) generated by its IFS segment. For example, in its 2023 Form
15
    10-K, Intel reported that its IFS segment generated net revenue and an operating loss of $952 million
16
    and $482 million, respectively, in 2023, net revenue and an operating loss of $469 million and $281
17
    million, respectively, in 2022 and net revenue and operating income of $347 million and $76
18
    million, respectively, in 2021 (see image extracted from Intel's 2023 Form 10-K below).[76]
19
20
21
22
23
24
25
26

---

27   [74] *Ibid*.

     [75] https://newsroom.intel.com/corporate/intel-provides-update-on-internal-foundry-model
28   [76] Intel's 2023 Form 10-K, pp. 85-86.

Net revenue and operating income (loss) for each period were as follows:

| Years Ended (In Millions) | | Dec 30, 2023 | Dec 31, 2022 | Dec 25, 2021 |
|---|---|---|---|---|
| **Net revenue:** | | | | |
| **Client Computing** | | | | |
| Desktop | $ | 10,166 | $ 10,661 | $ 12,437 |
| Notebook | | 16,990 | 18,781 | 25,443 |
| Other | | 2,102 | 2,331 | 3,201 |
| | | 29,258 | 31,773 | 41,081 |
| | | | | |
| **Data Center and AI** | $ | 15,521 | $ 19,445 | $ 22,774 |
| **Network and Edge** | | 5,774 | 8,409 | 7,665 |
| **Mobileye** | | 2,079 | 1,869 | 1,386 |
| **Intel Foundry Services** | | 952 | 469 | 347 |
| **All other** | | 644 | 1,089 | 5,771 |
| **Total net revenue** | $ | 54,228 | $ 63,054 | $ 79,024 |
| | | | | |
| **Operating income (loss):** | | | | |
| **Client Computing** | $ | 6,520 | $ 5,569 | $ 15,523 |
| **Data Center and AI** | | (530) | 1,300 | 7,376 |
| **Network and Edge** | | (482) | 1,033 | 1,935 |
| **Mobileye** | | 664 | 690 | 554 |
| **Intel Foundry Services** | | (482) | (281) | 76 |
| **All other** | | (5,597) | (5,977) | (6,008) |
| **Total operating income (loss)** | $ | 93 | $ 2,334 | $ 19,456 |

231.   Critically, the financial information related to the IFS operating segment did not include the transactions between Intel's foundry and its other internal business units. These transactions with Intel's internal business units comprised the vast majority of transactions that occurred within Intel's foundry. On April 2, 2024, Intel filed a Form 8-K wherein it presented, for the first time, financial information regarding the entire operations of the Company's foundry (not just the foundry's sales to external parties as with its previous disclosures with respect to its IFS segment). In this filing, Intel reported that its Intel Foundry operating segment, which reflected its foundry's sales to both external AND internal parties, generated lower net revenue in 2023 compared to both 2022 and 2021 and lost $7.0 billion via its operations in 2023 (see image extracted from this Form 8-K below).[77]

---

[77] Intel's Form 8-K dated April 2, 2024, p. 9.



**Financial Performance**

**E.     Application of ASC 280 to Intel's Foundry Operations in 2023**

232.     As noted above, in order to be an operating segment for which Intel was required to report certain financial information in accordance with ASC 280, a business unit of an entity such as Intel had to meet (a) the three characteristics of an operating segment established in ASC 280-10-50-1, and (b) certain quantitative thresholds as established in ASC 280-10-50-12. With respect to the quantitative thresholds established in ASC 280-10-50-12, Intel's April 2, 2024 Form 8-K makes it clear that the Intel Foundry operating segment represented more than 10 percent of Intel's total net revenue in 2023 and that the operating losses generated by this segment represented more than 10 percent, in absolute terms, of the combined operating income of all of Intel's operating segments that did not report a loss in 2023.[78] The following table reflects the significance of the Intel Foundry operating segment in 2023 with respect to the Company as a whole:[79]

---

[78] Intel's Form 8-K dated April 2, 2024, p. 4.

[79] The information in the table below was obtained from Intel's Form 8-K dated April 2, 2024, p. 4.

| Amounts in Millions | 2023 |
|---|---|
| Intel Foundry Segment Operating Revenue | $18,910 |
| Total Net Revenue  (excluding intersegment eliminations) | $72,185 |
| % of Total Net Revenue Attributed to Intel Foundry | 26.2% |
| | |
| Intel Foundry Segment Operating Income (Loss) | $(6,955) |
| Combined Reported Operating Income of All Operating Segments Not Reporting Loss (excludes intersegment eliminations and corporate unallocated expenses | $12,904 |
| Operating Loss Percentage of Combined Reported Operating Income of All Operating Segments Not Reporting Loss Attributed to Intel Foundry (absolute value) | 53.9% |

233.    Thus, since the information above confirms that Intel's foundry operations met the materiality thresholds as set forth in ASC 280, the only question remaining with respect to whether Intel was required to report financial information in FY 2023 financial statements for its foundry operations was whether such operations met the three characteristics of an operating segment established in ASC 280-10-50-1. Once again, the three characteristics include the following:

a.   It engages in business activities from which it may recognize revenues and incur expenses (including revenues and expenses relating to transactions with other components of the same public entity);

b.   Its operating results are regularly reviewed by the public entity's chief operating decision maker to make decisions about resources to be allocated to the segment and assess its performance;

c.   Its discrete financial information is available.[80]

**1.    *Intel's Foundry Engaged in Business Activities in 2023 From Which it Recognized Revenues and Incurred Expenses***

234.    In its 2024 annual financial statements, Intel reported that the segment revenue for its Intel Foundry operating segment "[c]onsists substantially of intersegment product and services revenue for wafer fabrication, substrates and other related products, and services sold to Intel Products, Altera, and certain other Intel internal businesses" as well as "certain third-party foundry

---

[80] ASC 280-10-50-1.

1    and assembly and test revenue from external customers."[81] Intel further reported that the segment

2    expenses for its Intel Foundry operating segment "[c]onsists of direct expenses for technology

3    development, product manufacturing and services provided by Intel Foundry to internal and external

4    customers … and direct operating expenses."

5    235.    There is nothing to indicate that Intel's foundry did not participate in the above-

6    described business activities in 2023. Intel's public statements indicate that the Company had

7    already known that its foundry was participating in arm's-length sales to other internal business

8    units in 2023. For example, Intel's Chief Financial Officer ("CFO"), David Zinsner stated on April

9    2, 2024 that "*[s]ince introducing market-based pricing last year*, we've already seen a 95%

10   reduction in expedites, with fair market pricing driving better decision-making." (emphasis

11   added).[82] Thus, the first characteristic established in ASC 280-10-50-1, as identified above, was met

12   in 2023. However, by reporting financial information about its foundry's transactions with external

13   parties only via its IFS segment in its FY 2023 financial reports, Intel's losses generated by its

14   complete foundry operations were not disclosed until April 2024.

15           **2.    *The CODM Reviewed Financial Results of the Complete Operations of
                      Intel's Foundry in 2023***

16

17   236.    In its 2023 annual financial statements, Intel identified Mr. Gelsinger as its chief

18   operating decision maker ("CODM").[83] In this subsection, I describe from an accountant's

     perspective how ASC 280 and other accounting literature describe the term CODM, and functions

19   of a CODM, and also discuss Mr. Gelsinger's actions with respect to his review (or non-review) of

20   the operating results of Intel's complete foundry operations during 2023.

21

22   237.    ASC 280 states that the term *chief operating decision maker* refers to "a function,

23   not necessarily a manager with a specific title" and that the function of the CODM "is to allocate

     resources to and assess the performance of the segments of a public entity."[84] Because the CODM's

24

25

26   ─────────────────────
     [81] Intel's 2024 Form 10-K, p. 69.

27   [82] Transcript of April 2, 2024 Intel Investor Webinar on New Segment Reporting.
     [83] Intel's 2023 Form 10-K, p. 85.

28   [84] ASC 280-10-50-5.

function is to assess performance and allocate resources, financial information typically flows from the accounting/finance departments and personnel up to the CODM, and the CODM then uses that information in making operating decisions.

238.     Based on my 50+ years of experience as an accountant and auditor, including many years as an auditor of public companies' financial statements, and auditing public companies' segment reporting contained therein, and my research on the subject of segment reporting, below are some examples of key operating decisions that a CODM will make in the regular course of his/her duties:

- Approving operations-related budgets and forecasts
- Approving significant contracts
- Involved in hiring or firing decisions of key management executives
- Driving key strategic company-wide initiatives
- Initiating decisions around investment of capital

239.     In June 2023, Intel stated that its internal foundry model represented a "fundamental change" to how the Company operated.[85] In fact, Intel characterized IDM 2.0 as "the most significant business transformation in its 55-year history" and further described the internal foundry model as "a fundamental shift in how its product business units work with technology development and manufacturing to ensure long-term growth while achieving efficiencies and cost savings."[86] Months earlier, on February 22, 2023, Mr. Gelsinger explained that Intel was already "well underway" with the transition to the foundry model, stating, in part, "this idea of the 2 different operational models of the company is something that we're well underway with. We've called it the IDM 2.0 acceleration office."  He further emphasized that "we're well on that pathway already, and that's exactly what we mean when we talk about the internal foundry model."[87]

---

[85] https://newsroom.intel.com/corporate/intel-provides-update-on-internal-foundry-model
[86] *Ibid.*
[87] Transcript of February 22, 2023 Intel Capital Allocation Update Call.

**3. *Statements Made by Mr. Gelsinger Regarding His Role in Reviewing the Financial Results and Operating Effectiveness of Intel's Foundry Operating Prior to 2024***

240. Throughout 2023, Mr. Gelsinger made numerous statements indicating that the Intel Foundry segment was conducting operations and that he had reviewed financial results for such operating segment. On January 26, 2023, Mr. Gelsinger stated that the internal foundry model's "new approach is *already gaining momentum internally*."[88] A few months later, on July 27, 2023, Mr. Gelsinger provided the following information regarding Intel's foundry model during Intel's Q2 2023 earnings call:

> In addition to executing on our process and product roadmaps during the quarter, we remain on track to achieve our goal of reducing costs by $3 billion in 2023 and $8 billion to $10 billion exiting 2025. As mentioned during our internal foundry webinar, our new operating model establishes a separate P&L (profit and loss statement) for our manufacturing group, inclusive of IFS and TD (Technology Development Group), which enables us to facilitate and accelerate our efforts to drive a best-in-class cost structure, de-risk our technology for external foundry customers and fundamentally change incentives to drive incremental efficiencies. *We have already identified numerous gains in efficiency* including factory loading, test and sort time reductions, packaging cost improvements, litho field utilization improvements, reductions in steppings, expedites and many more. It is important to underscore the inherent sustained value creation due to the tight connection between our business units and TD, manufacturing and IFS. (emphasis added).[89]

241. It is difficult if not impossible for me to understand how Mr. Gelsinger could state that he and Intel "already" *identified* numerous gains in efficiency from the transition to the internal foundry model without being provided financial information with respect to the Intel Foundry operating segment that reflected such reported efficiency gains.

242. Similarly, a month later, on August 31, 2023, Mr. Gelsinger stated the following during a Deutsche Bank Technology Conference:

> And so my foundry team, "Here's what the margins that TSMC is able to get. Why aren't you that good?" *And it starts driving, I'll say, the appropriate disciplines and accountabilities to how we operate* the *company internally.* And it's really fun to watch, right? *And I get to sit somewhat as judge and jury on some of these trade-offs that are occurring between them, and, "That's too high of a wafer price".* No, it's

[88] Transcript of January 26, 2023 Intel Earnings Call.

[89] Transcript of July 27, 2023 Intel Earnings Call.

1    not. This is the TSMC price." It just unleashes good, productive energy to make the
2    company great. (emphasis added)[90]

3    243.    These comments reflect Mr. Gelsinger's involvement in the operations of Intel's
4    foundry model that was already "driving … the appropriate disciplines and accountability" within
5    the Company by the middle of 2023. Specifically, Mr. Gelsinger's comments – "And so my foundry
6    team, 'Here's what the margins that TSMC is able to get. Why aren't you that good?'" – could
7    seemingly only have been derived after Mr. Gelsinger's review of the margins generated by Intel's
8    foundry and reflected in the Company's internal financial reporting for Intel's foundry operations.

9    244.    On October 26, 2023, Mr. Gelsinger stated that Intel "remain[s] on track to reducing
10    costs by $3 billion in 2023, and we *continue to see* significant incremental opportunities for
11    operational improvement *as we execute on our internal foundry model*." (emphasis added)[91] Again,
12    it is my opinion based on decades of experience as an accountant, that it is not plausible to conclude
13    that Mr. Gelsinger could have made such comments in good faith without being provided financial
14    information with respect to the Intel's foundry model that reflected efficiency gains, which gains
15    Gelsinger expected would "continue" under the foundry model.

16    245.    A few weeks later, on November 9, 2023, Mr. Gelsinger stated the following during
17    an interview with an external party when questioned about providing separate information about the
18    chip manufacturing component of Intel (i.e., Intel's foundry):

19    The idea that we're going to run fully separate operations with fully separate
20    financials, with fully separate allocation systems at ERP and financial levels, I joke
         internally, Ben, that the ERP and finance systems of Intel were old when I left, that
21    was thirteen years ago and we are rebuilding all of the corporate systems that we
         sedimented into IDM 1.0 over a five-decade period.

22    Tearing all of that apart into truly separate operational disciplines as a fabless
23    company and as a foundry company, that's a lot of work. Do I wish it could have
         gone faster? Of course I do, but I wasn't naive to say, "Wow, I can go make this
24    happen really fast." It was five decades of operational processes, and internally we'll
25    be *by the time we publish the financials in Q1 of next year, we'll have gone through*

26

27    _____
      [90] Transcript of Mr. Gelsinger's comments at the August 31, 2023 Deutsche Bank Technology
      Conference.
28    [91] Transcript of October 26, 2023 Intel Earnings Call.

1    *multiple quarters of trial running those internally,* and now that'll be the first time

2    that we present it to the Street that way.[92]

3    246.    By referencing "multiple quarters" of internal financial results with respect to Intel's

4    foundry, Mr. Gelsinger's comments indicate that Intel had been operating under the foundry model

5    for some time over several periods and also at a minimum implies that Mr. Gelsinger had already

6    reviewed multiple quarters of the financial results for Intel's Foundry segment at the time of these

7    comments.

8    247.    I also note that by Mr. Gelsinger's designation as Intel's CODM in 2023 by the

9    Company, the Company was representing that Mr. Gelsinger reviewed the complete financial results

10   of the Company's operating segments during the year in order to act in a manner consistent with the

11   CODM's function, as described in ASC 280, in his management role to allocate the Company's

12   resources and assess the performance of its segments.  As such, given the critical importance of the

13   new foundry model to Intel's performance, based on my experience as an accountant for over 50

14   years, it is not plausible that Mr. Gelsinger was *not* regularly reviewing financial information under

15   the Intel foundry model throughout 2023.

16   **4.    *Observations Regarding Whether Mr. Zinsner Reviewed the Financial***

17   ***Results of Intel's Complete Foundry Operations in 2023 but Mr. Gelsinger Did Not.***

18   248.    The following statements made by Mr. Zinsner indicate that he and other Company

19   senior executives reviewed the financial results and operational performance of Intel's complete

20   foundry operations prior to 2024.

21   249.    On April 27, 2023, Mr. Zinsner stated that Intel's "shift to an internal foundry model

22   is *already demonstrating a path to the structural cost improvements* necessary to achieve our long-

23   term profit goals."[93]

24   250.    On June 21, 2023, Mr. Zinsner stated the following about the importance of the

25   foundry model structure:

26   

27   ───────────────
     [92] Emphasis added. https://stratechery.com/2023/an-interview-with-intel-ceo-pat-gelsinger-about-intels-progress-towards-process-leadership/.

28   [93] Transcript of April 27, 2023 Intel Earnings Call.

To put a finer point on this. Today, our manufacturing, technology development and IFS groups comprise roughly *40% of our headcount, 25% of our OpEx and more than 90% of our CapEx*. Yet our ability to benchmark and track the effectiveness of these investments has historically been obscured by the lack of transparency inherent in an allocated cost model. Our pivot to giving manufacturing its own P&L is critical to identifying cost reductions. This new model will add transparency and comparability that exposes the true economics of the business by more directly measuring the financial performance of our teams with peers.[94]

251.    I note that "[m]anufacturing, technology development and IFS" referred to in the quote above are the business operations that comprised the foundry model (a/k/a Intel Foundry), as announced by Mr. Gelsinger on October 11, 2022.[95] Mr. Zinsner's statements on June 21, 2023 that these activities comprised "40% of our head count, 25% of our OpEx and more than 90% of our CapEx" indicate that discrete financial information relating to the foundry model was available and reviewed by Intel executives. Moreover, Mr. Zinsner's statement that "[o]ur pivot to giving manufacturing its own P&L is critical to identifying cost reductions" indicates that he and other Intel executives were using the financial information of the foundry model (a/k/a Intel Foundry) to make operational decisions within the Company during 2023.

252.    On June 21, 2023, Mr. Zinsner also stated, with respect to the internal foundry model that "we look at our OpEx as a percent of revenue in the foundry business. And it's relatively high given our need to accelerate our node transitions and the investments necessary to do that."[96] On September 6, 2023, Mr. Zinsner stated that:

we've talked about this thing where we're kind of separating out kind of the manufacturing, which is going to look like a foundry business that provides wafers and packaging services to not only external customers but also our own internal customers. And so by doing that, *we kind of isolate that business's P&L now and be*

---

[94] Transcript of Intel June 21, 2023 "Intel Corp to Host Internal Foundry Model Investor Webinar" (emphasis added).

[95]     https://download.intel.com/newsroom/archive/2025/en-us-2022-10-11-intel-embraces-an-internal-foundry-model.pdf

[96]Chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://d1io3yog0oux5.cloudfront.net/_b18f8a9f850e843405ac7afa8ebfbe6f/intel/db/857/8958/file/CORRECTED+TRANSCRIPT++Intel+Corp.%28INTC-US%29%2C+Investor+Meeting+-+IAO%2C+21-June-2023+11+30+AM+ET.pdf.   I note that "OpEx" refers to operational expenses.

1

*able to measure that relative to peers. And you're not going to be surprised to hear that it's woefully inadequate. It's not in a good place.*[97]

2

3    253.    On October 26, 2023, Mr. Zinsner stated that:

4    the thing that's near and dear to my heart is this internal foundry model that we've built, where *we're now measuring the manufacturing and TD organization as a separate P&L.* We'll officially do that next year and we'll segment report it that way. But *we're already this year starting to look at it that way in operations reviews. We're starting to do the planning for next year in that – with that lens. We're doing the long-term plan in that lens.*[98]

5

6

7

8    254.    Mr. Zinsner could not have made these statements set forth in the preceding

9    paragraphs, including referring to the "relatively high" operational expenses as a percent of revenue

10   in Intel's foundry business, and that the "foundry business" financial results were "woefully

11   inadequate" without having reviewed financial information associated with the Company's foundry

12   operations (i.e., the Intel Foundry operating segment) and as described by him as: "And so by doing

13   that … *we kind of isolate that business's P&L now and be able to measure that relative to peers.*"

14   255.    The aforementioned statements made by Mr. Zinsner during 2023 demonstrate that

15   he and other senior executives within Intel had reviewed financial results for Intel's complete

16   foundry operations during 2023. Based on my experience as an accountant and auditor, it is not

17   plausible that, given the stated importance of the Company's transition to the internal foundry model

18   and the operational cost savings such transition was expected to generate for Intel between 2023 and

19   2025, Mr. Gelsinger, in his designation as CODM, would not have been apprised of the financial

20   information Mr. Zinsner was regularly reviewing with respect to Intel's complete foundry

21   operations.

22   256.    CEOs/CODMs need financial insights about the company's operations and business

23   units to make well-informed decisions. The accounting/finance function within a company such as

24   Intel exists in large part to create and gather the financial information necessary for the management

25   of the entity to make key business decisions and, in effect, run the company. Such

26

27   ────────────────────
[97] Transcript of September 6, 2023, Intel Corp. at Citi Global Technology Conference.

28   [98] Transcript of October 26, 2023 Intel Earnings Call.

accounting/finance function is not generally the end user of the financial information it gathers and produces. Conversely, similar to other functions of the company (e.g., Human Resources Department), the accounting/finance function within a company exists primarily to provide information and services for management of the organization – including, importantly, a CODM – to effectively manage the company and make decisions that are informed by the work of groups such as the accounting and finance departments. The realities of a complex multi-national company such as Intel would require Mr. Gelsinger, in his role as CEO and CODM, to involve other senior executives, including the principal executive responsible for generating Intel's financial statements (i.e., Mr. Zinsner), to generate and critically assess the financial results of its core business units such as the Company's foundry operations in order to obtain the financial insights Mr. Gelsinger needed to make well-informed decisions with respect to the performance of the Company as well as resource allocation. Again, from an accountant's perspective, it is simply not plausible that Mr. Zinsner would generate such financial information regarding Intel's foundry operations in 2023 and not provide such information to Mr. Gelsinger in 2023 to facilitate his running the Company.

257.    Consistent with their functions as CEO/CODM and CFO, respectively, Mr. Gelsinger and Mr. Zinsner appear to have worked closely together during 2023 to regularly review the financial performance of Intel's complete foundry operations. I note that various statements made in late 2022, 2023, and early 2024, indicated that both executives were working together with respect to reviewing the accounting and accountability of Intel's complete foundry operations prior to 2024. For example:

- In October 2022, Mr. Zinsner referred to his work with Pat Gelsinger in connection with the IDM 2.0 Acceleration Office, which was tasked with implementing the foundry model.[99]

- In December 2022, Mr. Zinsner stated that he and Mr. Gelsinger had analyzed the financial results with respect to Intel's foundry model "in the just spreadsheet kind of exercise of this whole thing, I mean this thing has a really rough P&L … *so Pat and I* started to realize, hey, we actually need to create

[99] Transcript of October 27, 2022 Intel Earnings Call ("As Pat detailed earlier, to accelerate this transformation, *we're forming the IDM 2.0 Acceleration Office* and doubling down on our efforts to reduce costs and find efficiencies across the organization.") (emphasis added).

more accountability."[100]

- In January 2023, Mr. Zinsner referred to Pat Gelsinger's discussion of how the foundry model would drive operational efficiencies and cost savings.[101]

- In September 2023, Mr. Zinsner referred to his and Mr. Gelsinger's remarks about margin targets and the foundry model's role in attaining them.[102]

- In January 2024, Mr. Zinsner stated, in response to questions about whether Intel's margins were suffering from issues with respect to capacity utilization, that "we've got this internal foundry model that Pat mentioned and I mentioned in the prepared remarks that we think is going to deliver tons of savings for the company. I think *every week that Pat and I spend on thi*s, somebody brings up another big rock that they found of savings they can identify, because they are looking at the business in an entirely different way than they're used to looking at it." (emphasis added)[103]

### 5. *Observations Regarding Whether Discrete Financial Information for the Complete Operations of Intel's Foundry Were Available During 2023*

258.    As discussed above, Mr. Gelsinger and Mr. Zinsner referred to their reviews of the operational and financial results of Intel's complete foundry operations on multiple occasions in 2023. As an accountant, it is not plausible to conclude that these statements were made in good faith without discrete financial information existing with respect to Intel's complete foundry operations. In fact, as noted above, in June 2023, Mr. Zinsner provided specific financial information (including headcount, CapEx and OpEx) on Intel's full foundry operations under the foundry model. Moreover, as previously noted, Mr. Gelsinger stated in November 2023 that "we'll have gone through multiple quarters" of reviewing the Intel Foundry operating segment results before the Company presented such information to the public in Q1 2024.

---

[100] Transcript of December 5, 2022, Intel Corp. at UBS Global TMT Conference.

[101] Transcript of January 26, 2023 Intel Earnings Call (in reference to cost savings, "we're getting a lot of that from our internal foundry model that Pat mentioned.").

[102] Transcript of September 19, 2023 Intel Innovation 2023 Event ("And ultimately, what Pat has said, which I subscribe to, as the finance guy is our goal is to get to 60% gross margins. And we think we have good line of sight to do that, and in particular, given this internal foundry model, what we can drive in terms of efficiencies makes us even more confident in our ability to get to the 60% margin.").

[103] Transcript of January 25, 2024 Intel Earnings Call.

**F.     Conclusion of Expert Analysis**

259.     Because the characteristics of Intel's complete foundry operations were consistent with ASC 280-10-50-1 in 2023, and the quantitative results associated with the segment were in excess of the thresholds established in ASC 280-10-50-12 in 2023, Intel was required to report financial information with respect to its complete foundry operations for 2023. Such information was required to include "[r]evenues from transactions with other operating segments of the same public entity" and "a measure of profit or loss and total assets" as required by ASC 280-10-50-22 with the revenues and profit/loss attributed to the segment reflecting the results from the operating segment's transactions with its external AND internal customers.

260.     I note that the Defendants call attention to the condition of such financial information during 2023. For example, as noted above, Mr. Zinsner refers to a "spreadsheet kind of exercise" to describe the form of such segment information. I am aware of no exemption expressed in the body of ASC 280 that would allow Intel to exclude a significant portion of its foundry's operations from its segment reporting based on the condition of the underlying financial records and analysis. To the contrary, at the point in time when a portion of the operations of a Company meets the criteria used to identify it as a segment under GAAP, the financial information disclosed must be reported for the period in which it qualified as a segment, not at some convenient point in the future, and such information is required to be for that entire segment, not a portion of it (and in this case, a very small portion of it). Furthermore, this GAAP requirement is not alleviated by disclosing that financial information required to be included has been omitted from the reporting. Said another way, *disclosure* of the GAAP violation does not *cure* the GAAP violation. Thus, Intel's failure to report the significant losses incurred by the Company's complete foundry operations in 2023 renders the segment information that was reported for 2023 materially false and misleading in violation of the disclosure requirements of ASC 280.

261.     I note that Intel's 2023 Form 10-K was filed on January 25, 2024, approximately five-weeks prior to its actual due date as set forth by the SEC. Thus, if Intel had filed the Form 10-K at the due date of its filing, it would have had approximately 5 more weeks to more formalize its segment reporting for its Internal Foundry segment – if it indeed needed more time.  Moreover, in

the decade preceding 2023, Intel often adjusted its segment reporting to include new segment presentations of its changing operations. Presumably, Intel was therefore experienced in adjusting its segment information as necessary and on a timely basis. This is especially noteworthy given this latest change in its segment reporting had been planned since 2022.

262.    Finally, I note that the Defendants indicate that Intel's auditors, EY, never took exception to Intel's segment reporting and the omission of the Internal foundry information other than for IFS. Given that the discovery phase of this litigation has not commenced, it is impossible to know what, if anything, EY knew relating to financial information of Internal Foundry, what testing it had performed, what representations were made by management to EY during the course of its audit relating to this area, and in general, the extent of audit work performed in this specific area by EY in the conduct of its audit of the overall financial statements. Accordingly, I have not drawn any conclusions regarding EY's comfort/non-comfort with respect to Intel's segment disclosures.

263.    Based on the foregoing, it is my opinion from an accountant's perspective, given Mr. Gelsinger's role as CODM of Intel and his access to the financial information necessary to perform the duties of the CODM, the stated importance of the Company's transition to the internal foundry model, the operational cost savings such transaction was expected to generate for Intel between 2023 and 2025, the representations made by Mr. Gelsinger with respect to certain cost savings and the critical relationship a CEO/CODM has with a company's accounting/finance function, it would be fair for one to conclude, as I do, that Mr. Gelsinger would have been aware of the financial information Mr. Zinsner was regularly preparing and reviewing with respect to Intel's complete foundry operations.

## VII.    LOSS CAUSATION

264.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Lead Plaintiffs and the Class.

265.    At all relevant times, the material misrepresentations and omissions alleged in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Lead Plaintiffs and other members of the Class.  As described herein, during the Class

1  Period, Defendants made or caused to be made a series of materially false and/or misleading

2  statements about Intel's financial well-being and prospects, artificially inflating the price of Intel's

3  securities.   As a result, during the Class Period, Lead Plaintiffs and the Class purchased Intel's

4  securities at artificially inflated prices.  The price of the Company's securities significantly declined

5  when the misrepresentations made to the market were corrected, and/or the information alleged

6  herein to have been concealed from the market was revealed and/or the risks thereof materialized,

7  causing investors' losses.

8        266.    On April 2, 2024, after market close, Intel issued a press release on Form 8-K which

9  "recasts certain historical operating segment financial information" under the new foundry model

10  reporting structure, revealing that the Foundry segment experienced an operating loss of $6.955

11  billion on segment revenues in 2023 of $18.91 billion. Foundry segment revenues dropped  $8.581

12  billion in 2023, from $27.491 billion in revenue in 2022; the Foundry segment's recast 2022

13  operating losses were $5.169 billion.

14        267.    Specifically, the Company provided a retrospective revision to Item 7 of Intel

15  Corporation's Annual Report on Form 10-K "Management's Discussion and Analysis of Financial

16  Condition and Results of Operations" for the year ended December 30, 2023, as originally filed with

17  the SEC on January 26, 2024, stating in relevant part:

18
19          We previously announced the implementation of our internal foundry operating
           model, which took effect in the first quarter of 2024, and creates a foundry
           relationship between our Intel Products business (collectively CCG, DCAI, and
20         NEX) and our Intel Foundry business.

21                                  *       *       *

22          Our internal foundry model is a key component of our strategy and is designed to
           reshape our operational dynamics and drive greater transparency, accountability, and
23         focus on costs and efficiency.

24                                  *       *       *

25

26

27

28



268.    On this news, Intel's stock price fell $3.61, or 8.2%, to close at $40.33 per share on April 3, 2024, on unusually heavy trading.

269.    As set forth in greater detail in ¶¶155-60, *supra*, news reports confirmed the stock price drop was caused by the revelation of the negative news about the state of Intel's Foundry. For example: Ian King for *Bloomberg News* reported "Intel Suffers Worst Decline in Two Months on Downbeat Outlook." Specifically, shares were trading down 7.3% intraday on Wednesday morning. After discussing that Intel's "record-setting expansion of its factories in the U.S. and Europe ... [is] an expensive undertaking that has put investors on edge," the author noted that Intel "telegraphed earlier this year that its manufacturing finances are 'under significant pressure' as the chipmaker tries to restore its technological capabilities and builds its infrastructure." Despite the "telegraph," the market was indeed surprised by the news of the deep Foundry losses. This sentiment was echoed by Morgan Stanley's Joseph Moore: "The foundry losses were about $7 bn in CY23 on $18.9 bn of revenue - negative 37% operating margins. We were prepared for weaker numbers but that is

certainly higher than our initial expectations."[104]  An April 5, 2024 Bernstein analyst report added "the idea that a -37% operating margin and $7B loss do not yet represent a trough is somewhat breathtaking especially given all the cost cuts the company was supposedly implementing last year."

270.     On April 25, 2024, after market close, Intel released its first quarter 2024 financial results, the first quarter publicly reporting the Company's results under the internal foundry model. The results revealed that Intel's Foundry segment revenues declined 9.56% compared to the same quarter in 2023, from $4.831 billion to revenues of $4.369 billion, and declined by 15.6% compared to the prior quarter (Q4 2023) revenues of $5.175 billion. These results were driven by declines in revenue both from external customers (external Foundry revenues were $118 million, $291 million, and $27 million, respectively, in Q1 2023, Q4 2023, and Q1 2024) and, even more so, from Intel's own business units (internal Foundry revenues were $4.7 billion, $4.9 billion, and $4.3 billion, respectively, in the same three quarters). Despite a year of belt-tightening to cut costs and drive operational efficiency as between Intel's product segments and the Foundry segment, the latter's operating losses rose YoY, from $2.36 billion in Q1 2023 to $2.474 billion in Q1 2024.

271.     Following this news, Intel's stock price fell $3.23, or 9.2%, to close at $31.88 per share on April 26, 2024, on unusually heavy trading.

272.     As set forth in greater detail in ¶¶172-75, *supra*, market reaction confirmed the stock price drop was caused by the revelation of the new negative news about the state of Intel's Foundry. For example, J.P. Morgan analyst Harlan Sur lowered his price target from $37 to $35, citing the disappointing Foundry results, and writing "One of the surprising takeaways is that we believe external customer foundry revenue was less than $50M for 1Q (after roll-off of traditional packaging revenues) and quite low given the large lifetime deal value and customer commitment announcements over the past 18 months . . ."

273.     Finally, on August 1, 2024, Intel revealed that the problems surrounding its Foundry business were far more severe than previously disclosed. In connection with reporting its Q2 2024

---

[104] In fact, in his March 6, 2024, exchange with CFO Zinsner, Moore understood that with respect to the upcoming Foundry segment announcement, based upon Defendants' comments: "the expectation is that you're sort of *a little subscale* in that part of the business."

results, Intel revealed that its Foundry segment revenues had decreased slightly QoQ, to $4.32 billion. Although Q2 2024 Foundry segment revenues rose YoY, from $4.172 billion in Q2 2023, segment operating losses continued to climb, to $2.83 billion – a YoY increase of nearly $1 billion from Q2 2023 operating losses of $1.869 billion and a QoQ increase of 14.3% over Q1 2024 operating losses.

274.    Intel also announced a $10 billion cost reduction plan, which included laying off 15% of the Company's workforce and suspending dividend payments, and a variety of other emergency measures designed to improve the Company's "efficiency and market competitiveness." Intel further disclosed it was on track to achieve only between $12.5 billion and $13.5 billion in revenue for Q3 2024, well below consensus analyst estimates of $14.4 billion, and which represented an 8% decline from the prior comparable year period at the midpoint.

275.    On this news, the price of Intel stock fell $7.57/share, from $29.05 at market close on August 1, 2024 to $21.48 by market close on August 2, 2024, a decline of *26%* on abnormally high volume of over 300 million shares traded.

276.    As set forth in greater detail in ¶¶189-94, *supra*, market reaction confirmed the stock price drop was caused by the revelation of new negative news about the state of Intel's Foundry. For example, on August 1, 2024, Wedbush published a report titled "Another Reset to Expectations" indicating that the major revelation from the Q2 results was not so much the results themselves, but the revelation of more fundamental and long-term concerns:

- **Intel Foundry**: While the Foundry P&L was expected to be challenged throughout the year, *these challenges appear to now be greater and also extend into 2025* as a more significant ramp of Lunar lake weighs on forward utilization rates.

277.    Additionally, news reports confirmed the stock price drop was caused by the revelation of new negative news about the state of Intel's Foundry.  For example, an August 1, 2024, Reuters report titled "Intel to cut 15% jobs, suspend dividend in turnaround push; shares plummet" stated, in part:

Aug 1 (Reuters) - Intel (INTC.O) said on Thursday it would cut more than 15% of its workforce, some 17,500 people, and suspend its dividend starting in the fourth quarter *as the chipmaker pursues a turnaround focused on its money-losing manufacturing business.*

Shares of Santa Clara, California-based Intel slumped 20% in extended trade, setting the chipmaker up to lose more than $24 billion in market value.

278.    At the August 29, 2024 Deutsche Bank Technology Conference, CEO Gelsinger commented that "it's been a difficult few weeks" since the August 1, 2024 earnings announcement. He admitted "at earnings, we were determined to lay out a clear view, right, of where we were, but also some of the next steps that we needed to address for the next phase of our strategy. And obviously, the market didn't respond positively." Gelsinger explained "we've now begun Phase 2" of Intel's turnaround strategy, and that "Phase 1 of the transformation was this rebuilding of the company and being able to get back to process and product leadership and laying out our IDM 2.0 strategy. And I think about that as the most significant rebuilding of the company since the memory to microprocessor transition." Referring to Intel's additional cost-cutting initiatives announced on August 1, 2024, Gelsinger admitted that "as we rolled out the new operating model as a result of the Q2 earnings, we just accelerated what we already had underway." In other words, despite the cost cutting measures already taken – and heralded as successful on January 25, 2023 (<$3 billion cost savings in 2023) and "on track" as of April 25, 2024 (*i.e.*, for an additional $5-7 billion in cost cutting by the end of 2025) – the mounting operating losses of the foundry were still so dire as of Q2 2024 that Defendants had to accelerate their cost cutting plans.

## VIII.   ADDITIONAL SCIENTER ALLEGATIONS

### A.    The Individual Defendants Knew How Deeply Unprofitable the Foundry Was Yet Knowingly or Recklessly Concealed the True Nature and Extent of Its Operating Losses From The Market

279.    As alleged herein, Defendants acted with scienter since Defendants knew or were reckless in not knowing that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly or recklessly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Intel's foundry operations and financial results, their control over Intel's allegedly

materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Intel, participated in the fraudulent scheme alleged herein.

280.    Intel's 2022 and 2023 Forms 10-K stated, in relevant part: "The CODM, who is our CEO, allocates resources to and assesses the performance of each operating segment using information about the operating segment's revenue and operating income (loss)."  Indeed, both Gelsinger (as CEO and CODM) and Zinsner (as CFO) assessed performance and allocated resources based on information they were provided about Intel's full foundry (external and internal) financial and operating information at all times relevant hereto.

281.    Defendants' own public statements show that by no later than the fall of 2022, and continuing throughout 2023, Defendants routinely reviewed the financial and operational results of the full Intel foundry (*i.e.*, including internal and external foundry operations) under the internal foundry model.  *See generally* Secs. IV.C-F & ¶153, *supra*.  Not only did they review the information, they knew that it presented a dire picture of Defendants' critical foundry strategy. Keenly aware of how bad the full foundry's results were, Defendants worked throughout 2023 to improve its financials before revealing them to the market.

282.    Zinsner suggested that he and Gelsinger regularly spent time, at least on a weekly basis, analyzing the full foundry's financial results under the internal foundry model.  For example, during Intel's January 25, 2024 earnings call, Zinsner stated "we think [it] is going to deliver tons of savings for the company.  *I think every week that Pat and I spend on this* [referring to the foundry model], somebody brings up another big rock that they found of savings they can identify…."

283.    As a result of the foregoing, Defendants knew how deeply unprofitable the full foundry operations were in 2023 when on January 25, 2024, they reported misleading FY 2023 financial results, which included external revenues and operating losses for IFS only.

284.    As Gelsinger himself admitted in April 2024, "we knew that the day 1 P&L for Intel foundry was going to spark debate."  In short, Gelsinger admitted that Defendants understood the foundry's true performance would not align with market expectations.  In sum, Defendants' access

to materially negative undisclosed information supports a strong inference that they knowingly misled investors, or were ***at least*** deliberately reckless, in reporting FY 2023 financial results that materially misrepresented the true state and financial condition of the foundry and, by extension, Intel and its turn-around plan.

      **B.**      **Developing Intel Foundry Was a Core Operation Critical to Defendants' Turnaround Plan for Intel; Defendants Knew the Foundry's Path to Profitability (Including Internal and External Operations) Was Essential to the Foundry's—and Intel's—Success**

      285.     Developing the foundry was integral to Intel's success and Gelsinger proclaimed the foundry was key to his turnaround plan for Intel.  As IFS chief Stuart Pann said at the September 5, 2023 Goldman Sachs conference, "being in the foundry business is essential for Intel."

      286.     To that end, both Gelsinger and Zinsner explained that repositioning Intel as a full-service foundry serving external and internal business was a top—if not *the* top—priority.  Speaking of cost benefits arising from the internal foundry model on November 30, 2022, Zinsner stated "that's where I'm spending most of my time on the transformation, is getting that to get in the right place."  On August 31, 2023, Gelsinger noted that the internal foundry model was the subject of "huge discussion internally."

      287.     During the Company's Q1 2023 earnings call on April 27, 2023, Gelsinger stated: "***Establishing an internal foundry model is one of the most consequential steps we are taking to deliver IDM 2.0*** and fundamentally shifts the way the company operates and the incentive mechanisms that drive day-to-day behaviors."  And during the Foundry Model Webinar on June 21, 2023, Zinsner noted that the internal foundry model "underpins our ongoing transformation from IDM 1.0 to IDM 2.0."  Similarly, during the Goldman Sachs Semiconductor Conference on May 30, 2024, Pitzer described three key accomplishments over the past two years he had been at the Company, and all three related directly to Intel's full foundry operations: 1) five nodes in four years; 2) "how much work the organization has done to stand up the Intel Foundry Services business"; and 3) the use of CHIPS and SCIP funds to build manufacturing capacity.

      288.     Also at the May 30, 2024, Goldman Sachs Global Semiconductor Conference, Pitzer stated, "We've given you [what] the P&L for Intel Foundry is at least on the operating margin line.

1    ***The biggest incremental driver of improvements there is really at Intel Foundry.  And I did talk***

2    ***about already the path to breakeven being something that we have relatively high certainty to,***

3    ***because a lot of those things are in our control, and we can see them***."

4    289.    Defendants knew well that Intel's internal and external foundry activities were

5    inextricably linked.  No external foundry sales could have even existed in 2023 without the internal

6    infrastructure and investment already in place.  Indeed, at all relevant times prior to and during the

7    Class Period, the foundry served both internal and external demands (although, as alleged elsewhere

8    herein, the foundry's legacy fabs did not competitively meet customers' wafer demands, whether

9    internal or external).

10    290.    Defendants repeatedly referred to the interconnectedness of Intel's internal and

11    external foundry activities, such that it was knowingly or recklessly misleading to report only

12    external figures, thereby presenting a materially misleading picture of Intel's full foundry

13    operations, which were critical to the success of the Company.

14    291.    In sum, Defendants were not entitled—under either applicable law on disclosures

15    required to make statements not misleading and/or applicable accounting rules—to report external

16    revenue only, thereby concealing ***massive and mounting losses***.

17    292.    Even after the recast financials were reported on April 2, 2024, the foregoing facts

18    support Defendants' scienter with respect to misleadingly downplaying the mounting losses of the

19    foundry and the increasingly steep cost cutting measures the Company needed to take.

20    **C.    Foundry Finances Were Jeopardized By Intel's Dwindling Free Cash Flow;
        Intel Was Highly Motivated to Obtain Funding from the CHIPS Act on Terms**

21    **More Favorable than Offered by Private Funding Sources**

22    293.    Because of lengthy delays plaguing the development of its 10 nm process node,

23    Intel's technology fell years behind TSMC, the world's dominant foundry.  Once its mature

24    processes were not the most-advanced in the industry, Intel's foundries became underutilized and

25    thus unprofitable – even the company's own product units outsourced the fabrication of 30% of their

26    chips. Instead of the "virtuous cycle" CEO Gelsinger desired, where high volume leads to chip

27    refinement, Intel was caught up in its opposite – a vicious cycle whereby existing fabs do not

28    generate sufficient profits to either refine chips or help fund the next technologically-advanced node.

294.    Leading up to and during the Class Period, Intel spent enormous sums of money attempting to create a competitive foundry business, and to catch up to TSMC.  At the same time as Intel was dramatically increasing expenditures, its revenue substantially decreased due to factors including weakening demand for its key desktop, notebook, and data center products.  Although Intel had previously generated large, consistent profits, as a leader in both the technology and design sides of its business, the Company now needed to enlist outside financing partners and government assistance to fund the massive investments needed to try to create a competitive foundry.

295.    On March 23, 2021, Gelsinger announced Intel's plans to build two new fabs at its Ocotillo campus in Chandler, Arizona.  Intel stated that "[t]he fabs will support the increasing requirements of Intel's current products and customers, as well as provide committed capacity for foundry customers."  Intel also stated that "[t]his build-out represents an investment of approximately $20 billion."

296.    On May 3, 2021, Intel announced plans to "invest $3.5 billion to equip its New Mexico operations for the manufacturing of advanced semiconductor packaging technologies," stating that "[i]nvesting in the company's manufacturing operations is a key component of its recently announced IDM 2.0 strategy."

297.    On January 21, 2022, Intel announced "plans for an initial investment of more than $20 billion in the construction of two new leading-edge chip factories in Ohio," which it stated would "serv[e] the needs of foundry customers as part of the company's IDM 2.0 strategy."  Intel's press release quoted Keyvan Esfarjani, Intel senior vice president of Manufacturing, Supply Chain and Operations as stating "[t]he scope and pace of Intel's expansion in Ohio, however, will depend heavily on funding from the CHIPS Act."

298.    On March 15, 2022, Intel announced plans to invest over €33 billion in Europe, including: "an initial 17 billion euros into a leading-edge semiconductor fab mega-site in Germany"; at its Leixlip, Ireland location "spending an additional 12 billion euros and doubling the manufacturing space to bring Intel 4 process technology to Europe and expand foundry services"; and "a potential investment of up to 4.5 billion euros" in "a state-of-the-art back-end manufacturing facility" in Italy.

299.    Through these announcements alone, Intel disclosed plans to invest over $70 billion in expanding its manufacturing capacity.

300.    The following table and chart depict Intel's net revenue and operating income as reported in its Form 10-K annual reports for the years 2018-2023 (table amounts in millions of dollars, as reported in the 10-K for the relevant year):

|  | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|
| **Net revenue** | $54,228 | $63,054 | $79,024 | $77,867 | $71,965 | $70,848 |
| **Operating income** | $93 | $2,334 | $19,456 | $23,678 | $22,035 | $23,316 |



301.    The following table and chart depict Intel's net cash provided by operating activities, cash used for additions to property, plant, and equipment, and adjusted free cash flow[105] as reported

---

[105] Adjusted free cash flow is a non-GAAP financial measure.  Intel's 2023 Form 10-K states that adjusted free cash flow "is used by management when assessing our sources of liquidity, capital resources, and quality of earnings," and defines this metric as "operating cash flow adjusted for (1) additions to property, plant, and equipment, net of proceeds from capital-related government incentives and partner contributions, (2) payments on finance leases, and (3) proceeds from the McAfee equity sale in 2022." Intel revised this description at times during 2018-2023, and for years 2021 and earlier, Intel referred to this non-GAAP metric simply as "free cash flow".  For example, Intel's 2020 Form 10-K states that "Free cash flow is operating cash flow adjusted to exclude additions to property, plant and equipment."

in its Form 10-K annual reports for the years 2018-2023 (table amounts in millions of dollars, as reported in the 10-K for the relevant year):

|  | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|
| **Net cash provided by operating activities** | 11,471 | 15,433 | 29,991 | 35,384 | 33,145 | 29,432 |
| **Cash used for additions to property, plant, and equipment** | 25,750 | 24,844 | 18,733 | 14,259 | 16,213 | 15,181 |
| **Adjusted free cash flow or free cash flow** | -11,853 | -4,075 | 11,258 | 21,125 | 16,932 | 14,251 |



302.    The following table and chart depict the components of Intel's gross (before depreciation) property, plant and equipment as reported on its balance sheet in its Form 10-K annual reports for the years 2018-2023 (table dollar amounts in millions, as reported in the 10-K for the relevant year):

|  | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|
| **Land and buildings** | 51,182 | 44,808 | 40,039 | 37,536 | 37,743 | 30,954 |
| **Machinery and equipment** | 100,033 | 92,711 | 86,955 | 79,384 | 74,901 | 66,721 |
| **Construction in progress** | 43,442 | 36,727 | 21,545 | 17,309 | 16,063 | 16,643 |
| **Total property, plant, and equipment, gross** | 194,657 | 174,246 | 148,539 | 134,229 | 128,707 | 114,318 |



303.    Leading up to and during the Class Period, Intel was in the precarious position of needing to invest tens of billions of dollars in its foundry business, while the income it needed to fund those investments was rapidly disappearing.  With a price tag of at least $10 billion for construction of a new fab, to fill its funding deficit, Intel turned to outside sources for help, including financing partners and government assistance, under what the Company referred to as its "Smart Capital" approach.

304.    According to Intel, the five pillars of Smart Capital are: (i) smart capacity investments, or building fab "shells" before equipping them with expensive chipmaking machinery; (ii) government incentives, including under the U.S. CHIPS and Science Act of 2022 and its E.U. counterpart; (iii) customer commitments including potential prepayments to secure manufacturing

capacity; (iv) use of external foundries to manufacture chips for Intel products at lower cost than Intel's internal manufacturing; and (v) Intel's "Semiconductor Co-Investment Program" or "SCIP", under which the Company would partner with financial backers to obtain funding for manufacturing investments.

## 1.    *SCIP Arrangements are used to defray fab construction costs*

305.    On August 23, 2022, Intel announced an agreement under its Semiconductor Co-Investment Program with Brookfield Asset Management, a large alternative asset manager.  Intel announced that "the companies will jointly invest up to $30 billion in Intel's previously announced manufacturing expansion at its Ocotillo campus in Chandler, Arizona, with Intel funding 51% and Brookfield funding 49% of the total project cost."  According to its August 23, 2022 press release, this arrangement is allows Intel "to tap into a new pool of capital below its cost of equity while protecting its cash and debt capacity for future investments and continuing to fund a healthy and growing dividend. ***Over the next several years, the structure is expected to provide a $15 billion cumulative benefit to Intel's adjusted free cash flow*** and is expected to be accretive to Intel's earnings per share during the construction and ramp phase."

306.    On June 4, 2024, Intel announced another agreement under its Semiconductor Co-Investment Program, this time with alternative asset manager Apollo.  According to Intel's press release "Apollo-managed funds and affiliates will lead an investment of $11 billion to acquire from Intel a 49% equity interest in a joint venture entity related to Intel's Fab 34," located in Leixlip, Ireland.  In the Apollo deal, Intel continues to own and operate Fab 34, which it spent $18.4 billion to construct, and which commenced mass production of EUV chips in September 2023. However, Intel sold the rights to manufacture wafers at Fab 34 to a joint venture it formed with Apollo for $11 billion.  Under the terms of the deal, the joint venture (of which Intel owns 51%) "will manufacture wafers for sale to Intel on a cost-plus-margin basis.  Under the agreement, Intel is required to finish the build-out of Fab 34 and purchase wafers from the joint venture for itself and external customers, with minimum volume commitments for its wafer demand following the substantial completion of the facility."  Intel entered into the deal to "allow[ ] Intel to unlock and redeploy to other parts of its business a portion of this [$18.4 billion] investment" at a cost "below Intel's cost of equity." More

pointedly, J.P. Morgan noted in its August 1, 2024 report (¶173, *supra*), Intel's Q2 2024 free cash flow of $8.16 billion was only positive due to the receipt of $11 billion in proceeds from this deal.

>    **2.    *Intel Wins The Largest CHIPS Act Grants, Loan, and Tax Incentive Package Awarded, Valued at Up to $44.5 Billion, Less Than Two Weeks Before It Recast Three Years of Financial Results, Beginning to Reveal the Foundry's Dire Circumstances***

307.    The only American-owned maker of advanced chips, no company has more to gain from the U.S. government's effort to rebuild chip manufacturing on American shores than Intel.   In fact, Intel lobbied extensively for the passage of the CHIPS and Science Act of 2022.

308.    When President Biden called on Congress to pass the CHIPS Act during his State of the Union Address on March 1, 2022, he connected the money explicitly to Intel's plan to build a new fab just east of Columbus, Ohio, calling the then-vacant 1,000 acres of land a "Field of Dreams" on which "America's future will be built."   CEO Gelsinger waved down at the crowd from his seat one row in front of First Lady Dr. Jill Biden.

309.    Passage of the CHIPS Act was motivated in substantial part by a desire to improve supply chain resiliency following the semiconductor supply chain disruptions experienced during the COVID pandemic,[106] and by increasing economic competition and geopolitical tension with China.[107]   The CHIPS Act appropriated a total of $52.7 billion for domestic semiconductor manufacturing, research and development, and workforce training.   The largest component, $39 billion, was for domestic manufacturing incentives.   The CHIPS Act also provided a 25 percent investment tax credit for capital expenses for semiconductor manufacturing and related equipment. The CHIPS Act was intended to catalyze private investment in domestic semiconductor

---

[106] Similar to the U.S. Chips Act, the European Union enacted the European Chips Act, which was first announced in 2022 and became effective in 2023, which sought to bolster European semiconductor manufacturing by providing over €43 billion in incentives. Intel was expected to be a key beneficiary of the European Chips Act, with reporting indicating that in 2023 the German government committed to provide approximately €10 billion in funding. The EU approved €1.9 billion in funding for a project in Poland in mid-September 2024. Days later, after an atrocious Q2 2024, Intel announced it was delaying construction of the planned projects in Germany and Poland.
[107] The U.S. share of global semiconductor fabrication capacity fell from about 36% in 1990 to about 10% in 2020, with all of the most advanced chips then being produced outside of the U.S. In 2020, over 70% of global wafer fab capacity was located in Asia, with 40% in China and Taiwan alone. In 2022 Taiwan-based TSMC controlled approximately 59% of global foundry market share, with its nearest competitor, South Korea-based Samsung, controlling approximately 13%.

manufacturing, with potential recipients required to apply for funding through the Department of Commerce, demonstrate significant domestic investments, and meet other criteria.

310.    After the bill's passage in October 2022, Intel directly tied its extraordinarily-costly fab expansion in the U.S. to awards it sought to receive under the CHIPS Act.  This external source of financing was of critical importance to Intel's foundry plans.

311.    During a November 30, 2022 Q&A session at the Credit Suisse Technology Conference, analyst Christopher Caso asked for information about "the project financing that you're doing through Brookfield as well as some of the investment credits and CHIPS Act and such that helped to carry a large burden of the capital cost that you have." CFO Zinsner responded in part:

> when you look at the cost differential just in terms of differences in labor costs, construction costs and so forth, there's a meaningful, obviously, premium in the U.S. to build a fab relative to what you see in Asia. And Asia also provides incentives. So in order to get that to an equilibrium state, their ***incentives are going to be necessary***. I think Pat did an amazing job getting the CHIPS Act or helping to get the CHIPS Act across the finish line with the U.S. government. He also did probably underappreciated an amazing job at getting the CHIPS Act in Europe over the finish line.

312.    Similarly, at the December 5, 2022 UBS Global TMT [Technology, Media, and Telecommunications] Conference, analyst Timothy Arcuri asked CFO Zinsner to respond to "the argument from a lot of investors that say, well, if they're that dependent on government money to be competitive, that I'm not going to pay a multiple for that," and that "what if there's regime change.  And there's not the type of commitment to subsidizing manufacturing onshore." Zinsner responded in part:

> So everyone is already getting grant money outside of the U.S. and Europe. As I look at the -- how long we can kind of count on this, the investment tax credit is basically 4 years. The CHIPS money is projects, it's a project base things that will extend beyond 4-5 years, but there's a limit to the time frame of the project.
>
> And ***as we are looking at the cost structure of those fabs and whether we can make it work from a cost competitive perspective, we're assuming this***, but we're not assuming anything beyond this. So our assumptions are built around what's been -- what we know for sure.
>
> I'm hopeful that actually they use because I think ***in order to be competitive with Asia, it will need to continue.***

313.    Once again, at the March 6, 2024 Morgan Stanley Technology, Media & Telecom Conference, CFO Zinsner confirmed that building fabs in the U.S. without government subsidies did not make financial sense.  Analyst Joseph Moore asked about Intel's ability to "compete with the best foundries in the world."  Zinsner responded in part:

> governments are now looking for opportunities to see production done outside of Southeast Asia. And so that also helps because now the other factor that kind of kept -- inhibited you from being able to do it was it was fairly expensive to do one of these fabs in the U.S. or in Europe.
>
> Now **with the help and the assistance of governments, that can happen. We have the ability to drive a cost structure that would make sense.**

314.    Because CEO Gelsinger had been working closely with the Biden Administration and, in particular, Secretary of Commerce Gina Raimondo, on passage of the CHIPS Act since 2021, Intel was intimately familiar with the details of the CHIPS Act.  Intel was well aware of the timeline for when the CHIPS Act grants would be announced, starting in late 2023, as well as the conditions that would accompany those grants.

315.    But while Intel had been engaging with the U.S. government on the preliminary memorandum of terms in the months leading up to the announcement of the CHIPS Act money on March 20, 2024, Intel knew something that the government – and the public – did not: the extent to which Intel's foundry was hemorrhaging cash.

316.    On March 20, 2024, Intel issued a press release titled "Intel and Biden Admin Announce up to $8.5 Billion in Direct Funding Under the CHIPS Act."  Per the announcement, Intel would be eligible for up to a total of $44.5 billion in federal funding incentives under the CHIPS Act, consisting of: (i) $8.5 billion in direct funding for Intel's manufacturing fabs in Arizona, New Mexico, Ohio, and Oregon; (ii) an investment tax credit of up to 25% on more than $100 billion in qualified investments; and (iii) eligibility for federal loans up to $11 billion.  The direct funding award and federal loans were subject to due diligence and negotiation of a long-form term sheet and award documents, and were conditional on Intel's achievement of certain milestones.  Intel's press release stated that the "[p]roposed funding supports Intel's previously announced plans to invest more than $100 billion in the U.S. over five years."

317.    Gelsinger trumpeted the CHIPS Act grant ("It was a proud moment in Arizona on March 20th when we had the first major releases of the CHIPS Act coming to Intel for our Ocotillo facility, the largest investment in the semiconductor industry in history") which was awarded just two weeks before the recast results were published

318.    When Intel finally broke out the Foundry segment's P&Ls, two weeks *after* Intel received the $44.5 billion package, investors did not take well to the revelation of $5.0+ billion in Foundry operating losses in 2021 and 2022, and nearly $7 billion in 2023.  One commentator wondered aloud if the timing was more than coincidental. In an April 4, 2024, article entitled "Intel's Chips No Longer Pay More Than Their Fair Share of Foundry Costs," Timothy Prickett Morgan covered Intel's operating segment event for The Next Platform.com.  The article provides an analysis of which figures can be backed out of the three years of recast figures (and which cannot) as well as an evaluation of the points made in CEO Gelsinger's presentation.  On a lighter note, Morgan wrote: "Intel Foundry is – to use a technical business term – a real stinker.  And *it is no wonder that Intel didn't separate out its financials until after the US government doled out the funds for the CHIPS Act*, whereby Intel has received $8.5 billion in direct funding and income tax credits of 25 percent on more than $100 billion in investments, and another $11 billion in federal loans for a combined $44.5 billion."

319.    In the ensuing months, as additional disclosures about the dire financial state of Intel's foundry were made on April 25th and August 1st, news emerged that the government and Intel have actually been wrangling over whether Intel's foundry was in a strong enough position to receive the money after all.  On September 4, 2024, Bloomberg published a story entitled *Intel's Money Woes Throw Biden Team's Chip Strategy Into Turmoil*, which stated:

> The Biden-Harris administration's big bet on Intel Corp. to lead a US chipmaking renaissance is in grave trouble as a result of the company's mounting financial struggles, creating a potentially damaging setback for the country's most ambitious industrial policy in decades. Five months after the president traveled to Arizona to unveil a potential $20 billion package of incentives alongside Chief Executive Officer Pat Gelsinger, there are growing questions around when — or if — Intel will get its hands on that money.
>
> ***
>
> Intel is mired in a sales slump worse than anticipated and hemorrhaging cash, forcing its board to consider increasingly drastic actions — including possibly

1    splitting off its manufacturing division or paring back global factory plans,
2    Bloomberg reported last week. That threatens to further complicate its quest for
     government funding, at a time when Intel desperately needs the help.

3    320.    Reporting in the fall of 2024 revealed that Biden Administration officials had
4    harbored fears of phantom, half-built plants, even before Intel announced the foundry's dismal P&L
5    in April.  An October 24, 2024, in an article in *The New York Times*, "The White House Bet Big on
6    Intel. Will it Backfire?," Ana Swanson and Tripp Mickle reported: "As they designed the chips
7    program, Ms. Raimondo and Biden officials weighed how to support Intel while safeguarding
8    taxpayer money. They were already questioning whether Intel could follow through on its promises,
9    several officials said."   The article continues: "Caitlin Legacki, a former Commerce Department
10   official, said there also was a fear that 'Intel is going to take chips money, build an empty shell of a
11   factory and then never actually open it, because they don't have customers.'" The authors note that
12   this very thing happened in 2012 after the Obama administration gave Intel $5 billion to build a fab
13   in Arizona.

14   321.    Another article, published by Alan Patterson on September 18, 2024, in *EETimes*,
15   entitled "Cracks Emerge in U.S. CHIPS Act," indicates that Intel has only built a shell facility in
16   Ohio.  Despite CEO Gelsinger's September 16, 2024 commitment that the project was "moving
17   forward," Intel had not yet installed any production equipment.  Failure to meet milestones is a basis
18   for both cancellation and recoupment. Both this article and the article in *The New York Times*
19   reported that Commerce Secretary Raimondo was urging major industry players to buy Intel chips.
20   "They're [Intel] looking for all sorts of cash because they're burning tons of cash," Bernstein
21   Research senior analyst Stacy Rasgon told EE Times. "He [Pat Gelsinger] needed to get the [CHIPS
22   Act] subsidies."

23   322.    Ultimately, Intel and the U.S. government reached two funding agreements. First, on
24   September 16, 2024, Intel reported that it had been awarded "up to $3 billion" for a capability known
25   as the "Secure Enclave" program.  According to a press release issued by the Department of Defense,
26   "[t]he award will be executed by the Department of Defense (DoD) per an agreement between the
27   Department of Commerce and the DoD."  Later, on November 26, 2024, *Reuters* reported that Intel

28

1    and the Department of Commerce finalized an agreement which reduced the $8.5 billion grant

2    announced on March 20, 2024, to $7.86 billion.

3        323.    On January 29, 2025, *Bloomberg* reported: "So far, just $4.3 billion in manufacturing

4    incentives has actually gone out the door. That's because companies will only receive money when

5    they hit key construction and production benchmarks." Then co-CEO and CFO Zinsner stated

6    during Intel's January 30, 2025 earnings call that Intel had thus far received $2.2 billion of the $7.86

7    billion grant announced in November 2024.

8        324.    On February 28, 2028, Intel published a press release indicating that opening of the

9    Ohio fab would be delayed until 2030.  An article published the same day on *Spectrum News 1*

10   summarized the delays: "When announced in 2022, the plant was slated to open this year. Then, over

11   a year ago, Intel announced challenges that delayed the construction, which pushed the project to

12   2027. Now, Intel says parts of the project won't be completed until 2030 and 2031. This means, by

13   the time it opens — if the dates stand — the project has been delayed by five to six years from the

14   initial estimated completion date."

15       325.    By contrast, Intel competitor, TSMC, which was allocated $11.6 billion in CHIPS

16   Act funds (including $6.6 billion in grants and an additional $5 billion in loans), has already built

17   its first new fab in Arizona, and, according to Axios, confirmed on January 16, 2025, that chip

18   production at the fab was underway.

19   **IX.    CLASS ACTION ALLEGATIONS**

20       326.    Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil

21   Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased

22   or otherwise acquired the publicly traded common stock of Intel on a U.S. exchange, or purchased

23   call options or sold put options on Intel common stock, between January 25, 2024, and August 1,

24   2024, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are

25   Defendants, the officers and directors of the Company, at all relevant times, members of their

26   immediate families and their legal representatives, heirs, successors, or assigns, and any entity in

27   which Defendants have or had a controlling interest.

28

327.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Intel's shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least hundreds or thousands of members in the proposed Class.  Millions of Intel shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Intel or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

328.    Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

329.    Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

330.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Intel; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

331.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

1  **X.   APPLICABILITY OF PRESUMPTION OF RELIANCE**

2      332.    The market for Intel's securities was open, well-developed and efficient at all

3  relevant times.  As a result of the materially false and/or misleading statements and/or failures to

4  disclose alleged herein, Intel's securities traded at artificially inflated prices during the Class Period.

5  On January 25, 2024, the Company's share price closed at a Class Period high of $49.55 per share.

6  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities

7  relying upon the integrity of the market price of Intel's securities and market information relating

8  to Intel, and have been damaged thereby.

9      333.    During the Class Period, the artificial inflation of Intel's shares was caused by the

10  material misrepresentations and/or omissions alleged in this Complaint causing the damages

11  sustained by Lead Plaintiffs and other members of the Class.  As described herein, during the Class

12  Period, Defendants made or caused to be made a series of materially false and/or misleading

13  statements about Intel's business, prospects, and operations.  These material misstatements and/or

14  omissions created an unrealistically positive assessment of Intel and its business, operations, and

15  prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant

16  times, and when disclosed, negatively affected the value of the Company shares.  Defendants'

17  materially false and/or misleading statements during the Class Period resulted in Lead Plaintiffs and

18  other members of the Class purchasing the Intel's securities at such artificially inflated prices, and

19  each of them has been damaged as a result.

20      334.    At all relevant times, the market for Intel's securities was an efficient market for the

21  following reasons, among others:

22          (a)     Intel shares met the requirements for listing, and was listed and actively

23  traded on the NASDAQ, a highly efficient and automated market;

24          (b)     As a regulated issuer, Intel filed periodic public reports with the SEC and/or

25  the NASDAQ;

26          (c)     Intel regularly communicated with public investors via established market

27  communication mechanisms, including through regular dissemination of press releases on the

28

1    national circuits of major newswire services and through other wide-ranging public disclosures,

2    such as communications with the financial press and other similar reporting services; and/or

3            (d)    Intel was followed by securities analysts employed by brokerage firms who

4    wrote reports about the Company, and these reports were distributed to the sales force and certain

5    customers of their respective brokerage firms.  Each of these reports was publicly available and

6    entered the public marketplace.

7            335.    As a result of the foregoing, the market for Intel's securities promptly digested

8    current information regarding Intel from all publicly available sources and reflected such

9    information in Intel's share price. Under these circumstances, all purchasers of Intel's securities

10   during the Class Period suffered similar injury through their purchase of Intel's securities at

11   artificially inflated prices and a presumption of reliance applies.

12           336.    A Class-wide presumption of reliance is also appropriate in this action under the

13   Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972).

14   Because the Class's claims are, in large part, grounded on Defendants' omissions of adverse

15   information, which Defendants had a duty to disclose, regarding Intel's business operations and

16   financial prospects, positive proof of reliance is not a prerequisite to recovery.  All that is necessary

17   is that the facts withheld be material in the sense that a reasonable investor might have considered

18   them important in making investment decisions. Given the importance of the withheld information,

19   as set forth above, that requirement is satisfied here.

20   **XI.    NO SAFE HARBOR**

21           337.    The statutory safe harbor provided for forward-looking statements under certain

22   circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The

23   statements alleged to be false and misleading herein all relate to then-existing facts and conditions.

24   In addition, to the extent certain of the statements alleged to be false may be characterized as forward

25   looking, they were not identified as "forward-looking statements" when made and there were no

26   meaningful cautionary statements identifying important factors that could cause actual results to

27   differ materially from those in the purportedly forward-looking statements. In the alternative, to the

28   extent that the statutory safe harbor is determined to apply to any forward-looking statements

pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Intel who knew that the statement was false when made.

## XII.    CAUSES OF ACTION

### FIRST CLAIM

**Violation of Section 10(b) of The Exchange Act and SEC Rule 10b-5 Against All Defendants**

338.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

339.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Intel's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

340.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Intel's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

341.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Intel's financial well-being and prospects, as specified herein.

342.    Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Intel's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Intel and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

343.    Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, and CEO Gelsinger as the Chief Operating Decision Maker who allocated resources and assessed the performance of Intel's operating segments, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

344.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Intel's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants'

1    overstatements and/or misstatements of the Company's business, operations, financial well-being,

2    and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the

3    misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by

4    deliberately refraining from taking those steps necessary to discover whether those statements were

5    false or misleading.

6        345.    As a result of the dissemination of the materially false and/or misleading information

7    and/or failure to disclose material facts, as set forth above, the market price of Intel's securities was

8    artificially inflated during the Class Period.  In ignorance of the fact that market prices of the

9    Company's securities were artificially inflated, and relying directly or indirectly on the false and

10   misleading statements made by Defendants, or upon the integrity of the market in which the

11   securities trades, and/or in the absence of material adverse information that was known to or

12   recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during

13   the Class Period, Lead Plaintiffs and the other members of the Class acquired Intel's securities

14   during the Class Period at artificially high prices and were damaged thereby.

15       346.    At the time of said misrepresentations and/or omissions, Plaintiffs and other

16   members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiffs

17   and the other members of the Class and the marketplace known the truth regarding the problems

18   that Intel was experiencing, which were not disclosed by Defendants, Plaintiffs and other members

19   of the Class would not have purchased or otherwise acquired their Intel securities, or, if they had

20   acquired such securities during the Class Period, they would not have done so at the artificially

21   inflated prices which they paid.

22       347.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act

23   and Rule 10b-5 promulgated thereunder.

24       348.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the

25   other members of the Class suffered damages in connection with their respective purchases and

26   sales of the Company's securities during the Class Period.

27

28

## SECOND CLAIM

**Violation of Section 20(a) of The Exchange Act Against the Individual Defendants**

349.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

350.    Individual Defendants acted as controlling persons of Intel within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiffs contend are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

351.    In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

352.    As set forth above, Intel and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## XIV.    JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

DATED:  March 24, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:  ___/s/ Kara M. Wolke___

Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Garth Spencer (SBN 335424)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
kwolke@glancylaw.com
gspencer@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Robin B. Howald (SBN 110280)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com
rhowald@rosenlegal.com

*Co-Lead Counsel for Co-Lead Plaintiffs Intel Investor Group and Byoung Wook Jeon and additional Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis and the putative Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
SHAWN A. WILLIAMS (213113)
JACOB G. GELMAN (344819)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgelman@rgrdlaw.com
hdeshmukh@rgrdlaw.com

1

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
fcruz@frankcruzlaw.com

*Additional Counsel for Co-Lead Plaintiffs Intel Investor Group and Byoung Wook Jeon and additional Plaintiffs Kevin Geist, Albert Zhou, and Construction Laborers Pension Trust of Greater St. Louis and the putative Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 24, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 24, 2025, at Los Angeles, California.


*/s/ Kara M. Wolke*
Kara M. Wolke