UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTEL CORPORATION SECURITIES LITIGATION | Case No. 24-cv-02683-TLT |
| | **JUDGMENT** |
| | Re: ECF 109 |

On July 23, 2025, the Court granted Defendants' motion to dismiss. ECF 109. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
TRINA L. THOMPSON
United States District Judge